10209-S1279
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | | |
|---|---|---|---|
| PATRICK HAHN and ERIK REDWOOD Administrator of the Estate of JANET LOUISE HAHN, Deceased, | ) ) ) ) | | |
| Plaintiffs, | ) ) | | |
| vs. | ) ) | Law No.: | 09-2145 |
| DANIEL WALSH, DEPUTY MATTHEW MCCALLISTER, JENNA THODE, KAREE VOGES, JEFFREY SHUMATE, ARNOLD MATHEWS, CARL BROWN, HEALTH PROFESSIONALS LTD., an Illinois Corporation, NURSE SUSAN SWAIN, COUNTY OF CHAMPAIGN, ILLINOIS, SYLVIA MORGAN, MATTHEW BAIN, ANGELA MENOCCI, CITY OF URBANA, ILLINOIS, a Municipal Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | | |
| Defendants. | ) | | |

## MOTION FOR LEAVE TO FILE EXHIBIT TO
## DEFENDANT HEALTH PROFESSIONALS, LTD.'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL

NOW COMES the Defendant, HEALTH PROFESSIONALS, LTD., an Illinois Corporation, by Keith E. Fruehling and Brian M. Smith of Heyl, Royster, Voelker & Allen, and for its Motion for Leave to File Exhibit to its Motion for Summary Judgment Under Seal, states as follows:

1. On November 24, 2010, U.S. Magistrate Judge David G. Bernthal entered an Agreed Protective Order in the above-captioned matter. (d/e #73).

2. Defendant Health Professionals, Ltd. has produced in discovery documents labeled "Confidential" pursuant to the Agreed Protective Order. These documents include, in part, confidential information regarding clinical guidelines, policies, procedures, and protocols.

3. Defendant Health Professionals, Ltd. intends to file a Motion for Summary Judgment, and it intends to support its Motion, in part, with the Declaration of Shelton Frey, which contains, as an exhibit, documents that have been produced and labeled "Confidential."

4. Pursuant to IV of the Agreed Protective Order (d/e #73), and to protect the confidentiality of the information produced in discovery, Defendants seek an Order providing for the sealing of Shelton Frey's Declaration and attached exhibit.

WHEREFORE, for all the foregoing reasons, Defendants respectfully ask that the Court enter an Order providing that Shelton Frey's Declaration, and the exhibit attached thereto, shall be filed under seal.

Respectfully submitted,

HEALTH PROFESSIONALS, LTD., Defendant

s/ Keith E. Fruehling_____
Attorney for Defendants
ARDC #6216098
HEYL, ROYSTER, VOELKER & ALLEN
Suite 300
102 E. Main St.
Urbana, IL  61801
217-344-0060 Phone
217-344-9295 Facsimile
kfruehling@heylroyster.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2012, I electronically filed the foregoing MOTION FOR LEAVE TO FILE EXHIBIT TO DEFENDANT HEALTH PROFESSIONALS, LTD.'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mrs. Jude Redwood | Mr. Howard Small |
| Redwood Law Office | Law Office of Small & Freeman, Ltd. |
| P.O. Box 864 | Suite 3D |
| St. Joseph, IL  61873 | 41 E. University Ave. |
| | P.O. Box 1337 |
| | Champaign, IL  61824-1337 |

I hereby certify that I have mailed by U.S. Mail the document to the following non-CM/ECF participants:  None

I also certify that a copy of the foregoing MOTION FOR LEAVE TO FILE EXHIBIT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL with the Declaration of Shelton Frey, and the exhibit attached thereto, was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelopes in a U.S. Post Office Box in Urbana, Illinois on the 13th day of February, 2012.

| | |
|---|---|
| Mrs. Jude Redwood | Mr. Howard Small |
| Redwood Law Office | Law Office of Small & Freeman, Ltd. |
| P.O. Box 864 | 41 E. University Ave., Suite 3D |
| St. Joseph, IL  61873 | P.O. Box 1337 |
| | Champaign, IL  61824-1337 |
| | |
| | s/ Keith E. Fruehling |
| | Attorney for Defendants |
| | ARDC #6216098 |
| | HEYL, ROYSTER, VOELKER & ALLEN |
| | 102 E. Main St., Suite 300 |
| | Urbana, IL  61801 |
| | 217-344-0060 Phone |
| | 217-344-9295 Facsimile |
| | kfruehling@heylroyster.com |

18192300_1