10209-S1279
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PATRICK HAHN and ERIK REDWOOD Administrator of the Estate of JANET LOUISE HAHN, Deceased,  Plaintiffs, vs. DANIEL WALSH, DEPUTY MATTHEW MCCALLISTER, JENNA THODE, KAREE VOGES, JEFFREY SHUMATE, ARNOLD MATHEWS, CARL BROWN, HEALTH PROFESSIONALS LTD., an Illinois Corporation, NURSE SUSAN SWAIN, COUNTY OF CHAMPAIGN, ILLINOIS, SYLVIA MORGAN, MATTHEW BAIN, ANGELA MENOCCI, CITY OF URBANA, ILLINOIS, a Municipal Corporation,  Defendants. | Law No.:  09-2145 |

DANIEL WALSH'S LIST OF EXHIBITS
TO MOTION FOR SUMMARY JUDGMENT

| Exhibit | Description |
|---|---|
| 1 | Declaration of Daniel Walsh, filed under seal |
| 2 | Daniel Walsh Deposition |
| 3 | Alyson Morris Deposition |
| 4 | Declaration of Michael Johnson |
| 5 | Joanne Lewis Deposition |

| Exhibit | Description |
|---|---|
| 6 | Michael Johnson Deposition |
| 7 | Karee Voges Deposition |
| 8 | Susan Swain Deposition |
| 9 | Helen Jones Deposition |
| 10 | Janelle Dobbins Deposition |
| 11 | Patrick Hahn Deposition |
| 12 | Sylvia Morgan Deposition |
| 13 | Chad Schweighart Deposition |
| 14 | Declaration of Susan Swain |
| 15 | Carl Brown Deposition |
| 16 | Steve Ziegler Declaration |
| 17 | Jenna Thode Deposition |
| 18 | Terrence Alexander Deposition |
| 19 | Declaration of Terrance Alexander |
| 20 | Arnold Mathews Deposition |
| 21 | Matthew McCallister Deposition |
| 22 | James L. Cavanaugh, M.D.'s Declaration |
| 23 | Joseph E. Paris, M.D.'s Declaration |
| 24 | Plaintiffs' Interrogatory Responses |

DANIEL WALSH, Defendant

s/ Keith E. Fruehling_____
Attorney for Defendants
ARDC #6216098
HEYL, ROYSTER, VOELKER & ALLEN
102 E. Main St., Suite 300
Urbana, IL  61801
217-344-0060 Phone
217-344-9295 Facsimile
kfruehling@heylroyster.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed the foregoing DANIEL WALSH'S LIST OF EXHIBITS TO MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mrs. Jude Redwood | Mr. Howard Small |
| Redwood Law Office | Law Office of Small & Freeman, Ltd. |
| P.O. Box 864 | 41 E. University Ave., Suite 3D |
| St. Joseph, IL  61873 | P.O. Box 1337 |
| | Champaign, IL  61824-1337 |

I hereby certify that I have mailed by U.S. Mail the document to the following non-CM/ECF participants: None

s/ Keith E. Fruehling_____
Attorney for Defendants
ARDC #6216098
HEYL, ROYSTER, VOELKER & ALLEN
Suite 300
102 E. Main St.
Urbana, IL  61801
217-344-0060 Phone
217-344-9295 Facsimile
kfruehling@heylroyster.com

18188106_1