E-FILED
Monday, 13 February, 2012 06:58:51 PM
Clerk, U.S. District Court, ILCD

1

```
1           IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
2                    URBANA DIVISION

3

4  PATRICK HAHN and ERIK REDWOOD,    )
   Administrator of the Estate of    )
5  JANET LOUISE HAHN, Deceased,      )
                                     )
6              Plaintiffs,           )
                                     )
7         vs.                        )   No. 09-2145
                                     )
8  DANIEL WALSH, et al.,             )
                                     )
9              Defendants.           )

10

11

12

13

14           DEPOSITION OF KAREE VOGES
                URBANA, ILLINOIS
15           SEPTEMBER 19TH, 2011
                  9:00 A.M.
16

17

18

      Jill Nicole Stevens:  CSR # 084-004212
19

   Area Wide Reporting and Video Conferencing
20              301 West White Street
            Champaign, Illinois  61820
21                (800) 747-6789

22

23

24                              EXHIBIT 7
```

```
                                                            2
1                        INDEX

2  APPEARANCES:

3  For the Plaintiffs:
           Jude Redwood
4          REDWOOD LAW OFFICE
           Attorneys at Law
5          P.O. Box 864
           St. Joseph, Illinois  61873-0864
6          (217) 469-9194
           redwoodlaw42@hotmail.com
7
   For the Defendants, Champaign County, Sheriff Dan
8  Walsh and HPL:
           Brian M. Smith
9          HEYL, ROYSTER, VOELKER & ALLEN
           Attorneys at Law
10         102 East Main Street, Suite 300
           Urbana, Illinois  61803-0129
11         (217) 344-0060
           bsmith@heylroyster.com
12
   For the Defendants, City of Urbana and Urbana
13 Police:
           Howard W. Small
14         LAW OFFICES OF SMALL & FREEMAN
           Attorneys at Law
15         41 East University Avenue, Suite 3D
           Champaign, Illinois  61824-1337
16         (217) 954-0635
           hws@smallandfreeman.com
17

18

19

20

21

22

23

24
```

KAREE VOGES

3

```
 1                  INDEX - CONTINUED

 2

 3   EXAMINATION BY:                              PAGE

 4   Ms. Redwood                                    5
     Mr. Smith                                      83
 5   Ms. Redwood                                    88

 6

     EXHIBITS:
 7     #            DESCRIPTION                   PAGE

 8     1            Segregation Log                 24
       2            5/6/07 E-Mail from Susan Swain  32
 9     3            CCSO Mental Health/Medical
                    Special Watch Sheet for Booking 45
10     4            HPL Blood Sugar & Insulin
                    Tracking Sheet                  62
11     5            Medication Administration Record 72
       6            AEGIS Public Safety System
12                  Questionnaire Listing           77
       7            American Diabetes Association
13                  Warning Signs                   80
```

4

1                    STIPULATION

2

3          IT IS HEREBY EXPRESSLY STIPULATED AND

4    AGREED by and between the parties that the

5    deposition of KAREE VOGES may be taken on

6    SEPTEMBER 19TH, 2011, at the Law Offices of Heyl,

7    Royster, Voelker & Allen, 102 East Main Street,

8    Suite 300, Urbana, Illinois, pursuant to the Rules

9    of the Federal Court and the Rules of Federal

10   Procedure governing said depositions.

11

12         IT IS FURTHER STIPULATED that the

13   necessity for calling the Court Reporter for

14   impeachment purposes is waived.

15

16

17

18

19

20

21

22

23

24

5

1                        9:09 a.m.

2                      KAREE VOGES,

3    having first been duly sworn, testified as follows:

4                      EXAMINATION

5    BY MS. REDWOOD:

6        Q.    My name is Jude Redwood; I represent the

7    Plaintiffs in this case.   I will be asking you

8    questions under oath.

9             There's some rules for the deposition.   If

10   you want to say yes, you've got to say yes.   You

11   can't say uh-huh.   If you want to say no, you should

12   say no.   Don't say huh-uh or shake your head because

13   the court reporter has to get a good transcript of

14   exactly what went down.

15            If I ask you a question and you don't

16   understand what I'm asking you, if it's confusing in

17   any way, please just let me know and I'll be happy

18   to restate it.   If I ask you two questions in one,

19   tell me that and I'll break it down.   If you answer

20   the question, then I'll assume that you understood

21   the question I was asking and that you're answering

22   the question that I asked.

23            If you need to take a break at any time

24   during the deposition, just let your counsel know

KAREE VOGES

6

1   and we'll take a break at any time you like.  You

2   can talk about anything in the world except you

3   can't talk about your testimony at the deposition

4   during the break to anybody at all.  Do you have any

5   questions about how we do a deposition?

6        A.   No.

7        Q.   Okay.  Would you please state your name.

8        A.   Karee Voges.

9        Q.   And what is your age?

10       A.   32.

11       Q.   Where are you employed?

12       A.   Champaign County Sheriff's Office.

13       Q.   What's your marital status?

14       A.   Married.

15       Q.   Are you a diabetic?

16       A.   No.

17       Q.   Do you have any family member or a close

18  friend who is a diabetic?

19       A.   Yes.

20       Q.   And who is that?

21       A.   My mother.

22       Q.   And have you at any time been a caretaker

23  of your mother in regards to her diabetes?

24       A.   No.

7

```
 1      Q.   Does she have type -- what type diabetes
 2 does your mother have?
 3      A.   Type II.
 4      Q.   Did you read over any notes, reports,
 5 statements or anything else to prepare for this
 6 deposition today?
 7      A.   A report that was given by ISP from myself
 8 that they have issued to me and a pre-deposition or
 9 a narrative from Joanne Lewis.
10      Q.   Okay.  And have you ever made any private
11 notes or a diary or anything that relates in any way
12 to Janet Hahn?
13      A.   No.
14      Q.   Did you have a talk or a discussion or
15 consultation with anyone in preparation for this
16 deposition?
17      A.   Brian and Keith.
18      Q.   And that's it?  Anybody else?
19      A.   No.
20      Q.   Okay.  How long have you been employed at
21 the Champaign County Sheriff's Office?
22      A.   Since 2003.
23      Q.   What positions have you held at the
24 sheriff's office?
```

8

1     A.   I began in 2003 as a part-time master

2  controller and then I went full-time master control

3  several months later, was hired as a full-time

4  correctional officer in February of 2006 and now a

5  sergeant as of June of 2011.

6     Q.   What's your badge number?

7     A.   5368.

8     Q.   And is there a three-number badge number

9  that you use when you're inside the correctional

10 center?

11    A.   368.

12    Q.   Were you employed before your employment

13 at the Champaign County Sheriff's Office?

14    A.   Yes.

15    Q.   Where were you employed?

16    A.   Dr. Norman Schutt's office.

17    Q.   And what did you do there?

18    A.   I was an administrative assistant.

19    Q.   How long were you employed there?

20    A.   Four and a half, five years.

21    Q.   Did you have any medical training in

22 relation to your employment at Dr. Schutt's office?

23    A.   No.

24    Q.   Have you been in the military?

9

 1      A.   No.

 2      Q.   Before your employment at Champaign County

 3  Sheriff's Office, did you have any medical training

 4  at all that you have not already testified to?

 5      A.   No.

 6      Q.   Did you receive training for your

 7  employment for your position I guess in master

 8  control?

 9      A.   Yes, it was on-the-job training.

10      Q.   And who trained you for that?

11      A.   Elaine Parrish, Arnold Mathews.

12      Q.   Did that include any kind of training

13  regarding medical care of inmates?

14      A.   No.

15      Q.   What did you do in master control?

16      A.   We're required to handle the security of

17  the jail, anybody who comes in, comes out of the

18  jail, security cameras, we are to watch where the

19  officers are, officer safety, inmate safety,

20  bond-outs, help with things that may come in the

21  front door, we handle them, telephone calls that

22  come in, METCAD calls, confirming warrants, doing

23  leads information.  That's pretty much it in a

24  nutshell.

KAREE VOGES

10

1      Q.   Okay.  And then how was it that you

2  transitioned from master control to correction

3  officer?  In other words, is that a job you applied

4  for?  Did someone offer it to you?  How is it --

5      A.   It's a job.  You have to apply, send a

6  résumé in, do another application as well as an

7  interview process, you're placed on a list and then

8  at that point when a position opens up, they may

9  offer you the job.

10     Q.   Okay.  Did you receive any training for

11 your employment as a correction officer?

12     A.   Yes.

13     Q.   And what was the initial training that you

14 had?

15     A.   Initial training is a one-week basic

16 observation certification week and then six weeks of

17 training on the job.

18     Q.   When did you have that, that seven weeks

19 there?

20     A.   That would have been February of 2006

21 through approximately April of 2006.

22     Q.   Did that include any medical training?

23     A.   Yes.

24     Q.   Who was it that gave you medical training

11

1  in your -- in that initial approximate seven-week

2  on-the-job training?

3      A.   That would be the officers training me,

4  whoever it would have been at the time.  I don't

5  recall my training officers at the time.

6      Q.   So, would it be true that the medical

7  training that you received and the on-the-job

8  training would have been on-the-job medical

9  training; as you encountered a situation perhaps

10 that needed medical, they would tell you what to do?

11     A.   No, they actually go through scenarios

12 that you may come across through your seven weeks.

13 They try to get that training done first and then

14 you will actually have medical/mental health

15 training, a four-hour course later at that time and

16 also at the Police Training Institute.

17     Q.   Okay.  And do you recall if that initial

18 six-week training included any training regarding

19 diabetic inmates?

20     A.   I don't recall, no.

21     Q.   Did that initial six-week training regard

22 any kind of training related to the special problems

23 associated with the care of inmates who have mental

24 or intellectual disabilities?

12

1      A.    Yes, we do discuss that, yes.

2      Q.    Okay.  And do you recall what kind of

3  training there was for people with mental health

4  issues in the initial training?

5      A.    Yeah, I don't recall the actual training

6  itself.  It's actually a policy that we have to go

7  over, Champaign County policy.  It's one of the

8  things that is to be documented and gone over is

9  medical and mental health problems/issues that may

10  arise.

11      Q.    Okay.  Did you attend the Police Training

12  Institute?

13      A.    I did, yes.

14      Q.    Where?

15      A.    Springfield, Illinois.

16      Q.    And when did you attend the PTI?

17      A.    September of 2006.

18      Q.    Did you receive some medical training at

19  the PTI?

20      A.    Yes.

21      Q.    And who conducted the medical training?

22  And when I say who, I'm wondering, was it medical

23  personnel -- doctors and nurses -- or officers?

24      A.    They actually have somebody that they

KAREE VOGES

13

1   bring in to the Police Training Institute.  Off the

2   top of my head, I can't remember who it actually was

3   that does our first aid, CPR, AED training.  They

4   have to be certified in that in order to be doing

5   the training, but I couldn't tell you if it was an

6   actual medical profession -- professional.

7        Q.   Okay.  So, at the PTI you mentioned that

8   you did first aid, CPR and AED training.  Did you do

9   any other medical training besides those three areas

10  at PTI?

11       A.   Not that I recall.

12       Q.   After your initial field training and --

13  after your initial field training, did you receive

14  any medical training at Champaign County Sheriff's

15  Office?

16       A.   Yes.

17       Q.   And when did you receive that?

18       A.   Within that year.  I couldn't tell you.

19  We have yearly training, so I don't know the exact

20  date.

21       Q.   Who conducts the yearly medical training?

22       A.   The supervisor of the medical field and

23  then the supervisor of our mental health field.

24       Q.   Is that medical and mental health training

14

1  that you get at Champaign County Sheriff's Office

2  conducted in the same month of each year?

3      A.   I couldn't tell you that.  I'm not sure of

4  the answer to that.

5      Q.   Okay.  And I'm calling your attention to

6  June of 2007.  Do you remember if your medical

7  training in 2007 was before the -- before June or

8  after June?

9      A.   I couldn't tell you.

10      Q.   Do all the officers have the medical

11  training at the same time?

12      A.   They are required; it's a mandatory

13  training.  If for any reason they cannot make it,

14  there is a makeup within usually the month after.

15      Q.   So it's -- the sheriff's department tries

16  to do one big group of training for all the

17  officers; is that correct?

18      A.   It might be three days, a three-day

19  training where they have to get everybody in within

20  that three days, but then at that point if nobody

21  can make it within the three days, there is a makeup

22  class they are required to meet.

23      Q.   Okay.  Has the yearly training that you

24  received at Champaign County Sheriff's Office

KAREE VOGES

15

1   included training regarding diabetic inmates?

2       A.   Yes.

3       Q.   From your Champaign County Sheriff's

4   Office training, would you describe the signs and

5   symptoms of hypoglycemia in a Type I diabetic.

6       A.   Hypo- I believe is low blood sugar.

7   Type I would be an insulin diabetic.  And you're

8   actually asking for signs?

9       Q.   From your training, what signs are you to

10  look for?

11      A.   I would say if someone is actually coming

12  to me and they're -- the majority of the time I know

13  they're hypoglycemic because they're coming to me,

14  they're shaking, they're not feeling well, they're

15  usually asking to check their blood sugar because

16  they can tell they're not feeling well.  At that

17  point, we would check.

18           The majority of the time, they would come

19  to me, let me know they're not feeling well, they're

20  shaking, lightheaded, something of that nature.

21      Q.   From your training at Champaign County

22  Sheriff's Office, describe hyperglycemia in a Type I

23  diabetic.

24      A.   I believe hyper- is the exact same

16

1  symptoms; they can reflect the same symptoms if

2  they're high blood sugar and insulin-dependent.

3      Q.   Had you been trained at the Champaign

4  County Sheriff's Office to know the differences

5  between what a Type I diabetic and a Type II

6  diabetic are?

7      A.   Yes.

8      Q.   From your Champaign County Sheriff's

9  Office training, did you learn what diabetic

10 ketoacidosis is?

11     A.   No.

12     Q.   Had you been trained to know and recognize

13 the warning signs of diabetic ketoacidosis?

14     A.   No.

15     Q.   From your training at the Champaign County

16 Sheriff's Office, please describe what a Type I

17 diabetic needs on a daily basis.

18     A.   In --

19          MR. SMITH:  Objection to --

20          THE WITNESS:  I'm sorry.

21          MR. SMITH:  That's okay.  Objection to

22 foundation, assumes facts not in evidence.  Go

23 ahead.

24          MS. REDWOOD:  You can answer, if you know.

17

1              MR. SMITH:  You can answer.

2              THE WITNESS:  Oh, okay.  I believe the

3    majority of the time they are insulin-dependent,

4    Type I is.

5    BY MS. REDWOOD:

6        Q.   Okay.  And have you been trained that they

7    need anything else besides insulin?

8              MR. SMITH:  Objection, mischaracterizes

9    testimony.

10             THE WITNESS:  I don't believe so, no.

11   BY MS. REDWOOD:

12       Q.   From your training at Champaign County

13   Sheriff's Office, please describe when you as a

14   correctional officer can recognize a diabetic

15   emergency in an inmate.

16             MR. SMITH:  Object to the form, the term

17   "diabetic emergency."  Go ahead.

18             THE WITNESS:  I don't know if there's

19   actual symptoms that I can see versus any other

20   medical emergency.  I would be treating them all the

21   same.  The main reason that I would see somebody who

22   is in a diabetic situation is because they're coming

23   to me in any kind of form.

24             If I come across anybody that's shaking,

18

1  not feeling well, sitting up in their bunk, whatever

2  it might be, I'm going to address the situation as a

3  medical emergency or a medical situation.

4  BY MS. REDWOOD:

5     Q.   Okay.  From your training at Champaign

6  County Sheriff's Office, when are you supposed to

7  call 911 for what you recognize as some kind of an

8  emergency in a Type I diabetic?

9     A.   When am I required to call 911?

10    Q.   Required or supposed to.

11    A.   We would notify the supervisor.  If for

12 some reason there's a situation that I can't get to

13 a supervisor to call 911, I would call 911 if it's a

14 situation that would be no time to call the

15 supervisor.  But the majority of the time you would

16 always notify the supervisor; they would make the

17 decision if there's time to call the nurse.  If not,

18 they would make the call on that.

19    Q.   What would you be looking for when you

20 have an inmate who is a Type I diabetic and you may

21 be thinking you should call 911?

22         MR. SMITH:  Objection to the form of the

23 question.

24         THE WITNESS:  I can't say that by

19

1  observation I'm per se going to go in and call 911

2  unless for some reason they're complete

3  unresponsive.

4          If they're unresponsive, obviously we

5  would be calling for a medical assistance call in

6  which I probably would still not be the one calling

7  911.  We would all be there to see the situation and

8  the supervisor would still call 911.  In that case,

9  am I allowed?  Yes, I am.

10  BY MS. REDWOOD:

11      Q.   From your training at Champaign County

12  Sheriff's Office, would you describe what could

13  happen to a Type I diabetic who refuses to eat his

14  or her meals.

15      A.   I can't say I've been trained on exactly

16  what's going to happen to them because all the

17  nurses -- the nurses handle all that, so.

18      Q.   From your Champaign County Sheriff's

19  Office training, please describe what could happen

20  to a Type I diabetic who fails to have his or her

21  blood sugar checked regularly with the Accu-Chek.

22          MR. SMITH:  Objection, incomplete

23  hypothetical.

24          THE WITNESS:  I think that they could get

20

```
1   high blood sugar, they could have low blood sugar if
2   it's not regulated, if they haven't eaten.
3          The reason you check their blood sugar is
4   to see at that time if they need to have insulin or
5   not, so there's a purpose behind it and keeping up
6   on it.
7   BY MS. REDWOOD:
8      Q.   From your training at Champaign County
9   Sheriff's Office, how many times a day does a Type I
10  diabetic need an insulin injection?
11         MR. SMITH:  Objection, form and
12  foundation.
13         THE WITNESS:  Right now, we check them
14  twice and they can have insulin twice a day, unless
15  the nurse states different.
16  BY MS. REDWOOD:
17     Q.   Okay.  And was that different in 2007?
18     A.   No.
19     Q.   As a correction officer, what is the
20  jail's procedure to follow now when a Type I
21  diabetic fails or refuses to have his or her blood
22  sugar checked with the Accu-Chek as ordered by
23  medical?
24     A.   I would notify the supervisor as well as
```

21

1  we would call the nurse.

2      Q.   And in 2007, what would be the -- what was

3  the jail's procedure for you as a correction officer

4  to follow when a Type I diabetic failed or refused

5  to have his or her blood sugar checked as ordered?

6      A.   It would be the same thing; I would notify

7  my supervisor, "This person is refusing to check

8  blood sugar," as well as notify the nurse.  Many

9  times, we also e-mail them as well as contact them

10 per phone.

11     Q.   Did your medical training at Champaign

12 County Sheriff's Office include some kind of

13 training related to the special problems associated

14 with the care of inmates who have mental or

15 intellectual disabilities?

16          MR. SMITH:  Asked and answered.

17 BY MS. REDWOOD:

18     Q.   I'm talking about your follow-up training

19 after your initial seven weeks.

20     A.   During my actual four-hour training

21 course?

22     Q.   Yes.

23     A.   We discuss, through the mental health

24 training, people who may have disabilities, things

22

 1    of that nature.  As far as how to actually handle

 2    somebody in a medical situation, I can't say we're

 3    actually trained on that except for on-the-job

 4    training, learning to -- how to deal with somebody

 5    who might be uneducated, mental disabilities of some

 6    sort.

 7        Q.   In 2007, what options were you as a

 8    correction officer given to deal with an inmate who

 9    had mental or intellectual disabilities who would

10    not cooperate in their own medical care?

11            MR. SMITH:  I'm sorry, was the beginning

12    of that question what instructions?

13    BY MS. REDWOOD:

14        Q.   What options were you given as a

15    correction officer?

16            MR. SMITH:  Objection to form.

17            THE WITNESS:  I'm sorry, can you restate

18    that?

19            MS. REDWOOD:  Would you read it back.

20            (At this point in the proceedings, the

21            Court Reporter read aloud the aforesaid

22            question.)

23            MR. SMITH:  Same objection.

24            THE WITNESS:  That would be on the nurse.

23

1   As soon as I had somebody who was not wanting to

2   cooperate, I would take it as far as I'm allowed to

3   do as an officer, assist them, help them, ask them.

4           If they still refuse, I would pass it on

5   to the -- if it's the medical profession -- the

6   medical profession to assist me in getting that

7   completed.

8   BY MS. REDWOOD:

9       Q.   Were you allowed to call the HPL doctor in

10  2007?

11      A.   We never called HPL doctor.  The nurse

12  calls HPL doctor.

13      Q.   Was there a way that you could call the

14  HPL doctor if you were dissatisfied with the nurse's

15  reaction?

16      A.   I'm assuming we could.  I have no number

17  for him at this point, nor did I have one in 2007.

18      Q.   As a correction officer in 2007, what was

19  the jail's policy for you to follow if a Type I

20  diabetic fails or refuses to eat their meals?

21      A.   We would mark "refused" on a seg log

22  showing that he refused.  And being a Type I

23  diabetic, I would notify the nurse to let them know

24  he refused to eat.

24

1      Q.    When you testified that you would note

2  that down on the seg log, is that seg log something

3  that would be available for the nurse to see?

4      A.    Yes.

5      Q.    And where was the seg log?

6      A.    The segregation log would be right outside

7  whatever door they're at; there would be a clipboard

8  and it states it right there.

9           MS. REDWOOD:  Mark this as Number 1,

10  please.

11           (At this point in the proceedings, Voges

12           Exhibit Number 1 was marked for purposes

13           of identification.)

14  BY MS. REDWOOD:

15      Q.    You've been handed a document which says

16  at the top "Champaign County Correctional Center

17  Segregation Log" for Janet Hahn and it's Bates

18  marked Number 57.  Do you recognize that document?

19      A.    I do.

20      Q.    And is that the seg log that you were just

21  referring to in your testimony?

22      A.    Yes, it is.

23      Q.    Do you see any of your handwriting or your

24  badge number or initials anywhere on this --

KAREE VOGES

25

1    A.    Yes.

2    Q.    -- seg log?  And what do you see?

3    A.    I see 368 circled from 12:00-to-8:00

4  shift, breakfast, on 6/16.

5    Q.    And what does that indicate?

6    A.    A circle means refused breakfast.  Or you

7  can write it over here and write refused.  That

8  means I issued breakfast to her and either she

9  refused or she did not eat it.

10    Q.    Okay.  What time is breakfast served

11  generally?

12    A.    On my shift, approximately 6:30 in the

13  morning.

14    Q.    Okay.  And is that pretty regular?

15    A.    Uh-huh.

16    Q.    You have to say yes or no.

17    A.    Yes.  I'm sorry.

18    Q.    Thanks.  Your entry is the first entry on

19  this segregation log; is that correct?

20    A.    Yes.

21    Q.    Are you the person who started this

22  segregation log?

23    A.    No, I did not.

24    Q.    Is there somewhere on this segregation log

26

1  that documents which officer started this?

2      A.   By looking at this, I couldn't tell you.

3  There's authorization down here by 345, which is our

4  now Lieutenant Johnson, so he could have very well

5  filled this out, but I could not tell you by looking

6  at this.

7      Q.   See at the top where it says Janet Hahn,

8  F-1 and 6/15/07?

9      A.   Uh-huh.

10     Q.   You have to say yes or no.

11     A.   Yes.

12     Q.   Is that your handwriting?

13     A.   No.

14     Q.   And I'm calling your attention to the

15  first line on this segregation log dated 6/16,

16  12:00-to-8:00 shift, where your badge number is

17  circled in the breakfast section.  Over to the right

18  of that, there's a supervisor number.  Do you see

19  that?

20     A.   Yes.

21     Q.   And what does the badge number of the

22  supervisor in that column signify?

23     A.   354 would mean that he has come and signed

24  off on this seg sheet that we have completed our job

27

 1  and he's also recognized that Janet is in this room

 2  and he's checked on Janet as well.

 3      Q.    Okay.  And did you talk with this

 4  supervisor, Number 354, and let that supervisor know

 5  that Janet had refused breakfast?

 6      A.    I don't recall.

 7      Q.    So, would the supervisor typically sign

 8  off on this at the end of the 12:00-to-8:00 shift?

 9      A.    Yes.

10      Q.    And does the supervisor typically go

11  around and sign off on each of the segregation logs

12  for each of the cells at the end of the shift?

13      A.    Yes.

14      Q.    On the bottom of the sheet where it says

15  "Comments," it says, "Green Gown/Level 2."  Please

16  tell me what green gown means to you.

17      A.    This person is on suicide watch; they are

18  not allowed to have their clothing and they are in

19  our suicide prevention green gown.  Level 2 is just

20  the level that mental health has provided for us so

21  we understand that this person is in green.

22      Q.    Is there anything on this sheet that would

23  indicate to you as a correction officer that this

24  person was going through drug withdrawals?

KAREE VOGES

28

1      A.   Not on this sheet, no.

2      Q.   As a correction officer, what's the jail's

3  procedure for you to follow when a Type I diabetic

4  has no drinking water to her cell?

5      A.   There's no protocol.

6      Q.   As a correction officer, what's the jail's

7  procedure for you to follow when the Accu-Chek used

8  on a Type I diabetic reads error, E-r-r-o-r or

9  E-r-r?

10      A.   We can try again.  We also have

11  documentation now that shows what each error means

12  so that we can check to see what that error stands

13  for.  If it's like you said, E-r-r, it references

14  meaning something, whether the battery is dead,

15  possibly the machine wasn't used right.  We are now

16  able to look into that.

17      Q.   And is that a booklet that goes with the

18  machine that you look at?

19      A.   Yes.

20      Q.   Okay.  In June 2007, did you have that

21  booklet that you could look at to read about the

22  error on the machine?

23      A.   I believe so, yes.

24      Q.   Prior to June 2007, did you have any

KAREE VOGES

29

1  medical training at the Champaign County Sheriff's

2  Office informing you that a Type I diabetic could

3  develop ketoacidosis and die in a couple days

4  without a proper diabetic regimen of food, water and

5  insulin?

6          MR. SMITH:  Objection to form.

7          THE WITNESS:  I had no idea what that word

8  even meant, so no, I have to say no to that.

9  BY MS. REDWOOD:

10     Q.   Ketoacidosis?

11     A.   Yeah, I had not heard of it until today.

12     Q.   Okay.  After Janet Hahn's death, did you

13  have any training that a Type I diabetic could die

14  in a couple of days without a proper regimen of

15  food, water and insulin?

16          MR. SMITH:  Objection, relevance.

17          THE WITNESS:  No.

18  BY MS. REDWOOD:

19     Q.   When I say Janet Hahn, do you know who I'm

20  talking about?

21     A.   Yes.

22     Q.   When did you first come into contact with

23  Janet Hahn?

24     A.   I believe it's June of '07.

30

1     Q.   And you understand that in June of 2007,
2  Janet Hahn died, correct?
3     A.   Yes.
4     Q.   Okay.  And this segregation log, which is
5  Exhibit Number 1, shows that the segregation log was
6  started June 15th of 2007.  Do you remember that
7  incarceration?
8     A.   Yes.
9     Q.   Now, do you remember having any dealings
10  or interactions with Janet Hahn before this
11  incarceration in June --
12     A.   Yes.
13     Q.   -- of '07?  Do you remember what year it
14  was?
15     A.   It was '07, I believe.
16     Q.   And what do you remember about any prior
17  incarcerations of Janet Hahn in 2007?
18     A.   I was the intake officer for her.  It may
19  have been her first intake of ever coming to the
20  Champaign County Jail.  I was the intake officer,
21  booking officer who processed her that time.
22     Q.   And what do you remember about Janet Hahn
23  from the prior incarceration?
24     A.   The only thing I can really remember from

KAREE VOGES

31

1  her at this point was that she was very angry when

2  she came in; she wasn't real cooperative on giving

3  me information, but we ended up building some kind

4  of rapport between the two of us because I wanted to

5  understand what she was going through.

6          She was doing a lot of crying, was upset

7  and she kept stating to me something to do with her

8  baby and losing her baby and I would never

9  understand because they took her baby from her.

10  That's all I remember from the first intake that I

11  ever dealt with her on.

12      Q.   Do you remember from the first intake and

13  your discussions with Janet Hahn -- that would be

14  prior to June of 2007 -- anything that you noticed

15  about her manner of speaking?

16      A.   No.

17      Q.   Do you remember filling out any forms or

18  thinking that she was perhaps mentally deficient or

19  mentally retarded?

20      A.   I felt -- I think the word that I've used

21  for Janet was maybe uneducated.  I couldn't tell if

22  at the time of her intake if she was under the

23  influence of alcohol or something because at the

24  time we're first just getting her in the very

1  beginning of the stages and at the time I couldn't

2  understand why she would be concerned about a baby

3  and to me it was more of a mental health issue at

4  the time.  I thought she was going through some kind

5  of stress.  But besides that, no.

6        MS. REDWOOD:  Would you mark this

7  Number 2, please.

8        (At this point in the proceedings, Voges

9        Exhibit Number 2 was marked for purposes

10        of identification.)

11  BY MS. REDWOOD:

12     Q.   You've been handed what's been marked

13  Exhibit Number 2.  If you would -- which purports to

14  be an e-mail and is Bate Stamped 002448.  Would you

15  please take a moment to read that through.

16     A.   Uh-huh.

17     Q.   This e-mail states that it's from Susan

18  Swain and sent on Sunday, May 6, 2007 to

19  corrections.  Is this an e-mail that you would have

20  received as being part of corrections?

21     A.   Yes, I should have.

22     Q.   Do you remember receiving this e-mail?

23     A.   I don't recall this specific e-mail, no.

24     Q.   Do you remember ever having read this

33

1   before?

2      A.   I don't remember this e-mail, no.

3      Q.   And do you remember any of the information

4   that's in this e-mail from your dealings with Janet

5   Hahn prior to June of 2007?

6          MR. SMITH:  Objection to form.

7          THE WITNESS:  Do I remember this being an

8   issue with Janet?  I do, but I don't actually

9   remember this specific e-mail.

10  BY MS. REDWOOD:

11     Q.   Okay.  And as you look through the e-mail,

12  what issues in there do you remember being issues

13  with Janet in her incarceration before June of '07?

14     A.   This makes sense that she was refusing to

15  give most information.  It's the same problem I had

16  when she came in the first time.  I was able to get

17  quite a bit from her though.  As well as her not

18  wanting to cooperate necessarily with testing her

19  blood sugar, I personally also did have that

20  problem, so.

21     Q.   Okay.  Now, when you as a correction

22  officer look at this, would you identify this inmate

23  at least in your mind as a problem?

24          MR. SMITH:  Objection to form and

34

1  characterization.

2         THE WITNESS:  She would be someone that we

3  want to keep a close eye on, try to work with her

4  and if -- in this stance, we can only do so much as

5  a correction officer, but again pass it on to the

6  medical staff if we can't get any further with her.

7  BY MS. REDWOOD:

8     Q.   Okay.  At the satellite jail, is there

9  some physical place where information like the

10 information in Exhibit Number 2 here is placed so

11 that you can have some kind of continuity if this

12 person gets incarcerated again so you can look back

13 and see what the problems are?

14    A.   Nothing that I can see.  I think that

15 maybe medical has records that they keep, but

16 nothing that the correctional staff will see, no.

17         This e-mail gets kept.  Anybody who keeps

18 their e-mails would have a medical file possibly

19 that they have chosen to keep e-mails in.  They

20 could always look back there.  But as far as an

21 actual place that I could record, see this, nothing

22 that I can see, no.

23    Q.   Okay.  When you look at the date on this

24 e-mail, does that give you any indication about when

35

1  you previously saw Janet Hahn or when -- you said

2  you were the intake officer when you did an intake?

3      A.   I don't recall if this was the actual date

4  that I intaked her on or if it was previous to this.

5  I don't recall.

6      Q.   Okay.  How many times do you remember

7  Janet Hahn being incarcerated at the satellite jail

8  before June 15th, 2007?

9      A.   I remember my time that I intaked her, but

10 I don't know if she was there anymore previous to

11 that, besides the time that I dealt with her in

12 June.

13     Q.   In June -- strike that, please.  Between

14 June 15th and June 18th, 2007, what shift were you

15 working?

16     A.   I was third shift.

17     Q.   And what are the hours of that?

18     A.   11:45 to 8:15 in the morning.

19         MR. SMITH:  Just so we're clear,

20 11:45 p.m.?

21         THE WITNESS:  I'm sorry, p.m., yes.

22 BY MS. REDWOOD:

23     Q.   And did you work beginning at 11:45 p.m.

24 on June 15th?

36

 1      A.   Yes.

 2      Q.   Did you work beginning at 11:45 p.m. on

 3 June 16th?

 4      A.   Yes.

 5      Q.   Did you work beginning at 11:45 p.m. on

 6 June 17th?

 7      A.   No.

 8      Q.   Since this shift goes over from one day to

 9 the next, I'm going to identify it by the 11:45 p.m.

10 date.

11      A.   Okay.

12      Q.   So, on June 15th, what area of the jail

13 were you working at?

14      A.   Booking.

15      Q.   And was that at the satellite?

16      A.   Yes.

17      Q.   On June 16th, what area of the jail were

18 you working?

19      A.   Booking, satellite.

20      Q.   Okay.  And then June 17th, that was your

21 day off?

22      A.   I'm not sure where I was actually working

23 that night.  It shouldn't have been my night off,

24 no.

KAREE VOGES

37

1      Q.    Okay.  But you don't believe you were --

2      A.    -- working booking, no.

3      Q.    So, you believe you were working but not

4   in booking?

5      A.    Correct.  I was either at the downtown

6   jail or in a different area in the jail --

7      Q.    Okay.

8      A.    -- but I do not believe I was off.  I

9   would have to locate that for you.

10     Q.    You testified about a time in 2007 when

11  you were the intake officer and you had some

12  dealings with Janet Hahn.  At that time, did you

13  have information that Janet Hahn was diabetic?

14     A.    Yes.

15     Q.    And as the intake officer, is it your job

16  to determine if a person is a Type I or a Type II

17  diabetic on intake?

18         MR. SMITH:  Objection, foundation.  We

19  haven't establish she was the intake officer, have

20  we?

21  BY MS. REDWOOD:

22     Q.    In your job as intake officer.

23     A.    Yes, actually it's not my job to find out.

24  I will ask that question.  I've yet to see a

38

1  diabetic who hasn't known which they are.  But at

2  that point, I would pass that on to the nurse.  If

3  she -- if he or she doesn't know, they will then get

4  back to us on what type they are or what protocol

5  they would be on.

6          MR. SMITH:  I withdraw my objection.  I

7  misunderstood the question.  I thought you were

8  talking about specific to -- I think you were

9  talking more generally.

10          MS. REDWOOD:  Yeah, I was talking more

11  generally.

12  BY MS. REDWOOD:

13      Q.    Before June 15th of 2007, were you aware

14  that Janet Hahn was a Type I diabetic?

15      A.    Yes.

16      Q.    You've already testified that as a

17  correction officer, the previous medical files of

18  inmates were not available to you.  That would be

19  correct, right?

20      A.    Correct.

21      Q.    All right.  Now, my question is different.

22  As a corrections officer, are there any files that

23  were available to you about the previous

24  incarceration of an inmate that you could go back

KAREE VOGES

39

1 and look at?

2      A.    Besides actually going back to possibly an

3 e-mail that I may have saved or in our computer

4 screen you can actually -- there's a way to

5 manipulate the medical screen to pull up a previous

6 one if they chose to do that, but nobody hardly ever

7 does that.  It would only be in a situation where

8 maybe you need it or a lawyer needs it.

9          As far as a hard copy file for me to go

10 see as a correctional officer, no.  I just knew

11 previously because of my interaction with her.

12      Q.    Okay.  You testified that you were working

13 in the booking area on June 15th over to June 16th,

14 2007 at your regular shift of 11:45 to 8:15.  What,

15 if anything, did you notice or have to do with Janet

16 Hahn on June 15th over to 16th during that shift?

17      A.    The only thing I recall of that night is

18 coming on shift and doing our shift change, security

19 walk first.  I knew previous to coming to shift

20 because of a pass-on entry that we had heard through

21 our briefing that Janet was back, that she was an

22 F-1.

23          Besides that, just her asking that evening

24 for -- she communicated fairly well with me.  She

KAREE VOGES

40

1   would ask for toilet paper or possibly a drink of

2   water that I would get for her.  Besides that, there

3   wasn't a whole lot that evening that I remember of

4   Janet being any issue for me or any problems that

5   came arise.

6        Q.   Why did she have to ask you for water?

7        A.   I'm -- I have no idea why she was asking

8   me for water at the time.  She can't have a cup in

9   there because she's on suicide watch, which would be

10  a green gown.  They're not allowed to have objects

11  in there, in their cell.

12            So, she would have to actually ask me for

13  a cup, in which I would bring her a cup of water,

14  she would drink it and I would remove the cup and I

15  continued throughout the evening if she ever needed

16  that.

17       Q.   What kind of cup?

18       A.   A little Styrofoam cup.

19       Q.   How could she commit suicide with a

20  Styrofoam cup?

21       A.   She technically probably can't, but I just

22  have the policies to follow.

23       Q.   Okay.  And why does a person on suicide

24  watch have to ask for toilet paper?

41

1      A.   They're not allowed to have a whole roll

2  in their cell.  They can only have as much as would

3  require them to use the restroom.  And then at that

4  point if they need it again within hours later,

5  we're required to give them more toilet paper.  Some

6  actually keep a little bit of toilet paper in there;

7  they just can't have the whole roll.

8      Q.   Okay.  Is there a way that's been

9  identified they could commit suicide by having a

10  roll of toilet paper?

11     A.   I've yet --

12          MR. SMITH:  Objection to form, foundation.

13          THE WITNESS:  I've yet to see it.

14  BY MS. REDWOOD:

15     Q.   What else can they not have in there

16  because they're on suicide watch?

17     A.   They're technically -- they're not

18  supposed to have anything, sharp objects.  All

19  they're allowed to have is their green gown and

20  possibly the green blanket that would help them wrap

21  up in.  That's all they're allowed to have.

22          They can have their items to eat with for

23  a short amount of time, which is Styrofoam, a

24  container along with a Styrofoam little spoon we

42

1  get.  We're required to make sure that it's all back

2  in there when we get it back.  The food can be gone,

3  but the Styrofoam spoon and the whole Styrofoam is

4  there and we retrieve it.

5      Q.   Were you ever taught how a diabetic inmate

6  might be able to commit suicide by diabetes?

7      A.   No.

8      Q.   Do you remember on the -- on your shift of

9  June 15th, '07 over to the 16th of '07 whether Janet

10  ever talked to you about this baby that she had been

11  talking about the last time?

12      A.   I believe she mentioned this her last day

13  with me, this last day, and I don't know if it was

14  recollection of seeing me again that she remembered

15  talking to me about it, but she mentioned

16  something -- not as in-depth -- but just yelling out

17  that the baby -- "Remember they took my baby from

18  me?"  But I don't recall if it was the Friday or

19  Saturday that she stated that to me.

20      Q.   Okay.  In reading over the report that

21  Trooper K. Cessna wrote -- and this is dated

22  July 11th of '07 and this is a report based on an

23  interview with you, so it's not anything that's word

24  for word, but she does indicate in here that, "Voges

KAREE VOGES

43

1  described Hahn's most recent incarceration as she

2  and Hahn did not see eye to eye," and she has eye to

3  eye in quotation marks so I believe that that would

4  be an exact quote.

5            Do you remember anything about telling

6  Trooper Cessna anything about not seeing eye to eye

7  with Hahn?

8       A.   I don't recall that conversation with her.

9  I felt Janet and I had good understanding.  Could

10  have been just that she was angry with me, but

11  that's not necessarily seeing eye to eye, but I

12  can't recall what it was that maybe Janet and I had

13  that didn't see eye to eye.

14       Q.   Okay.

15       A.   I don't recall.

16       Q.   And Trooper Cessna also writes that,

17  "Voges attributed this to Hahn," and then in

18  quotations it said, "acting strangely, even perhaps

19  going through some type of withdrawals."  Do you

20  remember talking to Trooper Cessna about that?

21       A.   I do recall us talking about that.  I

22  don't recall the actual withdrawals she was going

23  through.  I knew from coming on shift by seeing our

24  check sheet that she was on watch for an alcohol

44

1  withdrawal or some type withdrawal, so I don't know

2  if I just attributed it to her having some kind

3  of -- her being angry, her acting out, acting

4  strangely, I can't say she was actually having any

5  kind of withdrawal that I remember or recall.  At

6  this time, I don't remember what the actual

7  withdrawal would have been.

8      Q.    Okay.   In your training at the Champaign

9  County Sheriff's Office, were you trained to

10 recognize someone who was going through a drug

11 withdrawal or an alcohol withdrawal?

12     A.    Yes.

13     Q.    And what is it that you would look for to

14 identify a person going through some kind of

15 withdrawals from your training?

16     A.    It depends on a lot of times the type of

17 drug.  I'll use drug as an example.  Some may have

18 definite shakes.  Some may have bowel problems,

19 possibly diarrhea of some sort.  Some may be

20 throwing up a lot, dry heaving.  I know some drugs

21 make you feel that things are crawling on them.

22 Some of them, they're thirsty, water, they need to

23 eat something.

24         So, it just depends on the drug.  It

45

1   depends -- a lot of times it's just any kind of

2   medical, if I see somebody what I feel is in any

3   kind of distress, acting in any manner that's not

4   normal to me, would be in some nature going through

5   something, whether it be medical or mental health.

6        Q.   Who in the correctional staff would try to

7   identify if a person was suffering withdrawals?

8        A.   The nurse always sees them and lets us

9   know if they're on a protocol for alcohol or drug

10  withdrawal or any of the medical problems; she would

11  notify us.

12           MS. REDWOOD:  Please mark that as

13  Number 3.

14           (At this point in the proceedings, Voges

15           Exhibit Number 3 was marked for purposes

16           of identification.)

17  BY MS. REDWOOD:

18       Q.   You've been handed a document that's

19  marked Voges Exhibit Number 3, which purports to be

20  the Champaign County Sheriff's Office Mental

21  Health/Medical Special Watch Sheet for Booking.

22  It's Bates marked Number 148.  Do you recognize this

23  format, this form?

24       A.   Yes.  This is an old format, but this is

46

1   our form, yes.

2       Q.   Okay.  And is this specifically for the

3   booking area?

4       A.   Yes, it is.

5       Q.   And what, as a correction officer, do you

6   look for when you see this sheet?

7           MR. SMITH:  Objection to the form of the

8   question.

9           THE WITNESS:  The first thing that I

10  see -- we are given this in our briefing prior to

11  coming on shift.  The first thing I look for is the

12  name, the people that are on checks.

13          I look to the cell location that these

14  people are, so I notify -- and this changes

15  throughout the night, but this is my first initial

16  look.  And what exactly they're on watch for so that

17  I have a heads up of what I'm dealing with coming on

18  shift.

19  BY MS. REDWOOD:

20      Q.   Where in the booking area is this sheet

21  physically kept?

22      A.   It's kind of hard to explain, but it's

23  kind of on a counter next to our computers.  It sits

24  right there.  This is not where it's at now, but

47

1  this is where it was then.

2      Q.   Okay.  And then you said that the -- I

3  think you said that the cell information could

4  change during the shift; is that right?

5      A.   Yeah, if we -- if they would happen to

6  move to a different cell for some reason, we would

7  notate that on this.  Same thing as you see here,

8  this Mr. Montgomery was added most likely through

9  the shift and then a brand new copy was made for the

10  next shift to come on.

11      Q.   Okay.  And see the information over in the

12  comments section?

13      A.   Uh-huh, yes.

14      Q.   Who is it that types this information into

15  the comments section?

16      A.   Master --

17          MR. SMITH:  Objection to foundation.

18          THE WITNESS:  Master control.  Our master

19  controller actually types everything in here for us.

20  We relay the information.

21  BY MS. REDWOOD:

22      Q.   Okay.  So, you see where it says Janet

23  Hahn and under "Comments" it says, "Green Gown/Drug

24  Withdrawal"?

KAREE VOGES

48

1      A.    Yes.

2      Q.    First, let me ask you, did you provide any

3  of that information to master control to type in

4  there?

5      A.    No.

6      Q.    Is that information information that would

7  be provided to master control by the -- by any

8  correction officer who might have noticed something

9  on the shift?

10      A.    They could.  What happens is at the intake

11  process when they come in, once they have answered

12  all the questions, the first person to put anybody

13  on check would be the officer.  In this case, Janet

14  would have been put on by the officer.

15          When the medical and mental health staff

16  shows up, they then can change this to what it

17  should be, the protocol.  And at this point,

18  depending upon the date on this -- I'm going to

19  assume it says the 18th -- it's now several days

20  past that this would have been checked numerous

21  times by the nurse, the medical staff.

22      Q.    Okay.

23      A.    This might have been changed, I'm stating,

24  by medical or it could have been placed on by the

KAREE VOGES

49

1  officer.

2      Q.    Okay.   When you came on shift on

3  June 15th, 2007, was there a way for you to

4  determine whether Janet Hahn was a diabetic?

5      A.    Looking at this sheet, no.   The night of

6  our briefing, it was on our pass-on log stating that

7  she, Janet Hahn, was diabetic, plus I remembered

8  from my previous situation.

9      Q.    And was there anyplace on the booking

10 board that would give you information that a certain

11 inmate was diabetic?

12     A.    We notate on their booking board --

13 there's a card on the booking board that we will

14 write "diabetic" in red when they're diabetic.

15     Q.    Do you recall on June 15th, 2007 whether

16 Janet Hahn was marked as diabetic on the booking

17 board on the card?

18     A.    I don't recall if hers specifically was,

19 no.

20     Q.    And on this Special Watch Sheet for

21 Booking, which is Voges Exhibit Number 3, do you see

22 at the bottom the reason codes for medical; it says

23 diabetic is Med 4?   Nope, I'm sorry, diabetic is

24 Med 3.

50

1       A.    Yes.

2       Q.    Do you have any idea why Janet Hahn is not

3   marked as Med 3 as the reason on the sheet?

4       A.    No.

5       Q.    And are you the person who wrote Med 2

6   under the reason?

7       A.    No.

8       Q.    Do you know who it was that classified

9   Janet Hahn as Med 2?

10       A.    No.

11       Q.    Do you recall on June 15th, 2007 whether

12   Janet Hahn drank the water you gave her?

13       A.    I don't recall if she did; I just recall

14   giving her some.  I would assume if I got the cup

15   back that she drank in front of me.  I didn't leave

16   her there with the cup, so.

17            MR. SMITH:  For the sake of clarity,

18   when -- going back to how you're referencing the

19   dates, you're not just talking about the 15 minutes

20   that she worked on that evening, right?

21            MS. REDWOOD:  No, I was --

22            MR. SMITH:  You know what I'm saying?

23            MS. REDWOOD:  -- actually talking about

24   the shift, the June 15th -- I'll talk about a whole

51

1  shift unless I say 15 minutes.

2          MR. SMITH:  Okay.

3  BY MS. REDWOOD:

4      Q.   In Cell F-1 in June of 2007, was there a

5  toilet type of unit in there that has a toilet and a

6  drinking fountain?

7      A.   Yes.

8      Q.   Does it have a little sink on it, too?

9      A.   Yes.

10     Q.   If the water is shut off to that, does

11 that shut off the flushing as well as the drinking

12 water?

13     A.   Yes.

14     Q.   If the water is not shut off, can the

15 inmate themselves flush the toilet?

16     A.   Once the water is shut off to that cell,

17 there is no water flow, whether it be to flush the

18 toilet or whether it be to the sink.

19     Q.   Let's say if the water is not shut off, if

20 the cell has water --

21     A.   Uh-huh.

22     Q.   -- does the inmate themself flush the

23 toilet?

24     A.   Yes.

KAREE VOGES

52

1      Q.   So, they don't have to ask you --

2      A.   No.

3      Q.   -- to flush their toilet?  All right.  I'm

4   calling your attention to your shift on June 16th,

5   which would have been Saturday night.  And you

6   started at 11:45 on June 16th, correct?

7      A.   Yes.

8      Q.   And then you ended your shift on or -- at

9   or around 8:15 on Sunday morning, the 17th, correct?

10     A.   That is correct.

11     Q.   What, if anything, do you remember about

12  Janet Hahn when you arrived at work on that Saturday

13  night?

14     A.   The only thing I recall of Janet that

15  night is that she asked me again for toilet paper

16  and water.  I don't know if this happened on the

17  previous shifts, but she asked me.

18          As well as later in the shift, she

19  referenced that she was bleeding and I asked her,

20  you know, where she was bleeding from and she lifted

21  up her gown to show me and I don't recall if I

22  actually asked her if she started her menstrual

23  cycle; it was obvious what was going on and she told

24  me she was just going to bleed on the floor.

53

1  You know, I asked her not to do that, I would help

2  her, "Let's get you something," but I knew that she

3  couldn't have underpants or anything, so that I

4  would get her a pad that was approved through the

5  supervisor to get to her; if she would lay down for

6  me, I would allow her to have that so that way she

7  wasn't making a mess and plus being more sanitary

8  and understanding a female, so.  And she agreed she

9  wanted that; she wanted me to do that for her, so I

10 provided her with that.

11        Besides that, that's pretty much most of

12 the evening that I remember as far as any

13 interaction I had with her, talking to her as far as

14 if I could help her in any way.

15     Q.   Okay.  What's this suicide gown made out

16 of?

17     A.   I'm not sure what it's actually made out

18 of.  It's a real tough material; it's got some

19 cushion to it of some sort and it's got Velcro on

20 both arms that come up together like a -- oh, I

21 can't even think of what it looks like really.  When

22 it comes in the back, it's Velcro, but I'm not sure

23 what the actual material is it's made out of.

24     Q.   Is that made out of some material so that

54

1  the inmate can't like say choke themselves with it

2  or anything?

3      A.   Right, there's no way to even tie it in a

4  knot; it's that thick.

5      Q.   And they don't have underpants made out of

6  that material for the women?

7      A.   Not that I've seen, no.

8      Q.   Your shift is like, it starts just before

9  midnight and it goes into the wee hours of the

10 morning.  Was Janet up most of that time and walking

11 around or something?

12     A.   That I recall, the majority of the night

13 she was up, would talk to me if I would walk past,

14 you know.

15          She laid down for maybe a little bit for

16 me that I recall when I asked her to in order to

17 hold the pad, but I don't recall how long that

18 really was that she stayed down because she was back

19 up because I don't believe that fixed the problem

20 completely, the Maxi pad, so.

21     Q.   How about the other inmates who were in

22 booking?  Is it kind of normal that they stay awake

23 at night?

24     A.   Not necessarily.  Most of them are sound

KAREE VOGES

55

1   asleep.  But then again, on midnights it can be loud

2   in booking because of people coming in, whether

3   people are intoxicated, whatever the problem might

4   be, they're up, they're going, they're bonding out.

5   There's a lot of activity in booking so a lot of

6   them find themselves staying awake, watching what's

7   going on.  About 50 percent will end up laying down

8   and falling asleep, but usually people are mostly

9   awake up there.

10       Q.   Do you remember an inmate named Tonji

11  Thompson who is listed on this special watch booking

12  sheet?

13       A.   I -- I vaguely remember Tonji.  I remember

14  the name and I might be able to put a face to her,

15  but that's all I pretty much know.

16       Q.   Do you remember if she was being loud and

17  making noise and singing, trying to get everybody's

18  attention?

19       A.   If this is Tonji that I'm thinking about,

20  that may be, but I can't recall off the top of my

21  head.

22       Q.   And do you recall that for any of the days

23  that you were working booking in June of '07 --

24  well, strike that.  Do you recall anything about

56

1  this Tonji Thompson at any time you were working in

2  booking between June 15th and June 17th of '07?

3       A.   Nothing strikes me that's -- that I'm

4  recalling Tonji for that weekend, no.

5       Q.   In the report that was authored by Trooper

6  Cessna, she writes down, "Voges thought because of

7  Hahn's," and then she writes, "bizarre behavior that

8  Hahn possibly could be going through some type of

9  withdrawals."  Do you remember telling Trooper

10 Voges (sic) that statement?

11           MR. SMITH:  Asked and answered.

12           THE WITNESS:  No, I don't recall

13 specifically stating that to her, no.

14 BY MS. REDWOOD:

15      Q.   Do you remember on Sunday morning,

16 June 17th of '07, around 6:15 in the morning that

17 Janet Hahn told the correction officer she was

18 feeling sick to her stomach?

19      A.   I don't remember that, no.

20      Q.   Do you remember who was working in booking

21 with you on June 17th of '07 at around 6:15 in the

22 morning?

23      A.   I believe it was Officer Mathews that was

24 with me that night.

57

1      Q.   And do you remember at around 6:15 or so

2  in the morning on June 17th getting some water for

3  Janet Hahn?

4      A.   I can't say I remember that exact time,

5  no.

6      Q.   Do you remember bringing her some water

7  before the breakfast tray on June 17th?

8      A.   I'm sure I did.  I brought her water

9  most -- quite a few times before breakfast that

10  evening -- that morning.

11      Q.   Was she asking for water more often than

12  the other folks in these cells?

13          MR. SMITH:  Objection, foundation.

14          THE WITNESS:  I wouldn't say she was

15  asking for it more often, but just the fact that she

16  had no cup to get her water, I felt that she was

17  asking for water unlike everybody else that I gave

18  them a cup they could keep it.  So, in her case I

19  knew that she couldn't.  And I know I referenced to

20  her, "If you need some water, just let me know, I'll

21  get you some more," and just kept her cup up there.

22  BY MS. REDWOOD:

23      Q.   Okay.  Do you recall asking Janet Hahn to

24  get her blood sugar checked on the morning of

58

1  June 17th of '07?

2      A.   I do.

3      Q.   And would that have been one of your

4  regular jobs in the morning at about that time?

5      A.   We are to check to see who is diabetic in

6  the jail, make sure their blood sugars are taken at

7  approximately that time, usually 15 minutes to a

8  half an hour prior to breakfast.

9      Q.   Okay.  Is there a reason that it was

10  15 minutes or so before breakfast?

11      A.   No.

12          MR. SMITH:  Objection to foundation.

13  BY MS. REDWOOD:

14      Q.   And what, if anything, do you recall about

15  Janet Hahn and this blood sugar check on June 17th

16  of '07 at around 6:00 or 6:15 in the morning?

17      A.   The only thing that I remembered about

18  this without reading my report was just that I had

19  to ask Officer Buffer, who was stationed at the

20  downtown jail -- at the time, the downtown jail

21  officer would come out and get breakfast trays to

22  take them back to the downtown jail, so at the time

23  she was in the back area where the infirmary is; I

24  asked her to bring up the Accu-Chek because we never

59

1  had one stationed up in booking.  I found for her I

2  was able to get her cooperation to come out and

3  check her blood sugar.

4       Q.   That's Janet Hahn when you say "her"?

5       A.   Janet, I'm sorry, yes.

6       Q.   Okay.

7       A.   And being a female, for me I don't like to

8  take them all the way back to the infirmary when

9  she's in green.  Just as a courtesy for her, I would

10 have her come straight out there local next to her

11 cell, so that's why I had it brought up to the

12 booking area.

13          And then Officer Buffer -- I cannot recall

14 if Officer Buffer or myself were the ones that

15 actually did the blood sugar check.  I know we were

16 both there.  I cannot recall who actually did the

17 blood sugar check though.  I just remember her

18 complying with me, which was a big deal to get her

19 to come out.  She wasn't excited about it, but she

20 was willing to do it with me, so.

21      Q.   And did Janet Hahn then check -- use the

22 Accu-Chek machine and check her own blood sugar?

23      A.   I can't recall if she checked her own or

24 if it was myself or Officer Buffer who assisted her

KAREE VOGES

60

1   with it.  She would have to have put her finger up

2   to it and so on, but I can't recall that, no.

3       Q.   And you testified that you did read this

4   report that Trooper Cessna wrote about an interview,

5   correct?

6       A.   Uh-huh, yes.

7       Q.   And is there -- do you recall having read

8   this interview before?

9       A.   No.

10      Q.   You recall giving the interview?

11      A.   I do.

12      Q.   And at the time you gave the interview,

13  did you tell the truth?

14      A.   Yes.

15      Q.   So, if it says in here, "Voges removed

16  Hahn from her cell in order to check her blood

17  sugar; Voges advised Hahn just stood in front of the

18  machine holding her hand out; Voges wasn't sure if

19  Hahn didn't know how to use the machine or if she

20  was just acting like she didn't know how to use it,"

21  would that have been true and correct at the time?

22          MR. SMITH:  Objection to form and

23  foundation.

24          THE WITNESS:  Yes, if that's what the

61

1  report states, I would have testified, yes.

2  BY MS. REDWOOD:

3      Q.   Do you recall on June 17th of '07 at

4  somewhere after 6:15 in the morning that the

5  Accu-Chek machine read "E," which means error?

6      A.   I didn't recall that until I read that.

7      Q.   Do you recall whether you checked the

8  booklet to see what that means?

9      A.   I don't recall and it doesn't state that

10  either, yeah.

11      Q.   And do you recall whether you contacted

12  any nurse about the machine reading "E"?

13      A.   I don't -- I do not remember, no.

14      Q.   Is there -- was there a place at the jail

15  or in the infirmary where if the machine read "E"

16  you were supposed to document that so somebody else

17  could follow up or whatever?

18      A.   Yes, what they would -- actually, it still

19  stands the same today.  If I would do an "E," if it

20  showed an error of any type and I was not able to

21  correct that error, I would document at this date

22  and time blood sugar was checked, error on the

23  machine so that way the nurse would come in then

24  within a half hour in this situation and would see

62

1  that it was an error as well as notifying the nurse.

2      Q.   Okay.  And do you recall checking Janet

3  Hahn's blood sugar again after the machine read an

4  "E"?

5      A.   I don't recall, no.  It states that

6  though, but I do not recall.

7          MS. REDWOOD:  Please mark this Number 4.

8          (At this point in the proceedings, Voges

9          Exhibit Number 4 was marked for purposes

10         of identification.)

11         MR. SMITH:  Can we take a quick break?

12         MS. REDWOOD:  Sure.

13         10:20 a.m.  (At this point in the

14         proceedings, a short recess was taken.)

15         10:25 a.m.

16  BY MS. REDWOOD:

17     Q.   You've been handed a document which is

18  labeled Voges Exhibit Number 4; it's Bates Marked 58

19  and it purports to be a Blood Sugar and Insulin

20  Tracking Sheet with the patient name Janet Hahn.

21  Have you seen that before?

22     A.   Yes.

23     Q.   And as you look over this sheet, there's

24  some areas that are filled in.  Is any of the

63

1   writing on there your writing?

2        A.    No.

3        Q.    Where at the jail would this sheet have

4   been kept in June 2007?

5        A.    The infirmary.

6        Q.    And if a patient Accu-Cheks their blood

7   sugar and the machine reads "E," is that supposed to

8   be documented on this Blood Sugar and Insulin

9   Tracking Sheet?

10       A.    It should be, yes.

11       Q.    Would that be documented as error or would

12  that be documented as refused?

13       A.    I would mark error.  She didn't refuse.

14       Q.    Okay.  And if a patient refuses to check

15  their blood sugar, is the refusal also supposed to

16  be marked on this sheet?

17       A.    Yes.

18       Q.    Now, do you see on here the date is 6/16

19  of '07 and the time is 1600 and it's got a blood

20  sugar reading; do you see that line there?

21       A.    Yes.

22       Q.    On June 16th, when you came on shift at

23  about 11:45 p.m., is this something that you would

24  have gone and checked to see when this patient had

KAREE VOGES

64

1   last had their blood sugar checked?

2       A.   No.

3       Q.   And it would have been the job of someone

4   on the booking team to check this patient's blood

5   sugar or have them check it anyway at around 6:00 in

6   the morning on the 17th; is that right?

7       A.   That is correct.  What would have happened

8   at shift change is we are required to give all

9   pertinent information verbally -- so I'm going to

10  use Officer Thode here as an example -- that if she

11  was in booking that night, she would have passed on

12  that Ms. Hahn checked her blood sugar at this time,

13  it was such and such, let us know if we have any

14  concerns, if somebody is high, low, somebody would

15  need a watch, it would be verbally passed on, but in

16  this case we wouldn't actually see this form.

17      Q.   Under the policy or procedure that was in

18  effect in June of 2007, was there any time between

19  1600 hours on one day and approximately 6:00 a.m.

20  the next day when an officer is supposed to take a

21  diabetic to get their blood sugar checked?

22          MR. SMITH:  Objection to foundation.

23          THE WITNESS:  Not that I'm aware of.  I do

24  know that if for any reason we feel the need to

65

1  check their blood sugar, we can.  If we feel that

2  someone comes to me not feeling well, we can check

3  their blood sugar.  Nothing states that we cannot.

4  These are just set times that are made in order for

5  us to check them.

6  BY MS. REDWOOD:

7       Q.    Okay.  At any of the times when you were

8  working in the booking area on June -- your shift on

9  June 16th of 2007 over to June 17th, did you feel

10  the need from anything Janet Hahn told you to go and

11  check her blood sugar?

12       A.    No, I did not.

13       Q.    On June 17th of '07, did you talk to or

14  send an e-mail to any nurse about the machine

15  reading "E" when Janet Hahn's blood sugar was

16  checked?

17       A.    I don't recall speaking to a nurse.

18  According to my report, information was passed on,

19  but I don't recall myself personally speaking to

20  anyone.

21       Q.    Do you recall passing the information on?

22       A.    Me personally, I do not recall, no.

23       Q.    And you testified that Correction

24  Officer Buffer was with you there in regards to

66

1  doing the Accu-Chek on Janet Hahn.  Was -- do you

2  know what shift Correction Officer Buffer was

3  working that day?

4      A.   She should have been assigned to midnight

5  shift, which is 11:45 p.m. to 8:15 a.m.  She worked

6  the same shift I did.

7      Q.   Okay.  And did you see or hear Correction

8  Officer Buffer pass any information on to the nurse

9  about Janet Hahn on June 17th, 2007?

10     A.   Not that I recall, no.

11     Q.   Do you recall on June 17th, 2007 hearing

12  Officer Mathews state that Janet Hahn was throwing

13  up?

14     A.   I did not recall without reading the

15  report, no.

16     Q.   Okay.  And do you recall that you thought

17  you heard something that sounded like somebody

18  throwing up?

19     A.   I don't recall that, no.

20     Q.   And do you recall that anything you

21  heard -- that you heard anything that sounded like

22  it was splashing on the floor?

23     A.   No.

24     Q.   If it states in the report here, "Voges

67

1  was performing other duties when she heard Officer

2  Mathews advising Hahn was throwing up; Voges did not

3  physically see Hahn throwing up, but she heard what

4  she thought was someone throwing up and Voges could

5  hear something splashing on the floor," do you have

6  any reason to quarrel with those statements from

7  Trooper Cessna's report?

8         MR. SMALL:  Objection to foundation.  Go

9  ahead.

10         THE WITNESS:  No.

11  BY MS. REDWOOD:

12     Q.  You believe you made those statements to

13  Trooper Cessna in 2007?

14     A.  I'm sure I did.

15     Q.  Do you recall whether Janet Hahn ate

16  breakfast on June 17th, 2007?

17     A.  I don't recall.  I don't recall if I even

18  gave her breakfast that morning, no.

19     Q.  I'm calling -- I'm calling your attention

20  to June 15th, 2007, June 15th on your shift that

21  started at 11:45 p.m. over to 8:15 on the 16th.  Do

22  you recall if you did any of the 15-minute cell

23  checks on Janet Hahn?

24     A.  I believe I did.

KAREE VOGES

68

1    Q.   And was there anything that you recall

2  that you made any kind of mental note of during

3  those cell checks?

4    A.   No, just the only thing is that she had

5  mentioned to me about her baby and that she needed

6  toilet paper and water; that's the only thing that

7  striked different for Janet.

8    Q.   Okay.  And do you recall if you did any of

9  the cell checks on your shift that began Saturday,

10 June 16th at about 11:45 p.m. over to Sunday,

11 June 17th at about 8:15?

12   A.   I don't recall specifics, but I'm sure I

13 did as well.

14   Q.   Okay.  When you do those cell checks, is

15 that -- there's a Morse Watchman that you --

16   A.   In '07, it was a Morse Watchman.  Now it's

17 a Guard one, yes.

18   Q.   And then there's also a paper sheet where

19 you write down --

20   A.   And that was then.  Yeah, that's then.

21   Q.   And that's what's documented on this

22 booking sheet, which is Exhibit Number 3?

23   A.   Yes.

24   Q.   Is there anyplace -- strike that, please.

69

1   Was there anyplace in the booking area in 2007 where

2   besides the fact of the 15-minute check you could

3   write down observations or things that concerned you

4   during those 15-minute checks to document those?

5       A.   No.

6       Q.   If an officer such as yourself were to see

7   something that concerned them but wasn't a

8   full-blown medical emergency during the 15-minute

9   cell checks, what was the policy or procedure for

10  making a note about that for later shifts or for

11  supervisors?

12      A.   If I felt there was something that was

13  concerning for me medically, mental health, I would

14  definitely notify my supervisor and let them know

15  the issue we might be looking at on our shift at the

16  time.  Especially on midnights, we had no nursing

17  staff there, medical health staff.  So, in turn, the

18  majority of the time, if it's not a medical

19  emergency that he feels we need to call the nurse

20  about, he would let us know to e-mail the nurse, let

21  them know, pass the information on to her so when

22  she gets here in the morning she can address the

23  issue.

24      Q.   During the two shifts that you worked in

70

1   booking, June 15th over to the 16th, 2007 and

2   June 16th over to the 17th, 2007, did you make any

3   kind of notations or e-mails to the nurse about

4   Janet Hahn?

5       A.    Not that I recall.

6       Q.    Do you remember giving any kind of

7   information to your supervisor on those same dates

8   about Janet Hahn?

9       A.    I cannot remember, no.

10      Q.    Do you remember passing on to anyone that

11  Janet Hahn had tried to take the blood sugar check

12  but the machine read "E"?

13          MR. SMITH:  Objection, asked and answered.

14          THE WITNESS:  I don't recall who I passed

15  the information on to or if it was just Arnold

16  Mathews, Officer Mathews, who was there with us, if

17  he knew.  I do not recall who it was that I passed

18  on information to.

19  BY MS. REDWOOD:

20      Q.    In June 2007, how many Accu-Chek machines

21  were there in the infirmary at the satellite jail?

22      A.    We have one at the satellite jail.

23  There's more there that you could use.  There's

24  boxes set up with batteries and Accu-Chek -- I don't

KAREE VOGES

71

1  know the name of them, but they're the things that

2  actually go in there to check their blood sugar.

3  But as far as that goes, we have one stationed in

4  the infirmary that we use at all times.

5      Q.    So, there was one machine in 2007 --

6      A.    Uh-huh.

7      Q.    -- there was one machine in the infirmary,

8  right?

9      A.    Uh-huh, yes.

10     Q.    Were there more machines, Accu-Chek

11  machines, in the infirmary in June 2007?

12     A.    I would assume so.  I couldn't tell you

13  off the top of my head right now where they were.

14  We have backup, yes.

15     Q.    Okay.  On June 17th, 2007, when the

16  Accu-Chek machine read error, did you go and get one

17  of the backup machines to use on Janet Hahn?

18     A.    Not that I recall.

19     Q.    When you as a correction officer in 2007

20  were doing the 15-minute cell checks, what

21  specifically was it that you were looking for?

22     A.    I'm looking for the well-being, making

23  sure there's no distress, any medical/mental health

24  issues they may have at the time.  I'm just making

KAREE VOGES

72

1  sure everybody is safe and their well-being is fine.

2       If I -- if for some reason I'm not seeing

3  them moving, I will go and check on them, but the

4  actual cell check itself is you're to walk by, make

5  sure they're not in distress and continue to walk.

6       Q.   On your shift of June 16th over to the

7  17th, 2007, did you at any time open the cell door

8  for Janet Hahn other than what you've already

9  testified to for giving her water and so on?

10      A.   No.

11      Q.   On June 17th -- strike that, please.  On

12  June 16th over to 17th on your shift, did you open

13  Janet Hahn's cell door during any 15-minute check

14  other than what you've already testified to?

15      A.   No.

16           MS. REDWOOD:  Let's mark this as Number 5.

17           (At this point in the proceedings, Voges

18           Exhibit Number 5 was marked for purposes

19           of identification.)

20  BY MS. REDWOOD:

21      Q.   You've been handed a document which

22  purports to be a Medication Administration Record

23  and it's Bates marked Number 90.  Do you recognize

24  this document?

KAREE VOGES

73

1      A.    Yes.

2      Q.    Is this document also called a MAR?

3      A.    Yes, it is.

4      Q.    And where is it that you as a correction

5  officer would find this MAR in June of 2007?

6      A.    June of 2007, it should have been in the

7  infirmary in a binder of some sort with everyone

8  else that is on medication.

9      Q.    Do you recall seeing the MAR for Janet

10 Hahn in June of 2007?

11     A.    I do not.

12     Q.    Was there a drawer in booking where there

13 was the binder kept with a MAR in 2007?

14     A.    In 2007, they may have had this up in

15 booking.  I don't recall exactly.  They've now put

16 them all back in the infirmary.  This may have been

17 up there.  But there is a drawer right now that has

18 current medication for inmates that are in booking

19 right now.

20     Q.    And as you would come on shift in June of

21 2007, would going to look for this MAR for any --

22 well, for any of the inmates in booking be something

23 that you would normally do as you came on shift?

24     A.    No.

KAREE VOGES

74

1      Q.    Whose job would it be to look for this MAR
2  at the beginning of the shift and let the officers
3  know that there was some kind of a protocol or
4  medication for the inmate?
5            MR. SMITH:  Objection to foundation.
6            THE WITNESS:  This -- this is strictly
7  used for medical, so there would be nothing that we
8  would actually go to at the beginning of any shift.
9  The supervisor doesn't; an officer doesn't do it.
10  The only time we look at this is if for some reason
11  someone is needing medication that we need to see
12  what they're on.
13  BY MS. REDWOOD:
14     Q.    Okay.  You see on there where it says
15  "Accu-Cheks b.i.d."?
16     A.    Uh-huh.
17     Q.    And what does that mean -- I'm sorry, yes?
18     A.    Yes.
19     Q.    What does that mean to you as a correction
20  officer?
21     A.    To me, this person just takes Accu-Cheks
22  at our times that we do them, in the morning and the
23  afternoon.
24     Q.    Okay.  And see where it says "H.S. snack"?

KAREE VOGES

75

1        A.    Uh-huh.

2        Q.    Yes?

3        A.    Yes.   Sorry.

4        Q.    And what does that mean to you as a

5   correction officer?

6        A.    This person gets the night snack, a

7   diabetic snack, usually between 10:00 and 10:30.

8        Q.    Have you ever worked that shift that

9   includes between 10:00 and 10:30?

10        A.    A short time I did, yes.

11        Q.    Did you ever have an opportunity to

12   provide a nighttime snack to anyone when you did?

13        A.    Yes.

14        Q.    And is there a place on the segregation

15   log, which is Voges Exhibit Number 1, where the

16   correction officer is supposed to document that this

17   H.S. snack was given?

18        A.    We have no actual category for snack.

19   Some could write it on the side in the comments.

20   That's what comments are for, anything extra that

21   you would give someone you can place in the

22   comments.   But it's not actually documented or made

23   note that we have to reference this on the

24   segregation log.

KAREE VOGES

76

1      Q.   Okay.  So, when you came on shift on

2  June 16th at about 11:45 p.m., did you have any way

3  of knowing whether Janet Hahn had received an H.S.

4  snack on that evening?

5      A.   I would not be aware other than the

6  assumption, but yeah, no.

7      Q.   And when you came on shift on June 17th of

8  '07 at about 11:45 p.m., would there be any way for

9  you as a correction officer to know whether Janet

10  Hahn had received the H.S. snack on that date?

11      A.   Just besides passing on information that I

12  spoke about earlier, that would be the only way that

13  I would know.

14      Q.   Okay.  And do you have any recall about

15  any information being passed on to you on either of

16  those days about whether Janet Hahn had received,

17  not received, eaten or refused an H.S. snack?

18      A.   I do not recall.

19      Q.   Do you remember on June -- your June 15th

20  or 16th shift whether you noticed anything about

21  Janet Hahn's speech or behavior that indicated to

22  you she had any kind of a mental deficiency or

23  mental defect?

24          MR. SMITH:  Asked and answered.

KAREE VOGES

77

1          THE WITNESS:  I wouldn't say during those

2   shifts anything different from my previous

3   experience with her; the word that I was using was

4   uneducated.  She -- but besides that, there was no

5   way of me actually stating that she had a mental

6   defect of any sort, no.

7          MS. REDWOOD:  Okay.  Mark this, please,

8   Number 6.

9          (At this point in the proceedings, Voges

10         Exhibit Number 6 was marked for purposes

11         of identification.)

12  BY MS. REDWOOD:

13     Q.   You've been handed a document that's

14  marked Voges Number 6, which is Bate Stamped 52, and

15  it purports to be a Champaign County Sheriff and JDC

16  AEGIS Public Safety System Questionnaire Listing.

17  Do you recognize this document?

18     A.   I do.

19     Q.   Is this something that you as a correction

20  officer coming on shift would have available to you

21  about any particular inmate?

22     A.   We could pull this up the same as I spoke

23  of with the medical initial intake.  You would go to

24  the computer and have to run it -- generate a report

KAREE VOGES

78

1    to get this to come up.

2        Q.   Okay.  And coming on the 11:45 shift, is

3    this something that you would normally run on each

4    of the inmates in your area?

5        A.   No.

6        Q.   Do you recall if you pulled this up and

7    ran it at any time in June of 2007 about Janet Hahn?

8        A.   No, I would not have.

9        Q.   You testified that you gave Janet Hahn a

10   Maxi pad for her use on one of the days.  Let's see.

11   I'm looking for the date here.  The Saturday night

12   into Sunday morning.  Did she ask you for any

13   Maxi pads after that one that you gave her?

14       A.   No.

15       Q.   Did you notice that she -- that she was

16   bleeding on the floor or bleeding down her legs or

17   anything?

18       A.   Yes, when I asked her to lift or if she

19   was bleeding and she lifted up her gown, you could

20   see that she had a little bit of blood on the floor

21   and I didn't want her to sit in that.  She didn't

22   seem to care, but I wanted to give her some form of

23   protection in that manner, so.

24       Q.   Okay.  And then after -- what did she do

79

1   with that one Maxi pad?  Did she have to give it

2   back to you?

3       A.   I asked her to lay down, which I remember

4   her laying down.  I cannot recall how long she laid

5   down or without reading the report seeing what she

6   did for it.  I just remember offering her and giving

7   her one and she did comply for me.

8       Q.   Do you ever recall giving her a second

9   one?

10      A.   No.

11      Q.   Do you recall passing on to the next shift

12  that she was having her menstrual cycle?

13      A.   I recall passing on information to the

14  next shift that night of what had happened, but at

15  that point I cannot recall if the nurse was already

16  up there or what happened from that point on, but I

17  do know that I would pass on all information that

18  would need to be passed on for anybody that was up

19  there besides even Janet.

20      Q.   If a woman who is in there is on her

21  menstrual cycle and she's on suicide watch, is that

22  something you would normally pass on to the nurse?

23      A.   That and mental health.

24      Q.   Okay.  Do you recall passing on to the

80

1  nurse that Janet Hahn reported she wasn't feeling

2  good or sick to her stomach or anything?

3      A.   I don't recall myself passing it on, no.

4      Q.   In your employment at Champaign County

5  Sheriff's Office, have you received any training or

6  education from materials that were obtained from the

7  American Diabetes Association?

8      A.   I don't know if the material they give us

9  in our training is actually from there or not.  I

10  know we get materials, but I couldn't tell you if it

11  was actually from there.

12      Q.   Do you recall if anyone has -- from the

13  American Diabetes Association has come to the

14  Champaign County Sheriff's Office to give lectures

15  or training regarding treatment of diabetics in

16  jail?

17      A.   Not to myself that I've ever attended, no.

18          MS. REDWOOD:  Could you mark that, please,

19  as Number 7.

20          (At this point in the proceedings, Voges

21          Exhibit Number 7 was marked for purposes

22          of identification.)

23  BY MS. REDWOOD:

24      Q.   I'm going to show you a poster from the

81

1    American Diabetes Association and you've been handed

2    an exhibit which is a more convenient-size copy of

3    it.  That copy is most but not all of the

4    information, so I'm going to ask you if you would

5    take a look at this poster and read it through,

6    please.  Have you ever seen that poster before?

7         A.   I have not, no.

8         Q.   Do you believe having that poster in the

9    booking area would be helpful to you as a correction

10   officer in the treatment and care of diabetic

11   inmates?

12             MR. SMITH:  Objection to relevance.

13             THE WITNESS:  From an officer standpoint,

14   it would probably be helpful, yes.

15   BY MS. REDWOOD:

16        Q.   Do you think it would be helpful to you as

17   an officer to help identify warning signs that a

18   diabetic emergency might be taking place?

19             MR. SMITH:  Objection to foundation and

20   relevance.

21             THE WITNESS:  It may.  A lot of these

22   signs are similar to like it says over here, under

23   the influence, intoxication, but it is a medical

24   situation we would have to address, yes.

82

1  BY MS. REDWOOD:

2      Q.   Have you seen an American Diabetes

3  Association video that discusses diabetics in arrest

4  and jail situations?

5      A.   I don't recall one, no.

6      Q.   Do you as a correction officer have any

7  kind of standing orders or rules that you're

8  supposed to follow if a lawyer calls you personally

9  to ask you about some inmate's problems at the jail?

10         MR. SMITH:  Objection to relevance.

11         THE WITNESS:  As an officer, I would

12  probably hand it over to a supervisor.  Everything

13  gets passed on to a supervisor.

14  BY MS. REDWOOD:

15     Q.   Okay.  Do you need the sheriff or

16  somebody -- some other official to tell you it's

17  okay to speak with a lawyer who is representing an

18  inmate?

19     A.   I would --

20         MR. SMITH:  Objection to relevance.

21         THE WITNESS:  Sorry.  I would assume so,

22  yes.

23  BY MS. REDWOOD:

24     Q.   Is there anything else that you remember

83

1    about Janet Hahn or Janet Hahn's incarceration that

2    I haven't asked you about that you think is

3    important?

4         A.   No, I think you've covered it.

5              MS. REDWOOD:  I have no other questions.

6              MR. SMALL:  I don't have any questions.

7                        EXAMINATION

8    BY MR. SMITH:

9         Q.   I'll ask you a few follow-up questions.  I

10   believe you testified that you have no recollection

11   whether you personally passed along information to

12   the nurse on Sunday morning, June 17th; is that

13   correct?

14        A.   Yeah, that's correct.  I personally do not

15   remember myself doing it.

16        Q.   But you do know that information was,

17   in fact, passed along to --

18        A.   According to my report, yes.

19        Q.   Okay.  And the report you're referencing

20   is the one that Kim Cessna put together?

21        A.   That is correct.

22        Q.   Okay.  You were asked a couple of

23   questions about opening the door to check on Janet

24   Hahn over the course of her incarceration.  You

84

1  opened the door on multiple occasions that night

2  to -- or those nights -- to give her water, assist

3  with getting her blood sugar taken and other

4  occasions, correct?

5      A.   Correct.

6      Q.   Such as giving her toilet paper and --

7      A.   Right, yes.

8      Q.   -- a pad?  You were also asked about

9  whether there are places to document issues of any

10  concern.  Isn't it true that you can pass along

11  information to subsequent shifts or others, whether

12  in mental health or medical, through things such as

13  e-mail or the pass-on log?

14      A.   That is correct, anything of importance is

15  put on the pass-on log.  It's just another way to

16  reiterate our verbal pass-on.

17      Q.   Uh-huh.

18      A.   They get that at the beginning of shift,

19  at briefing.  They read through that as well as

20  e-mails that can go to mental health, nursing and

21  supervisors as well.

22      Q.   Between the hours of roughly 4:00 p.m. and

23  6:00 a.m., you were asked some questions about

24  whether blood sugar checks can or are to be done.

85

1    Do you recall those questions?

2          A.    Yes, I believe so.

3          Q.    And I believe you said that you could

4    check any time that you felt that there was a need.

5          A.    Uh-huh.

6          Q.    Correct?

7          A.    Yes.

8          Q.    Likewise, if the nurse was contacted and

9    requested a blood sugar check to be taken at

10   sometime other than 1600 or 600, that could be done,

11   correct?

12         A.    Yes, most definitely.

13         Q.    And if ordered would be done?

14         A.    If ordered, yes, uh-huh.

15         Q.    Is it fair to say that what an inmate can

16   or can't have -- I'm sorry -- what an inmate can or

17   cannot have when they're on suicide watch is set up

18   by a procedure or protocol?  Is that fair to say?

19         A.    That's fair to say, through the mental

20   health.

21         Q.    That was my follow-up question is that you

22   don't establish what that protocol is?

23         A.    That is correct, no.

24         Q.    So you're not the one that decides whether

86

1  they can or can't have --

2       A.   Right, no.

3       Q.   -- toilet paper?

4       A.   Absolutely not.

5       Q.   Or can or can't have a cup?

6       A.   No.

7       Q.   You were asked a couple of questions about

8  your medical training and during your testimony you

9  mentioned that you were not familiar with the term

10 diabetic ketoacidosis, correct?

11      A.   Correct.

12      Q.   Is it fair to say that while you're not

13 familiar with the term diabetic ketoacidosis, you

14 have had training in what to look for when it comes

15 to diabetic emergencies and conditions?

16      A.   Yes.

17      Q.   I want to explore a little bit -- you were

18 asked a couple of questions about what to do in the

19 situation that you had an uncooperative inmate or

20 someone who was refusing care and treatment.  And in

21 those situations, is it true that your -- what you

22 were to do is to contact a supervisor --

23      A.   Yes.

24      Q.   Is that yes?

KAREE VOGES

87

1      A.   Yes.

2      Q.   -- and that you can also seek assistance

3 from the mental health staff or the medical staff,

4 depending on the problem that you have?

5      A.   Yes.

6      Q.   And in the overnight shift, that can

7 include a supervisor calling the nurse?

8      A.   Yes.

9      Q.   And then the nurse can either give orders

10 to do something or decide whether it can wait?

11      A.   Yes.

12      Q.   But one way or another, the medical or

13 mental health staff is making that decision?

14      A.   Right, we pass that on to them once we've

15 tried, yes.

16      Q.   And one of the things they may order you

17 to do is take the person to the hospital?

18      A.   That's on them, yep, they may.

19      Q.   Following up with that, you were asked

20 some questions about calling 911.  I believe you

21 said that the thing that you would do is notify your

22 supervisor; is that correct?

23      A.   That is correct.  If it's a 911 situation

24 or a medical emergency in our eyes, we call for

88

1   medical assistance, in which everybody comes,

2   assesses the situation, the supervisor is there.

3   Usually they're the ones that make the base call,

4   "Tell master control to call 911," and so on.

5        Q.   And that's done within a matter of

6   moments?

7        A.   Oh, yeah.

8        Q.   On that Sunday morning when you did an

9   Accu-Chek reading with Janet Hahn, was she having --

10  was she talking?  Were you having a conversation?

11       A.   I don't recall an actual conversation.

12       Q.   Okay.

13       A.   But she complied with me, so I would

14  assume that we had some sort of a conversation.

15       Q.   Some sort of a rapport?

16       A.   Yeah.

17            MR. SMITH:  Okay.  That's all I have.

18                    EXAMINATION

19  BY MS. REDWOOD:

20       Q.   Was it required in June 2007 to put

21  everything that you verbally passed on to the next

22  shift into the written pass-on log?

23       A.   It's not policy; it's just what we do.

24       Q.   Okay.  Would you explain this pass-on log

1  to me.  Is this something that each officer has

2  their own pass-on log?

3      A.   We all have the same access to the pass-on

4  log, so we can all see the same exact thing the

5  other person sees exactly in that when you go to

6  type something in, it will now be shown in all of

7  our computers as well as when you print it out, it

8  prints out as such; all of us can see the same

9  thing.

10      Q.   Okay.  So the pass-on log to the next

11  shift would be one electronic document --

12      A.   Correct.

13      Q.   -- that any of the officers on the shift

14  can add to; is that correct?

15      A.   Correct.

16      Q.   And that one pass-on log is about any of

17  the inmates who happen to be in the area on that

18  shift, right?

19      A.   Any concerns that they feel they need to

20  put electronically in a pass-on, that's what they

21  would do, yes, that or an e-mail, one of the two.

22      Q.   All right.  And in your shifts in June of

23  2007 when Janet Hahn was in the jail, did you ever

24  call the on-call nurse?

90

1      A.    I personally do not recall ever calling

2 her, no.

3           MS. REDWOOD:  I have no other questions.

4 Thank you.

5           MR. SMALL:  No questions.

6           MR. SMITH:  No follow-up.  We can go off

7 the record for a minute.

8           11:07 a.m.  (At this point in the

9           proceedings, an off-the-record discussion

10          was had.)  11:08 a.m.

11          MR. SMITH:  We'll waive.

12     (The deposition was concluded at 11:08 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

91

1                    CERTIFICATION

2

3          I, JILL NICOLE STEVENS, Certified
   Shorthand Reporter and Registered Professional
   Reporter, do hereby certify that KAREE VOGES came
4  before me on SEPTEMBER 19TH, 2011, and swore before
   me to testify to the truth, the whole truth and
5  nothing but the truth regarding her knowledge
   touching upon the matter in controversy.

6

7          I do further certify that I did take
   stenographic notes of the questions propounded to
   said witness and her answers thereto and that said
8  notes were reduced to typewritten form under my
   direction and supervision.

9

10         I do further certify that the attached and
   foregoing is a true, correct and complete copy of my
   notes and that said testimony is now herewith
11 returned.  I do further certify that said deposition
   was taken at the Law Offices of Heyl, Royster,
12 Voelker & Allen, 102 East Main Street, Suite 300,
   Urbana, Illinois.

13

14         I do further certify that I am not related
   in any way to any of the parties involved in this
   action and have no interest in the outcome thereof.
15 Dated at Villa Grove, Illinois, September 21, 2011.

16

17         _____

18              s/Jill Nicole Stevens, Reporter

19

20

21

22

23

24

## A

**able** 28:16 33:16 42:6
55:14 59:2 61:20
**Absolutely** 86:4
**access** 89:3
**Accu-Chek** 19:21
20:22 28:7 58:24
59:22 61:5 66:1
70:20,24 71:10,16
88:9
**Accu-Cheks** 63:6
74:15,21
**acting** 43:18 44:3,3
45:3 60:20
**action** 91:14
**activity** 55:5
**actual** 12:5 13:6
17:19 21:20 34:21
35:3 43:22 44:6
53:23 72:4 75:18
88:11
**add** 89:14
**added** 47:8
**address** 18:2 69:22
81:24
**Administration** 3:11
72:22
**administrative** 8:18
**Administrator** 1:4
**advised** 60:17
**advising** 67:2
**AED** 13:3,8
**AEGIS** 3:11 77:16
**aforesaid** 22:21
**afternoon** 74:23
**age** 6:9
**agreed** 4:4 53:8
**ahead** 16:23 17:17
67:9
**aid** 13:3,8
**al** 1:8
**alcohol** 31:23 43:24
44:11 45:9
**Allen** 2:9 4:7 91:12
**allow** 53:6
**allowed** 19:9 23:2,9

27:18 40:10 41:1,19
41:21
**aloud** 22:21
**American** 3:12 80:7
80:13 81:1 82:2
**amount** 41:23
**angry** 31:1 43:10
44:3
**answer** 5:19 14:4
16:24 17:1
**answered** 21:16
48:11 56:11 70:13
76:24
**answering** 5:21
**answers** 91:7
**anybody** 6:4 7:18
9:17 17:24 34:17
48:12 79:18
**anymore** 35:10
**anyplace** 49:9 68:24
69:1
**anyway** 64:5
**APPEARANCES** 2:2
**application** 10:6
**applied** 10:3
**apply** 10:5
**approved** 53:4
**approximate** 11:1
**approximately** 10:21
25:12 58:7 64:19
**April** 10:21
**area** 1:19 36:12,17
37:6 39:13 46:3,20
58:23 59:12 65:8
69:1 78:4 81:9
89:17
**areas** 13:9 62:24
**arms** 53:20
**Arnold** 9:11 70:15
**arrest** 82:3
**arrived** 52:12
**asked** 5:22 21:16
52:15,17,19,22 53:1
54:16 56:11 58:24
70:13 76:24 78:18
79:3 83:2,22 84:8

84:23 86:7,18 87:19
**asking** 5:7,16,21 15:8
15:15 39:23 40:7
57:11,15,17,23
**asleep** 55:1,8
**assesses** 88:2
**assigned** 66:4
**assist** 23:3,6 84:2
**assistance** 19:5 87:2
88:1
**assistant** 8:18
**assisted** 59:24
**associated** 11:23
21:13
**Association** 3:12 80:7
80:13 81:1 82:3
**assume** 5:20 48:19
50:14 71:12 82:21
88:14
**assumes** 16:22
**assuming** 23:16
**assumption** 76:6
**ate** 67:15
**attached** 91:9
**attend** 12:11,16
**attended** 80:17
**attention** 14:5 26:14
52:4 55:18 67:19
**Attorneys** 2:4,9,14
**attributed** 43:17 44:2
**authored** 56:5
**authorization** 26:3
**available** 24:3 38:18
38:23 77:20
**Avenue** 2:15
**awake** 54:22 55:6,9
**aware** 38:13 64:23
76:5
**a.m** 1:15 5:1 62:13,15
64:19 66:5 84:23
90:8,10,12

## B

**baby** 31:8,8,9 32:2
42:10,17,17 68:5
**back** 22:19 34:12,20
38:4,24 39:2,21

42:1,2 50:15,18
53:22 54:18 58:22
58:23 59:8 73:16
79:2
**backup** 71:14,17
**badge** 8:6,8 24:24
26:16,21
**base** 88:3
**based** 42:22
**basic** 10:15
**basis** 16:17
**Bate** 32:14 77:14
**Bates** 24:17 45:22
62:18 72:23
**batteries** 70:24
**battery** 28:14
**began** 8:1 68:9
**beginning** 22:11 32:1
35:23 36:2,5 74:2,8
84:18
**behavior** 56:7 76:21
**believe** 15:6,24 17:2
17:10 28:23 29:24
30:15 37:1,3,8
42:12 43:3 54:19
56:23 67:12,24 81:8
83:10 85:2,3 87:20
**big** 14:16 59:18
**binder** 73:7,13
**bit** 33:17 41:6 54:15
78:20 86:17
**bizarre** 56:7
**blanket** 41:20
**bleed** 52:24
**bleeding** 52:19,20
78:16,16,19
**blood** 3:10 15:6,15
16:2 19:21 20:1,1,3
20:21 21:5,8 33:19
57:24 58:6,15 59:3
59:15,17,22 60:16
61:22 62:3,19 63:6
63:8,15,19 64:1,4
64:12,21 65:1,3,11
65:15 70:11 71:2
78:20 84:3,24 85:9

**board** 49:10,12,13,17
**bonding** 55:4
**bond-outs** 9:20
**booking** 3:9 30:21
36:14,19 37:2,4
39:13 45:21 46:3,20
49:9,12,13,16,21
54:22 55:2,5,11,23
56:2,20 59:1,12
64:4,11 65:8 68:22
69:1 70:1 73:12,15
73:18,22 81:9
**booklet** 28:17,21 61:8
**bottom** 27:14 49:22
**bowel** 44:18
**Box** 2:5
**boxes** 70:24
**brand** 47:9
**break** 5:19,23 6:1,4
62:11
**breakfast** 25:4,6,8,10
26:17 27:5 57:7,9
58:8,10,21 67:16,18
**Brian** 2:8 7:17
**briefing** 39:21 46:10
49:6 84:19
**bring** 13:1 40:13
58:24
**bringing** 57:6
**brought** 57:8 59:11
**bsmith@heylroyst...**
2:11
**Buffer** 58:19 59:13
59:14,24 65:24 66:2
66:8
**building** 31:3
**bunk** 18:1
**b.i.d** 74:15

**C**
**call** 18:7,9,13,13,14
18:17,18,21 19:1,5
19:8 21:1 23:9,13
69:19 87:24 88:3,4
89:24
**called** 23:11 73:2
**calling** 4:13 14:5 19:5

19:6 26:14 52:4
67:19,19 87:7,20
90:1
**calls** 9:21,22 23:12
82:8
**cameras** 9:18
**card** 49:13,17
**care** 9:13 11:23 21:14
22:10 78:22 81:10
86:20
**caretaker** 6:22
**case** 5:7 19:8 48:13
57:18 64:16
**category** 75:18
**CCSO** 3:9
**cell** 28:4 40:11 41:2
46:13 47:3,6 51:4
51:16,20 59:11
60:16 67:22 68:3,9
68:14 69:9 71:20
72:4,7,13
**cells** 27:12 57:12
**center** 8:10 24:16
**CENTRAL** 1:1
**certain** 49:10
**certification** 10:16
91:1
**certified** 13:4 91:2
**certify** 91:3,6,9,11,13
**Cessna** 42:21 43:6,16
43:20 56:6 60:4
67:13 83:20
**Cessna's** 67:7
**Champaign** 1:20 2:7
2:15 6:12 7:21 8:13
9:2 12:7 13:14 14:1
14:24 15:3,21 16:3
16:8,15 17:12 18:5
19:11,18 20:8 21:11
24:16 29:1 30:20
44:8 45:20 77:15
80:4,14
**change** 39:18 47:4
48:16 64:8
**changed** 48:23
**changes** 46:14

**characterization** 34:1
**check** 15:15,17 20:3
20:13 21:7 28:12
43:24 48:13 58:5,15
59:3,15,17,21,22
60:16 63:14 64:4,5
65:1,2,5,11 69:2
70:11 71:2 72:3,4
72:13 83:23 85:4,9
**checked** 19:21 20:22
21:5 27:2 48:20
57:24 59:23 61:7,22
63:24 64:1,12,21
65:16
**checking** 62:2
**checks** 46:12 67:23
68:3,9,14 69:4,9
71:20 84:24
**choke** 54:1
**chose** 39:6
**chosen** 34:19
**circle** 25:6
**circled** 25:3 26:17
**City** 2:12
**clarity** 50:17
**class** 14:22
**classified** 50:8
**clear** 35:19
**clipboard** 24:7
**close** 6:17 34:3
**clothing** 27:18
**codes** 49:22
**column** 26:22
**come** 9:20,22 11:12
15:18 17:24 26:23
29:22 47:10 48:11
53:20 58:21 59:2,10
59:19 61:23 73:20
78:1 80:13
**comes** 9:17,17 53:22
65:2 86:14 88:1
**coming** 15:11,13
17:22 30:19 39:18
39:19 43:23 46:11
46:17 55:2 77:20
78:2

**comments** 27:15
47:12,15,23 75:19
75:20,22
**commit** 40:19 41:9
42:6
**communicated** 39:24
**complete** 19:2 91:10
**completed** 23:7 26:24
**completely** 54:20
**complied** 88:13
**comply** 79:7
**complying** 59:18
**computer** 39:3 77:24
**computers** 46:23
89:7
**concern** 84:10
**concerned** 32:2 69:3
69:7
**concerning** 69:13
**concerns** 64:14 89:19
**concluded** 90:12
**conditions** 86:15
**conducted** 12:21 14:2
**conducts** 13:21
**Conferencing** 1:19
**confirming** 9:22
**confusing** 5:16
**consultation** 7:15
**contact** 21:9 29:22
86:22
**contacted** 61:11 85:8
**container** 41:24
**continue** 72:5
**continued** 3:1 40:15
**continuity** 34:11
**control** 8:2 9:8,15
10:2 47:18 48:3,7
88:4
**controller** 8:2 47:19
**controversy** 91:5
**convenient-size** 81:2
**conversation** 43:8
88:10,11,14
**cooperate** 22:10 23:2
33:18
**cooperation** 59:2

**cooperative** 31:2
**copy** 39:9 47:9 81:2,3
  91:10
**correct** 14:17 25:19
  30:2 37:5 38:19,20
  52:6,9,10 60:5,21
  61:21 64:7 83:13,14
  83:21 84:4,5,14
  85:6,11,23 86:10,11
  87:22,23 89:12,14
  89:15 91:10
**correction** 10:2,11
  20:19 21:3 22:8,15
  23:18 27:23 28:2,6
  33:21 34:5 38:17
  46:5 48:8 56:17
  65:23 66:2,7 71:19
  73:4 74:19 75:5,16
  76:9 77:19 81:9
  82:6
**correctional** 8:4,9
  17:14 24:16 34:16
  39:10 45:6
**corrections** 32:19,20
  38:22
**counsel** 5:24
**counter** 46:23
**County** 2:7 6:12 7:21
  8:13 9:2 12:7 13:14
  14:1,24 15:3,21
  16:4,8,15 17:12
  18:6 19:11,18 20:8
  21:12 24:16 29:1
  30:20 44:9 45:20
  77:15 80:4,14
**couple** 29:3,14 83:22
  86:7,18
**course** 11:15 21:21
  83:24
**court** 1:1 4:9,13 5:13
  22:21
**courtesy** 59:9
**covered** 83:4
**CPR** 13:3,8
**crawling** 44:21
**crying** 31:6

**CSR** 1:18
**cup** 40:8,13,13,14,17
  40:18,20 50:14,16
  57:16,18,21 86:5
**current** 73:18
**cushion** 53:19
**cycle** 52:23 79:12,21

**D**
**daily** 16:17
**Dan** 2:7
**DANIEL** 1:8
**date** 13:20 34:23 35:3
  36:10 48:18 61:21
  63:18 76:10 78:11
**dated** 26:15 42:21
  91:15
**dates** 50:19 70:7
**day** 20:9,14 36:8,21
  42:12,13 64:19,20
  66:3
**days** 14:18,20,21
  29:3,14 48:19 55:22
  76:16 78:10
**dead** 28:14
**deal** 22:4,8 59:18
**dealing** 46:17
**dealings** 30:9 33:4
  37:12
**dealt** 31:11 35:11
**death** 29:12
**Deceased** 1:5
**decide** 87:10
**decides** 85:24
**decision** 18:17 87:13
**defect** 76:23 77:6
**Defendants** 1:9 2:7
  2:12
**deficiency** 76:22
**deficient** 31:18
**definite** 44:18
**definitely** 69:14
  85:12
**department** 14:15
**depending** 48:18
  87:4
**depends** 44:16,24

45:1
**deposition** 1:14 4:5
  5:9,24 6:3,5 7:6,16
  90:12 91:11
**depositions** 4:10
**describe** 15:4,22
  16:16 17:13 19:12
  19:19
**described** 43:1
**DESCRIPTION** 3:7
**determine** 37:16 49:4
**develop** 29:3
**diabetes** 3:12 6:23
  7:1 42:6 80:7,13
  81:1 82:2
**diabetic** 6:15,18
  11:19 15:1,5,7,23
  16:5,6,9,13,17
  17:14,17,22 18:8,20
  19:13,20 20:10,21
  21:4 23:20,23 28:3
  28:8 29:2,4,13
  37:13,17 38:1,14
  42:5 49:4,7,11,14
  49:14,16,23,23 58:5
  64:21 75:7 81:10,18
  86:10,13,15
**diabetics** 80:15 82:3
**diarrhea** 44:19
**diary** 7:11
**die** 29:3,13
**died** 30:2
**differences** 16:4
**different** 20:15,17
  37:6 38:21 47:6
  68:7 77:2
**direction** 91:8
**disabilities** 11:24
  21:15,24 22:5,9
**discuss** 12:1 21:23
**discusses** 82:3
**discussion** 7:14 90:9
**discussions** 31:13
**dissatisfied** 23:14
**distress** 45:3 71:23
  72:5

**DISTRICT** 1:1,1
**DIVISION** 1:2
**doctor** 23:9,11,12,14
**doctors** 12:23
**document** 24:15,18
  45:18 61:16,21
  62:17 69:4 72:21,24
  73:2 75:16 77:13,17
  84:9 89:11
**documentation** 28:11
**documented** 12:8
  63:8,11,12 68:21
  75:22
**documents** 26:1
**doing** 9:22 13:4 31:6
  39:18 66:1 71:20
  83:15
**door** 9:21 24:7 72:7
  72:13 83:23 84:1
**downtown** 37:5
  58:20,20,22
**Dr** 8:16,22
**drank** 50:12,15
**drawer** 73:12,17
**drink** 40:1,14
**drinking** 28:4 51:6
  51:11
**drug** 27:24 44:10,17
  44:17,24 45:9
**drugs** 44:20
**dry** 44:20
**duly** 5:3
**duties** 67:1

**E**
**E** 61:5,12,15,19 62:4
  63:7 65:15 70:12
**earlier** 76:12
**East** 2:10,15 4:7
  91:12
**eat** 19:13 23:20,24
  25:9 41:22 44:23
**eaten** 20:2 76:17
**education** 80:6
**effect** 64:18
**either** 25:8 37:5
  61:10 76:15 87:9

**Elaine** 9:11
**electronic** 89:11
**electronically** 89:20
**emergencies** 86:15
**emergency** 17:15,17
  17:20 18:3,8 69:8
  69:19 81:18 87:24
**employed** 6:11 7:20
  8:12,15,19
**employment** 8:12,22
  9:2,7 10:11 80:4
**encountered** 11:9
**ended** 31:3 52:8
**entry** 25:18,18 39:20
**ERIK** 1:4
**error** 28:8,11,12,22
  61:5,20,21,22 62:1
  63:11,13 71:16
**Especially** 69:16
**establish** 37:19 85:22
**Estate** 1:4
**et** 1:8
**evening** 39:23 40:3
  40:15 50:20 53:12
  57:10 76:4
**everybody** 14:19
  57:17 72:1 88:1
**everybody's** 55:17
**evidence** 16:22
**exact** 13:19 15:24
  43:4 57:4 89:4
**exactly** 5:14 19:15
  46:16 73:15 89:5
**EXAMINATION** 3:3
  5:4 83:7 88:18
**example** 44:17 64:10
**excited** 59:19
**exhibit** 24:12 30:5
  32:9,13 34:10 45:15
  45:19 49:21 62:9,18
  68:22 72:18 75:15
  77:10 80:21 81:2
**EXHIBITS** 3:6
**experience** 77:3
**explain** 46:22 88:24
**explore** 86:17

**EXPRESSLY** 4:3
**extra** 75:20
**eye** 34:3 43:2,2,2,3,6
  43:6,11,11,13,13
**eyes** 87:24
**e-mail** 3:8 21:9 32:14
  32:17,19,22,23 33:2
  33:4,9,11 34:17,24
  39:3 65:14 69:20
  84:13 89:21
**e-mails** 34:18,19 70:3
  84:20
**E-r-r** 28:9,13
**E-r-r-o-r** 28:8

**F**
**face** 55:14
**fact** 57:15 69:2 83:17
**facts** 16:22
**failed** 21:4
**fails** 19:20 20:21
  23:20
**fair** 85:15,18,19
  86:12
**fairly** 39:24
**falling** 55:8
**familiar** 86:9,13
**family** 6:17
**far** 22:1 23:2 34:20
  39:9 53:12,13 71:3
**February** 8:4 10:20
**Federal** 4:9,9
**feel** 44:21 45:2 64:24
  65:1,9 89:19
**feeling** 15:14,16,19
  18:1 56:18 65:2
  80:1
**feels** 69:19
**felt** 31:20 43:9 57:16
  69:12 85:4
**female** 53:8 59:7
**field** 13:12,13,22,23
**file** 34:18 39:9
**files** 38:17,22
**filled** 26:5 62:24
**filling** 31:17
**find** 37:23 55:6 73:5

**fine** 72:1
**finger** 60:1
**first** 5:3 11:13 13:3,8
  25:18 26:15 29:22
  30:19 31:10,12,24
  33:16 39:19 46:9,11
  46:15 48:2,12
**five** 8:20
**fixed** 54:19
**floor** 52:24 66:22
  67:5 78:16,20
**flow** 51:17
**flush** 51:15,17,22
  52:3
**flushing** 51:11
**folks** 57:12
**follow** 20:20 21:4
  23:19 28:3,7 40:22
  61:17 82:8
**Following** 87:19
**follows** 5:3
**follow-up** 21:18 83:9
  85:21 90:6
**food** 29:4,15 42:2
**foregoing** 91:10
**form** 17:16,23 18:22
  20:11 22:16 29:6
  33:6,24 41:12 45:23
  46:1,7 60:22 64:16
  78:22 91:8
**format** 45:23,24
**forms** 31:17
**found** 59:1
**foundation** 16:22
  20:12 37:18 41:12
  47:17 57:13 58:12
  60:23 64:22 67:8
  74:5 81:19
**fountain** 51:6
**Four** 8:20
**four-hour** 11:15
  21:20
**FREEMAN** 2:14
**Friday** 42:18
**friend** 6:18
**front** 9:21 50:15

60:17
**full-blown** 69:8
**full-time** 8:2,3
**further** 4:12 34:6
  91:6,9,11,13
**F-1** 26:8 39:22 51:4

**G**
**generally** 25:11 38:9
  38:11
**generate** 77:24
**getting** 23:6 31:24
  57:2 84:3
**give** 33:15 34:24 41:5
  49:10 64:8 75:21
  78:22 79:1 80:8,14
  84:2 87:9
**given** 7:7 22:8,14
  46:10 75:17
**giving** 31:2 50:14
  60:10 70:6 72:9
  79:6,8 84:6
**go** 11:11 12:6 16:22
  17:17 19:1 27:10
  38:24 39:9 65:10
  67:8 71:2,16 72:3
  74:8 77:23 84:20
  89:5 90:6
**goes** 28:17 36:8 54:9
  71:3
**going** 18:2 19:1,16
  27:24 31:5 32:4
  36:9 39:2 43:19,22
  44:10,14 45:4 48:18
  50:18 52:23,24 55:4
  55:7 56:8 64:9
  73:21 80:24 81:4
**good** 5:13 43:9 80:2
**governing** 4:10
**gown** 27:16,19 40:10
  41:19 52:21 53:15
  78:19
**Gown/Drug** 47:23
**Gown/Level** 27:15
**green** 27:15,16,19,21
  40:10 41:19,20
  47:23 59:9

**group** 14:16
**Grove** 91:15
**Guard** 68:17
**guess** 9:7

**H**

**Hahn** 1:4,5 7:12
24:17 26:7 29:19,23
30:2,10,17,22 31:13
33:5 35:1,7 37:12
37:13 38:14 39:16
43:2,7,17 47:23
49:4,7,16 50:2,9,12
52:12 56:8,17 57:3
57:23 58:15 59:4,21
60:16,17,19 62:20
64:12 65:10 66:1,9
66:12 67:2,3,15,23
70:4,8,11 71:17
72:8 73:10 76:3,10
76:16 78:7,9 80:1
83:1,24 88:9 89:23
**Hahn's** 29:12 43:1
56:7 62:3 65:15
72:13 76:21 83:1
**half** 8:20 58:8 61:24
**hand** 60:18 82:12
**handed** 24:15 32:12
45:18 62:17 72:21
77:13 81:1
**handle** 9:16,21 19:17
22:1
**handwriting** 24:23
26:12
**happen** 19:13,16,19
47:5 89:17
**happened** 52:16 64:7
79:14,16
**happens** 48:10
**happy** 5:17
**hard** 39:9 46:22
**head** 5:12 13:2 55:21
71:13
**heads** 46:17
**health** 11:14 12:3,9
13:23,24 21:23
27:20 32:3 45:5

48:15 69:13,17
71:23 79:23 84:12
84:20 85:20 87:3,13
**Health/Medical** 3:9
45:21
**hear** 66:7 67:5
**heard** 29:11 39:20
66:17,21,21 67:1,3
**hearing** 66:11
**heaving** 44:20
**held** 7:23
**help** 9:20 23:3 41:20
53:1,14 81:17
**helpful** 81:9,14,16
**herewith** 91:10
**Heyl** 2:9 4:6 91:11
**high** 16:2 20:1 64:14
**hired** 8:3
**hold** 54:17
**holding** 60:18
**hospital** 87:17
**hour** 58:8 61:24
**hours** 35:17 41:4
54:9 64:19 84:22
**Howard** 2:13
**HPL** 2:8 3:10 23:9,11
23:12,14
**huh-uh** 5:12
**hws@smallandfree...**
2:16
**hyper** 15:24
**hyperglycemia** 15:22
**Hypo** 15:6
**hypoglycemia** 15:5
**hypoglycemic** 15:13
**hypothetical** 19:23
**H.S** 74:24 75:17 76:3
76:10,17

**I**

**idea** 29:7 40:7 50:2
**identification** 24:13
32:10 45:16 62:10
72:19 77:11 80:22
**identified** 41:9
**identify** 33:22 36:9
44:14 45:7 81:17

**II** 7:3 16:5 37:16
**Illinois** 1:1,14,20 2:5
2:10,15 4:8 12:15
91:12,15
**impeachment** 4:14
**importance** 84:14
**important** 83:3
**incarcerated** 34:12
35:7
**incarceration** 30:7,11
30:23 33:13 38:24
43:1 83:1,24
**incarcerations** 30:17
**include** 9:12 10:22
21:12 87:7
**included** 11:18 15:1
**includes** 75:9
**incomplete** 19:22
**INDEX** 2:1 3:1
**indicate** 25:5 27:23
42:24
**indicated** 76:21
**indication** 34:24
**infirmary** 58:23 59:8
61:15 63:5 70:21
71:4,7,11 73:7,16
**influence** 31:23 81:23
**information** 9:23
31:3 33:3,15 34:9
34:10 37:13 47:3,11
47:14,20 48:3,6,6
49:10 64:9 65:18,21
66:8 69:21 70:7,15
70:18 76:11,15
79:13,17 81:4 83:11
83:16 84:11
**informing** 29:2
**initial** 10:13,15 11:1
11:17,21 12:4 13:12
13:13 21:19 46:15
77:23
**initials** 24:24
**injection** 20:10
**inmate** 9:19 17:15
18:20 22:8 33:22
38:24 42:5 49:11

51:15,22 54:1 55:10
74:4 77:21 82:18
85:15,16 86:19
**inmates** 9:13 11:19
11:23 15:1 21:14
38:18 54:21 73:18
73:22 78:4 81:11
89:17
**inmate's** 82:9
**inside** 8:9
**Institute** 11:16 12:12
13:1
**instructions** 22:12
**insulin** 3:10 15:7 17:7
20:4,10,14 29:5,15
62:19 63:8
**insulin-dependent**
16:2 17:3
**intake** 30:18,19,20
31:10,12,22 35:2,2
37:11,15,17,19,22
48:10 77:23
**intaked** 35:4,9
**intellectual** 11:24
21:15 22:9
**interaction** 39:11
53:13
**interactions** 30:10
**interest** 91:14
**interview** 10:7 42:23
60:4,8,10,12
**intoxicated** 55:3
**intoxication** 81:23
**involved** 91:14
**in-depth** 42:16
**ISP** 7:7
**issue** 32:3 33:8 40:4
69:15,23
**issued** 7:8 25:8
**issues** 12:4 33:12,12
71:24 84:9
**items** 41:22

**J**

**jail** 9:17,18 30:20
34:8 35:7 36:12,17
37:6,6 58:6,20,20

58:22 61:14 63:3
70:21,22 80:16 82:4
82:9 89:23
**jail's** 20:20 21:3
23:19 28:2,6
**Janet** 1:5 7:12 24:17
26:7 27:1,2,5 29:12
29:19,23 30:2,10,17
30:22 31:13,21 33:4
33:8,13 35:1,7
37:12,13 38:14
39:15,21 40:4 42:9
43:9,12 47:22 48:13
49:4,7,16 50:2,9,12
52:12,14 54:10
56:17 57:3,23 58:15
59:4,5,21 62:2,20
65:10,15 66:1,9,12
67:15,23 68:7 70:4
70:8,11 71:17 72:8
72:13 73:9 76:3,9
76:16,21 78:7,9
79:19 80:1 83:1,1
83:23 88:9 89:23
**JDC** 77:15
**Jill** 1:18 91:2,17
**Joanne** 7:9
**job** 10:3,5,9,17 26:24
37:15,22,23 64:3
74:1
**jobs** 58:4
**Johnson** 26:4
**Joseph** 2:5
**Jude** 2:3 5:6
**July** 42:22
**June** 8:5 14:6,7,8
28:20,24 29:24 30:1
30:6,11 31:14 33:5
33:13 35:8,12,13,14
35:14,24 36:3,6,12
36:17,20 38:13
39:13,13,16 42:9
49:3,15 50:11,24
51:4 52:4,6 55:23
56:2,2,16,21 57:2,7
58:1,15 61:3 63:4

63:22 64:18 65:8,9
65:9,13 66:9,11
67:16,20,20 68:10
68:11 70:1,2,20
71:11,15 72:6,11,12
73:5,6,10,20 76:2,7
76:19,19 78:7 83:12
88:20 89:22

**K**

**K** 42:21
**Karee** 1:14 4:5 5:2
6:8 91:3
**keep** 34:3,15,19 41:6
57:18
**keeping** 20:5
**keeps** 34:17
**Keith** 7:17
**kept** 31:7 34:17 46:21
57:21 63:4 73:13
**ketoacidosis** 16:10,13
29:3,10 86:10,13
**Kim** 83:20
**kind** 9:12 11:22 12:2
17:23 18:7 21:12
31:3 32:4 34:11
40:17 44:2,5,14
45:1,3 46:22,23
54:22 68:2 70:3,6
74:3 76:22 82:7
**knew** 39:10,19 43:23
53:2 57:19 70:17
**knot** 54:4
**know** 5:17,24 13:19
15:12,19 16:4,12,24
17:18 23:23 27:4
29:19 35:10 38:3
42:13 44:1,20 45:9
50:8,22 52:16,20
53:1 54:14 55:15
57:19,20 59:15
60:19,20 64:13,24
66:2 69:14,20,21
71:1 74:3 76:9,13
79:17 80:8,10 83:16
**knowing** 76:3
**knowledge** 91:5

**known** 38:1

**L**

**labeled** 62:18
**laid** 54:15 79:4
**Law** 2:4,4,9,14,14 4:6
91:11
**lawyer** 39:8 82:8,17
**lay** 53:5 79:3
**laying** 55:7 79:4
**leads** 9:23
**learn** 16:9
**learning** 22:4
**leave** 50:15
**lectures** 80:14
**legs** 78:16
**Let's** 51:19 53:2
72:16 78:10
**level** 27:19,20
**Lewis** 7:9
**Lieutenant** 26:4
**lift** 78:18
**lifted** 52:20 78:19
**lightheaded** 15:20
**Likewise** 85:8
**line** 26:15 63:20
**list** 10:7
**listed** 55:11
**Listing** 3:12 77:16
**little** 40:18 41:6,24
51:8 54:15 78:20
86:17
**local** 59:10
**locate** 37:9
**location** 46:13
**log** 3:8 23:21 24:2,2,5
24:6,17,20 25:2,19
25:22,24 26:15 30:4
30:5 49:6 75:15,24
84:13,15 88:22,24
89:2,4,10,16
**logs** 27:11
**long** 7:20 8:19 54:17
79:4
**look** 15:10 28:16,18
28:21 33:11,22
34:12,20,23 39:1

44:13 46:6,11,13,16
62:23 73:21 74:1,10
81:5 86:14
**looking** 18:19 26:2,5
49:5 69:15 71:21,22
78:11
**looks** 53:21
**losing** 31:8
**lot** 31:6 40:3 44:16,20
45:1 55:5,5 81:21
**loud** 55:1,16
**LOUISE** 1:5
**low** 15:6 20:1 64:14

**M**

**M** 2:8
**machine** 28:15,18,22
59:22 60:18,19 61:5
61:12,15,23 62:3
63:7 65:14 70:12
71:5,7,16
**machines** 70:20
71:10,11,17
**main** 2:10 4:7 17:21
91:12
**majority** 15:12,18
17:3 18:15 54:12
69:18
**makeup** 14:14,21
**making** 53:7 55:17
69:10 71:22,24
87:13
**mandatory** 14:12
**manipulate** 39:5
**manner** 31:15 45:3
78:23
**MAR** 73:2,5,9,13,21
74:1
**marital** 6:13
**mark** 23:21 24:9 32:6
45:12 62:7 63:13
72:16 77:7 80:18
**marked** 24:12,18
32:9,12 45:15,19,22
49:16 50:3 62:9,18
63:16 72:18,23
77:10,14 80:21

**marks** 43:3
**Married** 6:14
**master** 8:1,2 9:7,15
  10:2 47:16,18,18
  48:3,7 88:4
**material** 53:18,23,24
  54:6 80:8
**materials** 80:6,10
**Mathews** 9:11 56:23
  66:12 67:2 70:16,16
**matter** 88:5 91:5
**Maxi** 54:20 78:10,13
  79:1
**meals** 19:14 23:20
**mean** 26:23 74:17,19
  75:4
**meaning** 28:14
**means** 25:6,8 27:16
  28:11 61:5,8
**meant** 29:8
**Med** 49:23,24 50:3,5
  50:9
**medical** 8:21 9:3,13
  10:22,24 11:6,8,10
  12:9,18,21,22 13:6
  13:9,14,21,22,24
  14:6,10 17:20 18:3
  18:3 19:5 20:23
  21:11 22:2,10 23:5
  23:6 29:1 34:6,15
  34:18 38:17 39:5
  45:2,5,10 48:15,21
  48:24 49:22 69:8,17
  69:18 74:7 77:23
  81:23 84:12 86:8
  87:3,12,24 88:1
**medically** 69:13
**medical/mental**
  11:14 71:23
**medication** 3:11
  72:22 73:8,18 74:4
  74:11
**meet** 14:22
**member** 6:17
**menstrual** 52:22
  79:12,21

**mental** 3:9 11:23
  12:3,9 13:23,24
  21:14,23 22:5,9
  27:20 32:3 45:5,20
  48:15 68:2 69:13
  76:22,23 77:5 79:23
  84:12,20 85:19 87:3
  87:13
**mentally** 31:18,19
**mentioned** 13:7
  42:12,15 68:5 86:9
**mess** 53:7
**METCAD** 9:22
**midnight** 54:9 66:4
**midnights** 55:1 69:16
**military** 8:24
**mind** 33:23
**minute** 90:7
**minutes** 50:19 51:1
  58:7,10
**mischaracterizes**
  17:8
**misunderstood** 38:7
**moment** 32:15
**moments** 88:6
**Montgomery** 47:8
**month** 14:2,14
**months** 8:3
**morning** 25:13 35:18
  52:9 54:10 56:15,16
  56:22 57:2,10,24
  58:4,16 61:4 64:6
  67:18 69:22 74:22
  78:12 83:12 88:8
**Morse** 68:15,16
**mother** 6:21,23 7:2
**move** 47:6
**moving** 72:3
**multiple** 84:1

**N**

**name** 5:6 6:7 46:12
  55:14 62:20 71:1
**named** 55:10
**narrative** 7:9
**nature** 15:20 22:1
  45:4

**necessarily** 33:18
  43:11 54:24
**necessity** 4:13
**need** 5:23 17:7 20:4
  20:10 39:8 41:4
  44:22 57:20 64:15
  64:24 65:10 69:19
  74:11 79:18 82:15
  85:4 89:19
**needed** 11:10 40:15
  68:5
**needing** 74:11
**needs** 16:17 39:8
**never** 23:11 31:8
  58:24
**new** 47:9
**Nicole** 1:18 91:2,17
**night** 36:23,23 39:17
  46:15 49:5 52:5,13
  52:15 54:12,23
  56:24 64:11 75:6
  78:11 79:14 84:1
**nights** 84:2
**nighttime** 75:12
**noise** 55:17
**Nope** 49:23
**normal** 45:4 54:22
**normally** 73:23 78:3
  79:22
**Norman** 8:16
**notate** 47:7 49:12
**notations** 70:3
**note** 24:1 68:2 69:10
  75:23
**notes** 7:4,11 91:7,8
  91:10
**notice** 39:15 78:15
**noticed** 31:14 48:8
  76:20
**notify** 18:11,16 20:24
  21:6,8 23:23 45:11
  46:14 69:14 87:21
**notifying** 62:1
**number** 8:6,8 23:16
  24:9,12,18,24 26:16
  26:18,21 27:4 30:5

32:7,9,13 34:10
  45:13,15,19,22
  49:21 62:7,9,18
  68:22 72:16,18,23
  75:15 77:8,10,14
  80:19,21
**numerous** 48:20
**nurse** 18:17 20:15
  21:1,8 22:24 23:11
  23:23 24:3 38:2
  45:8 48:21 61:12,23
  62:1 65:14,17 66:8
  69:19,20 70:3 79:15
  79:22 80:1 83:12
  85:8 87:7,9 89:24
**nurses** 12:23 19:17
  19:17
**nurse's** 23:14
**nursing** 69:16 84:20
**nutshell** 9:24

**O**

**oath** 5:8
**Object** 17:16
**objection** 16:19,21
  17:8 18:22 19:22
  20:11 22:16,23 29:6
  29:16 33:6,24 37:18
  38:6 41:12 46:7
  47:17 57:13 58:12
  60:22 64:22 67:8
  70:13 74:5 81:12,19
  82:10,20
**objects** 40:10 41:18
**observation** 10:16
  19:1
**observations** 69:3
**obtained** 80:6
**obvious** 52:23
**obviously** 19:4
**occasions** 84:1,4
**offer** 10:4,9
**offering** 79:6
**office** 2:4 6:12 7:21
  7:24 8:13,16,22 9:3
  13:15 14:1,24 15:4
  15:22 16:4,9,16

17:13 18:6 19:12,19
20:9 21:12 29:2
44:9 45:20 80:5,14
**officer** 8:4 9:19 10:3
10:11 17:14 20:19
21:3 22:8,15 23:3
23:18 26:1 27:23
28:2,6 30:18,20,21
33:22 34:5 35:2
37:11,15,19,22
38:17,22 39:10 46:5
48:8,13,14 49:1
56:17,23 58:19,21
59:13,14,24 64:10
64:20 65:24 66:2,8
66:12 67:1 69:6
70:16 71:19 73:5
74:9,20 75:5,16
76:9 77:20 81:10,13
81:17 82:6,11 89:1
**officers** 9:19 11:3,5
12:23 14:10,17 74:2
89:13
**Offices** 2:14 4:6
91:11
**official** 82:16
**off-the-record** 90:9
**oh** 17:2 53:20 88:7
**okay** 6:7 7:10,20 10:1
10:10 11:17 12:2,11
13:7 14:5,23 16:21
17:2,6 18:5 20:17
25:10,14 27:3 28:20
29:12 30:4 33:11,21
34:8,23 35:6 36:11
36:20 37:1,7 39:12
40:23 41:8 42:20
43:14 44:8 46:2
47:2,11,22 48:22
49:2 51:2 53:15
57:23 58:9 59:6
62:2 63:14 65:7
66:7,16 68:8,14
71:15 74:14,24 76:1
76:14 77:7 78:2,24
79:24 82:15,17

83:19,22 88:12,17
88:24 89:10
**old** 45:24
**once** 48:11 51:16
87:14
**ones** 59:14 88:3
**one-week** 10:15
**on-call** 89:24
**on-the-job** 9:9 11:2,7
11:8 22:3
**open** 72:7,12
**opened** 84:1
**opening** 83:23
**opens** 10:8
**opportunity** 75:11
**options** 22:7,14
**order** 13:4 54:16
60:16 65:4 87:16
**ordered** 20:22 21:5
85:13,14
**orders** 82:7 87:9
**outcome** 91:14
**outside** 24:6
**overnight** 87:6

---

## P

**pad** 53:4 54:17,20
78:10 79:1 84:8
**pads** 78:13
**PAGE** 3:3,7
**paper** 40:1,24 41:5,6
41:10 52:15 68:6,18
84:6 86:3
**Parrish** 9:11
**part** 32:20
**particular** 77:21
**parties** 4:4 91:14
**part-time** 8:1
**pass** 23:4 34:5 38:2
66:8 69:21 79:17,22
84:10 87:14
**passed** 64:11,15
65:18 70:14,17
76:15 79:18 82:13
83:11,17 88:21
**passing** 65:21 70:10
76:11 79:11,13,24

80:3
**pass-on** 39:20 49:6
84:13,15,16 88:22
88:24 89:2,3,10,16
89:20
**patient** 62:20 63:6,14
63:24
**patient's** 64:4
**PATRICK** 1:4
**people** 12:3 21:24
46:12,14 55:2,3,8
**percent** 55:7
**performing** 67:1
**person** 21:7 25:21
27:17,21,24 34:12
37:16 40:23 44:14
45:7 48:12 50:5
74:21 75:6 87:17
89:5
**personally** 33:19
65:19,22 82:8 83:11
83:14 90:1
**personnel** 12:23
**pertinent** 64:9
**phone** 21:10
**physical** 34:9
**physically** 46:21 67:3
**place** 34:9,21 61:14
75:14,21 81:18
**placed** 10:7 34:10
48:24
**places** 84:9
**Plaintiffs** 1:6 2:3 5:7
**please** 5:17 6:7 16:16
17:13 19:19 24:10
27:15 32:7,15 35:13
45:12 62:7 68:24
72:11 77:7 80:18
81:6
**plus** 49:7 53:7
**point** 10:8 14:20
15:17 22:20 23:17
24:11 31:1 32:8
38:2 41:4 45:14
48:17 62:8,13 72:17
77:9 79:15,16 80:20

90:8
**Police** 2:13 11:16
12:11 13:1
**policies** 40:22
**policy** 12:6,7 23:19
64:17 69:9 88:23
**position** 9:7 10:8
**positions** 7:23
**possibly** 28:15 34:18
39:2 40:1 41:20
44:19 56:8
**poster** 80:24 81:5,6,8
**preparation** 7:15
**prepare** 7:5
**pretty** 9:23 25:14
53:11 55:15
**prevention** 27:19
**previous** 35:4,10
38:17,23 39:5,19
49:8 52:17 77:2
**previously** 35:1 39:11
**pre-deposition** 7:8
**print** 89:7
**prints** 89:8
**prior** 28:24 30:16,23
31:14 33:5 46:10
58:8
**private** 7:10
**probably** 19:6 40:21
81:14 82:12
**problem** 33:15,20,23
54:19 55:3 87:4
**problems** 11:22
21:13 34:13 40:4
44:18 45:10 82:9
**problems/issues** 12:9
**procedure** 4:10 20:20
21:3 28:3,7 64:17
69:9 85:18
**proceedings** 22:20
24:11 32:8 45:14
62:8,14 72:17 77:9
80:20 90:9
**process** 10:7 48:11
**processed** 30:21
**profession** 13:6 23:5

23:6
**professional** 13:6
  91:3
**proper** 29:4,14
**propounded** 91:7
**protection** 78:23
**protocol** 28:5 38:4
  45:9 48:17 74:3
  85:18,22
**provide** 48:2 75:12
**provided** 27:20 48:7
  53:10
**PTI** 12:16,19 13:7,10
**Public** 3:11 77:16
**pull** 39:5 77:22
**pulled** 78:6
**purports** 32:13 45:19
  62:19 72:22 77:15
**purpose** 20:5
**purposes** 4:14 24:12
  32:9 45:15 62:9
  72:18 77:10 80:21
**pursuant** 4:8
**put** 48:12,14 55:14
  60:1 73:15 83:20
  84:15 88:20 89:20
**p.m** 35:20,21,23 36:2
  36:5,9 63:23 66:5
  67:21 68:10 76:2,8
  84:22
**P.O** 2:5

**Q**
**quarrel** 67:6
**question** 5:15,20,21
  5:22 18:23 22:12,22
  37:24 38:7,21 46:8
  85:21
**Questionnaire** 3:12
  77:16
**questions** 5:8,18 6:5
  48:12 83:5,6,9,23
  84:23 85:1 86:7,18
  87:20 90:3,5 91:7
**quick** 62:11
**quite** 33:17 57:9
**quotation** 43:3

**quotations** 43:18
**quote** 43:4

**R**
**ran** 78:7
**rapport** 31:4 88:15
**reaction** 23:15
**read** 7:4 22:19,21
  28:21 32:15,24 60:3
  60:7 61:5,6,15 62:3
  70:12 71:16 81:5
  84:19
**reading** 42:20 58:18
  61:12 63:20 65:15
  66:14 79:5 88:9
**reads** 28:8 63:7
**real** 31:2 53:18
**really** 30:24 53:21
  54:18
**reason** 14:13 17:21
  18:12 19:2 20:3
  47:6 49:22 50:3,6
  58:9 64:24 67:6
  72:2 74:10
**recall** 11:5,17,20 12:2
  12:5 13:11 27:6
  32:23 35:3,5 39:17
  42:18 43:8,12,15,21
  43:22 44:5 49:15,18
  50:11,13,13 52:14
  52:21 54:12,16,17
  55:20,22,24 56:12
  57:23 58:14 59:13
  59:16,23 60:2,7,10
  61:3,6,7,9,11 62:2,5
  62:6 65:17,19,21,22
  66:10,11,14,16,19
  66:20 67:15,17,17
  67:22 68:1,8,12
  70:5,14,17 71:18
  73:9,15 76:14,18
  78:6 79:4,8,11,13
  79:15,24 80:3,12
  82:5 85:1 88:11
  90:1
**recalling** 56:4
**receive** 9:6 10:10

12:18 13:13,17
**received** 11:7 14:24
  32:20 76:3,10,16,17
  80:5
**receiving** 32:22
**recess** 62:14
**recognize** 16:12
  17:14 18:7 24:18
  44:10 45:22 72:23
  77:17
**recognized** 27:1
**recollection** 42:14
  83:10
**record** 3:11 34:21
  72:22 90:7
**records** 34:15
**red** 49:14
**reduced** 91:8
**Redwood** 1:4 2:3,4
  3:4,5 5:5,6 16:24
  17:5,11 18:4 19:10
  20:7,16 21:17 22:13
  22:19 23:8 24:9,14
  29:9,18 32:6,11
  33:10 34:7 35:22
  37:21 38:10,12
  41:14 45:12,17
  46:19 47:21 50:21
  50:23 51:3 56:14
  57:22 58:13 61:2
  62:7,12,16 65:6
  67:11 70:19 72:16
  72:20 74:13 77:7,12
  80:18,23 81:15 82:1
  82:14,23 83:5 88:19
  90:3
**redwoodlaw42@h...**
  2:6
**reference** 75:23
**referenced** 52:19
  57:19
**references** 28:13
**referencing** 50:18
  83:19
**referring** 24:21
**reflect** 16:1

**refusal** 63:15
**refuse** 23:4 63:13
**refused** 21:4 23:21,22
  23:24 25:6,7,9 27:5
  63:12 76:17
**refuses** 19:13 20:21
  23:20 63:14
**refusing** 21:7 33:14
  86:20
**regard** 11:21
**regarding** 9:13 11:18
  15:1 80:15 91:5
**regards** 6:23 65:24
**regimen** 29:4,14
**Registered** 91:3
**regular** 25:14 39:14
  58:4
**regularly** 19:21
**regulated** 20:2
**reiterate** 84:16
**related** 11:22 21:13
  91:13
**relates** 7:11
**relation** 8:22
**relay** 47:20
**relevance** 29:16
  81:12,20 82:10,20
**remember** 13:2 14:6
  30:6,9,13,16,22,24
  31:10,12,17 32:22
  32:24 33:2,3,7,9,12
  35:6,9 40:3 42:8,17
  43:5,20 44:5,6
  52:11 53:12 55:10
  55:13,13,16 56:9,15
  56:19,20 57:1,4,6
  59:17 61:13 70:6,9
  70:10 76:19 79:3,6
  82:24 83:15
**remembered** 42:14
  49:7 58:17
**remove** 40:14
**removed** 60:15
**report** 7:7 42:20,22
  56:5 58:18 60:4
  61:1 65:18 66:15,24

67:7 77:24 79:5
  83:18,19
**reported** 80:1
**reporter** 4:13 5:13
  22:21 91:3,3,17
**Reporting** 1:19
**reports** 7:4
**represent** 5:6
**representing** 82:17
**requested** 85:9
**require** 41:3
**required** 9:16 14:12
  14:22 18:9,10 41:5
  42:1 64:8 88:20
**restate** 5:18 22:17
**restroom** 41:3
**retarded** 31:19
**retrieve** 42:4
**returned** 91:11
**right** 20:13 24:6,8
  26:17 28:15 38:19
  38:21 46:24 47:4
  50:20 52:3 54:3
  64:6 71:8,13 73:17
  73:19 84:7 86:2
  87:14 89:18,22
**roll** 41:1,7,10
**room** 27:1
**roughly** 84:22
**Royster** 2:9 4:7 91:11
**rules** 4:8,9 5:9 82:7
**run** 77:24 78:3
**résumé** 10:6

_____
**S**

**safe** 72:1
**safety** 3:11 9:19,19
  77:16
**sake** 50:17
**sanitary** 53:7
**satellite** 34:8 35:7
  36:15,19 70:21,22
**Saturday** 42:19 52:5
  52:12 68:9 78:11
**saved** 39:3
**saw** 35:1
**saying** 50:22

**says** 24:15 26:7 27:14
  27:15 47:22,23
  48:19 49:22 60:15
  74:14,24 81:22
**scenarios** 11:11
**Schutt's** 8:16,22
**screen** 39:4,5
**se** 19:1
**second** 79:8
**section** 26:17 47:12
  47:15
**security** 9:16,18
  39:18
**see** 17:19,21 19:7
  20:4 24:3,23 25:2,3
  26:7,18 28:12 34:13
  34:14,16,21,22
  37:24 39:10 41:13
  43:2,13 45:2 46:6
  46:10 47:7,11,22
  49:21 58:5 61:8,24
  63:18,20,24 64:16
  66:7 67:3 69:6
  74:11,14,24 78:10
  78:20 89:4,8
**seeing** 42:14 43:6,11
  43:23 72:2 73:9
  79:5
**seek** 87:2
**seen** 54:7 62:21 81:6
  82:2
**sees** 45:8 89:5
**seg** 23:21 24:2,2,5,20
  25:2 26:24
**segregation** 3:8 24:6
  24:17 25:19,22,24
  26:15 27:11 30:4,5
  75:14,24
**send** 10:5 65:14
**sense** 33:14
**sent** 32:18
**September** 1:15 4:6
  12:17 91:4,15
**sergeant** 8:5
**served** 25:10
**set** 65:4 70:24 85:17

**seven** 10:18 11:12
  21:19
**seven-week** 11:1
**shake** 5:12
**shakes** 44:18
**shaking** 15:14,20
  17:24
**sharp** 41:18
**sheet** 3:9,10 26:24
  27:14,22 28:1 43:24
  45:21 46:6,20 49:5
  49:20 50:3 55:12
  62:20,23 63:3,9,16
  68:18,22
**sheriff** 2:7 77:15
  82:15
**sheriff's** 6:12 7:21,24
  8:13 9:3 13:14 14:1
  14:15,24 15:3,22
  16:4,8,16 17:13
  18:6 19:12,18 20:9
  21:12 29:1 44:9
  45:20 80:5,14
**shift** 25:4,12 26:16
  27:8,12 35:14,16
  36:8 39:14,16,18,18
  39:19 42:8 43:23
  46:11,18 47:4,9,10
  48:9 49:2 50:24
  51:1 52:4,8,18 54:8
  63:22 64:8 65:8
  66:2,5,6 67:20 68:9
  69:15 72:6,12 73:20
  73:23 74:2,8 75:8
  76:1,7,20 77:20
  78:2 79:11,14 84:18
  87:6 88:22 89:11,13
  89:18
**shifts** 52:17 69:10,24
  77:2 84:11 89:22
**short** 41:23 62:14
  75:10
**Shorthand** 91:3
**show** 52:21 80:24
**showed** 61:20
**showing** 23:22

**shown** 89:6
**shows** 28:11 30:5
  48:16
**shut** 51:10,11,14,16
  51:19
**sic** 56:10
**sick** 56:18 80:2
**side** 75:19
**sign** 27:7,11
**signed** 26:23
**signify** 26:22
**signs** 3:13 15:4,8,9
  16:13 81:17,22
**similar** 81:22
**singing** 55:17
**sink** 51:8,18
**sit** 78:21
**sits** 46:23
**sitting** 18:1
**situation** 11:9 17:22
  18:2,3,12,14 19:7
  22:2 39:7 49:8
  61:24 81:24 86:19
  87:23 88:2
**situations** 82:4 86:21
**six** 10:16
**six-week** 11:18,21
**Small** 2:13,14 67:8
  83:6 90:5
**Smith** 2:8 3:4 16:19
  16:21 17:1,8,16
  18:22 19:22 20:11
  21:16 22:11,16,23
  29:6,16 33:6,24
  35:19 37:18 38:6
  41:12 46:7 47:17
  50:17,22 51:2 56:11
  57:13 58:12 60:22
  62:11 64:22 70:13
  74:5 76:24 81:12,19
  82:10,20 83:8 88:17
  90:6,11
**snack** 74:24 75:6,7
  75:12,17,18 76:4,10
  76:17
**somebody** 12:24

17:21 22:2,4 23:1 45:2 61:16 64:14,14 66:17 82:16

**soon** 23:1

**sorry** 16:20 22:11,17 25:17 35:21 49:23 59:5 74:17 75:3 82:21 85:16

**sort** 22:6 44:19 53:19 73:7 77:6 88:14,15

**sound** 54:24

**sounded** 66:17,21

**speak** 82:17

**speaking** 31:15 65:17 65:19

**special** 3:9 11:22 21:13 45:21 49:20 55:11

**specific** 32:23 33:9 38:8

**specifically** 46:2 49:18 56:13 71:21

**specifics** 68:12

**speech** 76:21

**splashing** 66:22 67:5

**spoke** 76:12 77:22

**spoon** 41:24 42:3

**Springfield** 12:15

**St** 2:5

**staff** 34:6,16 45:6 48:15,21 69:17,17 87:3,3,13

**stages** 32:1

**Stamped** 32:14 77:14

**stance** 34:4

**standing** 82:7

**standpoint** 81:13

**stands** 28:12 61:19

**started** 25:21 26:1 30:6 52:6,22 67:21

**starts** 54:8

**state** 6:7 61:9 66:12

**stated** 42:19

**statement** 56:10

**statements** 7:5 67:6 67:12

**states** 1:1 20:15 24:8 32:17 61:1 62:5 65:3 66:24

**stating** 31:7 48:23 49:6 56:13 77:5

**stationed** 58:19 59:1 71:3

**status** 6:13

**stay** 54:22

**stayed** 54:18

**staying** 55:6

**stenographic** 91:7

**Stevens** 1:18 91:2,17

**STIPULATED** 4:3 4:12

**STIPULATION** 4:1

**stomach** 56:18 80:2

**stood** 60:17

**straight** 59:10

**strangely** 43:18 44:4

**Street** 1:20 2:10 4:7 91:12

**stress** 32:5

**strictly** 74:6

**strike** 35:13 55:24 68:24 72:11

**striked** 68:7

**strikes** 56:3

**Styrofoam** 40:18,20 41:23,24 42:3,3

**subsequent** 84:11

**suffering** 45:7

**sugar** 3:10 15:6,15 16:2 19:21 20:1,1,3 20:22 21:5,8 33:19 57:24 58:15 59:3,15 59:17,22 60:17 61:22 62:3,19 63:7 63:8,15,20 64:1,5 64:12,21 65:1,3,11 65:15 70:11 71:2 84:3,24 85:9

**sugars** 58:6

**suicide** 27:17,19 40:9 40:19,23 41:9,16 42:6 53:15 79:21

85:17

**Suite** 2:10,15 4:8 91:12

**Sunday** 32:18 52:9 56:15 68:10 78:12 83:12 88:8

**supervision** 91:8

**supervisor** 13:22,23 18:11,13,15,16 19:8 20:24 21:7 26:18,22 27:4,4,7,10 53:5 69:14 70:7 74:9 82:12,13 86:22 87:7 87:22 88:2

**supervisors** 69:11 84:21

**supposed** 18:6,10 41:18 61:16 63:7,15 64:20 75:16 82:8

**sure** 14:3 36:22 42:1 53:17,22 57:8 58:6 60:18 62:12 67:14 68:12 71:23 72:1,5

**Susan** 3:8 32:17

**Swain** 3:8 32:18

**swore** 91:4

**sworn** 5:3

**symptoms** 15:5 16:1 16:1 17:19

**System** 3:11 77:16

———————

**T**

**take** 5:23 6:1 23:2 32:15 58:22 59:8 62:11 64:20 70:11 81:5 87:17 91:6

**taken** 4:5 58:6 62:14 84:3 85:9 91:11

**takes** 74:21

**talk** 6:2,3 7:14 27:3 50:24 54:13 65:13

**talked** 42:10

**talking** 21:18 29:20 38:8,9,10 42:11,15 43:20,21 50:19,23 53:13 88:10

**taught** 42:5

**team** 64:4

**technically** 40:21 41:17

**telephone** 9:21

**tell** 5:19 11:10 13:5 13:18 14:3,9 15:16 26:2,5 27:16 31:21 60:13 71:12 80:10 82:16 88:4

**telling** 43:5 56:9

**term** 17:16 86:9,13

**testified** 5:3 9:4 24:1 37:10 38:16 39:12 60:3 61:1 65:23 72:9,14 78:9 83:10

**testify** 91:4

**testimony** 6:3 17:9 24:21 86:8 91:10

**testing** 33:18

**Thank** 90:4

**Thanks** 25:18

**themself** 51:22

**thereof** 91:14

**thereto** 91:7

**thick** 54:4

**thing** 21:6 30:24 39:17 46:9,11 47:7 52:14 58:17 68:4,6 87:21 89:4,9

**things** 9:20 12:8 21:24 44:21 69:3 71:1 84:12 87:16

**think** 19:24 31:20 34:14 38:8 47:3 53:21 81:16 83:2,4

**thinking** 18:21 31:18 55:19

**third** 35:16

**thirsty** 44:22

**Thode** 64:10

**Thompson** 55:11 56:1

**thought** 32:4 38:7 56:6 66:16 67:4

**three** 13:9 14:18,20 14:21

**three-day** 14:18
**three-number** 8:8
**throwing** 44:20 66:12
66:18 67:2,3,4
**tie** 54:3
**time** 5:23 6:1,22 11:4
11:5,15 14:11 15:12
15:18 17:3 18:14,15
18:17 20:4 25:10
30:21 31:22,24 32:1
32:4 33:16 35:9,11
37:10,12 40:8 41:23
42:11 44:6 54:10
56:1 57:4 58:4,7,20
58:22 60:12,21
61:22 63:19 64:12
64:18 69:16,18
71:24 72:7 74:10
75:10 78:7 85:4
**times** 20:9 21:9 35:6
44:16 45:1 48:21
57:9 65:4,7 71:4
74:22
**today** 7:6 29:11
61:19
**toilet** 40:1,24 41:5,6
41:10 51:5,5,15,18
51:23 52:3,15 68:6
84:6 86:3
**told** 52:23 56:17
65:10
**Tonji** 55:10,13,19
56:1,4
**top** 13:2 24:16 26:7
55:20 71:13
**touching** 91:5
**tough** 53:18
**Tracking** 3:10 62:20
63:9
**trained** 9:10 16:3,12
17:6 19:15 22:3
44:9
**training** 8:21 9:3,6,9
9:12 10:10,13,15,17
10:22,24 11:2,3,5,7
11:8,9,13,15,16,18

11:18,21,22 12:3,4
12:5,11,18,21 13:1
13:3,5,8,9,12,13,14
13:19,21,24 14:7,11
14:13,16,19,23 15:1
15:4,9,21 16:9,15
17:12 18:5 19:11,19
20:8 21:11,13,18,20
21:24 22:4 29:1,13
44:8,15 80:5,9,15
86:8,14
**transcript** 5:13
**transitioned** 10:2
**tray** 57:7
**trays** 58:21
**treating** 17:20
**treatment** 80:15
81:10 86:20
**tried** 70:11 87:15
**tries** 14:15
**Trooper** 42:21 43:6
43:16,20 56:5,9
60:4 67:7,13
**true** 11:6 60:21 84:10
86:21 91:10
**truth** 60:13 91:4,4,5
**try** 11:13 28:10 34:3
45:6
**trying** 55:17
**turn** 69:17
**twice** 20:14,14
**two** 5:18 31:4 69:24
89:21
**type** 7:1,1,3 15:5,7,22
16:5,5,16 17:4 18:8
18:20 19:13,20 20:9
20:20 21:4 23:19,22
28:3,8 29:2,13
37:16,16 38:4,14
43:19 44:1,16 48:3
51:5 56:8 61:20
89:6
**types** 47:14,19
**typewritten** 91:8
**typically** 27:7,10

**U**

**uh-huh** 5:11 25:15
26:9 32:16 47:13
51:21 60:6 71:6,9
74:16 75:1 84:17
85:5,14
**uncooperative** 86:19
**underpants** 53:3 54:5
**understand** 5:16
27:21 30:1 31:5,9
32:2
**understanding** 43:9
53:8
**understood** 5:20
**uneducated** 22:5
31:21 77:4
**unit** 51:5
**UNITED** 1:1
**University** 2:15
**unresponsive** 19:3,4
**upset** 31:6
**Urbana** 1:2,14 2:10
2:12,12 4:8 91:12
**use** 8:9 41:3 44:17
59:21 60:19,20
64:10 70:23 71:4,17
78:10
**usually** 14:14 15:15
55:8 58:7 75:7 88:3

**V**

**vaguely** 55:13
**Velcro** 53:19,22
**verbal** 84:16
**verbally** 64:9,15
88:21
**versus** 17:19
**video** 1:19 82:3
**Villa** 91:15
**Voelker** 2:9 4:7 91:12
**Voges** 1:14 4:5 5:2
6:8 24:11 32:8
42:24 43:17 45:14
45:19 49:21 56:6,10
60:15,17,18 62:8,18
66:24 67:2,4 72:17
75:15 77:9,14 80:20
91:3

**vs** 1:7

**W**

**W** 2:13
**wait** 87:10
**waive** 90:11
**waived** 4:14
**walk** 39:19 54:13
72:4,5
**walking** 54:10
**Walsh** 1:8 2:8
**want** 5:10,11 34:3
78:21 86:17
**wanted** 31:4 53:9,9
78:22
**wanting** 23:1 33:18
**warning** 3:13 16:13
81:17
**warrants** 9:22
**wasn't** 28:15 31:2
40:3 53:7 59:19
60:18 69:7 80:1
**watch** 3:9 9:18 27:17
40:9,24 41:16 43:24
45:21 46:16 49:20
55:11 64:15 79:21
85:17
**watching** 55:6
**Watchman** 68:15,16
**water** 28:4 29:4,15
40:2,6,8,13 44:22
50:12 51:10,12,14
51:16,17,19,20
52:16 57:2,6,8,11
57:16,17,20 68:6
72:9 84:2
**way** 5:17 7:11 23:13
39:4 41:8 49:3 53:6
53:14 54:3 59:8
61:23 76:2,8,12
77:5 84:15 87:12
91:14
**wee** 54:9
**week** 10:16
**weekend** 56:4
**weeks** 10:16,18 11:12
21:19

**well-being** 71:22 72:1
**went** 5:14 8:2
**West** 1:20
**we'll** 6:1 90:11
**we're** 9:16 22:2 31:24
  35:19 41:5 42:1
**we've** 87:14
**White** 1:21
**Wide** 1:19
**willing** 59:20
**withdraw** 38:6
**withdrawal** 44:1,1,5
  44:7,11,11 45:10
  47:24
**withdrawals** 27:24
  43:19,22 44:15 45:7
  56:9
**witness** 16:20 17:2,10
  17:18 18:24 19:24
  20:13 22:17,24 29:7
  29:17 33:7 34:2
  35:21 41:13 46:9
  47:18 56:12 57:14
  60:24 64:23 67:10
  70:14 74:6 77:1
  81:13,21 82:11,21
  91:7
**woman** 79:20
**women** 54:6
**wondering** 12:22
**word** 29:7 31:20
  42:23,24 77:3
**words** 10:3
**work** 34:3 35:23 36:2
  36:5 52:12
**worked** 50:20 66:5
  69:24 75:8
**working** 35:15 36:13
  36:18,22 37:2,3
  39:12 55:23 56:1,20
  65:8 66:3
**world** 6:2
**wouldn't** 57:14 64:16
  77:1
**wrap** 41:20
**write** 25:7,7 49:14

68:19 69:3 75:19
**writes** 43:16 56:6,7
**writing** 63:1,1
**written** 88:22
**wrote** 42:21 50:5
  60:4

_____
**Y**

**yeah** 12:5 29:11
  38:10 47:5 61:10
  68:20 76:6 83:14
  88:7,16
**year** 13:18 14:2 30:13
**yearly** 13:19,21 14:23
**years** 8:20
**yelling** 42:16
**yep** 87:18

_____
**0**

**002448** 32:14
**07** 29:24 30:13,15
  33:13 42:9,9,22
  55:23 56:2,16,21
  58:1,16 61:3 63:19
  65:13 68:16 76:8
**084-004212** 1:18
**09-2145** 1:7

_____
**1**

**1** 3:8 24:9,12 30:5
  75:15
**10:00** 75:7,9
**10:20** 62:13
**10:25** 62:15
**10:30** 75:7,9
**102** 2:10 4:7 91:12
**11th** 42:22
**11:07** 90:8
**11:08** 90:10,12
**11:45** 35:18,20,23
  36:2,5,9 39:14 52:6
  63:23 66:5 67:21
  68:10 76:2,8 78:2
**12:00-to-8:00** 25:3
  26:16 27:8
**148** 45:22
**15** 50:19 51:1 58:7,10

**15th** 30:6 35:8,14,24
  36:12 38:13 39:13
  39:16 42:9 49:3,15
  50:11,24 56:2 67:20
  67:20 70:1 76:19
**15-minute** 67:22 69:2
  69:4,8 71:20 72:13
**16th** 36:3,17 39:13,16
  42:9 52:4,6 63:22
  65:9 67:21 68:10
  70:1,2 72:6,12 76:2
  76:20
**1600** 63:19 64:19
  85:10
**17th** 36:6,20 52:9
  56:2,16,21 57:2,7
  58:1,15 61:3 64:6
  65:9,13 66:9,11
  67:16 68:11 70:2
  71:15 72:7,11,12
  76:7 83:12
**18th** 35:14 48:19
**19TH** 1:15 4:6 91:4

_____
**2**

**2** 3:8 27:15,19 32:7,9
  32:13 34:10 50:5,9
**2003** 7:22 8:1
**2006** 8:4 10:20,21
  12:17
**2007** 14:6,7 20:17
  21:2 22:7 23:10,17
  23:18 28:20,24 30:1
  30:6,17 31:14 32:18
  33:5 35:8,14 37:10
  38:13 39:14 49:3,15
  50:11 51:4 63:4
  64:18 65:9 66:9,11
  67:13,16,20 69:1
  70:1,2,20 71:5,11
  71:15,19 72:7 73:5
  73:6,10,13,14,21
  78:7 88:20 89:23
**2011** 1:15 4:6 8:5
  91:4,15
**21** 91:15
**217** 2:6,11,16

**24** 3:8

_____
**3**

**3** 3:9 45:13,15,19
  49:21,24 50:3 68:22
**3D** 2:15
**300** 2:10 4:8 91:12
**301** 1:20
**32** 3:8 6:10
**344-0060** 2:11
**345** 26:3
**354** 26:23 27:4
**368** 8:11 25:3

_____
**4**

**4** 3:10 49:23 62:7,9
  62:18
**4:00** 84:22
**41** 2:15
**45** 3:9
**469-9194** 2:6

_____
**5**

**5** 3:4,11 72:16,18
**5/6/07** 3:8
**50** 55:7
**52** 77:14
**5368** 8:7
**57** 24:18
**58** 62:18

_____
**6**

**6** 3:11 32:18 77:8,10
  77:14
**6/15/07** 26:8
**6/16** 25:4 26:15 63:18
**6:00** 58:16 64:5,19
  84:23
**6:15** 56:16,21 57:1
  58:16 61:4
**6:30** 25:12
**600** 85:10
**61803-0129** 2:10
**61820** 1:20
**61824-1337** 2:15
**61873-0864** 2:5
**62** 3:10

|  |  |  |  |
|---|---|---|---|
| **7** | | | |
| **7** 3:12 80:19,21 | | | |
| **72** 3:11 | | | |
| **747-6789** 1:21 | | | |
| **77** 3:12 | | | |
| **8** | | | |
| **8:15** 35:18 39:14 52:9 66:5 67:21 68:11 | | | |
| **80** 3:13 | | | |
| **800** 1:21 | | | |
| **83** 3:4 | | | |
| **864** 2:5 | | | |
| **88** 3:5 | | | |
| **9** | | | |
| **9:00** 1:15 | | | |
| **9:09** 5:1 | | | |
| **90** 72:23 | | | |
| **911** 18:7,9,13,13,21 19:1,7,8 87:20,23 88:4 | | | |
| **954-0635** 2:16 | | | |