1

1      IN THE UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF ILLINOIS
2                STATE OF ILLINOIS

3

PATRICK HAHN and ERIK        )
4  REDWOOD, Administrator of   )
the Estate of JANET          )
5  LOUISE HAHN,                 )
                              )
6     Plaintiffs,             )   No. 09-2145
                              )
7          vs.                )
                              )
8  DANIEL WALSH, et al.,       )
                              )
9     Defendants.             )
   --------------------------
10

11

12

13

14             DEPOSITION OF SUSAN SWAIN
                 September 15, 2011
15                   9:00 a.m.

16

17

18

19

20     June Haeme:  RMR, CRR, CSR # 084-003038

21   Area Wide Reporting and Video Conferencing
              301 West White Street
22          Champaign, Illinois  61820
                 800.747.6789
23

24                              **EXHIBIT 8**

LISA SWAIN

2

1                    INDEX

2

   APPEARANCES:

3

   For the Plaintiff:
4            Jude Redwood
             Attorney at Law
5            Redwood Law Office
             P.O. Box 864
6            St. Joseph, IL  61873
             217.469.9194

7

   For the Defendant:
8            Keith Fruehling
             Brian Smith
9            Attorneys at Law
             Heyl, Royster, Voelker & Allen
10           102 East Main Street, Suite 300
             Urbana, IL  61801
11           217.344.0060

12  For the Defendant:
             Howard Small
13           Attorney at Law
             Law Office of Small & Freeman
14           41 East University Avenue, Suite 3D
             Champaign, IL  61820
15           217.954.0635

16

17

18

19

20

21

22

23

24

LISA SWAIN

3

1   EXAMINATION BY:

2           Ms. Redwood..............  6, 140
            Mr. Fruehling............ 119

3

4
    EXHIBITS:

5
            No. 1...................   33
6           No. 2...................   37
            No. 3...................   46
7           No. 4...................   50
            No. 5...................   83
8           No. 6...................   90
            No. 7...................   94
9           No. 8...................   96
            No. 9................... 109
10          No. 10.................. 111

11

12

13

14

15

16

17

18

19

20

21

22

23

24

LISA SWAIN

4

1                    STIPULATION

2

3          IT IS HEREBY EXPRESSLY STIPULATED AND

4    AGREED by and between the parties that the

5    deposition of SUSAN SWAIN may be taken on

6    September 15, 2011, at the law offices of Heyl,

7    Royster, Voelker & Allen, 102 East Main Street,

8    Urbana, Illinois, pursuant to the Rules of the

9    Federal Court and the Rules of Federal Procedure

10   governing said depositions.

11

12

13          IT IS FURTHER STIPULATED that the

14   necessity for calling the Court Reporter for

15   impeachment purposes is waived.

16

17

18

19

20

21

22

23

24

LISA SWAIN

5

1              (Commencing at 9:10 a.m.)

2                    SUSAN SWAIN,

3    having first been duly sworn, testified as follows:

4              MS. REDWOOD:  Before we begin the

5    questioning of the witness, I do want to state on

6    the record that under Rule 30 counsel is allowed to

7    make short concise objections but is not allowed to

8    make objections that are suggestive of the answer

9    that counsel wants.

10              I will also state for the record that in

11    this litigation it's been my experience that Mr.

12    Fruehling, counsel for the defendants, has been

13    making long speaking objections in other depositions

14    and specifically stating such things as, "well, you

15    can answer if you remember," at which point the

16    witness almost invariably answered I don't remember,

17    or "objection, I don't understand the question, you

18    can answer if you understand the question," where

19    the witness then would answer I don't understand the

20    question.  Or another objection is, "oh, if the

21    witness remembers," after which the witness has

22    invariably answered I don't remember.

23              It seems to me that there's some kind of a

24    code here and I just want to state for the record

LISA SWAIN

6

```
1   that in order to get a proper transcript and to
2   follow the rules, I will once again ask Mr.
3   Fruehling to please state objections concisely and
4   nonsuggestively pursuant to Rule 30.
5             Ms. Swain --
6             MR. FRUEHLING:  Let me state for the
7   record that I have objected properly under Rule 30.
8   I've not suggested anything to any client, there's
9   no coding going on, and to suggest otherwise is
10  patently false.  The problem with the questions is
11  the questions themselves, and all I've done is try
12  to move the deposition along so we all don't sit
13  here longer than we need to.  Thank you.
14            EXAMINATION BY
15            MS. REDWOOD:
16       Q.   Ms. Swain, my name is Jude Redwood.  I
17  represent the plaintiffs in this case.  In a
18  deposition, there's some rules that we all try to
19  follow.  One of them is answering the question out
20  loud.  In other words, the court reporter can't take
21  down if we nod our head or shake our head or if we
22  say uh-huh or uh-uh.  So it's important if you want
23  to say yes to say yes, if you want to say no to say
24  no.
```

LISA SWAIN

7

1       I will be asking you questions both from

2  your memory and also from documents that you'll have

3  in front of you.  If there's anything that you don't

4  remember, I'm not asking you to guess or to try to

5  remember or to make any conjectures.  I'll ask you

6  and you can tell me you remember or if you don't

7  remember.

8       If I ask a question and you don't

9  understand the question, please ask me to rephrase

10  it or tell me that you don't understand the question

11  or don't know what I'm asking and I'll do my best to

12  make a question that you understand.  If I ask you

13  two questions at once, point it out to me, I'll be

14  happy to break it down.  If the question is too long

15  and you forgot the beginning of it by the time we

16  get to the end, let me know and I'll be happy to

17  rephrase the question or break it down.

18       If you answer the question that I've

19  asked, I will assume that you understood the

20  question and that you're answering the question that

21  I asked.

22       If you need to take a break during the

23  deposition, please just let your counsel know.  We

24  can take a break at any time you need to or want to.

LISA SWAIN

8

1  You can discuss anything in the world during the

2  break except you cannot discuss the testimony or the

3  subject matter of the deposition with your counsel

4  or anyone else during the breaks.

5          Do you have any questions for me?

6      A.  No, ma'am.

7      Q.  Oh, the court reporter can only take down

8  one thing at a time, so I'll ask you to wait until I

9  finish my question before you start the answer so

10 that we have a clear record.

11     A.  Okay.

12     Q.  Please state your name.

13     A.  Susan Swain.

14     Q.  What is your age?

15     A.  I am 51.

16     Q.  What is your marital status?

17     A.  I am divorced.

18     Q.  Did you read any notes, reports,

19 statements or anything else to prepare for this

20 deposition today?

21     A.  I reread a report that I wrote myself and

22 then I read over the state police report.

23     Q.  And is the report that you wrote yourself

24 a report that you turned over to the state police?

LISA SWAIN

9

1      A.    Yes, ma'am.

2      Q.    Did you make any personal notes or write

3  anything in a diary in regards to Janet Hahn that

4  was not included in the state police report?

5      A.    No, ma'am.

6      Q.    And did you make any diary notes, notes to

7  yourself, diary or private notes that were not

8  turned over to counsel?

9      A.    No, ma'am.

10      Q.    Did you have a talk or a discussion or

11  consultation with anyone in preparation for this

12  deposition?

13      A.    I met with Keith and Brian yesterday for a

14  predeposition.  I requested the report, a copy of

15  the report from Teresa and also from Tammy, Teresa

16  Schleinz, the sheriff's secretary, and Tammy,

17  Brian's secretary --

18      Q.    Okay.

19      A.    -- looking for it.

20      Q.    And the report that you're talking about

21  is the Illinois State Police report?

22      A.    No, it is my personal report.

23      Q.    Okay.  And did you have a discussion with

24  Dr. Cullinan or any employee or an employee from HPL

LISA SWAIN

10

1   in preparation for this deposition?

2        A.   No, ma'am.

3        Q.   What is your profession?

4        A.   I'm a registered nurse.

5        Q.   Where did you go to nursing school?

6        A.   I went to Trinity School of Nursing and

7   Health Sciences in Rock Island, Illinois.

8        Q.   When did you attend that education?

9        A.   I began Trinity in 2003 and graduated in

10  2005.

11       Q.   And when you graduated, did you receive

12  any kind of a degree, certification, anything of

13  that nature?

14       A.   A professional registered nurse.

15       Q.   Are you licensed in any state as a

16  registered nurse?

17       A.   In Illinois.

18       Q.   And when did your license become

19  effective?

20       A.   May of 2005.

21       Q.   Besides nursing school, do you have a

22  degree or any kind of certification from any other

23  post high school institution?

24       A.   I have a CNA.  It's not active probably

LISA SWAIN

11

1  now, but I have a CNA license, a certification that

2  was obtained at Lincoln Land in Springfield.

3      Q.   And was there a program of study for that?

4      A.   Yes, ma'am.

5      Q.   And when did you participate in that

6  program of study for the CNA?

7      A.   That would have been in the fall of 2002.

8      Q.   How long of a program of study was the

9  CNA?

10     A.   It was a semester.

11     Q.   And you got a certification for CNA after

12  that?

13     A.   Yes.  You take a test, a state test, and

14  then you're certified.

15     Q.   Besides what you've already testified to,

16  do you have any degree or certification from any

17  other post high school institution?

18     A.   No.

19     Q.   Were you employed before you went to

20  nursing school at Trinity?

21     A.   I was employed, yes.  I was employed at --

22  I'm trying to think.  Right before I went back to

23  nursing school, I was employed at the State of

24  Illinois as a corrections officer.

LISA SWAIN

12

1     Q.   And where did you work?

2     A.   I worked at Jacksonville.  Also
3  Pittsfield, which is a satellite of the Jacksonville
4  prison.

5     Q.   How long were you employed as a correction
6  officer for the State of Illinois?

7     A.   From 2001 until the fall of 2002.

8     Q.   What was your reason for leaving your
9  employment as a correction officer for the State of
10  Illinois?

11          MR. FRUEHLING:  Objection, relevance.

12     A.   I left because of state budget cuts.  They
13  shut down 88 of the jobs in Jacksonville.  I was
14  number 16 on the bottom of the list.

15     Q.   What was your employment prior to being a
16  correction officer for the State of Illinois?

17     A.   I was a corrections officer for Morgan
18  County sheriff's department.

19     Q.   And how long did you hold that employment?

20     A.   1998 until June of 2001.

21     Q.   What was your employment before you were a
22  correction officer for Morgan County sheriff's
23  office?

24     A.   I worked for the Jacksonville School

LISA SWAIN

13

1   District as a library aide.  Before that, I worked

2   for my husband as an independent -- he was running a

3   mechanic's shop.

4        Q.   Were you a mechanic?

5        A.   No.  I was his receptionist and secretary,

6   bookkeeper.

7        Q.   Did you receive any kind of medical

8   training for your employment at the Jacksonville

9   School District?

10       A.   No, ma'am.

11       Q.   Did you receive any kind of medical

12  training for your employment as a correction officer

13  for Morgan County sheriff's office?

14       A.   Yes, ma'am.

15       Q.   And specifically did you receive training

16  in the care of diabetic inmates?

17       A.   Yes, ma'am.

18       Q.   How much training did you receive for --

19  in regards to the care of diabetic inmates at Morgan

20  County sheriff's office?

21       A.    It would have been in St. Clair County at

22  the correctional academy we went to.  We had a

23  medical seminar and I believe there was between two

24  days spent on medical situations that we would

LISA SWAIN

14

1  encounter in patients that we would be taking care
2  of and also CPR.
3      Q.    Did you receive any training in your
4  employment at the Morgan County sheriff's office in
5  regards to the care and treatment of inmates with
6  mental or intellectual disabilities?
7      A.    No, ma'am, not that I can remember.
8      Q.    Did you receive any medical training in
9  connection with your employment as an Illinois
10  Department of Corrections correction officer?
11      A.    Yes, ma'am.  That would have been at
12  Concordia Court at the training that I went to
13  throughout the summer of 2001.  They had medical
14  training involved with that training as well.
15      Q.    And did you have training in regards to
16  the care and treatment of diabetic inmates at that
17  training?
18      A.    Yes, ma'am.
19      Q.    Do you recall how much training you got in
20  that?
21      A.    No, it would have been included in the
22  medical, general medical training.
23      Q.    And in your medical training for your
24  position as an Illinois Department of Corrections

LISA SWAIN

15

1  correction officer, did you receive any training for

2  the care of inmates with mental or intellectual

3  disabilities?

4           MR. FRUEHLING:  Objection, form.

5       A.   I -- I believe we covered -- I do not have

6  a vivid recollection, but we would have covered some

7  mental health issues.

8       Q.   Were you employed as a registered nurse

9  prior to your employment with HPL?

10      A.   Yes, ma'am.  I spent six months at Carle

11 Foundation Hospital in the emergency department.

12      Q.   So did you start that when you became

13 licensed in May of 2005?

14      A.   Yes, ma'am.

15      Q.   And what were your duties at Carle

16 Hospital?

17      A.   We triaged patients, assessed them, took

18 care of a variety of types of patients, anywhere

19 from people that were coming in that needed stitches

20 and casts to level one traumas.  There was

21 medication administration involved in that,

22 assessments, getting them ready to go either back

23 outside or go upstairs to the rest of the hospital,

24 transferring those patients.

LISA SWAIN

16

1      Q.    Did you receive any kind of training at

2    Carle Hospital for your employment there?

3      A.    Yes, ma'am.

4      Q.    What kind of training did you receive at

5    Carle?

6      A.    We had an extensive program of going

7    through many, many types of patients and conditions,

8    diseases and so forth.  It lasted -- actually I was

9    training for approximately the whole six months I

10   was there, but we actually had class study and tests

11   on a lot of the varied illnesses, speakers that came

12   in.

13     Q.    So from what you've testified here about

14   your employment at Carle Foundation Hospital, would

15   it be fair to say that you were working but you also

16   had training concurrently with --

17     A.    Yes, ma'am.

18     Q.    -- actually working?  Okay.  And what, if

19   any, training from Carle Foundation Hospital do you

20   recall having in regards to diabetic emergencies?

21     A.    I know they covered the diabetes in our

22   training and that would include both hypoglycemic

23   and hyperglycemic emergencies, what the signs and

24   symptoms were.

LISA SWAIN

17

1      Q.   Did you ever learn at Carle or in your
2  nursing school that diabetes is sometimes called the
3  silent killer?
4           MR. FRUEHLING:  Objection, form of the
5  question.
6      A.   I don't recall hearing that at Carle.
7      Q.   And what about in your nurse training, do
8  you recall that?
9      A.   No, I do not recall that.
10          MR. FRUEHLING:  Objection, relevance.
11     Q.   And have you ever heard that term?
12     A.   Yes, ma'am.
13     Q.   Can you explain what that means to you,
14  diabetes the silent killer?
15     A.   In my opinion, that would mean -- that
16  would represent a disease that could be working on a
17  person's health without exhibiting signs and
18  symptoms.
19     Q.   Okay.  What was your reason for leaving
20  your employment at Carle Foundation Hospital?
21          MR. FRUEHLING:  Objection, relevance.
22     A.   I was offered the job at Champaign County
23  as a staff nurse.
24     Q.   Okay.  And you were offered a job.  Was

LISA SWAIN

18

1  the offer through Champaign County or was it through

2  HPL or some other --

3      A.    It was through HPL contracted at Champaign

4  County.

5      Q.    Okay.  So you were offered a position by

6  HPL?

7      A.    Correct.

8      Q.    It was better pay?

9          MR. FRUEHLING:  Objection, relevance.

10     A.    There was -- there was some pay increase,

11  yes.

12     Q.    Did you work in any other department

13  besides the emergency room at Carle Foundation

14  Hospital?

15     A.    No, ma'am.

16     Q.    Who was your immediate supervisor at Carle

17  Foundation Hospital?

18     A.    Alan Rinehart.

19     Q.    That's Alan, A --

20     A.    A-L-A-N Rinehart.

21     Q.    Okay.  Besides your employment as an RN at

22  Carle Foundation Hospital and your employment as an

23  RN at HPL, have you had any other employment in your

24  capacity as an RN?

LISA SWAIN

19

1      A.    Yes.

2      Q.    And where was that?

3      A.    I have worked at a home healthcare service

4  for approximately a year and that's been two years

5  ago.

6      Q.    Would you give me the dates of that?

7      A.    It would be probably from 2008 to 2009.  I

8  believe I ended my employment there in August of

9  2009.

10     Q.    What was the name of that?

11     A.    Can I come back to that?  Honestly I

12 cannot remember.

13     Q.    Yeah.  If you remember --

14     A.    I will -- I will bring it up.

15     Q.    Okay.  That was another thing that I

16 wanted to tell you.  If I ask you a question and you

17 don't remember it and later you remember it, you can

18 always say, hey, I just remembered something --

19     A.    Okay.

20     Q.    -- and let me know.  Was your employment

21 for the home healthcare service then concurrent with

22 your employment with HPL at the county jail here in

23 Champaign?

24     A.    Yes, ma'am.

LISA SWAIN

20

1      Q.   Okay.  So would it be fair to say that

2    your employment at the home healthcare service was

3    part-time employment?

4      A.   Yes, ma'am.

5      Q.   Did you ever work for someplace called

6    Wexford Health?

7      A.   No, ma'am.

8      Q.   When you began working for HPL in 2006 --

9    you said January 2006?

10     A.   Yes, ma'am.

11     Q.   -- did you receive any kind of training

12   from HPL for your employment?

13     A.   Fran Workman, who was the administrative

14   nurse, trained me on the job.

15     Q.   Are you an employee or an independent

16   contractor for HPL?

17     A.   I'm an employee.

18     Q.   Are you paid a salary or wage?

19     A.   At that time in 2007?

20     Q.   Well, let's talk about now.

21          MR. FRUEHLING:  Objection, relevance.

22     Q.   Let's talk about now and then we'll talk

23   about 2007.

24     A.   Presently?

LISA SWAIN

21

```
1       Q.    Right.

2       A.    I'm paid a salary.

3       Q.    And what's your salary now?

4             MR. FRUEHLING:  Objection, relevance.

5       A.    I make -- are you wanting take home or are

6  you wanting --

7       Q.    No, just your salary before deductions.

8             MR. FRUEHLING:  Continued objection to the

9  relevance of her salary in 2011.

10      A.    I make approximately ██████  Redacted

11      Q.    And in 2007, were you paid a salary or a

12 wage?

13      A.    A wage.

14      Q.    And what was your wage in 2007?

15            MR. FRUEHLING:  Objection, relevance.

16      A.    Approximately ██ an hour.  Redacted

17      Q.    Before you began working for HPL, did you

18 have any experience working with mentally disabled

19 adults?

20      A.    Other than --

21            MR. FRUEHLING:  Objection to form.  Go

22 ahead.

23      A.    I would have had experience as a

24 corrections officer working with various patients
```

LISA SWAIN

22

1  that would suffer from various mental illnesses.  As

2  a nurse at Carle Foundation Hospital, I'm sure that

3  I was a participant in care of people with mental

4  health issues.  Specifically, ma'am, I do not

5  remember any that stick out, but I know that within

6  those two capacities I would have worked with

7  patients.

8      Q.   What training, if any, did you receive

9  from HPL in regard to working with mentally disabled

10  or mentally challenged inmates?

11     A.   I don't recall that I had any training in

12  that field specifically.  We were given training by

13  the mental health staff in dealing with their

14  patients.  I spent sometime as a new employee

15  talking to them, the administrator of the mental

16  health staff, and he instructed me and educated me

17  in working with different varieties of mental health

18  patients.

19     Q.   Okay.  And who was -- who was that in

20  2007?

21     A.   Greg Whicker.

22     Q.   You testified that when you began working

23  for HPL you had on-the-job training with Fran

24  Workman, the nurse.  How long did that on-the-job

LISA SWAIN

23

1  training continue?

2         MR. FRUEHLING:  Objection, form,

3  foundation.

4      A.   Specifically I don't remember.  I'm

5  remembering around, around approximately two to

6  three weeks.  And if I could intercede, it was Alpha

7  Care.  That was the name of the company that I

8  worked for, home healthcare.

9      Q.   Oh, okay.

10     A.   I'm so sorry, I just -- I knew it would

11 come to me if I focussed on something else.

12     Q.   That's fine.  Is Alpha Care out of

13 Champaign County somewhere?

14     A.   It's -- yes.  Yes, ma'am.

15     Q.   In your on-the-job training at Champaign

16 County sheriff's office through HPL, did you deal at

17 all with the particular problems that are associated

18 with mentally ill inmates who also have a serious

19 medical problem?

20     A.   Not specifically that I remember.

21     Q.   Do you have a family member or close

22 friend who's a diabetic?

23     A.   I have a family member, yes.

24     Q.   And who is that?

LISA SWAIN

24

1      A.    I have a nephew.

2      Q.    Have you participated in the day-to-day

3  care of that nephew in regards to his or her

4  diabetes?

5      A.    Yes, ma'am.  Many years ago.

6      Q.    Are you diabetic?

7      A.    No, I'm not.

8      Q.    And is your family member a type 1

9  diabetic or a type 2 diabetic?

10      A.    A type 1.

11      Q.    Would you agree that type 1 diabetes is a

12  serious medical condition?

13      A.    Yes, ma'am.

14      Q.    Other than your on-the-job training from

15  Nurse Workman at the Champaign County sheriff's

16  office, did you receive any training from the

17  sheriff's department itself in regards to your work

18  at the jails here in Champaign County?

19      A.    With regards to what area?  Medical

20  training or --

21      Q.    Well, any kind of training that you got

22  from the sheriff's department as opposed to the

23  training that you got from the other HPL nurse

24  there.

LISA SWAIN

25

1     A.   No other training other than what their

2  procedures were when they changed shifts.  I mean it

3  was all procedural type of things.

4     Q.   Okay.  So that all came through Fran

5  Workman?

6     A.   That would have come from speaking with

7  one of the lieutenants.

8     Q.   Okay.  So you had some kind of

9  informational --

10     A.   Right.

11     Q.   -- meeting?

12     A.   Yes, ma'am.

13     Q.   Okay.  And do you know who it was that you

14  had that, say, meeting or training with?

15     A.   I do not recall.

16     Q.   Do you think that would have been one

17  person or a series of different people?

18     A.   I believe it would have been one.

19     Q.   In 2006, how many HPL nurses were working

20  at Champaign County sheriff's office?

21     MR. FRUEHLING:  Objection, relevance.

22     A.   There were three of us.

23     Q.   And besides you and Fran Workman, who was

24  the other one in 2006?

LISA SWAIN

26

1     A.   Kendra Adams.

2     Q.   In 2007, how many nurses, HPL nurses were

3 working at Champaign County sheriff's office?

4     A.   There were three of us.

5     Q.   Would that be the same three?

6     A.   Correct.

7     Q.   And in 2008, how many HPL nurses were

8 working at Champaign County sheriff's office?

9          MR. FRUEHLING:  Objection, relevance.

10    A.   Three of us.

11    Q.   Would that be the same three?

12    A.   Yes, ma'am.

13    Q.   And in 2009, how many HPL nurses were

14 working at Champaign County sheriff's office?

15         MR. FRUEHLING:  Objection, relevance.

16    A.    In 2008 I believe Kendra was struck with

17 an illness and towards the end of 2008 Beth Novak

18 was hired to replace Kendra, so in 2009 there would

19 have been three, Fran Workman, myself and Beth

20 Novak.

21    Q.   In 2010 how many HPL nurses worked at

22 Champaign County sheriff's office?

23         MR. FRUEHLING:  Objection, relevance.

24    A.   There were three of us.

LISA SWAIN

27

1      Q.   And would there be any change, then, from
2  the 2009?

3      A.   No, ma'am.

4      Q.   And how many HPL nurses work at Champaign
5  County sheriff's office this year, 2011?

6           MR. FRUEHLING:  Same objection, relevance.

7      A.    Presently there is one nurse working,
8  which is myself, and I have three LPNs, one of them
9  full-time, two of them part-time.

10     Q.   Is it true that in 2007 the director of
11 nursing for HPL at Champaign County sheriff's office
12 was Fran Workman?

13     A.   Correct.

14     Q.   And are you the director of nursing for
15 HPL at Champaign County sheriff's office now?

16     A.   Correct.

17     Q.   Besides the HPL nurses working at
18 Champaign County sheriff's office that we've just
19 gone through in this testimony, are there any other
20 nurses that work there that are not through HPL?

21     A.   No, ma'am.

22     Q.   Okay.  And would your answer be the same
23 for year 2006?

24     A.   That would be correct.

LISA SWAIN

28

1      Q.    And would your answer be the same for

2   2007?

3      A.    Correct.

4      Q.    Would your answer be the same for 2008?

5            MR. FRUEHLING:  Objection, irrelevant.

6      A.    Yes, ma'am.

7      Q.    And would your answer be the same for

8   2009?

9      A.    Yes.

10           MR. FRUEHLING:  Continuing objection,

11  suggestion that this has nothing to do with the

12  case, and to the extent that it doesn't, it's

13  fishing.

14     Q.    And would your answer be the same for

15  2010?

16     A.    Correct.

17     Q.    Currently are diabetics at Champaign

18  County sheriff's office served any kind of a special

19  diabetic meal?

20           MR. FRUEHLING:  Objection, relevance.

21     A.    And you're asking presently --

22     Q.    Yes.

23     A.    -- or 2007?

24     Q.    Presently.

LISA SWAIN

29

1        MR. FRUEHLING:  Same objection.

2     A.   Presently they are encouraged to have a

3  specific calorie meal.  They do not have to take

4  that.  They can ask for the general diet, which most

5  of them do, which includes their ability to order

6  commissary, and regulate their diet on their own.

7  There is a diet available for them if they would

8  choose to do that.

9     Q.   Okay.  And what, if anything, have you

10  participated in regarding the diabetic menu that's

11  available to inmates at Champaign County sheriff's

12  office?

13        MR. FRUEHLING:  Objection, form.

14  Objection, foundation.

15     A.   Aramark is the company that is hired to

16  provide the food for the Champaign County jail.

17  They have specific guidelines in setting up diabetic

18  diets if they would be asked to do so, if the inmate

19  would request it.

20     Q.   Okay.  In 2007, was there a specific

21  diabetic meal for diabetics at Champaign County

22  sheriff's office?

23     A.   I believe it could have been asked for at

24  that time, yes.  It was available upon their

LISA SWAIN

30

1  request.

2      Q.    Okay.  And was Aramark this company that

3  was serving the jail in that capacity in 2007?

4      A.    Correct.

5      Q.    And do you know if there's a difference on

6  the diabetic diet that's offered at this time for a

7  type 1 diabetic and a type 2 diabetic?

8          MR. FRUEHLING:  Objection, relevance.  I'm

9  sorry, let me restate that.  I'm sorry, Jude, I --

10  if you're asking now for 2007 if she knows or if

11  you're asking about the meal now?

12          MS. REDWOOD:  Now.

13          MR. FRUEHLING:  Objection then.  I object

14  on the basis of relevance.  Thank you.

15      A.    As in the contents?

16      Q.    Well, you mentioned -- you mentioned the

17  amount of calories before, so I'm not going to limit

18  it to the amount of -- to the contents, just if you

19  know right now if there's a difference.  If the

20  person says I'm a type 1 diabetic or the person says

21  I'm a type 2 diabetic, is there a difference in the

22  meals?

23      A.    Not to my knowledge.  All the -- it's

24  calorie -- it's calorie specific.  Also they offer

LISA SWAIN

31

1  the low carbohydrate, low sugars, that's what the

2  content of the meals are, but to my knowledge,

3  there's no difference between the two.

4      Q.   Okay.  And I want to ask the same question

5  now for year 2007 if you know.

6      A.   I have no knowledge of that.

7      Q.   Do you agree that drug withdrawal is a

8  serious medical condition?

9          MR. FRUEHLING:  Objection, relevance,

10  form, foundation.

11      A.   Yes, ma'am.

12      Q.   In 2007, what is the HPL policy or

13  procedure for you as a nurse to follow to deal with

14  an inmate who is listed on intake as suffering drug

15  withdrawal?

16      A.   Could you restate that?

17      Q.   Yes.  I'm talking about year 2007.  What's

18  the policy or procedure set out by HPL for you as

19  the nurse to deal with an inmate who's listed on

20  their intake form as suffering drug withdrawal?

21      A.   Yes, there was a policy that would deal

22  with that.

23      Q.   And what would be the policy for dealing

24  with that in 2007?

LISA SWAIN

32

1          A.   We would have assessed them, talked to

2     them, ascertained the information as to what type of

3     drug they were withdrawing from, how often they took

4     it, how recently they took it.  If it's alcohol, do

5     they DT on a regular basis?  We would do an

6     assessment with vitals, history, and then we would

7     set them up on the proper protocol if they're

8     showing signs and symptoms of that withdrawal.

9          Q.   I'm calling your attention to June of 2007

10    and specifically June 15th, 2007.  Did you work on

11    that day?

12         A.   No, ma'am.

13         Q.   Was that your day off?

14         A.   Yes, ma'am.

15         Q.   Okay.  I'm calling your attention to June

16    16th, 2007.  Did you work on that day?

17         A.   Yes, ma'am.

18         Q.   And did you come into contact with an

19    inmate named Janet Hahn?

20         A.   Yes, ma'am.

21         Q.   Do you recall if drug withdrawal was

22    listed on her intake form?

23         A.   I do not recall.

24              MS. REDWOOD:  Can you mark that as No. 1

LISA SWAIN

33

1  please?  You know what, I don't have --

2          MR. FRUEHLING:  Don't worry about it.

3  You've been very good about it so far, frankly

4  heroic about giving us copies.  Don't worry about it

5  for me.  If Howard would like it --

6          MS. REDWOOD:  Yes, you've probably got it

7  memorized.

8          (Swain Exhibit No. 1 was marked by the

9  court reporter.)

10 BY MS. REDWOOD:

11     Q.   I'm handing you a document that's been

12 labeled Swain Exhibit No. 1 and ask you to take a --

13 as much time as you need to look at that exhibit.

14     A.   Okay.

15     Q.   This is a four page document that's Bates

16 numbered 579, 580, 581 and 582, you can see that in

17 the lower right-hand corner, and when you talk about

18 the exhibit, if you would please reference that

19 page.

20          This purports to be an initial

21 classification listing for Janet Louise Hahn and

22 it's dated June 15th, 2007.  Do you recognize what

23 this document is?

24     A.   Yes, ma'am.

LISA SWAIN

34

1      Q.    And what is this document?

2      A.    It is the medical intake form.

3      Q.    Is this something that you as a nurse

4  would have received when you came into work on June

5  16th, 2007, in regards to this inmate?

6      A.    I would have received it when I arrived at

7  the satellite jail.

8      Q.    Okay.  Do you know when you arrived at the

9  satellite jail?

10      A.    Approximately 9:30 and I would have passed

11  meds in both pods first and then I would have gone

12  to booking and received this.

13      Q.    Okay.  There's some handwriting there on

14  page 579 and 580.  Let's see.  And 581.  Would you

15  please look at that handwriting and tell me if you

16  recognize any of that handwriting as your own?

17      A.    The handwriting on 579 is mine.  The

18  handwriting on 580 is mine.  The handwriting on 581

19  is not mine.  And there is no handwriting on 582.

20      Q.    Calling your attention to page 579 where

21  it says B/S 396 and then there's a word and then it

22  says 20 units of R, would you please, first of all,

23  tell me what the word is that I didn't read and then

24  tell me what that means?

LISA SWAIN

35

1      A.    Given.   This is an ongoing record of her

2   blood sugar was reported to me to be 396.   She was

3   eventually given 20 units of R insulin.

4      Q.    And what does the R stand for?

5      A.    Regular.

6      Q.    Besides the R insulin, what other kind or

7   kinds of insulin were available at the Champaign

8   County jail at that time?

9      A.    At that time, we had available R, N,

10   70/30, and that would be it.

11      Q.    Okay.  And would you please explain to me

12   what N insulin is?

13      A.    N insulin is a longer acting insulin.   It

14   peaks at around six hours and it is a longer

15   duration.

16      Q.    Is it a 24-hour insulin?

17      A.    No.

18      Q.    And what's 70/30?

19      A.    70/30 is a combination of 70 percent N

20   insulin and 30 percent R insulin.   Excuse me.

21          (Cell phone.)

22      Q.    Okay.  Are you on call right now?

23      A.    I have somebody covering me at the jail.

24          MR. FRUEHLING:   This doesn't have to be on

LISA SWAIN

36

 1    the record.

 2              (Discussion off the record.)

 3    BY MS. REDWOOD:

 4        Q.    Is the regular insulin, does that have a

 5    brand name or anything besides regular that you know

 6    of?

 7        A.    If it does, I am not -- I can't remember.

 8        Q.    Okay.  Well, you've described that N

 9    insulin is a longer acting that peaks at six hours

10    and lasts longer.  What about -- what can you tell

11    me about the R, the regular?

12        A.    The R insulin peaks sooner.  It peaks

13    quicker.  It begins to act within a half an hour,

14    and I'm not sure of exactly where the peak is, but

15    it's a quicker acting insulin.

16        Q.    When a diabetic inmate is booked into the

17    jail who needs insulin and doesn't -- didn't bring

18    their own insulin, who makes the decision then if

19    they get R, N or 70/30?

20        A.    If they don't bring their insulin in, if

21    they are not forthcoming with the information of

22    what they take at home, then they're set up on an R

23    sliding scale protocol, R meaning the R regular

24    insulin.

LISA SWAIN

37

1      Q.    Okay.

2      A.    If they come in with knowledge of what

3  their regime is, they would be -- we would try our

4  best to set them up and keep them on their own

5  regime.

6           MR. FRUEHLING:  Do you mean regimen?

7           THE WITNESS:  Regimen, yes, excuse me.

8           MR. FRUEHLING:  Off the record for a

9  second.

10          (Discussion off the record.)

11          (Swain Exhibit No. 2 was marked by the

12  court reporter.)

13  BY MS. REDWOOD:

14     Q.    And I'm handing you what's been labeled

15  Swain No. 2 which is Bates marked 58.  Do you

16  recognize that document?

17     A.    Yes.

18     Q.    And what is that document?

19     A.    That is the tracking sheet, the blood

20  sugar and insulin tracking sheet.

21     Q.    Is there -- in 2007, was there an HPL

22  policy in regards to what has to be documented on

23  the blood sugar and insulin tracking sheet?

24     A.    There was a specific one.  I am not aware.

LISA SWAIN

38

1   We always went by what was listed here and filled in
2   what was asked for.
3       Q.   And I'm calling your attention to the
4   second line that's filled in on Swain Exhibit No. 2
5   where it's got 6/16/07 and then it has a little time
6   which looks like it might be 9:50 something a.m.,
7   blood sugar 396, has an officer's initials, a badge
8   number, and 20 units insulin type R.  Is that -- or
9   does that notation then document the same thing that
10  was documented on page 579 of Exhibit 1 where it
11  says B/S 396, given 20 units of R?
12      A.   That would.  The page of 579 does not have
13  the officer information on it or the time, but it
14  does contain the number of units and the type of
15  insulin given.
16      Q.   And are your initials anywhere on Swain
17  Exhibit No. 2?
18      A.   My badge number is on there.
19      Q.   Okay.  What's your badge number?
20      A.   Number 312.
21      Q.   On this date of June 16th of '07 when
22  Janet Hahn's blood sugar was reported to you as 396,
23  did you actually see a blood sugar reading on the --
24  I'm assuming it was taken on an Accu-Chek.  Did you

LISA SWAIN

39

1  actually see that?

2      A.   No, ma'am.

3      Q.   Is that something that's saved at that

4  time, it's saved there?  Is there a way to save that

5  reading?

6          MR. FRUEHLING:  Objection to form.  Oh,

7  no, never mind.

8      A.   I am not sure how -- if it retains it or

9  not, if it can be recalled.  I'm not sure.

10     Q.   Okay.  On June 16th, 2007, did you read

11 through this entire form which is for this

12 deposition called Swain Exhibit No. 1 regarding

13 Janet Hahn?

14     A.   Yes, I would have read through it.

15     Q.   So were you aware on June 16th that Janet

16 Hahn was classified as a suicide harm or threat?

17     A.   I would have known from the officers

18 informing me of that.

19     Q.   Okay.  And was there any other way that

20 you would know that Janet Hahn was somehow red

21 flagged for suicide?

22         MR. FRUEHLING:  Objection to the form of

23 the question.

24     A.   On the page number 580, it states are you

LISA SWAIN

40

1  having suicidal thoughts and she did answer yes.

2      Q.   I'm calling your attention to the first

3  page, 579, of Swain Exhibit No. 1, and in the second

4  block of questions there is a handwritten notation

5  which you've identified as your own handwriting that

6  says refuses to sign releases.  Would you please

7  explain what you mean by that?

8      A.   When I spoke with her and assessed her,

9  obtained part of the assessment, besides attempting

10 to do vital signs and having knowledge of the

11 Accu-Chek, doing skin assessments and so forth, part

12 of that is to ascertain a history, to obtain a

13 history.  She was not forthcoming with information.

14 What we can do is have her sign a release of

15 information so that I can contact her physician, fax

16 Carle or Provena, Christie, wherever it is that she

17 would have been receiving care and try to obtain

18 records so that we could establish a continuity of

19 care.

20     Q.   Okay.  And Janet Hahn refused to sign

21 releases?

22     A.   Yes, ma'am.

23     Q.   Do you remember anything that she stated

24 about that?

LISA SWAIN

41

1    A.   She wasn't going to sign anything.

2    Q.   So you had some conversation with Janet

3  Hahn?

4    A.   Yes, ma'am.

5    Q.   And that would have been on June -- let's

6  start from June 16, 2007.

7    A.   Yes, ma'am.

8    Q.   Do you remember making any kind of

9  determination about her mental state from the

10  conversations that you had with her?

11    A.   Janet was angry.  Janet was fixated on

12  wanting to go home.  She was not happy at the jail.

13  She was not happy not being home.  She didn't want

14  to be held there.

15    Q.   Did you make any kind of a determination

16  that she might have been mentally deficient in any

17  way?

18    A.    Not in assessing her.  She had had a

19  previous stay where the mental health staff had

20  worked with her and there was some information that

21  she possibly had mental deficiencies.

22    Q.   Okay.

23    A.   So I would have had some previous

24  knowledge.

LISA SWAIN

42

1      Q.   Okay.   Was there anything you noticed

2   about her manner of speaking, her manner of

3   composing her thoughts, the way she stood, looked,

4   anything like that that gave you any indication she

5   might be mentally disabled?

6      A.   Janet didn't speak in what I would have

7   expected a 34-year-old, 33-year-old female to speak.

8   She was quick to answer and her answers were

9   deliberate and angry in content.   Other than that, I

10  didn't -- she just -- it just wasn't normal for what

11  I thought a 33-year-old female would present with.

12     Q.   Okay.   In the second box, it's marked

13  off -- it's is the subject belligerent?   Yes.   Is

14  the subject abusive?   Yes.   Is the subject

15  argumentative?   Yes.

16          MR. FRUEHLING:   This is on Exhibit --

17          MS. REDWOOD:   I'm sorry, Swain Exhibit 1,

18  page 579.

19          MR. FRUEHLING:   Thank you.

20     Q.   And that's in the second sort of box

21  that's delineated there.   And subject is not

22  oriented for time and place?   That's also marked

23  yes.   Did you yourself notice any of those four

24  indications that I just read?

LISA SWAIN

43

1      A.   I did.  I do read through these quite

2  thoroughly.  When this was done would have been 6:20

3  the previous night, so those type of boxes, the

4  person might have changed in demeanor overnight.  So

5  what I'm saying is if they are argumentative,

6  abusive and belligerent, it does not mean

7  necessarily that when I see them the next morning

8  that that is the condition I find them to be in or

9  that may not be how they present themselves.

10     Q.   Okay.  Did you find Janet Hahn when you

11  saw her on June 16th to be belligerent?

12     A.   I would classify her as angry.

13     Q.   Okay.  And let me -- just let me know what

14  you feel like is the difference between belligerent

15  and angry.

16     A.   She did not curse at me.

17     Q.   Okay.  So she wasn't personally abusive to

18  you; is that correct?

19     A.   No.

20     Q.   That is correct?

21     A.   That is correct, that is correct.

22     Q.   Okay.  Did you find that she was

23  abusive -- while not personally abusive to you, did

24  you find that she was abusive at that time when you

LISA SWAIN

44

1  saw her?

2      A.    She would have been abusive in the nature

3  that she was refusing to care for herself as in

4  signing releases, participating in vital checks,

5  letting me touch her.  She had an aversion to me

6  touching her.

7      Q.    Okay.  When you said she wouldn't sign

8  releases and do her checks, was self-abusive?

9      A.    Her actions would have been self-abusive.

10 She was not wanting to help with her care.

11     Q.    Did you talk to her about why she should?

12     A.    Oh, yes, ma'am.

13     Q.    Did you tell her she could die if she

14 didn't help with her own care?

15     A.    Yes, ma'am.

16     Q.    In that -- in that strong of language?

17     A.    Yes, ma'am.

18     Q.    Did she seem to understand you?

19     A.    She did.

20     Q.    Was Janet Hahn argumentative when you saw

21 her on June 16th?

22     A.    Yes, ma'am.

23     Q.    She argued with you about what you were

24 wanting her to do?

LISA SWAIN

45

1      A.    Correct.

2      Q.    Do you remember any of the arguments,

3  things that she said?

4      A.    I -- I have somewhat of a recollection of

5  her repeating that she wanted to go home, she didn't

6  want to be here.  I suggested that she come to the

7  infirmary to take her insulin.  She was very much

8  against doing that.  She did not want to go.  She --

9  don't recall if it was in that conversation or

10 another one that weekend that she stated that she

11 did not care for our machines, that she didn't like

12 our Accu-Cheks, they weren't what she had at home

13 and she didn't like them, she wanted to go home.

14 Those things were repeated over and over.

15     Q.    Okay.  Did she ever tell you that she

16 wanted to kill herself by not taking care of her

17 medical needs?

18           MR. FRUEHLING:  Objection, form,

19 foundation.

20     A.    Not that I remember.

21     Q.    Okay.  And on 579 of Swain Exhibit No. 1,

22 in that second block of questions where it says

23 subject is not oriented for time and place, it's

24 marked yes, did you notice anything about Janet Hahn

LISA SWAIN

46

1  not being oriented for time and place?

2      A.   No, ma'am.

3      Q.   On June 16th of '07, did Janet Hahn

4  complain to you that she wasn't feeling well in any

5  way?

6          MR. FRUEHLING:  I'm sorry, could you read

7  that back?

8          (Requested portion of the deposition was

9  read by the court reporter.)

10     A.   No, ma'am.

11         (Swain Exhibit No. 3 was marked by the

12  court reporter.)

13  BY MS. REDWOOD:

14     Q.   I've handed you a document that is marked

15  Swain Exhibit No. 3 which is Bates stamped 94 and it

16  talks about insulin.  Do you recognize that

17  document?

18     A.   Yes, ma'am, I do.

19     Q.   What is that document?

20     A.   This document is our sliding scale for R

21  insulin.

22     Q.   And where is that kept at the Champaign

23  County sheriff's office, the satellite jail?

24     A.   It was and is kept taped above where the

LISA SWAIN

47

1  station is in the infirmary where patients check

2  their blood sugar.

3      Q.   Okay.  So in 2007, if a patient or

4  correctional officer or even you yourself were to go

5  to the infirmary with a diabetic inmate for the

6  purpose of checking blood sugar and injecting

7  insulin, this chart is something that would be in

8  plain view for everyone to see?

9      A.   Yes, ma'am.

10     Q.   Okay.  And is this the -- did you say it's

11 a sliding scale?

12     A.   It's a sliding scale.

13     Q.   Is this a sliding scale that you used on

14 June 16, 2007, for Janet Hahn's insulin?

15     A.   Yes, ma'am.

16     Q.   And what is the number of units required

17 to be given to the diabetic if their blood sugar is

18 396?

19     A.   The sliding --

20         MR. FRUEHLING:  Objection.  Objection,

21 form of the question.  Go ahead.

22     A.   The sliding scale indicates 15 units of

23 regular to be given.  The doctor advises when it is

24 that close to the limit that you go up.  She's 4

LISA SWAIN

48

1    points away from 20 units.  That usually -- 5 points

2    or more, we go up because it's very marginal, and in

3    her case, we're not sure if she's going to cooperate

4    again from previous days where she tested once and

5    then didn't test again.  The 20 units is what was

6    given.

7         Q.    Okay, you answered my next question.

8    Prior to giving Janet Hahn 20 units of regular

9    insulin, did you call any doctor to find out if you

10   could do that?

11        A.    I believe I called the doctor, yes.

12        Q.    And do you know when you called the

13   doctor?

14        A.    I don't know the exact time.

15        Q.    Would it have been June 16, 2007?

16        A.    I believe so, yes.

17        Q.    Okay.  And would it have been before the

18   insulin injection of 20 units of regular?

19        A.    Yes.

20        Q.    Do you recall what the doctor's orders

21   were?

22        A.    No, I do not recall his specific orders.

23   I don't recall the specific call.

24        Q.    In June 2007, what doctor did you call on

LISA SWAIN

49

1    June -- let me rephrase that please.

2            On June 16th, 2007, what doctor at HPL did

3    you call in regard to Janet Hahn at around 10:00 in

4    the morning?

5        A.    I would have called Dr. Cullinan.

6        Q.    And I believe there's two Dr. Cullinans, a

7    husband and wife; is that right?

8        A.    No, no.

9        Q.    Just --

10       A.    Just Dr. Cullinan.

11       Q.    That's a male doctor?

12       A.    It is a male doctor, yes.

13       Q.    Okay.  Was Dr. Cullinan the doctor who was

14   the doctor that came to the Champaign County jail to

15   see inmates in June of 2007?

16       A.    That is correct.

17       Q.    What hours was Dr. Cullinan available on

18   call to you for questions or orders?

19       A.    24 hours a day.

20       Q.    Did you speak personally with Dr. Cullinan

21   on June 16, 2007, at or around 10:00 a.m. in regards

22   to Janet Hahn?

23            MR. FRUEHLING:  Objection, asked and

24   answered.

LISA SWAIN

50

1      A.    I have no specific recollection of that

2   call and its specifics.

3      Q.    Okay.  Is there a place in Janet Hahn's

4   record that you recorded -- let me rephrase that.

5          Is there a place in Janet Hahn's record

6   from June of 2007 where you documented the telephone

7   call to the doctor and either the substance of it,

8   the time, anything of that nature?

9      A.    Yes, there is a doctor's order beginning

10  the protocol.

11     Q.    Okay.

12          MS. REDWOOD:  Mark that please No. 4.

13          (Swain Exhibit No. 4 was marked by the

14  court reporter.)

15  BY MS. REDWOOD:

16     Q.    You've been handed what's marked Swain

17  Exhibit No. 4 which is a document that purports to

18  be a medication administration record.  It's Bates

19  marked 90.  Do you recognize this document?

20     A.    Yes, ma'am.

21     Q.    What is this document?

22     A.    It's shortened to -- we call it a MAR,

23  which is short for medication administration record.

24     Q.    And do you recognize the handwriting on

LISA SWAIN

51

1   this MAR?

2        A.   I do.

3        Q.   Is that your handwriting?

4        A.   Yes, ma'am.

5        Q.   Do you know which patient this MAR was

6   prepared for?

7        A.   By what you've put in front of me, the

8   name has been cut off.

9        Q.   Okay.  Where would the name be?

10       A.   Right below.  There's a line that goes

11  right below this on -- which would have the name.

12  We would record last name, first name, inmate ID

13  number, CCCC which indicates the facility.  It would

14  next say June 2007.  So this whole line is not

15  there.

16       Q.   Okay.  Is this MAR bigger than an 8 and a

17  half by 11 sheet, the actual thing?

18       A.   I don't know.

19       Q.   I'm trying to figure out if this was just

20  copied badly or if we've got more paper down below,

21  and you don't know?

22       A.   I don't know.  There should be -- yeah,

23  it's missing the bottom line.

24       Q.   Okay.  What patient do you believe this

LISA SWAIN

52

1   was prepared for?

2       A.   In my opinion, this would be an MAR

3   prepared for Janet Hahn.

4       Q.   Thank you.

5           MS. REDWOOD:  Counsel, could I get a copy

6   of the MAR that includes all the information please?

7           MR. FRUEHLING:  Yeah, I'll try and work

8   that out.

9           MS. REDWOOD:  Yeah, I think it must have

10  just went through the machine funky.

11          MR. FRUEHLING:  Yeah, I think probably --

12  yeah, I think that's probably right.

13          MS. REDWOOD:  Thank you.

14          MR. FRUEHLING:  Yes.

15  BY MS. REDWOOD:

16      Q.   Is there a place on the MAR, which is

17  Swain Exhibit No. 4, that shows a documentation that

18  there was a telephone call made to Dr. Cullinan?

19      A.   No.

20      Q.   Would that be a place that's cut off?

21      A.   No.

22      Q.   What -- is there anything about this MAR

23  that indicates to you that there was a telephone

24  call made?

LISA SWAIN

53

1        MR. FRUEHLING:  Objection to the form of

2   the question.

3        A.   There's nothing on this MAR that

4   specifically indicates the doctor was called.

5        Q.   Okay.  And in June of 2007, was it the

6   policy to start an MAR only if a call was made to

7   the doctor?

8        A.   That was not a policy, no.

9        Q.   Okay.  What was the policy in regards to

10  starting the MAR?

11       A.   In 2007 --

12       MR. FRUEHLING:  Objection to the form of

13  the question in terms of whether you're talking

14  about starting the form or starting the treatment.

15       Q.   Well, I'm going to talk about filling --

16  filling out an MAR in June of 2007, what was your

17  policy about -- what is it that would trigger you as

18  the nurse to pick up this MAR form and start filling

19  it out for any particular inmate?

20       A.    If they brought in medications of their

21  own, we could start an MAR writing the medications

22  on there.  If a person is diabetic, there's a

23  protocol that's set up for patients to begin the

24  diabetic protocol.  And it's been Dr. Cullinan's

LISA SWAIN

54

1   practice that our best clinical judgment can be

2   exercised and those protocols can be implemented

3   without a call to him unless we have concerns that

4   are relevant to that person that he needs to know

5   about.

6        Q.   You recalled that on June 16, 2007, you

7   had some concerns about Janet Hahn, and is that why

8   you called Dr. Cullinan?

9        A.   I don't have a clear recollection of the

10  call.  My normal practice with a concern like hers,

11  the call would have been made, yes.

12       Q.   Okay.  Was the fact that her blood sugar

13  was 396 likely one of your concerns in June 2007?

14       A.   That would have been a likely concern,

15  yes.

16       Q.   And from looking at these records and

17  particularly Swain Exhibit No. 1, the initial

18  classification listing, what other concerns did you

19  have about Janet Hahn on June 16, 2007?

20            MR. FRUEHLING:  Objection, form of the

21  question, asked and answered.  Do you mean other

22  than the ones that she's already articulated when we

23  ran through all the initial classifications and

24  everything?

LISA SWAIN

55

1    Q.   Right.  Other than what you've already

2  stated, anything else that would make you --

3    A.   At that particular point, there would not

4  have been any other concerns other than her history

5  of refusing and being noncompliant.  That would have

6  been a concern.

7    Q.   In June 2007, what was the HPL policy for

8  getting medical care to a diabetic inmate who

9  refused to cooperate in their Accu-Cheks and

10  administration of insulin?

11        MR. FRUEHLING:  Objection, form of the

12  question, foundation.

13    A.   In 2007 --

14        MR. FRUEHLING:  I'm sorry, would you read

15  back that question real quickly?

16        (Requested portion of the deposition was

17  read by the court reporter.)

18    A.   They would have required us to educate the

19  patient, to offer the Accu-Cheks, to offer insulin

20  if they took the Accu-Cheks according to the sliding

21  scale if they're not forthcoming with what their

22  regimen is, to continue to offer care.

23    Q.   Okay.  Was there a policy in June 2007 for

24  the inmate to sign any form documenting, yes, I am

LISA SWAIN

56

1  refusing whatever it is that they refused?

2      A.   We had a refusal and to my best

3  recollection it was offered with the release when

4  she initially refused the insulin for the 396.  When

5  I spoke with her, she initially refused, refused to

6  go to the infirmary and she would not sign the

7  refusal.  It was offered with the release.

8      Q.   Is the refusal a form in and of itself?

9  Is it a refusal form?

10     A.   Yes.

11     Q.   So, in other words, if a patient -- if a

12 diabetic patient were to refuse some kind of

13 diabetic care such as Accu-Chek or insulin, there's

14 not a place on Swain Exhibit No. 2, which is the

15 blood sugar and insulin tracking sheet, to document

16 that refusal; is that correct?

17     A.   There -- there is not officially a place

18 there.  I have seen the officers write refused on

19 these when the blood sugar -- in the blood sugar

20 column, they would write refused.  But there is not

21 a column for it itself, the refusal, a formal

22 column.

23     Q.   The refusal form that you testified about,

24 where's that physically located at the Champaign

LISA SWAIN

57

1    County sheriff's office?

2         A.    In the infirmary.

3         Q.    Is that an 8 and a half by 11 piece of

4    paper?

5         A.    Yes.

6               MR. FRUEHLING:  Objection.

7         Q.    This size?

8               MR. FRUEHLING:  Sorry.

9         Q.    Normal size piece of paper?

10        A.    Yes.

11        Q.    Okay.  And is there some kind of language

12   written on there so that a person can fill in the

13   blanks or check something off?

14        A.    Yes.

15        Q.    Now, the policy in June 2007 included that

16   if a diabetic inmate refused treatment, then -- to

17   you as a nurse, then you were to try to get them to

18   sign the refusal, right?

19        A.    Yes, ma'am.

20        Q.    And did the policy also apply to

21   correctional officers who tried to get the diabetic

22   inmate to cooperate with their treatment?

23        A.    No, ma'am.

24        Q.    What policy are you aware of in June 2007

LISA SWAIN

58

1  for correction officers to document refusals of a

2  diabetic inmate to cooperate with their own care?

3      A.   I'm not aware of any policy.

4      Q.   Would it be true that a refusal form be

5  offered to a diabetic inmate who refuses treatment

6  each and every time that the diabetic inmate refuses

7  treatment?

8          MR. FRUEHLING:  Objection to the form of

9  the question.  Already testified.

10     A.   I am not -- I'm not aware of that, what

11 was -- what was in place in 2007 concerning the

12 refusal form.

13     Q.   Okay.  In 2007, hypothetically if a

14 diabetic inmate told you as the nurse I refuse to do

15 my Accu-Chek and then you as the nurse gave the

16 diabetic inmate the refusal form and they did indeed

17 sign it, first of all, where would that form be

18 kept?

19         MR. FRUEHLING:  Objection to the form of

20 the question, improper hypothetical.  Go ahead.

21     A.   It would be a blank form.  It would be put

22 back into the file.

23     Q.   The file for that inmate?

24     A.   No, put back into the file cabinet where

LISA SWAIN

59

1  the forms are kept.

2      Q.   Okay.  So there's -- is there a file

3  folder in there for blank forms and a file folder

4  for forms that have refusals on them?

5      A.   No, ma'am.  Just a file folder for blank

6  forms.  If one were signed, they would go into their

7  medical file.

8      Q.   Okay.  Now, take, for instance, the same

9  inmate, but on the next day if you as the nurse come

10  to that inmate and tell them it's time to do your

11  Accu-Chek and again that inmate refuses, does the

12  first refusal form that they signed, is that just

13  used as a second refusal form or is a second refusal

14  form for the next day also required under the HPL

15  policy at the time?

16          MR. FRUEHLING:  Objection, form,

17  foundation, improper hypothetical.

18      A.   At that time, it was -- to my knowledge,

19  we had -- we offered it the one time, and if it

20  wasn't signed, there was not another one tried.

21      Q.   Okay.  What about if it was signed?

22      A.   If it was signed?

23      Q.   Right, the refusal was signed and the

24  second -- the next day you go back, are they

LISA SWAIN

60

1  required to sign a form again the second day?

2      A.   To my knowledge we did --

3           MR. FRUEHLING:  Objection, form,

4  foundation, speculation and relevance and improper

5  hypothetical.  Go ahead.

6      A.   To my knowledge, we did not have them sign

7  a second form.

8      Q.   Okay.  So as far as documentation of

9  refusals, then, would it be correct that in 2007

10 once you got a signed refusal you wouldn't have to

11 get another signed refusal for later dates?

12     A.   At that time.

13     Q.   Okay.

14     A.   That was my understanding.

15     Q.   Okay.  And it's true, isn't it, that Janet

16 Hahn never signed any refusal form?

17          MR. FRUEHLING:  Objection, asked and

18 answered.

19     Q.   Is that true?

20     A.   That is true.

21     Q.   Do you remember in June of 2007 if you

22 personally ever offered Janet Hahn the refusal form

23 and asked her to sign it?

24     A.   On June 16th in the morning when she --

LISA SWAIN

61

1 when I put refused to sign releases, that would

2 include the refusal form.  The release would have

3 been one paper.  The refusal would have been the

4 other.

5     Q.    Okay.  But then on June 16th she

6 eventually did acquiesce in getting the insulin?

7     A.    Correct.

8     Q.    Okay.  And now today in 2011, is that same

9 refusal form that you've just been testifying to

10 still in use?

11         MR. FRUEHLING:  Objection, relevance.

12     A.    Yes, ma'am.

13     Q.    Still kept in the same place?

14     A.    Yes, ma'am.

15         MR. FRUEHLING:  Same objection.

16         MS. REDWOOD:  Counsel, can I get a copy of

17 that refusal form?  I don't believe that there is

18 one and maybe that's because she never signed one.

19         MR. FRUEHLING:  I'll have to go back and

20 look at the request to produce.  If the request to

21 produce seeks that document, I'll take a look at it

22 and it will be our fault if it's not in there.  I

23 don't remember seeing one with her signature on it

24 and I don't remember the specific substance of the

LISA SWAIN

62

1   text, but I'll get back to you on that for sure.

2           MS. REDWOOD:  Thank you.

3           MR. FRUEHLING:  And I'll let you know.

4           MS. REDWOOD:  Okay, thank you.

5   BY MS. REDWOOD:

6       Q.   I'm calling your attention to Swain

7   Exhibit No. 4, the MAR.  Please explain what

8   Accu-Cheks b.i.d. means.

9       A.   That means twice daily.

10      Q.   Please explain what insulin according to

11  sliding scale protocol means.

12      A.   It means that we would be using this

13  exhibit (indicating) --

14      Q.   No. 3?

15      A.   Correct -- as a sliding scale protocol to

16  -- in response to her Accu-Cheks that she would

17  take.  That is the amount of insulin that she would

18  take.

19      Q.   And please explain what HS snack on the

20  MAR means.

21      A.   That is an evening snack that is delivered

22  to a type 1 diabetic approximately at nine o'clock

23  at night.  That is so that they will not go into the

24  night without food to restore their system after

LISA SWAIN

63

1  giving R insulin.

2      Q.   What does the HS stand for, do you know?

3      A.   I believe it's Latin.  It indicates to me

4  evening snack.

5      Q.   Okay.  Do you know what kind of food that

6  snack consists of?

7      A.   It consists of a piece of fruit and I

8  believe a sandwich and milk.

9      Q.   Whose job is it to provide the HS snack to

10  the diabetic inmate?

11          MR. FRUEHLING:  Objection, form of the

12  question.

13      A.   The officers.

14      Q.   This MAR which is Swain Exhibit No. 4,

15  where, if any place, is that posted so that the

16  officers are aware that the particular inmate who

17  the MAR refers to is supposed to get HS snack?

18          MR. FRUEHLING:  Objection, form of the

19  question.

20      A.   This MAR is placed in a notebook in

21  booking along with all the other patients that have

22  medications up there and it's kept in a drawer in

23  booking.

24      Q.   Okay.  And this notation -- the notations

LISA SWAIN

64

1  that are on this MAR, Accu-Cheks b.i.d., insulin

2  according to sliding scale protocol and HS snack,

3  would those be placed, those notations be placed on

4  any other chart that's in the booking area for

5  officers to see and refer to?

6       A.   No, ma'am.

7       Q.   The MAR which is Swain Exhibit No. 4 has a

8  bunch of little boxes on there and at the top it

9  says hour and it goes from number 1 to -- looks like

10  on this copy it goes up to 29.  Would you explain

11  what those boxes are for?

12      A.   Those boxes are intended for medication

13  that is set up on a daily basis that you would sign

14  off for, so 1 would be the first of the month, 2 the

15  second of the month, 3 the third of the month and so

16  on.

17      Q.   And the HS snack on this particular

18  document, Swain Exhibit No. 4, if Janet Hahn had

19  received a snack on June 16th of 2007, then should

20  there have been a check mark put into the box under

21  16?

22      A.   It's not the practice for the officers to

23  use this MAR other than for reference when it comes

24  to diabetics.

LISA SWAIN

65

1      Q.    Would you say that again?

2      A.    It's not the practice of the officers to

3  use this MAR in caring for the diabetics.  It is

4  more geared for the nurses to use to document

5  medication passes.

6      Q.    Okay.  So in June of 2007, would it be

7  true that the Accu-Cheks -- strike that please.

8           Would it be true that in June 2007 it was

9  not the policy of HPL or Champaign County sheriff's

10 office to make little check marks on this box when

11 the Accu-Cheks were given or attempted?

12     A.    To my knowledge, that is correct.

13     Q.    Okay.  And instead, for diabetics, would

14 it be true that the blood sugar and insulin tracking

15 sheet was used to document that, which is Swain

16 Exhibit No. 2?

17     A.    That is correct.

18     Q.    In June of 2007, where was it that the

19 provision of the HS snack to Janet Hahn should have

20 been documented?

21           MR. FRUEHLING:  Objection, form,

22 foundation.

23     A.    It's my understanding that the officers

24 obtained it from the kitchen where they were premade

LISA SWAIN

66

1  by the Aramark staff and they documented it on some

2  form in the cooler of the kitchen as they removed

3  the snack and took it to the patient.

4      Q.    In June 2007 you had this information that

5  Janet Hahn was to receive Accu-Cheks b.i.d., insulin

6  according to the sliding scale and HS snack.  Where

7  was it at the jail that you could come and check and

8  see that all of these things were done?

9          MR. FRUEHLING:  Objection to the form of

10  the question.  Do you mean in writing or speaking

11  with human beings or anywhere?

12      Q.    Well, let's start with writing.  Was there

13  one documented record that would record all of these

14  things for a diabetic that you as the nurse could

15  come in in the morning and go and check and say, oh,

16  I see she did or didn't get her Accu-Chek, she did

17  or didn't get insulin, she did or didn't get her

18  snack, those type of -- was there a place where you

19  could go and just look at that?

20      A.    The flow sheet for the blood sugar and

21  insulin tracking, that sheet I could look at for the

22  insulin and the Accu-Cheks.

23          MR. FRUEHLING:  Let the record reflect I

24  think the witness is referencing Exhibit 2.  Fair,

LISA SWAIN

67

1  counsel?

2        MS. REDWOOD:  Yes.

3     A.   We also did a lot of word of mouth as far

4  as what she would be eating or wouldn't be eating.

5  If she wasn't eating, they would report it to me.  I

6  don't recall independently being told anything about

7  the HS snack.

8     Q.   So is it your testimony that there was not

9  a sheet like -- for instance, like the blood sugar

10  and tracking insulin sheet called the eating and

11  snack sheet for you to go and reference in the

12  morning when you came in?

13        MR. FRUEHLING:  Objection, form of the

14  question.

15     A.   There was not a specific sheet for that.

16  There is a seg sheet that they do write on what they

17  eat, if they refuse.

18     Q.   Okay.  And does that include a place for

19  the HS snack?

20     A.   It does not.

21     Q.   Does a diabetic regimen include anything

22  about eating meals or food?

23        MR. FRUEHLING:  Objection to the form of

24  the question, foundation.

LISA SWAIN

68

1      A.    It would be included in the education of

2  the patient.  They would be encouraged to eat.  They

3  would be informed how important it is to balance

4  what they're eating.  If it's a type 1 diabetic,

5  balance what they're eating with the insulin that

6  they're taking.  If it's a type 2 diabetic, they

7  would want to be informed about making wise choices

8  that are low fat to maintain weight control.  It

9  would be an education.

10     Q.    Why is it important that an

11 insulin-dependent type 1 diabetic have food as well

12 as insulin?

13     A.    Because the insulin takes the blood sugar

14 and opens the cells to allow the sugar in so that

15 the cells can create metabolism.  If they are not

16 eating and there's insulin on board, their blood

17 sugar would drop and they could become hypoglycemic.

18     Q.    Is it important for you as the nurse

19 caring for a diabetic patient to know when the

20 patient ate and what they ate?

21     A.    Yes.

22           MS. REDWOOD:  This is a good time for a

23 break.

24           MR. FRUEHLING:  That's fine, sure.

LISA SWAIN

69

1          (Recess at 10:46 a.m. to 10:52 a.m.)

2    BY MS. REDWOOD:

3          Q.    In 2007, under HPL policy, when was it

4    that an inmate who had type 1 diabetes was required

5    to see the doctor?

6              MR. FRUEHLING:  Objection, foundation.

7          A.    Would you clarify?  To physically see the

8    doctor?

9          Q.    Yes.  Actually I want to rephrase that

10   question.  In June 2007, was there a policy that a

11   type 1 diabetic was required to physically visit

12   with a doctor?

13         A.    Not to my knowledge.

14         Q.    In June 2007, how many times per week did

15   Dr. Cullinan or another doctor from HPL physically

16   come to jail?

17         A.    Once a week.

18         Q.    Was there a particular day of the week?

19         A.    Not at that time.

20         Q.    Okay.  And Janet Hahn was booked into the

21   jail on June 15th, 2007, and she was there through

22   the 18th of 2007.  Do you know if Dr. Cullinan or

23   another doctor from HPL was physically present at

24   the jail on any of those days?

LISA SWAIN

70

1     A.   I was not there on Friday and Monday, the
2  15th and 18th.  I was there the 16th and 17th.  He
3  was not there those days.  To my knowledge, he was
4  not there Friday or Monday either.
5     Q.   In June 2007, had you made any kind of a
6  request that Janet Hahn be seen by Dr. Cullinan or
7  any other HPL doctor on the next doctor call?
8     A.   Not to my knowledge.  I cannot remember
9  that I -- we had a doctor's list set up yet for the
10  week.
11     Q.   In June 2007, what was the HPL policy or
12  protocol if you as the nurse felt that an inmate
13  needed to see a doctor but it wasn't the doctor's
14  day to be there?
15     A.   Are you stating that this is an emergency?
16     Q.   If you felt as a nurse that the patient --
17  inmate or patient needed to see a doctor
18  immediately.
19     A.   I would send her out if it were an
20  immediate emergency.  If I felt that it was an
21  emergency that I had time to notify the doctor
22  first, I would call him.  If it's an emergency as
23  such that there is no time, we would have been able
24  to send her out or send a patient out if they were

LISA SWAIN

71

1   unconscious.  If that -- if it was an

2   emergent/urgent situation, they could go.

3       Q.   Okay.  Do you make a -- I heard you state

4   the terms emergent and urgent.  Do you make a

5   distinction between emergent and urgent?

6       A.   No.

7       Q.   And what does that mean, emergent?

8            MR. FRUEHLING:  Objection to the

9   characterization of her testimony.  I thought she

10  said emergency and urgent but...

11      A.   Would you restate the question?

12      Q.   Yeah.  What do you mean by emergent

13  situation?

14      A.   An emergent situation is one in such that

15  a person's life is in danger.  They need emergency

16  care that would be given at the hospital in the ER.

17      Q.   Okay.  So an emergent situation, it's your

18  testimony, is what a nonprofessional might call an

19  emergency?

20      A.   Correct.

21      Q.   Thank you.  Would you agree that a type 1

22  diabetic going into DKA is an emergent situation?

23           MR. FRUEHLING:  Form of the question.  If

24  you understand what she means by that abbreviation.

LISA SWAIN

72

1      A.    I do understand.  Diabetic ketoacidosis is

2   what you mean by DKA, correct?

3      Q.    Right.

4      A.    Okay.  I would have to qualify what the

5   signs and symptoms are of what I'm seeing.  If I

6   perceive them to be in DKA, going into DKA, if

7   they're projecting those signs and symptoms, then

8   that would be something that would need to be

9   addressed at the hospital if they are, in fact,

10  refusing medications that would help them on site,

11  which would be insulin, but there are circumstances

12  where that wouldn't -- I mean they would need to go

13  if they were past that.

14     Q.    Would you agree that a type 1 diabetic

15  could be going into DKA without actually passing

16  out?

17          MR. FRUEHLING:  Objection, form of the

18  question, foundation, improper hypothetical, calls

19  for an opinion.

20     A.    I think there's several signs and symptoms

21  for DKA.

22     Q.    Would you agree that a type 1 diabetic

23  could be going into DKA without exhibiting outward

24  signs and symptoms that a nonhealth professional

LISA SWAIN

73

1  could recognize?

2          MR. FRUEHLING:  Objection to the form of

3  the question, foundation, as to speculation,

4  nonprofessional's perceptions.

5      A.   I don't have an opinion on that.  I would

6  have to know more about the nonprofessional.

7      Q.   What is it that you as a nurse in 2007

8  were looking for in your observations of Janet Hahn

9  to see if she was going into DKA?

10     A.   I would have been looking for if she were

11 flushed, her skin was flushed, as in red, getting

12 red, if short of breath, if she had a fruity smell,

13 it's very common with people whose sugar is too

14 high, if she was exhausted, showing signs of

15 exhaustion, excessive thirst, excessive urination.

16 I mean if she would tell me that.  That would be

17 something that she would have to tell me.  If she

18 was confused, if she were -- had an altered level of

19 consciousness, if she was no longer attuned to time

20 and place, where she was, what her name was, those

21 types of things.

22     Q.   What training, if any, did HPL provide to

23 the correctional officer staff at Champaign County

24 sheriff's office that gave the kind of information

LISA SWAIN

74

1   about what to look for in a diabetic patient for a

2   diabetic emergency?

3         MR. FRUEHLING:  Objection, form and

4   foundation.

5         A.   Are you asking about the yearly training?

6         Q.   The training in 2007.

7         A.   Okay.  That training would have been

8   instituted by Fran Workman and Allison Morrison --

9   Morris, excuse me, together.  It was a four hour

10  training including medical information and mental

11  health information.

12        Q.   Did you attend that training in 2007?

13        A.   No, ma'am.

14        Q.   In 2007, was there any kind of a HPL

15  protocol that would raise up a red flag or make

16  correctional officer staff have to notify you if a

17  type 1 diabetic refused food for two days in a row

18  and had no insulin for a 24 hour period?

19        MR. FRUEHLING:  Objection, form,

20  foundation.

21        A.   I did not know of a protocol that covered

22  the correctional officers.

23        Q.   In June 2007, were you aware that a type 1

24  diabetic could develop ketoacidosis and die in a

LISA SWAIN

75

1  couple of days without a proper regimen of food,

2  water, exercise and insulin?

3        MR. FRUEHLING:  Objection, form,

4  foundation, speculation.

5     A.   I was aware of ketoacidosis and the

6  necessity of insulin and food to work together.  I

7  can't say that I know that within a set amount of

8  days that that could happen, but I was aware that

9  that can develop.

10     Q.   Okay.  What -- what kind of an exercise --

11  what kind of exercise would a type 1 diabetic need

12  in order to assist with their diabetic regimen?

13        MR. FRUEHLING:  Objection, form and

14  foundation.

15     A.   There's -- daily exercise is encouraged.

16  I know that there's a formula that they follow for

17  when they take insulin if they're going to be

18  exerting in exercise, but the exercise is encouraged

19  to help metabolize.

20     Q.   In 2007, did HPL have any kind of a policy

21  at Champaign County jail for exercise specifically

22  for diabetics?

23     A.   I don't remember a policy.

24     Q.   And in 2007, did HPL have any kind of a

LISA SWAIN

76

1  specific policy to provide drinking water to

2  diabetic inmates?

3       A.   I don't remember a policy, but I know that

4  I encouraged her to drink.  It's a practice that I

5  carry water to patients, ask them if they need water

6  when they're in green because they are not able to

7  have a cup in their room.  There is fountains in

8  there, but a lot of times a cup sometimes encourages

9  them more, and I know I encouraged her to drink that

10  weekend.

11       Q.   Okay.  In June 2007, do you recall Janet

12  Hahn drinking water, taking some water from you?

13       A.   She did not in front of me.  She did not

14  take any from me.

15       Q.   And are you aware that in June 2007, at

16  least for some of the time, the water was shut off

17  to Janet Hahn's cell?

18       A.   I was aware through an email that for a

19  time it was shut off because she was flooding the

20  cell with her gown.

21       Q.   And do you know how long of a time the

22  water was shut off --

23       A.   No.

24       Q.   -- to her cell?  Do you know if it was

LISA SWAIN

77

1    ever put on again before her death?

2           MR. FRUEHLING:  Objection, asked and

3    answered.

4        A.   I -- I am not aware of when that went off

5    or on.

6        Q.   What's the importance of water to a

7    diabetic?

8        A.   For hydration to enable metabolism.

9        Q.   In 2007, under HPL policies at the

10   Champaign County jail, how many Accu-Cheks does a

11   diabetic have to miss before the diabetic is given a

12   test for ketones?

13       A.   At that particular time, we did not test

14   for ketones at the Champaign County jail.

15       Q.   What are the possible ways to test for

16   ketones?

17       A.   It's my understanding from previous

18   experience that you test it in the urine.

19       Q.   You testified that you called Dr. Cullinan

20   on June 16th about Janet Hahn.  Do you recall if you

21   called Dr. Cullinan at any other time in June of

22   2007 reference Janet Hahn?

23       A.   I called Dr. Cullinan on the day I

24   received word that she had passed away, and other

LISA SWAIN

78

1  than that, I have no recollection of making any

2  calls.

3      Q.   How many times are you aware of that Janet

4  Hahn was in the Champaign County jail in 2007?

5          MR. FRUEHLING:  Objection, relevance.

6      A.   I -- at that time, I don't know how many

7  times.

8      Q.   How many times are you aware of?

9          MR. FRUEHLING:  Objection.

10     A.   Right now presently?

11     Q.   Right now.

12         MR. FRUEHLING:  I'm sorry, excuse me.

13  Objection to the form and foundation as to how many

14  times.  Are you talking about the specific number of

15  days on one occasion or separate incarcerations?

16     Q.   Okay, I'm going to talk about separate

17  incarcerations not individual days.

18     A.   Okay.

19     Q.   In other words, that she was booked in and

20  then was released for whatever reason.

21     A.   Presently, I am aware of three.

22     Q.   Okay.  And in June, on or around June 16,

23  2007, at that time were you aware that Janet Hahn

24  had previously been booked into the Champaign County

LISA SWAIN

79

1  jail in 2007?

2      A.   Yes, ma'am.

3      Q.   In June of 2007, did you check your

4  medical records for Janet Hahn from any previous

5  incarcerations?

6      A.   Yes, ma'am.

7      Q.   And what, if anything, did you find out

8  about Janet Hahn from checking your previous medical

9  records about her?

10      A.   I knew that she had been an

11  insulin-dependent diabetic on previous stays, that

12  she had refused or had tried to refuse insulin and

13  Accu-Cheks previously, had been unhappy with being

14  in jail previously.  She has endometriosis.  To my

15  recollection, that's all I can think of.

16      Q.   What's endometriosis?  Did I say that

17  right?

18      A.   Close.  Endometriosis is a condition where

19  the lining of your uterus grows outside, spreads,

20  grows outside your uterus to surround the uterus on

21  the outside.  It can grow up your fallopian tubes

22  and it can encase your ovaries.  It can actually in

23  severe cases cover the inner lining of your

24  peritoneum.

LISA SWAIN

80

1       Q.    How did you know that?

2       A.    It was on a booking sheet.

3       Q.    In June 2007, were you aware that Janet

4  Hahn had been involuntarily committed to a

5  psychiatric ward by police previously that year?

6       A.    No, ma'am.

7             MR. FRUEHLING:  I'm sorry, would you

8  repeat the question?

9             (Requested portion of the deposition was

10  read by the court reporter.)

11            MR. FRUEHLING:  Okay, I'm just -- for the

12  record, I just want to ask Ms. Redwood, we're

13  assuming -- not assuming, we're taking that as a

14  fact as opposed to talking about some hypothetical,

15  correct, when you ask that question?

16            MS. REDWOOD:  Yes.

17            MR. FRUEHLING:  So we would agree or

18  stipulate that that's a fact amongst counsel for

19  purposes of that question, would you agree with

20  that?  Howard?

21            MS. REDWOOD:  I agree.

22            MR. SMALL:  I would agree.

23            MR. FRUEHLING:  Okay, then that would be

24  an agreed stipulation and then I think the answer

LISA SWAIN

81

1  can stand.

2  BY MS. REDWOOD:

3      Q.    Would you agree that a type 1 diabetic is

4  in an emergency situation if she has not received

5  insulin for 30 hours straight?

6          MR. FRUEHLING:  Objection, form,

7  foundation, speculation, improper -- I'm sorry,

8  incomplete hypothetical.

9      A.    In my opinion, there would be -- you would

10  look for the signs and symptoms of being in an

11  emergency situation.  The potential would be there,

12  but you would look for the signs and symptoms of

13  displaying that.  If those signs and symptoms are

14  displayed, then you need to react as this is an

15  emergency situation.

16      Q.    How many of the signs and symptoms would

17  you need to see to determine that was an

18  emergency --

19          MR. FRUEHLING:  Objection, form and

20  foundation.

21      Q.    -- situation?

22      A.    I don't know a number, but I do know

23  there's degrees of severity.

24          MR. FRUEHLING:  Could we go off the record

LISA SWAIN

82

1   for a second?

2            (Discussion off the record.)

3   BY MS. REDWOOD:

4       Q.   Is it true that a type -- is a type 1

5   diabetic because they don't produce the insulin that

6   their body regularly needs?

7       A.   You asked if a type 1 diabetic is a person

8   that does not produce insulin that their body needs,

9   correct?

10      Q.   Correct.

11      A.   That is correct.

12      Q.   And the body needs insulin every day,

13  right?

14      A.   That is correct.  It should have insulin

15  every day.

16      Q.   Okay.  So if a type 1 diabetic hasn't

17  received any insulin for 30 hours, which is more

18  than a full day, isn't it apparent that the person

19  needs to be taken somewhere where they'll be given

20  insulin?

21           MR. FRUEHLING:  Objection, asked and

22  answered, form, foundation.  I think she's already

23  testified that you look for signs and symptoms.

24      A.   That's -- you would look for signs and

LISA SWAIN

83

1  symptoms, and there are unfortunately many people

2  that go days, days without insulin when they're a

3  type 1 diabetic.

4          MR. FRUEHLING:  Can we stipulate for the

5  record that you're not talking about inside the

6  Champaign County Correctional Center?

7      A.   Correct, correct.  Let me clarify.  We

8  have patients that come into the jail that for their

9  own reasons have gone days, months without taking

10 their insulin.

11         (Swain Exhibit No. 5 was marked by the

12 court reporter.)

13 BY MS. REDWOOD:

14     Q.   You've been handed what's been marked as

15 Swain Exhibit No. 5 which purports to be suicide

16 watch and is Bates stamped number 303.  Have you

17 seen this before?

18     A.   No, ma'am, I have not.

19     Q.   Do you recognize what it is?

20     A.   By what it says on it, yes.

21     Q.   Okay.  And is that an HPL form?

22     A.   No, ma'am, it is not.

23     Q.   Do you recognize the initials AM and JN on

24 there?

LISA SWAIN

84

1      A.   This would possibly be a mental health

2  form.  And AM most likely it Allison Morris.   JN

3  would be Jennifer Nicholas.  If I could recant an

4  answer, this is not a medical form.

5      Q.   Okay.

6      A.   Yes.  It could be a mental health form

7  from HPL.  If that is the case, I have previously

8  been unaware of it.

9      Q.   Okay.  So in June 2007, did mental health

10 share information about Janet Hahn with you?

11     A.   I believe there was an email, yes.

12     Q.   Okay.  But you're saying that these --

13 this particular form, suicide watch, is not

14 something that was provided to you in 2007; is that

15 correct?

16     A.   Correct.

17     Q.   Do you know why?

18          MR. FRUEHLING:  Objection, form,

19 foundation, speculation.

20     A.   This is not something that I've been ever

21 provided with, so it must not be in their practice

22 to provide medical with this form.

23     Q.   Do you know whether in June of 2007 you

24 were provided with information from mental health

LISA SWAIN

85

1  Janet Hahn presented as angry and stated she had no

2  reason to live?

3          MR. FRUEHLING:  Objection, form,

4  foundation, asked and answered to at least part of

5  that.

6      A.   I was informed by Allison Morris sometime

7  in the day on the 16th that she was uncooperative

8  and angry and that Allison was trying to reinforce

9  the need to cooperate with medical in taking her

10 insulin and her Accu-Cheks regularly, eating and

11 drinking.

12     Q.   Were you aware at any time in June 2007

13 that Janet Hahn wanted to commit suicide by not

14 cooperating with her medical care?

15         MR. FRUEHLING:  Objection, form,

16 foundation, speculation.

17     A.   She did not tell me in those many words.

18 She did not say that to me.  If she said that to

19 mental health, I was unaware that she specifically

20 used that terminology to express herself.

21     Q.   Were you aware on June 17th of 2007 that

22 Janet Hahn had repeated -- had, I'm sorry, reported

23 vomiting in her cell in the morning?

24     A.   I was --

LISA SWAIN

86

1          MR. FRUEHLING:  Objection to the form of

2    the question.  Go ahead.

3          A.   Could you repeat that, I'm sorry?

4          Q.   Yes.  On June 17th of 2007, and that would

5    have been the Sunday, were you aware that Janet Hahn

6    had reported that she vomited in her cell?

7          A.   Yes.

8          Q.   And how did you become aware of that

9    report from Janet Hahn?

10         A.   Officer George Castor approached me when I

11   went up to booking to talk to her and some other

12   inmates that she had reported to him that she had

13   vomited in her cell.

14         Q.   And did you do anything to check that out?

15         A.   Yes, ma'am.

16         Q.   What did you do?

17         A.   I went immediately to assess her.  I

18   talked to her.  I entered her cell.  I made a visual

19   assessment of her skin tone, any signs or symptoms

20   that she would be showing, perspiration.  I asked

21   her to show me the vomit.  There was no vomit.  She

22   couldn't show me the vomit.  I asked her if she did

23   vomit.  She replied no, she wanted to go home.  She

24   did indicate that her stomach was giving her

LISA SWAIN

87

1  trouble.

2      Q.    There's a toilet in the cell, right?

3      A.    Yes, ma'am.

4      Q.    Did you look in the toilet for vomit?

5      A.    Oh, absolutely, ma'am.

6      Q.    Is it a flush toilet?

7      A.    Yes.

8      Q.    Do you know if the water was on or off at

9  that time?

10     A.    I did not know, but I did ask if anybody

11 had heard her flush, they said no, and I asked her

12 if she flushed and she said no.

13     Q.    If a person had not eaten any food or had

14 water for two days, would you expect any kind of

15 physical vomit laying around?

16         MR. FRUEHLING:  Objection, form,

17 foundation, speculation.

18     A.    I would expect to see some contents.  It

19 wouldn't be -- it wouldn't be clear on the floor.

20 It wouldn't just -- there would be particles, there

21 would be something, unless she would have dry

22 heaves, which she didn't indicate she did that.

23     Q.    In 2007, was there an HPL policy that

24 discussed how to deal with a suicide by diabetes?

LISA SWAIN

88

1          MR. FRUEHLING:  Objection, form,

2    foundation, speculation.

3      A.   None that I knew of.

4      Q.   Did you go to Carle Hospital on June 18th

5    related to Janet Hahn?

6      A.   No, ma'am.

7          MR. FRUEHLING:  I'm sorry, what was the

8    date?

9          (Requested portion of the deposition was

10   read by the court reporter.)

11   BY MS. REDWOOD:

12     Q.   Did you advise, suggest or cause any

13   entity to apply for an Illinois Public Aid medical

14   card for Janet Hahn on or after June 18, 2007?

15     A.   No, ma'am.

16     Q.   Do you have any idea who caused an

17   application for Illinois Public Aid benefits to be

18   filed on behalf of Janet Hahn on or after June 18,

19   2007?

20     A.   No, ma'am.

21     Q.   In June 2007, what training --

22          MR. FRUEHLING:  I'm sorry, will you just

23   show my objection to the relevance to the line of

24   questions that deal with Public Aid application?

LISA SWAIN

89

1  Thank you.

2      Q.   In June 2007, what training, if any, did

3  you have that addressed what you as a nurse are

4  supposed to do when an inmate with mental or

5  intellectual disabilities refused to cooperate in

6  their own medical care?

7           MR. FRUEHLING:  Objection to the form,

8  foundation of the question.  Objection, compound.

9      A.   So you're asking for specific training

10  specifically aimed at patients with developmental

11  disabilities that are refusing their care, correct?

12     Q.   Correct.

13     A.   Okay.  No, I did not receive any specific

14  training other than it is our practice to repeatedly

15  offer care to all patients.  They refuse for

16  different reasons, some because they're angry, some

17  because they're frustrated and out of control, not

18  in control of the situation, some then because they

19  would be developmentally disabled.

20     Q.   In June 2007, did you identify any

21  problems with Janet Hahn that were related to her

22  mental retardation or mental disabilities?

23           MR. FRUEHLING:  Objection, form of the

24  question --

LISA SWAIN

90

1        A.   I --

2             MR. FRUEHLING:  -- to what problems are.

3    Go ahead.

4        A.   Could you clarify the problems you're

5    looking for?

6        Q.   Well, I'm asking broadly if there's

7    anything that you identified, you identified as a

8    problem in any way that was related to her mental

9    disability or mental retardation?

10       A.   No.

11       Q.   In 2007, what was the -- what was HPL's

12   procedure for an officer to follow when the

13   Accu-Chek reads error or err, E-R-R --

14            MR. FRUEHLING:  Objection.

15       Q.   -- more than once?

16            MR. FRUEHLING:  I'm sorry.  Objection,

17   form and foundation.

18       A.   To my knowledge, there wasn't a policy

19   regulating an error report.

20            MS. REDWOOD:  Call that No. 6 please.

21            (Swain Exhibit No. 6 was marked by the

22   court reporter.)

23   BY MS. REDWOOD:

24       Q.   I'm handing you what's been labeled Swain

LISA SWAIN

91

1   Exhibit No. 6 which purports to be an email.  It's

2   Bates stamped 002448.  It's dated May 6, 2007.  It's

3   from Susan Swain to Corrections and carbon copy to

4   Fran Workman, Kendra Adams, Greg Whicker, Jennifer

5   Nicholas.  Do you recognize this email?

6        A.   Yes, ma'am.

7        Q.   And are you the Susan Swain that sent the

8   email?

9        A.   Yes, ma'am.

10       Q.   Do you believe you sent it on Sunday, May

11  6, 2007?

12       A.   Yes, ma'am.

13       Q.   Is that regarding Janet Hahn, the same

14  Janet Hahn who we're here about today?

15       A.   Yes, ma'am.

16       Q.   And do you need a moment to read that?

17       A.   Please.

18            (Brief pause.)

19       A.   Okay.

20       Q.   Would you agree that in this email you

21  identified some very serious problems with Janet

22  Hahn?

23            MR. FRUEHLING:  Objection.  Objection to

24  the form of the question.  Objection, foundation.

LISA SWAIN

92

1      A.   Yes, ma'am.  Potential --

2      Q.   Okay.

3      A.   -- problems.

4      Q.   Do you know in May of 2007 if you ever

5  conveyed this information to Dr. Cullinan or another

6  doctor at HPL?

7      A.   I don't remember if I did.

8      Q.   Do you know if this email was in a file

9  somewhere that you could access in June of 2007 when

10  you went looking for any kind of information about

11  Janet Hahn?

12      A.   At that time, I don't remember that emails

13  were made a part of the medical file.

14      Q.   Do you remember looking at this email in

15  June of '07?

16      A.   No, I do not remember that.

17      Q.   In June of '07, did you remember the facts

18  that you've documented in this email about Janet

19  Hahn?

20      A.   I remembered that she was an

21  insulin-dependent type 1 diabetic and she was

22  difficult to convince to take her insulin and to

23  test her blood sugar.

24      Q.   In this email, it says that she, meaning

LISA SWAIN

93

1  Janet Hahn, will be leaving tomorrow.  Do you know

2  if she did leave the day after this email?

3       A.   I don't remember.

4       Q.   Okay.  In this email you state, quote, she

5  has pretty much tied my hands as far as helping her

6  goes, end quote.  What did you mean by that?

7       A.   When a patient refuses to sign medical

8  releases, they cut off an avenue that we have for

9  establishing continuity of care.  So what I meant by

10  that is that she had sealed off some avenues that we

11  use on a daily basis.  Presently I talk to many

12  doctors' offices daily, we receive a lot of

13  information, we're able to obtain prescriptions, and

14  there was several avenues sealed off by the fact

15  that she wouldn't disclose who her doctor is and

16  where she seeks medical attention.  I had no release

17  of facts.  I had no doctor to call.  I had no

18  ability to obtain any information that would help me

19  understand her history because she wasn't

20  forthcoming with information.

21       Q.   And it would be true, wouldn't it, in June

22  of 2007, just a little more than a month later, she

23  continued this same pattern of noncooperation?

24            MR. FRUEHLING:  Objection, form,

LISA SWAIN

94

1  foundation, leading.

2      A.    When she stayed with us in June of 2007,

3  it's my recollection that she did not cooperate with

4  her care.

5      Q.    Would it be true that one avenue that you

6  had in June of 2007 would be just send her right to

7  the emergency room?

8      A.    Yes, ma'am.

9          MR. FRUEHLING:  Objection, form of the

10 question, foundation.

11     A.    Yes, ma'am, that would have been an avenue

12 for an emergent situation.

13         MS. REDWOOD:  Call that No. 7 please.

14         (Swain Exhibit No. 7 was marked by the

15 court reporter.)

16 BY MS. REDWOOD:

17     Q.    I've handed you a document which is

18 labeled as Swain No. 7.  It's Bates marked 148.  It

19 purports to be a Champaign County Sheriff's Office

20 Mental Health/Medical Special Watch Sheet Booking.

21 Do you recognize this form?

22     A.    No, ma'am.

23     Q.    Do you recognize the classifications which

24 are the substance of the form?  In other words, one

LISA SWAIN

95

1  column says name, one says cell, one says jacket,

2  one says reason and one says comments.

3            MR. SMITH:  You're asking her if she

4  recognizes the category name?

5            MS. REDWOOD:  The category names and

6  categorizing of inmates into these.

7       A.   Are you asking me what -- the names and

8  what fits under them?  Yes, I --

9       Q.   You recognize those, okay.  And are you a

10  nurse that has ever attended classification meetings

11  at the Champaign County sheriff's office?

12       A.   At that time, no.

13       Q.   Okay.  At this time, do you know what a

14  classification meeting or classification review is?

15       A.   Yes, ma'am.

16       Q.   Okay.  And see where it says Janet Hahn on

17  this form which is Swain Exhibit No. 7?

18       A.   Yes.

19       Q.   And see where it says under reason, Level

20  2, Med 2?

21       A.   Yes.

22       Q.   Did you in June of 2007 have any input

23  into classifying Janet Hahn as Level 2, Med 2?

24       A.   No, ma'am.

LISA SWAIN

96

1     Q.   And see where it says green gown/drug

2  withdrawal on the Janet Hahn column?

3     A.   Yes, ma'am.

4     Q.   In June 2007, did you have any input into

5  the comment green gown/drug withdrawal for Janet

6  Hahn?

7          MR. FRUEHLING:   Objection, form of the

8  question, foundation.

9     A.   No, ma'am.

10         MS. REDWOOD:   Please mark that No. 8.

11         (Swain Exhibit No. 8 was marked by the

12  court reporter.)

13  BY MS. REDWOOD:

14     Q.   You've been handed what's been marked

15  Swain Exhibit No. 8 which purports to be Champaign

16  County Correctional Center segregation log for Janet

17  Hahn Bates stamped 57.  Do you recognize this form?

18     A.   Yes, ma'am.

19     Q.   And is this what you earlier in your

20  testimony referred to as the seg log?

21     A.   Yes, ma'am.

22     Q.   Do you remember ever having seen this form

23  filled out in this way for Janet Hahn for the

24  starting date of 6/15/07 before?

LISA SWAIN

97

1          MR. FRUEHLING:  Objection to the form of

2   the question, foundation.

3      A.   Yes, I remember seeing this.

4      Q.   And is it true that once a segregation log

5   for an inmate in booking is started, that the

6   segregation log is then put up on the wall or door

7   on or near the cell of the inmate?

8      A.   Yes, ma'am.

9      Q.   Is it on the wall or door, do you know?

10     A.   It hangs right to the right of it, so it

11  would be on the wall.  Hangs right to the right of

12  the door.

13     Q.   Okay.  And on June 16, 2007, when you went

14  to see Janet Hahn, did you see her at her cell?

15          MR. FRUEHLING:  Objection, asked and

16  answered.

17     A.   Yes, ma'am.

18     Q.   Okay.  And on June 16th when you talked to

19  Janet Hahn and you were successful in administering

20  20 units of regular insulin, at that time did you go

21  see her at her cell?

22          MR. FRUEHLING:  Objection to the form of

23  the question, foundation, mischaracterizes evidence.

24  Go ahead.

LISA SWAIN

98

1      A.    I saw her at her cell.   She actually

2  administered her own insulin.

3      Q.    Okay.   And was the insulin administered at

4  the cell or at the infirmary on that date, June 16,

5  2007?

6      A.    I offered to take her to the infirmary.

7  She refused to go to the infirmary.   She had a

8  dislike of the infirmary.   So I offered to -- if I

9  go get the insulin, will you take it?   I -- she

10  paused, which was enough for me to know that I could

11  definitely go get it and hopefully she would take

12  it.   By the time I came back, we did some more

13  convincing.

14      Q.    Okay.   At that time, then, did you see the

15  segregation log on the wall?

16      A.    No, no.

17      Q.    How long did you work at the satellite

18  jail on June 16th of 2007?

19      A.    I worked until -- that day I believe I

20  stayed longer than I usually do.   I want to say that

21  I was still in the infirmary around 4:15, 4:30.

22  Generally speaking, I left earlier than that because

23  I still had the whole downtown jail to attend to

24  before we were -- went off duty.

LISA SWAIN

99

1      Q.   At any time on June 16th, 2007, did you

2   see the segregation log for Janet Hahn hanging

3   outside her cell and see that she had refused lunch

4   and refused all dinner?

5      A.   Not on the 16th.

6      Q.   Okay.  And see the column on the

7   segregation log which is Swain Exhibit No. 8 where

8   it says nurse?

9      A.   Yes.

10      Q.   Is there any time that you were required

11   to put your initials or badge number in that column

12   that says nurse?

13      A.   No.

14      Q.   Why is that column there?

15           MR. FRUEHLING:  Objection, form,

16   foundation, speculation.

17      A.   I don't know.  At that time, we -- we

18   didn't use that column.

19      Q.   Okay.  Do you use that column now?

20      A.   Yes, ma'am.

21      Q.   And now under what --

22           MR. FRUEHLING:  Object.  Show my objection

23   there for the relevance of what's happening now.

24   Thank you.

LISA SWAIN

100

1      Q.    And now under what circumstances would you

2  enter any written thing into the column under where

3  it says nurse?

4           MR. FRUEHLING:   Objection, relevance.

5      A.    Presently?

6      Q.    Right, presently.

7      A.    Presently I sign these forms daily when

8  I'm there.  My staff signs them when I'm not there.

9  We check on our segregated patients on a daily

10  basis.  If we note anything that's amiss, we put it

11  off to the side.

12      Q.    In the comments section?

13      A.    Correct.

14      Q.    Okay.  I'm calling your attention to June

15  17th, 2007.  Did you work at the Champaign County

16  satellite jail on that date?

17      A.    Yes, ma'am.

18      Q.    And do you know what hours you were

19  physically present at the satellite jail on that

20  date?

21      A.    Approximately?

22      Q.    That's fine.

23      A.    Okay, approximately 9:30 to 10:00 I would

24  have arrived and then I would have left that day

LISA SWAIN

101

1   around three o'clock to go back downtown.

2          MR. FRUEHLING:  I think we can stipulate

3   for the record that that's a.m. and p.m.  Fair?

4       A.   Yes, yes.

5          MS. REDWOOD:  That's fine.

6       A.   And I always pass meds in the cells, the

7   pods, when I arrive at the satellite.  So I arrived

8   in booking a little bit later than when I arrived at

9   the jail because I do the med passes first.

10      Q.   On June 17, 2007, did you see the

11  segregation log hanging on the wall outside of Janet

12  Hahn's cell?

13      A.   Yes, ma'am.

14      Q.   And on June 17th, 2007, did you see that

15  she had refused lunch and refused all dinner on June

16  16th, 2007, the day before?

17      A.   Yes, ma'am.

18      Q.   On June 17th, 2007 -- I'm sorry, I think I

19  just said 2004 and I shouldn't have.

20          On June 17th, 2007, did you see on the

21  segregation log while you were at the satellite jail

22  that Janet Hahn had refused lunch on that day?

23          MR. FRUEHLING:  Objection to the form of

24  the question, foundation.  Do you mean at any time

LISA SWAIN

102

1    or you mean when she came on?

2         A.    Right.  It wouldn't --

3         Q.    At any time on the 17th.

4         A.    Okay.  Yes, I noticed that at three

5    o'clock when I went up to check on her.

6         Q.    Do you know what time dinner is normally

7    served at the satellite jail at that time in 2007?

8         A.    If I recall, between 4:30 and 5:00.

9         Q.    And on June 17th, 2007, did you see the

10   segregation log that Janet Hahn had refused dinner

11   on that date?

12        A.    No, ma'am.

13        Q.    Would it be fair to say that you had

14   already left work for the day?

15        A.    Yes.  Well, I went downtown, yes.

16        Q.    Okay.  Did you have any indication from

17   reading the segregation log whether Janet Hahn had

18   been provided with the HS snack on June 16, 2007?

19        A.    No.

20        Q.    Did you have any indication from the

21   segregation log that Janet Hahn had either eaten the

22   HS snack or refused the HS snack on June 16, 2007?

23        A.    No, ma'am.

24        Q.    Did you have any indication from the

LISA SWAIN

103

1   segregation log that Janet Hahn had received HS

2   snack on June 17th, 2007?

3           MR. FRUEHLING:  Objection, form and

4   foundation.

5       A.   I would have -- when she would have

6   received that snack on Sunday night, I would have

7   been home.

8       Q.   Whose job was it at the jail to read these

9   different records about Janet Hahn, number one, the

10  blood sugar and insulin tracking sheet which is

11  Exhibit No. 2 and the segregation log which is Swain

12  Exhibit No. 8, to realize that this patient had

13  refused meals and had not had insulin for more than

14  24 hours?

15          MR. FRUEHLING:  Objection, form,

16  foundation.

17      A.   She -- okay, she --

18          MR. FRUEHLING:  I'm sorry, would you read

19  back the question?

20      A.   Yeah, I'm confused, I'm sorry.

21          (Requested portion of the deposition was

22  read by the court reporter.)

23      A.   It would have -- on the 16th of June and

24  the 17th of June that year, it would have been

LISA SWAIN

104

1  myself that would have been reading these logs.

2      Q.   And if there was any kind of an emergency

3  based on these records, that would be your job to

4  notice that?

5          MR. FRUEHLING:  Objection to the form of

6  the question, foundation, speculation as to any type

7  of emergency.

8      A.   Could you clarify?

9      Q.   I'll ask a different question.  On June

10 17, 2007, based on your review of the records for

11 Janet Hahn and visiting her and the reports that you

12 got, did you have any red flag that this patient

13 might have been going into DKA?

14         MR. FRUEHLING:  Objection to the form and

15 foundation.

16     A.   I did not see signs and symptoms of

17 ketoacidosis.

18     Q.   Did the fact that this patient refused

19 meals for two days, refused Accu-Cheks and had no

20 insulin injections for approximately 30 hours raise

21 a red flag to you that this inmate needed to see a

22 doctor?

23         MR. FRUEHLING:  Objection, asked and

24 answered.  She's already indicated that she did not

LISA SWAIN

105

1  see signs and symptoms.

2      A.    Also she had Accu-Cheked at 4:30 on the

3  16th with a blood sugar reading of 107, so she

4  hadn't been yet 24 hours without an Accu-Chek when I

5  left the jail on Sunday.  Was I concerned?  Was

6  there a red flag that this patient needed to be

7  monitored?  Yes.

8      Q.    You were unable to monitor her because she

9  wouldn't cooperate?  Is that your testimony?

10         MR. FRUEHLING:  Objection, form of the

11  question.  It's clearly not what she testified to.

12      A.    No.  The fact that she was not eating and

13  that she was not taking insulin injections and

14  Accu-Cheking that day, that is -- that is a reason

15  for me to feel that she needs to be monitored and

16  that concerns me.

17      Q.    The patient Janet Hahn was ordered by the

18  doctor to have Accu-Cheks twice a day, correct?

19      A.    Correct, that's per our protocol at that

20  time.

21      Q.    And you would agree that on the insulin --

22  sorry, the blood sugar and insulin tracking sheet

23  which is Exhibit No. 2, there are no Accu-Cheks

24  shown either given or refused on June 17, 2007.  Is

LISA SWAIN

106

1   that correct?

2       A.    Correct.

3            MR. FRUEHLING:  Objection, form of the

4   question.

5       A.    Correct.

6       Q.    So that wasn't following the doctor's

7   protocol, was it?

8            MR. FRUEHLING:  Objection to the form of

9   the question.  You say that -- strike that, sorry.

10      Q.    That's different than the doctor's orders,

11  wasn't it?

12           MR. FRUEHLING:  Objection to the form of

13  the question as to what --

14      A.    She was to be provided with Accu-Cheks and

15  insulin.  Unfortunately, I'm not allowed to do that

16  for her, to force her to take it.  We have to

17  provide care.  We are not allowed to force care.

18           MS. REDWOOD:  Would you read back the

19  question please?

20           (Requested portion of the deposition was

21  read by the court reporter.)

22           MR. FRUEHLING:  Objection, form,

23  foundation.  If you understand that question.

24      A.    I don't understand.

LISA SWAIN

107

1  BY MS. REDWOOD:

2      Q.   Doctor ordered Accu-Cheks twice a day.  On

3  June 17, 2007, no Accu-Cheks are documented as

4  either having been given to her or having been

5  offered and refused.  That's not what the doctor

6  ordered, is it?

7          MR. FRUEHLING:  Objection to the form and

8  foundation.  You're trying to suggest that because

9  it's not on the form that it didn't happen and that

10  that's somehow inconsistent with what the orders

11  were when the orders were that they be offered, so

12  that's the nature of the objection.  I think you can

13  totally explore this area, but I --

14     A.   The Accu-Cheks were offered per doctor's

15  orders per protocol.

16     Q.   On June 17th, 2007, was Dr. Cullinan

17  notified in any way at all that this patient had

18  refused Accu-Cheks altogether on June 17th?

19     A.   I can't remember.

20     Q.    In any case, you have no written

21  documentation that you did indeed call Dr. Cullinan

22  and let him know about this patient's refusal,

23  correct?

24     A.   That is correct.

LISA SWAIN

108

1      Q.   Did you personally offer Janet Hahn

2  Accu-Cheks on June 17, 2007?

3      A.   I did.

4      Q.   And you did not document on the blood

5  sugar and insulin tracking sheet whether she had

6  taken or refused, correct?

7      A.   That is correct.

8      Q.   And you don't have a refusal form signed

9  by Janet Hahn on June 17th, 2007; is that correct?

10          MR. FRUEHLING:   Objection, asked and

11  answered.

12     A.   That is correct.

13     Q.   Do you recall on June 17th, 2007, speaking

14  with an Officer Jenna Tode or Thode about Janet

15  Hahn?

16     A.   Yes, ma'am, I do recall.

17     Q.   And what do you recall about that

18  conversation with that correction officer?

19     A.   I had been to her cell, to Janet's cell,

20  offered her an Accu-Chek.  I encouraged Janet and

21  educated her again in complying with the Accu-Cheks.

22  I let her know that Officer Thode would be checking

23  her again, would be offering her the check again

24  between 4:00 and 4:30, and I encouraged her,

LISA SWAIN

109

1   beseeched her to take the Accu-Chek and to

2   administer herself insulin.  I told Officer Thode

3   before I left that we need to keep an eye on her,

4   that she's someone that needs to be watched, and I

5   would have gone on downtown and gone on call when I

6   left.

7        Q.   Did Officer Thode ever informed you in any

8   way that Janet Hahn reported vomiting?

9        A.   No, not that I can remember.

10       Q.   Did Officer Thode inform you in any way

11  that Janet Hahn was complaining that she didn't feel

12  good?

13       A.   No.

14       Q.   Did Officer Thode inform you in any way on

15  Sunday night that Janet Hahn was moaning painful

16  moans?

17       A.   No.

18       Q.   Did any correction officer call you on

19  Sunday after you had already gone home from the jail

20  about Janet Hahn?

21       A.   No.

22            MS. REDWOOD:  Mark that please as No. 9.

23            (Swain Exhibit No. 9 was marked by the

24  court reporter.)

LISA SWAIN

110

1  BY MS. REDWOOD:

2      Q.   You've been handed a document that is

3  labeled as Swain Exhibit No. 9.  It's Bates stamped

4  44, 45 and 46, and it purports to be Champaign

5  County sheriff's office initial mental health

6  screening and assessment.  Would you take a few

7  minutes to look through that document?

8      A.   I will.  Okay.

9      Q.   In June 2007, had you seen this form

10  filled out for Janet Hahn by mental health when or

11  prior to when you were dealing with Janet Hahn?

12      A.   No.

13      Q.   In June 2007, was this a form that was

14  available to you as medical staff about Janet Hahn?

15      A.   No.

16      Q.   What training or education materials have

17  you as HPL nurse obtained from the American Diabetes

18  Association to help with your training of the

19  corrections staff?

20          MR. FRUEHLING:  Objection to form and

21  foundation.

22      A.   There are none that I know of.

23      Q.   Have you or any other entity on behalf of

24  HPL contacted the American Diabetes Association to

1  come to the Champaign County sheriff's office to

2  give lectures or informational sessions regarding

3  treatment of diabetics in jail?

4          MR. FRUEHLING:  Objection, form and

5  foundation, relevance.

6      A.    Are you speaking of presently or in 2007?

7      Q.    Presently.

8      A.    Presently I have not.  In 2007, I would

9  not have had -- that would not have been part of my

10  job.

11      Q.    Okay.

12      A.    Presently, no, not yet.

13          (Swain Exhibit No. 10 was marked by the

14  court reporter.)

15  BY MS. REDWOOD:

16      Q.    I'm going to show you a poster that is

17  produced by the American Diabetes Association, and

18  for purposes of the deposition we're calling No. 10

19  a small copy of most of the poster, but we already

20  agreed that there's certain writing that's not

21  visible on the small copy, so I'm going to ask you

22  to look at the big copy of the poster.

23      A.    Okay.

24      Q.    And we use these things (indicating) to

LISA SWAIN

112

1   hold it down.  If you could take a few minutes to

2   take a look at that poster and read it.

3       A.    Absolutely.

4             MR. FRUEHLING:  We're off the record.

5             (Discussion off the record.)

6       A.    Okay.

7       Q.    In your opinion and from your training and

8   experience as a registered nurse, do you believe the

9   information on that poster is accurate?

10            MR. FRUEHLING:  Objection, form,

11  foundation, relevance.

12      A.    In my opinion, yes.

13      Q.    Do you believe that having this poster

14  posted in the booking area would be helpful to the

15  correction officers in their care and treatment of

16  diabetic inmates?

17            MR. FRUEHLING:  Objection, form and

18  foundation, relevance and speculation.

19      A.    In my opinion, I don't know that they

20  would look at it, but I'd have to say if somebody

21  did, that would be a good thing.

22      Q.    Okay.

23      A.    So I'd have to say in my opinion this

24  would be a good thing.

LISA SWAIN

113

1      Q.    Okay.   Have you seen an American Diabetes

2   Association created video that discusses diabetics

3   in arrest and jail situations?

4           MR. FRUEHLING:   Objection, form,

5   foundation and relevance.

6      A.    No, ma'am.

7      Q.    Do you agree that Janet Hahn did not

8   receive adequate medical care for her type 1

9   diabetes while she was incarcerated in the Champaign

10  County jail in June 2007, and I'm not asking about

11  whose fault it was but just whether she received

12  adequate medical care?

13          MR. FRUEHLING:   Objection, form,

14  foundation and calls for a legal conclusion.

15     A.    In my opinion, given my assessments, my

16  observations, also given the fact that she refused

17  treatment and to eat, given the knowledge I had

18  which was limited of her medical, all of her medical

19  diagnoses, because of the refusal of the releases

20  and to be forthcoming with information about

21  herself, I feel that she got the best care she could

22  have given all those circumstances.

23     Q.    In 2007, you testified that the HPL doctor

24  visited the Champaign County jail system one day a

LISA SWAIN

114

1  week.  Was -- at that time was the doctor's time

2  divided between the downtown jail, the satellite

3  jail and the youth detention center?

4         MR. FRUEHLING:  Objection, relevance.

5     A.   Correct.

6     Q.   What was the protocol at the satellite for

7  signing the patients up to see the doctor?

8     A.   As the week would progress, we would keep

9  a list on a paper of those we need to see along with

10  the papers that we were referring, somewhat of a

11  referral that we used, a form that we used that was

12  a referral for them, and we hung that paper list and

13  those referrals on a clipboard and collected them as

14  the week would have gone on, and then we would have

15  made a final list the day before he came, a

16  conclusive list, and then he would have seen them

17  the day he came.

18     Q.   When you talk about the referral sheet, is

19  that an individual referral sheet for an individual

20  inmate or patient?

21     A.   It was actually -- it was actually a SOAP

22  note sheet.  We used the SOAP notes as the

23  referrals.

24     Q.   What did you call it?

LISA SWAIN

115

1      A.    A SOAP note.

2      Q.    And what is that?

3      A.    That indicates SOAP charting, which is

4  subjective, objective -- I have to stop and think.

5  Plan of care.  Education sometimes you'll put at the

6  end of it.  It's a -- it's a basic charting sheet.

7      Q.    Okay.  And is that -- does that charting

8  sheet, is it called a referral sheet?

9      A.    No.

10      Q.    What's it called?

11      A.    SOAP noting.

12      Q.    SOAP noting, okay.  Is the SOAP noting

13  prepared for each inmate who's going to be referred

14  to the doctor?

15      A.    Yes.

16      Q.    They get their own SOAP noting sheet,

17  right?

18      A.    Right.  Right before he comes, we would

19  accumulate those.  If the three of us were there, we

20  would talk about who needs to be seen and then we

21  would do that referral sheet and then -- and then he

22  would be -- he would see them the day that he came.

23      Q.    Did you or any other person that you know

24  of create a referral sheet or a SOAP noting sheet

LISA SWAIN

116

1  for Janet Hahn in June 2007?

2      A.   Not that I know of.  She would have been

3  out of custody before we would have been creating

4  the sheets, which would have been the first of that

5  next week, probably Tuesday or Wednesday.  I believe

6  the day he came, I am not for certain and it wasn't

7  always the same day, but he generally came on

8  Thursdays.

9          MR. FRUEHLING:  I'm sorry, could you

10  please read back the question that was asked?

11          (Requested portion of the deposition was

12  read by the court reporter.)

13          MR. FRUEHLING:  Thank you.

14  BY MS. REDWOOD:

15      Q.   Did you create any other paperwork or

16  documentation in regards to Janet Hahn's

17  incarceration in June of 2007 that we haven't

18  discussed here or used as an exhibit?

19          MR. FRUEHLING:  Objection, form,

20  foundation.

21      A.   I would have written my -- I would have

22  written my note for the state police report and for

23  the sheriff, the one that was noted.  It wasn't a

24  document, it was a report.  There were no more

LISA SWAIN

117

1   documents that I can recall.

2       Q.   Okay.  And do you recall giving an

3   interview to the Illinois State Police Trooper Kim

4   Cessna on June 19th, 2007, in regards to an

5   investigation into the death of Janet Hahn?

6       A.   Yes, ma'am.

7       Q.   Was everything that you told the Illinois

8   State Police at that time true and correct?

9       A.   To the best of my knowledge, yes, ma'am.

10      Q.   And did you have an opportunity to read

11  over the report that Trooper Cessna wrote about that

12  interview?

13          MR. FRUEHLING:  Objection to the form of

14  the question as to when.

15      Q.   Did you have a chance to read it over?

16      A.   Yesterday.

17      Q.   Okay.

18      A.   With Keith.

19      Q.   Okay.  And then is there anything in that

20  report that you noticed when you read it over just

21  yesterday that you would disagree with or think was

22  incorrect?

23      A.   No.  The times are approximates.  That

24  would be the only thing.

LISA SWAIN

118

1      Q.   Okay.  And then as part of that interview

2  you also provided a two page statement to the

3  Illinois State Police which for purposes of this

4  case is Bates marked number 91 and 92, and I'm not

5  marking this as an exhibit but just so we've got the

6  Bates numbers down there.

7           MR. FRUEHLING:  Yeah.  Well, she probably

8  wants the highlighted one, but you can use that to

9  reference.

10      Q.   I'm just looking at the Bates number, the

11  91, 92, and 93.  There's three pages.

12      A.   Okay.

13      Q.   And did you have an opportunity to look

14  over that report in preparation for this deposition?

15      A.   Yes, ma'am.

16      Q.   And was there -- in looking over that, is

17  there anything that you noted in there that might be

18  wrong or a mistake for any reason?

19      A.   To the best of my knowledge, no.

20           MS. REDWOOD:  No other questions.

21           MR. FRUEHLING:  Okay, Howard, do you have

22  any questions?

23           MR. SMALL:  I don't.

24           MR. FRUEHLING:  Okay.

LISA SWAIN

119

1           EXAMINATION BY

2           MR. FRUEHLING:

3      Q.    What I'm going to do is work sort of

4 backwards in time just so you have reference.  I'm

5 going to just go through questions that arose in my

6 mind as Ms. Redwood was asking you questions.

7           You indicated on direct exam that the

8 doctor would visit the jail/correctional center in

9 2007 one time a week, correct?

10     A.    Correct.

11     Q.    The one time a week was a minimum number

12 of visits, correct?  In other words, that was the

13 time that he generally showed up was one time a

14 week.

15     A.    Correct.

16     Q.    Your testimony would not be that he never

17 showed up more than then, correct?

18     A.    No.

19     Q.    There were times where did he show up more

20 than one time a week, correct?

21     A.    Yes.

22     Q.    And that was on an as needed basis?

23     A.    Yes.

24     Q.    Okay.  Now, there was a question that Ms.

LISA SWAIN

120

1   Redwood asked you that I objected to that suggested

2   whether the care was adequate or not, and you, I

3   think, rattled off a number of things that you

4   evaluated in the context of that question.

5           Is it fair to say that you believe that

6   the care that was provided to Janet Hahn from a

7   medical standpoint during the time frame that we've

8   been discussing today, based on everything you

9   articulated, everything that was discussed today,

10  including the signs and symptoms that were available

11  to you and the correctional officers, was in fact --

12  in fact met the standard of care?

13      A.   Yes, it did.

14      Q.   With respect to the poster that Mrs.

15  Redwood put in front of you to ask questions about,

16  you indicated that you thought it was a good thing.

17  And my question to you is, like you suggested,

18  you're not certain whether or not a correctional

19  officer would read it and therefore you're not able

20  to say definitively whether it would be a good

21  thing, but if they did read it, it might be,

22  correct?

23      A.   Correct.

24      Q.   Now if a correctional officer read it and

LISA SWAIN

121

1  they knew the information on there already, the

2  poster wouldn't necessarily be a good thing in any

3  given situation, but it might be for a person who

4  didn't know, true?

5       A.   Correct.

6       Q.   There was a question that Ms. Redwood

7  asked you that said what was available to you

8  regarding Janet Hahn from the medical -- I'm sorry,

9  the mental health folks and in particular she was

10  referencing Exhibit No. 9.  And you indicated that

11  you did not have access to this readily -- or, I'm

12  sorry, you did not have access to this or given to

13  you by the mental health folks.  Do you remember

14  that testimony?

15       A.   Yes, yes.

16       Q.   That doesn't suggest that you and the

17  mental health folks didn't share information

18  regarding the information that's contained in that

19  document, correct?

20       A.   Correct.

21       Q.   So would your testimony be that you and

22  the mental health folks did, in fact, share the

23  information that was contained in Exhibit 9 with one

24  another?

LISA SWAIN

122

1      A.    There was some things that Allison and I

2   -- that Allison told me, yes.

3      Q.    Okay.

4      A.    Specifically all of this?  No.

5      Q.    Right, but some of the --

6      A.    Some of this verbally, yes.

7      Q.    Okay.

8      A.    We conferred.

9      Q.    Okay.  Now, you indicated that when Ms.

10  Redwood asked you questions regarding Ms. Hahn's

11  condition on June 17th of 2007 and she rattled off a

12  number of the con -- the things that were present,

13  such as Janet Hahn's refusal to eat for some period

14  of time, refusal to have blood sugar checks, refusal

15  to take insulin, you indicated that you had concern

16  regarding her and that she needed to be monitored,

17  correct?

18      A.    Correct.

19      Q.    And the thing that she needed to be

20  monitored was for signs and symptoms, correct --

21      A.    Correct.

22      Q.    -- as you stated previously, true?

23      A.    Correct, true.

24      Q.    And the signs and symptoms that you or the

LISA SWAIN

123

1  correctional officers would have been looking for

2  were what?

3      A.   They would have been that she would have

4  had -- been short of breath, that she would have had

5  a fruity smell about her, that she would have been

6  flushed, that she would have been -- could have been

7  exhausted, been extremely thirsty, had excessive

8  urination, that she could have then been confused,

9  had a change in her level of consciousness.

10     Q.   That's not -- now, the list that you just

11  gave me is part of the list that you gave earlier in

12  the testimony to Ms. Redwood, true?

13     A.   Correct.

14     Q.   Any of the symptoms that you're describing

15  would be -- the ones that you just gave me are also

16  the ones that appear on that poster, correct?

17     A.   Some of them, yes.

18     Q.   Okay.  And would you also have signs and

19  symptoms that you would have learned for in training

20  or learned about in training --

21     A.   Correct.

22     Q.   -- true?

23     A.   Correct, yes.

24     Q.   And then would the evaluation of the

LISA SWAIN

124

1  patient for those signs and symptoms be essentially

2  an evaluation of the totality of the circumstances

3  that were known at that time?

4      A.   Yes.

5      Q.   Now, there was an indication that in June

6  of 2000 -- on the direct examination by Ms. Redwood,

7  that I think you said you could have sent Ms. Hahn

8  to the hospital for an emergent situation.  Do you

9  remember that?

10     A.   Yes.

11     Q.   Or any inmate for that matter, correct?

12     A.   Yes.

13     Q.   When you say emergent under those

14  circumstances, is that what you defined earlier as

15  emergent, in other words, an emergency situation

16  then?

17     A.   Was there an emergency situation?

18     Q.   No, I'm asking you is that the set of

19  circumstances that had to exist for a person to be

20  sent to the hospital?

21     A.   There could be -- there would be two sets

22  of circumstances.  There would be a person who is

23  deteriorating, going downhill, presenting with signs

24  and symptoms that you know something is truly amiss,

LISA SWAIN

125

1  and then there would be the person that's laying on

2  the floor that -- I mean those are both

3  circumstances that would take the person to the

4  hospital.

5      Q.   Well, let's explore the laying on the

6  floor.  If a person --

7      A.   Okay, excuse me, okay.

8      Q.   Why don't you be a little bit more

9  specific?

10     A.   I'm sorry, if there -- if there's loss of

11 consciousness, if there is a cardiac arrest, if

12 there was a respiratory arrest.

13     Q.   A bleeding type situation?

14     A.   Exactly, exactly, exactly.  We have

15 several instances where people are sent to the

16 hospital.

17     Q.   Can I see Exhibit No. 7?

18     A.   Certainly.

19     Q.   At no time did you -- at no time during

20 your contact with, the assessment of or interaction

21 with Ms. Hahn did you ever feel that she was in any

22 type of emergent situation given the presentation of

23 her signs and symptoms, true?

24     A.   True.

LISA SWAIN

126

1      Q.   You testified when Ms. Redwood was asking

2   you questions about Exhibit No. 7 that you did not

3   have any responsibility for putting information on

4   this form.  Do you remember that?

5      A.   That is correct.

6      Q.   All right.  Now, is there -- if a

7   person -- if you look at the bottom of that sheet,

8   and I also know that you suggested that you weren't

9   particularly familiar with this sheet, but the --

10  well, strike that.

11           Let me ask you this question.  If you

12  have -- if you take a look at Exhibit No. 7, on the

13  bottom there is some instruction with respect to

14  coding.  Do you see that there?

15     A.   Yes.

16     Q.   Now, with respect to the coding, it would

17  appear as though in the fourth column on the top

18  half of the page that it says a reason and then in

19  there it has Level 2 and Med 2 for Janet Hahn,

20  correct?

21     A.   Correct.

22     Q.   Okay.  Now, you -- do you have any input

23  into the characterization of a person as a Level 2

24  based on the information in the coding?

LISA SWAIN

127

1          MS. REDWOOD:  Are you talking about now,

2    counsel, or then?

3          MR. FRUEHLING:  I'm talking about the time

4    in June of 2007.

5       A.   No.

6       Q.   Okay.  Now, if a person had a medical

7    condition back in June of 2007, is it possible that

8    you would have input into providing information that

9    would cause someone to put some med situation on

10   this sheet?

11      A.   Do you know when this sheet was developed?

12      Q.   I'm not asking about this sheet in

13   particular.

14      A.   Oh, okay.

15      Q.   I'm talking about in mental health watch

16   sheets, generally speaking if a person has a medical

17   situation and you've had contact with them and

18   assessed them, is some of that information then used

19   on this sheet from time to time?

20      A.   Back then it wouldn't have been my

21   knowledge if it is or not because it's a mental

22   health.  There's a --

23      Q.   Strike that.  Well, let me ask you this

24   question.  I want to ask you specifically because

LISA SWAIN

128

1  I'm not talking about mental health and I think my

2  question may have been unclear.

3        You can see down here in the med section,

4  right, there's Med 1, Med 2, Med 3 codes.  If you

5  had assessed a patient and the individual to your

6  knowledge had been designated as a diabetic, is that

7  a situation that you might provide information on to

8  the correctional officer?

9        A.   To the correctional officer, yes.

10        Q.   In fact, you did, right?

11        A.   Yes, yes.

12        Q.   In fact, you talked to Jenna Thode about

13  it --

14        A.   Yes.

15        Q.   -- right?  And others, true?

16        A.   Yes, yes.  I'm just not sure what this

17  sheet -- you know, if it was mental health only.

18        Q.   I understand that.

19        A.   Yeah.

20        Q.   You don't have any responsibility --

21        A.   No.

22        Q.   -- to actually prepare Exhibit 7 --

23        A.   No.

24        Q.   -- at any time, correct?

LISA SWAIN

129

1      A.    No, no, so -- but no, that information is

2  conveyed to the correctional officers.

3      Q.    Now, you indicated earlier when Ms.

4  Redwood was asking you about Exhibit No. -- why

5  don't we pull those out?  Can we put this poster

6  away please?  I think all the exhibits are

7  underneath it.  Thank you.

8      A.    Which one do you need?

9      Q.    Exhibit No. 6.  Ms. Redwood asked you some

10 questions about the email that you sent back on May

11 6th of 2007, right?

12     A.    Correct.

13     Q.    Now, in -- you had answered a question

14 regarding that, that you were aware that Ms.

15 Redwood[sic] was difficult in the way that is

16 described in that email, correct?

17     A.    Ms. Hahn.

18     Q.    I'm sorry, I did that again.  I apologize.

19          MS. REDWOOD:  I know I'm difficult, but --

20          MR. FRUEHLING:  No, far from it.

21     Q.    Ms. Hahn.  Let me rephrase.

22     A.    Yes.

23     Q.    That Ms. Hahn presented with the issues

24 that are present in that email, correct?

LISA SWAIN

130

1     A.    I was aware of some of them, right.

2     Q.    Right.

3     A.    I didn't have -- I didn't reference this

4  email, I didn't bring it up, I didn't -- yeah.

5     Q.    But your recollection in June of 2007 was

6  only that she had been difficult on that one prior

7  occasion, correct?

8     A.    Correct.

9     Q.    All right.

10    A.    Correct.

11    Q.    I think you indicated that you were not

12  aware of an HPL policy that existed in 2007, a

13  written policy that specifically dealt with the

14  recording of information with respect to an error

15  report on an Accu-Chek machine.  Do you remember

16  that?

17    A.    Yes.

18    Q.    Now you've already -- that doesn't

19  indicate that there wasn't a practice by the

20  correctional officers or HPL to not note that from

21  time to time, correct?

22    A.    Right.  I just didn't know if there was a

23  protocol stating that.

24    Q.    Okay.  You indicated earlier that when --

LISA SWAIN

131

1  on June 17th, 2007, I think it was June 17th, 2007,

2  you testified that you had some communication with

3  Officer Castor, correct?

4       A.   Correct.

5       Q.   And after that, it caused you to -- the

6  information he conveyed caused you to immediately go

7  and check on Ms. Hahn, correct?

8       A.   Correct.

9       Q.   And you talked about it, in talking to her

10  and assessing her and so forth and so on, and at

11  that time you indicated that she had said that she

12  had some stomach -- like her stomach or her abdomen

13  were giving her problems?

14       A.   Correct.

15       Q.   What did you mean by that?  Like what kind

16  of problems?

17       A.   She was having abdominal discomfort.  She

18  didn't use those words.  She said my stomach hurts.

19       Q.   All right.  Now, you testified earlier

20  about the -- Ms. Hahn -- knowing that Ms. Hahn had

21  endometriosis, correct?

22       A.   Correct.

23       Q.   What is -- is abdominal pain consistent

24  with endometriosis?

LISA SWAIN

132

1      A.   Yes, especially when they're having

2 menstruation.

3      Q.   Okay.  And why is the fact that if they're

4 having menstruation relevant to this case with Ms.

5 Hahn?

6      A.   Because Ms. Hahn was menstruating.

7      Q.   During the time frame that we've been

8 talking?

9      A.   Yes.

10      Q.   June 15th to June 18th of 2007?

11      A.   Yes.

12      Q.   Okay.  You indicated on one of the

13 questions that Ms. Redwood asked you that given the

14 circumstances that were present with Ms. Hahn over

15 -- on the 17th, the 16th and the 17th, the totality

16 of those circumstances, that caused you concern and

17 that there was potential that she might have a

18 problem but that -- but you didn't finish that

19 thought.

20          And so my question to you is even though

21 she -- when you say that you were concerned about

22 the potential, what did you mean by that?

23      A.   That her -- that she could start

24 exhibiting signs and symptoms that would -- that

LISA SWAIN

133

1  would establish an emergency situation.

2     Q.   Okay.  So, in other words, that there was

3  potential there for it, but it didn't manifest

4  itself at any time where you were aware of it.

5     A.   Correct, constitute an emergency

6  situation, that was the word I was looking for.  It

7  could constitute if those signs and symptoms began

8  to present.

9     Q.   And that's the physical distress that you

10  talked about?

11     A.   Correct.

12     Q.   The physical distress and the signs and

13  symptoms are the red flags that you would have been

14  looking for.

15     A.   Yes, yes.

16     Q.   Could you hand me Exhibit No. 2 please?

17  Okay, I just want to ask you, Exhibit No. 2 has to

18  do with blood sugar and insulin tracking sheet,

19  correct?

20     A.   Yes.

21     Q.   In that -- that form is used both by HPL

22  staff and correctional staff back in June of 2007,

23  correct?

24     A.   Correct.

LISA SWAIN

134

1      Q.   You indicated on questioning by Ms.

2   Hahn[sic] that when the officers took the HS snack

3   in your experience in June of 2007 from the kitchen

4   that there would be a -- well, strike that.

5           MR. SMALL:  Keith, I'm going to take a

6   second to -- I'm going to excuse myself here.  I'm

7   going to go to the city building because I want to

8   speak to these guys.

9           MR. FRUEHLING:  You're okay with the end

10  of it?

11          MR. SMALL:  I'm okay with the end of it.

12  I will take a transcript, June.  I'm not going to

13  have any questions.  I don't have any questions.

14          MR. FRUEHLING:  Okay, thank you, Howard.

15  So, in other words, you don't have any objection to

16  us continuing or completing the deposition, right?

17          MR. SMALL:  You are right.

18          MR. FRUEHLING:  Thank you.  I think I'm

19  actually done with questions, Howard.  Well, let me

20  see.

21  BY MR. FRUEHLING:

22      Q.   If you look at Exhibit No. 2 on the June

23  16th, 2007, 9:57 entry.

24      A.   Uh-huh.

LISA SWAIN

135

1       Q.   It says that there were 20 insulin

2  units -- 20 units of insulin that were given.  That

3  was pursuant to doctor's orders, correct?

4       A.   Correct.

5       Q.   Was there ever a time that you were in the

6  presence of Janet Hahn when she was not alert to

7  date, time, place or any of the other normal

8  indicators of a person who knows where they're at

9  and what's going on?

10       A.   No.

11       Q.   So, in other words, in your presence she

12  appeared to know all of those things, correct?

13       A.   Correct.

14       Q.   You used the term -- I'm sorry, Ms.

15  Redwood used the term self-abusive early on in the

16  deposition and suggested -- you suggested that she

17  wasn't helping to facilitate her medical care by

18  signing authorizations, allowing blood sugar checks,

19  that sort of thing, and the term self-abusive was

20  used in that context.

21           Would you distinguish between self-abusive

22  in that context and self-abusive in the context of

23  suicide for you when you were asking[sic] those

24  questions?

LISA SWAIN

136

1      A.    Rephrase.  Go ahead and try again.

2      Q.    Sure.  What did you mean by when you meant

3  self-abusive when Ms. Redwood asked you the

4  question?

5      A.    What I meant by that was she asked me if I

6  found her to be abusive.  I -- I would have said

7  self-abusive in that she was not participating in

8  her care which inadvertently was going to cause her

9  harm.

10     Q.    Okay.  If you look at Exhibit No. 2, there

11  was a question I think that was asked if -- in

12  connection with Exhibit No. 1.

13     A.    Okay.

14     Q.    On page -- I think it was page 580

15  actually of Exhibit No. 1.

16     A.    Okay.

17     Q.    And there was a question that was asked as

18  to, you know, in what way might -- in what way would

19  you become made aware that Ms. Redwood[sic] was

20  deemed by somebody to be on Level 2 or suicide

21  watch?

22         MS. REDWOOD:  Not me.

23         MR. FRUEHLING:   What?

24         MS. REDWOOD:  Not me.  I wasn't on suicide

AREA WIDE REPORTING & VIDEO CONFERENCING

LISA SWAIN

137

1  watch.

2          MR. FRUEHLING:  I apologize.  I'll start

3  throwing Mr. Fruehling in there to make it -- why

4  don't you strike that question and I'll ask a new

5  question.

6  BY MR. FRUEHLING:

7      Q.   When Ms. Redwood was asking you a question

8  with respect to Exhibit No. 1 on page 580, there was

9  some suggestion as to whether -- you know, what were

10 the ways that you would know that somebody was on

11 green gown or suicide watch, and I think you rattled

12 off some of the ways.

13         In addition to the communication by other

14 officers or mental health, in addition to Exhibit

15 No. 1, in addition to Exhibit No. 7, would the --

16 would you also be able to look at the seg sheet

17 which I think is Exhibit --

18     A.   Yes.

19     Q.   -- No. 8?

20     A.   Yes.

21     Q.   And if you look at the seg sheet at the

22 bottom that's hanging out --

23     A.   Yes.

24     Q.   And you testified that's hanging outside

LISA SWAIN

138

1  people's --

2      A.    Green gown.

3      Q.    -- inmates who are in booking on seg,

4  outside their cell, correct?

5      A.    Correct.

6      Q.    And in booking, if you were to go look in

7  booking, Exhibit No. 7 hangs in booking as well, and

8  if you were to look at it, you could check the level

9  that was dictated and the reason down against the

10 code and see something similar, true?

11     A.    True.

12     Q.    In addition to the written things that you

13 could look at and the spoken things that we've

14 already talked about, if you looked into the cell

15 and you had a person who was on suicide watch, what

16 would they be wearing?

17     A.    Green.

18     Q.    Would that indicate anything special to

19 you?

20     A.    They're suicidal, they're self-harming.

21     Q.    And if they also had a green blanket or

22 something like that, same thing, correct?

23     A.    Correct.

24     Q.    Ms. Redwood asked you early on in the

LISA SWAIN

139

1   deposition about whether you were familiar with the

2   phrase silent killer and you gave her your

3   understanding of that and you talked about the

4   disease working on a person without seeing any sign

5   and symptoms.  You were not talking about a short

6   period of time --

7       A.    No.

8       Q.    -- over a matter of days, were you?

9       A.    No.

10      Q.    Okay.  What were you talking about?

11      A.    May I give an example?

12      Q.    Yeah.  What -- I want you to describe what

13  you were talking about in terms of it working on a

14  person without any signs or symptoms.

15      A.    That we have a family friend who is a type

16  1 insulin-dependent diabetic that was noncompliant

17  through high school and -- but projected as being

18  very healthy.  Continued her noncompliancy into

19  young adulthood and was suddenly found dead.  Now,

20  she functioned in a normal fashion, went to her job,

21  worked out, but she was noncompliant with her

22  diabetes.  She drank alcohol at times.  What -- you

23  could not see the disease working on her from the

24  inside out.

LISA SWAIN

140

1      Q.    Thank you.

2            MR. FRUEHLING:  I don't have any other

3   questions.

4      A.    There's one thing --

5            MR. FRUEHLING:  There's no question

6   pending.

7      A.    Okay.

8            REEXAMINATION BY

9            MS. REDWOOD:

10     Q.    When you left the satellite jail on June

11  16, 2007, did you personally tell any correctional

12  officer what signs and symptoms to look for in Janet

13  Hahn to identify an emergent situation?

14     A.    Yes, ma'am.

15     Q.    Who did you tell and what did you tell to

16  look for?

17     A.    It would have been with Officer Thode and

18  it --

19           MR. FRUEHLING:  Hold on a second.  Are you

20  saying the 16th or the 17th?

21           MS. REDWOOD:  The 16th.

22           MR. FRUEHLING:  So that's --

23     A.    Oh, the 16th.  No, that would have been

24  the 17th, I'm sorry.

LISA SWAIN

141

1        Q.   And I'll ask you the same question for

2    June 17th.  Do you want me to rephrase it, restate

3    the question or do you remember it?

4        A.   I remember it and --

5        Q.   Okay.

6        A.   -- yes, there were two or three things I

7    mentioned and I told her of my concerns.

8        Q.   And what were the things that you told

9    Jenna Thode to look for?

10       A.   Altered level of consciousness, confusion,

11   those were two things I remember distinctly telling

12   her, and fruity smell.

13       Q.   On either June 16th, 2007, or June 17th,

14   2007, when you left the satellite jail, did you post

15   any kind of a note or list on or near Janet Hahn's

16   cell describing the signs and the symptoms for

17   correctional officers to look for to identify an

18   emergent situation?

19       A.   No, ma'am.

20       Q.   When you testified to Mr. Fruehling's

21   question that 20 -- positively, that, yes, 20 units

22   of insulin given to Janet Hahn was pursuant to

23   doctor's orders, was that a specific order where you

24   called the doctor and asked him if you could give

LISA SWAIN

142

1   her 20 units rather than the number of units on the

2   sliding scale?

3       A.    That I have no direct recollection.  We

4   have -- we have a paper indicating I did, but I do

5   not have a recollection of the exact verbiage of our

6   conversation.

7       Q.    You testified that Janet Hahn was oriented

8   to date, time and place at all times.  Did you

9   specifically ask her the questions about what date

10  is it, what time is it, where are you at?

11      A.    Yes, that would have been in the initial

12  assessment, particularly the one where -- the first

13  day I saw her, that morning, and then when I spoke

14  with her in the infirmary that afternoon, I

15  questioned her about that, and then again on Sunday

16  evening.  I have no recollection at 11:00

17  specifically asking those types of questions, but in

18  conversation form that's what I did on those other

19  times.

20      Q.    And did you document at any place that you

21  had asked Janet Hahn these questions about her

22  orientation to date, time and place?

23      A.    Not specifically those questions, no.  It

24  was just in the general assessment, as part of the

LISA SWAIN

143

1   general assessment.

2           MS. REDWOOD:  I don't have any other

3   questions.

4           MR. FRUEHLING:  I don't have any other

5   questions either.  So now is the part of the

6   deposition -- we can go off the record.

7           (Discussion off the record.)

8      A.   Okay, I'll waive that.

9           (Adjourned at 12:41 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

LISA SWAIN

144

```
1   STATE OF ILLINOIS    )
                         )SS
2   COUNTY OF FORD       )

3

4           I, June Haeme, a Notary Public in and for
    the County of Ford, State of Illinois, do hereby
    certify that SUSAN SWAIN, the deponent herein, was
5   by me first duly sworn to tell the truth, the whole
    truth and nothing but the truth, in the
6   aforementioned cause of action.
            That the following deposition was taken on
7   behalf of the Plaintiff at the law offices of Heyl,
    Royster, Voelker & Allen, 102 East Main Street,
8   Urbana, Illinois, on September 15, 2011.
            That the said deposition was taken down in
9   stenograph notes and afterwards reduced to
    typewriting under my instruction; that the
10  deposition is a true record of the testimony given
    by the deponent; and that it was agreed by and
11  between the witness and attorneys that said
    signature on said deposition would be waived.
12          I do further certify that I am a
    disinterested person in this cause of action; that I
13  am not a relative, or otherwise interested in the
    event of this action, and am not in the employ of
14  the attorneys for either party.
            IN WITNESS WHEREOF, I have hereunto set my
15  hand and affixed my notarial seal this 22nd day of
    September, 2011.

16

17

18

19                      JUNE HAEME, CSR, RMR, CRR
                        NOTARY PUBLIC
20

21
    "OFFICIAL SEAL"
22  June Haeme
    Notary Public, State of Illinois
23  My Commission Expires:
    September 27, 2012

24
```

**A**

abbreviation 71:24
abdomen 131:12
abdominal 131:17,23
ability 29:5 93:18
able 70:23 76:6 93:13
120:19 137:16
absolutely 87:5 112:3
abusive 42:14 43:6
43:17,23,23,24 44:2
136:6
academy 13:22
access 92:9 121:11,12
accumulate 115:19
accurate 112:9
Accu-Chek 38:24
40:11 56:13 58:15
59:11 66:16 90:13
105:4 108:20 109:1
130:15
Accu-Cheked 105:2
Accu-Cheking
105:14
Accu-Cheks 45:12
55:9,19,20 62:8,16
64:1 65:7,11 66:5
66:22 77:10 79:13
85:10 104:19
105:18,23 106:14
107:2,3,14,18 108:2
108:21
acquiesce 61:6
act 36:13
acting 35:13 36:9,15
action 144:6,12,13
actions 44:9
active 10:24
actual 51:17
Adams 26:1 91:4
addition 137:13,14
137:15 138:12
addressed 72:9 89:3
adequate 113:8,12
120:2
Adjourned 143:9
administer 109:2

administered 98:2,3
administering 97:19
administration 15:21
50:18,23 55:10
administrative 20:13
administrator 1:4
22:15
adulthood 139:19
adults 21:19
advise 88:12
advises 47:23
affixed 144:15
aforementioned
144:6
afternoon 142:14
age 8:14
ago 19:5 24:5
agree 24:11 31:7
71:21 72:14,22
80:17,19,21,22 81:3
91:20 105:21 113:7
agreed 4:4 80:24
111:20 144:10
ahead 21:22 47:21
58:20 60:5 86:2
90:3 97:24 136:1
Aid 88:13,17,24
aide 13:1
aimed 89:10
al 1:8
Alan 18:18,19
alcohol 32:4 139:22
alert 135:6
Allen 2:9 4:7 144:7
Allison 74:8 84:2
85:6,8 122:1,2
allow 68:14
allowed 5:6,7 106:15
106:17
allowing 135:18
Alpha 23:6,12
altered 73:18 141:10
altogether 107:18
American 110:17,24
111:17 113:1
amiss 100:10 124:24

amount 30:17,18
62:17 75:7
angry 41:11 42:9
43:12,15 85:1,8
89:16
answer 5:8,15,18,19
7:18 8:9 27:22 28:1
28:4,7,14 40:1 42:8
80:24 84:4
answered 5:16,22
48:7 49:24 54:21
60:18 77:3 82:22
85:4 97:16 104:24
108:11 129:13
answering 6:19 7:20
answers 42:8
anybody 87:10
apologize 129:18
137:2
apparent 82:18
appear 123:16
126:17
APPEARANCES 2:2
appeared 135:12
application 88:17,24
apply 57:20 88:13
approached 86:10
approximately 16:9
19:4 21:10,16 23:5
34:10 62:22 100:21
100:23 104:20
approximates 117:23
Aramark 29:15 30:2
66:1
area 1:21 24:19 64:4
107:13 112:14
argued 44:23
argumentative 42:15
43:5 44:20
arguments 45:2
arose 119:5
arrest 113:3 125:11
125:12
arrive 101:7
arrived 34:6,8 100:24
101:7,8

articulated 54:22
120:9
ascertain 40:12
ascertained 32:2
asked 7:19,21 29:18
29:23 38:2 49:23
54:21 60:17,23 77:2
82:7,21 85:4 86:20
86:22 87:11 97:15
104:23 108:10
116:10 120:1 121:7
122:10 129:9
132:13 136:3,5,11
136:17 138:24
141:24 142:21
asking 7:1,4,11 28:21
30:10,11 74:5 89:9
90:6 95:3,7 113:10
119:6 124:18 126:1
127:12 129:4 137:7
142:17
asking[sic 135:23
assess 86:17
assessed 15:17 32:1
40:8 127:18 128:5
assessing 41:18
131:10
assessment 32:6 40:9
86:19 110:6 125:20
142:12,24 143:1
assessments 15:22
40:11 113:15
assist 75:12
associated 23:17
Association 110:18
110:24 111:17
113:2
assume 7:19
assuming 38:24
80:13,13
ate 68:20,20
attempted 65:11
attempting 40:9
attend 10:8 74:12
98:23
attended 95:10

**attention** 32:9,15
  34:20 38:3 40:2
  62:6 93:16 100:14
**Attorney** 2:4,13
**attorneys** 2:9 144:11
  144:14
**attuned** 73:19
**August** 19:8
**authorizations**
  135:18
**available** 29:7,11,24
  35:7,9 49:17 110:14
  120:10 121:7
**avenue** 2:14 93:8
  94:5,11
**avenues** 93:10,14
**aversion** 44:5
**aware** 37:24 39:15
  57:24 58:3,10 63:16
  74:23 75:5,8 76:15
  76:18 77:4 78:3,8
  78:21,23 80:3 85:12
  85:21 86:5,8 129:14
  130:1,12 133:4
  136:19
**A-L-A-N** 18:20
**a.m** 1:15 5:1 38:6
  49:21 69:1,1 101:3

———————
**B**
**back** 11:22 15:22
  19:11 46:7 55:15
  58:22,24 59:24
  61:19 62:1 98:12
  101:1 103:19
  106:18 116:10
  127:7,20 129:10
  133:22
**backwards** 119:4
**badge** 38:7,18,19
  99:11
**badly** 51:20
**balance** 68:3,5
**based** 104:3,10 120:8
  126:24
**basic** 115:6
**basis** 30:14 32:5

64:13 93:11 100:10
  119:22
**Bates** 33:15 37:15
  46:15 50:18 83:16
  91:2 94:18 96:17
  110:3 118:4,6,10
**began** 10:9 20:8
  21:17 22:22 133:7
**beginning** 7:15 50:9
**begins** 36:13
**behalf** 88:18 110:23
  144:7
**beings** 66:11
**believe** 13:23 15:5
  19:8 25:18 26:16
  29:23 48:11,16 49:6
  51:24 61:17 63:3,8
  84:11 91:10 98:19
  112:8,13 116:5
  120:5
**belligerent** 42:13
  43:6,11,14
**benefits** 88:17
**beseeched** 109:1
**best** 7:11 37:4 54:1
  56:2 113:21 117:9
  118:19
**Beth** 26:17,19
**better** 18:8
**big** 111:22
**bigger** 51:16
**bit** 101:8 125:8
**blank** 58:21 59:3,5
**blanket** 138:21
**blanks** 57:13
**bleeding** 125:13
**block** 40:4 45:22
**blood** 35:2 37:19,23
  38:7,22,23 47:2,6
  47:17 54:12 56:15
  56:19,19 65:14
  66:20 67:9 68:13,16
  92:23 103:10 105:3
  105:22 108:4
  122:14 133:18
  135:18

**board** 68:16
**body** 82:6,8,12
**booked** 36:16 69:20
  78:19,24
**booking** 34:12 63:21
  63:23 64:4 80:2
  86:11 94:20 97:5
  101:8 112:14 138:3
  138:6,7,7
**bookkeeper** 13:6
**bottom** 12:14 51:23
  126:7,13 137:22
**box** 2:5 42:12,20
  64:20 65:10
**boxes** 43:3 64:8,11,12
**brand** 36:5
**break** 7:14,17,22,24
  8:2 68:23
**breaks** 8:4
**breath** 73:12 123:4
**Brian** 2:8 9:13
**Brian's** 9:17
**Brief** 91:18
**bring** 19:14 36:17,20
  130:4
**broadly** 90:6
**brought** 53:20
**budget** 12:12
**building** 134:7
**bunch** 64:8
**b.i.d** 62:8 64:1 66:5
**B/S** 34:21 38:11

———————
**C**
**cabinet** 58:24
**call** 35:22 48:9,23,24
  49:3,18 50:2,7,22
  52:18,24 53:6 54:3
  54:10,11 70:7,22
  71:18 90:20 93:17
  94:13 107:21 109:5
  109:18 114:24
**called** 17:2 20:5
  39:12 48:11,12 49:5
  53:4 54:8 67:10
  77:19,21,23 115:8
  115:10 141:24

**calling** 4:14 32:9,15
  34:20 38:3 40:2
  62:6 100:14 111:18
**calls** 72:18 78:2
  113:14
**calorie** 29:3 30:24,24
**calories** 30:17
**capacities** 22:6
**capacity** 18:24 30:3
**carbohydrate** 31:1
**carbon** 91:3
**card** 88:14
**cardiac** 125:11
**care** 13:16,19 14:1,5
  14:16 15:2,18 22:3
  23:7,12 24:3 40:17
  40:19 44:3,10,14
  45:11,16 55:8,22
  56:13 58:2 71:16
  85:14 89:6,11,15
  93:9 94:4 106:17,17
  112:15 113:8,12,21
  115:5 120:2,6,12
  135:17 136:8
**caring** 65:3 68:19
**Carle** 15:10,15 16:2,5
  16:14,19 17:1,6,20
  18:13,16,22 22:2
  40:16 88:4
**carry** 76:5
**case** 6:17 28:12 48:3
  84:7 107:20 118:4
  132:4
**cases** 79:23
**Castor** 86:10 131:3
**casts** 15:20
**categorizing** 95:6
**category** 95:4,5
**cause** 88:12 127:9
  136:8 144:6,12
**caused** 88:16 131:5,6
  132:16
**CCCC** 51:13
**cell** 35:21 76:17,20,24
  85:23 86:6,13,18
  87:2 95:1 97:7,14

97:21 98:1,4 99:3
101:12 108:19,19
138:4,14 141:16
**cells** 68:14,15 101:6
**center** 83:6 96:16
114:3 119:8
**CENTRAL** 1:1
**certain** 111:20 116:6
120:18
**Certainly** 125:18
**certification** 10:12,22
11:1,11,16
**certified** 11:14
**certify** 144:4,12
**Cessna** 117:4,11
**challenged** 22:10
**Champaign** 1:22
2:14 17:22 18:1,3
19:23 23:13,15
24:15,18 25:20 26:3
26:8,14,22 27:4,11
27:15,18 28:17
29:11,16,21 35:7
46:22 49:14 56:24
65:9 73:23 75:21
77:10,14 78:4,24
83:6 94:19 95:11
96:15 100:15 110:4
111:1 113:9,24
**chance** 117:15
**change** 27:1 123:9
**changed** 25:2 43:4
**characterization** 71:9
126:23
**chart** 47:7 64:4
**charting** 115:3,6,7
**check** 47:1 57:13
64:20 65:10 66:7,15
79:3 86:14 100:9
102:5 108:23 131:7
138:8
**checking** 47:6 79:8
108:22
**checks** 44:4,8 122:14
135:18
**choices** 68:7

**choose** 29:8
**Christie** 40:16
**circumstances** 72:11
100:1 113:22 124:2
124:14,19,22 125:3
132:14,16
**city** 134:7
**Clair** 13:21
**clarify** 69:7 83:7 90:4
104:8
**class** 16:10
**classification** 33:21
54:18 95:10,14,14
**classifications** 54:23
94:23
**classified** 39:16
**classify** 43:12
**classifying** 95:23
**clear** 8:10 54:9 87:19
**clearly** 105:11
**client** 6:8
**clinical** 54:1
**clipboard** 114:13
**close** 23:21 47:24
79:18
**CNA** 10:24 11:1,6,9
11:11
**code** 5:24 138:10
**codes** 128:4
**coding** 6:9 126:14,16
126:24
**collected** 114:13
**column** 56:20,21,22
95:1 96:2 99:6,11
99:14,18,19 100:2
126:17
**combination** 35:19
**come** 19:11 23:11
25:6 32:18 37:2
45:6 59:9 66:7,15
69:16 83:8 111:1
**comes** 64:23 115:18
**coming** 15:19
**Commencing** 5:1
**comment** 96:5
**comments** 95:2

100:12
**commissary** 29:6
**Commission** 144:23
**commit** 85:13
**committed** 80:4
**common** 73:13
**communication**
131:2 137:13
**company** 23:7 29:15
30:2
**complain** 46:4
**complaining** 109:11
**completing** 134:16
**complying** 108:21
**composing** 42:3
**compound** 89:8
**con** 122:12
**concern** 54:10,14
55:6 122:15 132:16
**concerned** 105:5
132:21
**concerning** 58:11
**concerns** 54:3,7,13
54:18 55:4 105:16
141:7
**concise** 5:7
**concisely** 6:3
**conclusion** 113:14
**conclusive** 114:16
**Concordia** 14:12
**concurrent** 19:21
**concurrently** 16:16
**condition** 24:12 31:8
43:8 79:18 122:11
127:7
**conditions** 16:7
**Conferencing** 1:21
**conferred** 122:8
**confused** 73:18
103:20 123:8
**confusion** 141:10
**conjectures** 7:5
**connection** 14:9
136:12
**consciousness** 73:19
123:9 125:11

141:10
**consistent** 131:23
**consists** 63:6,7
**constitute** 133:5,7
**consultation** 9:11
**contact** 32:18 40:15
125:20 127:17
**contacted** 110:24
**contain** 38:14
**contained** 121:18,23
**content** 31:2 42:9
**contents** 30:15,18
87:18
**context** 120:4 135:20
135:22,22
**continue** 23:1 55:22
**continued** 21:8 93:23
139:18
**continuing** 28:10
134:16
**continuity** 40:18 93:9
**contracted** 18:3
**contractor** 20:16
**control** 68:8 89:17,18
**conversation** 41:2
45:9 108:18 142:6
142:18
**conversations** 41:10
**conveyed** 92:5 129:2
131:6
**convince** 92:22
**convincing** 98:13
**cooler** 66:2
**cooperate** 48:3 55:9
57:22 58:2 85:9
89:5 94:3 105:9
**cooperating** 85:14
**copied** 51:20
**copies** 33:4
**copy** 9:14 52:5 61:16
64:10 91:3 111:19
111:21,22
**corner** 33:17
**correct** 18:7 26:6
27:13,16,24 28:3,16
30:4 43:18,20,21,21

45:1 49:16 56:16
60:9 61:7 62:15
65:12,17 71:20 72:2
80:15 82:9,10,11,14
83:7,7 84:15,16
89:11,12 100:13
105:18,19 106:1,2,5
107:23,24 108:6,7,9
108:12 114:5 117:8
119:9,10,12,15,17
119:20 120:22,23
121:5,19,20 122:17
122:18,20,21,23
123:13,16,21,23
124:11 126:5,20,21
128:24 129:12,16
129:24 130:7,8,10
130:21 131:3,4,7,8
131:14,21,22 133:5
133:11,19,23,24
135:3,4,12,13 138:4
138:5,22,23
**correction** 12:5,9,16
12:22 13:12 14:10
15:1 58:1 108:18
109:18 112:15
**correctional** 13:22
47:4 57:21 73:23
74:16,22 83:6 96:16
120:11,18,24 123:1
128:8,9 129:2
130:20 133:22
140:11 141:17
**corrections** 11:24
12:17 14:10,24
21:24 91:3 110:19
**counsel** 5:6,9,12 7:23
8:3 9:8 52:5 61:16
67:1 80:18 127:2
**county** 12:18,22
13:13,20,21 14:4
17:22 18:1,4 19:22
23:13,16 24:15,18
25:20 26:3,8,14,22
27:5,11,15,18 28:18
29:11,16,21 35:8

46:23 49:14 57:1
65:9 73:23 75:21
77:10,14 78:4,24
83:6 94:19 95:11
96:16 100:15 110:5
111:1 113:10,24
144:2,4
**couple** 75:1
**court** 1:1 4:9,14 6:20
8:7 14:12 33:9
37:12 46:9,12 50:14
55:17 80:10 83:12
88:10 90:22 94:15
96:12 103:22
106:21 109:24
111:14 116:12
**cover** 79:23
**covered** 15:5,6 16:21
74:21
**covering** 35:23
**CPR** 14:2
**create** 68:15 115:24
116:15
**created** 113:2
**creating** 116:3
**CRR** 1:20 144:19
**CSR** 1:20 144:19
**Cullinan** 9:24 49:5
49:10,13,17,20
52:18 54:8 69:15,22
70:6 77:19,21,23
92:5 107:16,21
**Cullinans** 49:6
**Cullinan's** 53:24
**cup** 76:7,8
**Currently** 28:17
**curse** 43:16
**custody** 116:3
**cut** 51:8 52:20 93:8
**cuts** 12:12

**D**

**daily** 62:9 64:13
75:15 93:11,12
100:7,9
**danger** 71:15
**DANIEL** 1:8

**date** 38:21 88:8 96:24
98:4 100:16,20
102:11 135:7 142:8
142:9,22
**dated** 33:22 91:2
**dates** 19:6 60:11
**day** 32:11,13,16
49:19 59:9,14,24
60:1 69:18 70:14
77:23 82:12,15,18
85:7 93:2 98:19
100:24 101:16,22
102:14 105:14,18
107:2 113:24
114:15,17 115:22
116:6,7 142:13
144:15
**days** 13:24 48:4
69:24 70:3 74:17
75:1,8 78:15,17
83:2,2,9 87:14
104:19 139:8
**day-to-day** 24:2
**dead** 139:19
**deal** 23:16 31:13,19
31:21 87:24 88:24
**dealing** 22:13 31:23
110:11
**dealt** 130:13
**death** 77:1 117:5
**decision** 36:18
**deductions** 21:7
**deemed** 136:20
**Defendant** 2:7,12
**defendants** 1:9 5:12
**deficiencies** 41:21
**deficient** 41:16
**defined** 124:14
**definitely** 98:11
**definitively** 120:20
**degree** 10:12,22
11:16
**degrees** 81:23
**deliberate** 42:9
**delineated** 42:21
**delivered** 62:21

**demeanor** 43:4
**department** 12:18
14:10,24 15:11
18:12 24:17,22
**deponent** 144:4,10
**deposition** 1:14 4:5
6:12,18 7:23 8:3,20
9:12 10:1 39:12
46:8 55:16 80:9
88:9 103:21 106:20
111:18 116:11
118:14 134:16
135:16 139:1 143:6
144:6,8,10,11
**depositions** 4:10 5:13
**describe** 139:12
**described** 36:8
129:16
**describing** 123:14
141:16
**designated** 128:6
**detention** 114:3
**deteriorating** 124:23
**determination** 41:9
41:15
**determine** 81:17
**develop** 74:24 75:9
**developed** 127:11
**developmental** 89:10
**developmentally**
89:19
**diabetes** 16:21 17:2
17:14 24:4,11 69:4
87:24 110:17,24
111:17 113:1,9
139:22
**diabetic** 13:16,19
14:16 16:20 23:22
24:6,9,9 28:19
29:10,17,21 30:6,7
30:7,20,21 36:16
47:5,17 53:22,24
55:8 56:12,13 57:16
57:21 58:2,5,6,14
58:16 62:22 63:10
66:14 67:21 68:4,6

68:11,19 69:11
71:22 72:1,14,22
74:1,2,17,24 75:11
75:12 76:2 77:7,11
77:11 79:11 81:3
82:5,7,16 83:3
92:21 112:16 128:6
139:16
**diabetics** 28:17 29:21
64:24 65:3,13 75:22
111:3 113:2
**diagnoses** 113:19
**diary** 9:3,6,7
**dictated** 138:9
**die** 44:13 74:24
**diet** 29:4,6,7 30:6
**diets** 29:18
**difference** 30:5,19,21
31:3 43:14
**different** 22:17 25:17
89:16 103:9 104:9
106:10
**difficult** 92:22 129:15
129:19 130:6
**dinner** 99:4 101:15
102:6,10
**direct** 119:7 124:6
142:3
**director** 27:10,14
**disabilities** 14:6 15:3
89:5,11,22
**disability** 90:9
**disabled** 21:18 22:9
42:5 89:19
**disagree** 117:21
**disclose** 93:15
**discomfort** 131:17
**discuss** 8:1,2
**discussed** 87:24
116:18 120:9
**discusses** 113:2
**discussing** 120:8
**discussion** 9:10,23
36:2 37:10 82:2
112:5 143:7
**disease** 17:16 139:4

139:23
**diseases** 16:8
**disinterested** 144:12
**dislike** 98:8
**displayed** 81:14
**displaying** 81:13
**distinction** 71:5
**distinctly** 141:11
**distinguish** 135:21
**distress** 133:9,12
**District** 1:1,1 13:1,9
**divided** 114:2
**divorced** 8:17
**DKA** 71:22 72:2,6,6
72:15,21,23 73:9
104:13
**doctor** 47:23 48:9,11
48:13,24 49:2,11,12
49:13,14 50:7 53:4
53:7 69:5,8,12,15
69:23 70:7,7,13,17
70:21 92:6 93:15,17
104:22 105:18
107:2,5 113:23
114:7 115:14 119:8
141:24
**doctors** 93:12
**doctor's** 48:20 50:9
70:9,13 106:6,10
107:14 114:1 135:3
141:23
**document** 33:11,15
33:23 34:1 37:16,18
38:9 46:14,17,19,20
50:17,19,21 56:15
58:1 61:21 64:18
65:4,15 94:17 108:4
110:2,7 116:24
121:19 142:20
**documentation** 52:17
60:8 107:21 116:16
**documented** 37:22
38:10 50:6 65:20
66:1,13 92:18 107:3
**documenting** 55:24
**documents** 7:2 117:1

**doing** 40:11 45:8
**door** 97:6,9,12
**downhill** 124:23
**downtown** 98:23
101:1 102:15 109:5
114:2
**Dr** 9:24 49:5,6,10,13
49:17,20 52:18
53:24 54:8 69:15,22
70:6 77:19,21,23
92:5 107:16,21
**drank** 139:22
**drawer** 63:22
**drink** 76:4,9
**drinking** 76:1,12
85:11
**drop** 68:17
**drug** 31:7,14,20 32:3
32:21
**dry** 87:21
**DT** 32:5
**duly** 5:3 144:5
**duration** 35:15
**duties** 15:15
**duty** 98:24

### E

**earlier** 96:19 98:22
123:11 124:14
129:3 130:24
131:19
**early** 135:15 138:24
**East** 2:10,14 4:7
144:7
**eat** 67:17 68:2 113:17
122:13
**eaten** 87:13 102:21
**eating** 67:4,4,5,10,22
68:4,5,16 85:10
105:12
**educate** 55:18
**educated** 22:16
108:21
**education** 10:8 68:1
68:9 110:16 115:5
**effective** 10:19
**either** 15:22 50:7

70:4 102:21 105:24
107:4 141:13 143:5
144:14
**email** 76:18 84:11
91:1,5,8,20 92:8,14
92:18,24 93:2,4
129:10,16,24 130:4
**emails** 92:12
**emergencies** 16:20,23
**emergency** 15:11
18:13 70:15,20,21
70:22 71:10,15,19
74:2 81:4,11,15,18
94:7 104:2,7 124:15
124:17 133:1,5
**emergent** 71:4,5,7,12
71:14,17,22 94:12
124:8,13,15 125:22
140:13 141:18
**emergent/urgent**
71:2
**employ** 144:13
**employed** 11:19,21
11:21,23 12:5 15:8
**employee** 9:24,24
20:15,17 22:14
**employment** 12:9,15
12:19,21 13:8,12
14:4,9 15:9 16:2,14
17:20 18:21,22,23
19:8,20,22 20:2,3
20:12
**enable** 77:8
**encase** 79:22
**encounter** 14:1
**encouraged** 29:2 68:2
75:15,18 76:4,9
108:20,24
**encourages** 76:8
**ended** 19:8
**endometriosis** 79:14
79:16,18 131:21,24
**enter** 100:2
**entered** 86:18
**entire** 39:11
**entity** 88:13 110:23

**entry** 134:23
**ER** 71:16
**ERIK** 1:3
**err** 90:13
**error** 90:13,19
  130:14
**especially** 132:1
**essentially** 124:1
**establish** 40:18 133:1
**establishing** 93:9
**Estate** 1:4
**et** 1:8
**evaluated** 120:4
**evaluation** 123:24
  124:2
**evening** 62:21 63:4
  142:16
**event** 144:13
**eventually** 35:3 61:6
**evidence** 97:23
**exact** 48:14 142:5
**exactly** 36:14 125:14
  125:14,14
**exam** 119:7
**examination** 3:1 6:14
  119:1 124:6
**example** 139:11
**excessive** 73:15,15
  123:7
**excuse** 35:20 37:7
  74:9 78:12 125:7
  134:6
**exercise** 75:2,10,11
  75:15,18,18,21
**exercised** 54:2
**exerting** 75:18
**exhausted** 73:14
  123:7
**exhaustion** 73:15
**exhibit** 33:8,12,13,18
  37:11 38:4,10,17
  39:12 40:3 42:16,17
  45:21 46:11,15
  50:13,17 52:17
  54:17 56:14 62:7,13
  63:14 64:7,18 65:16

66:24 83:11,15
90:21 91:1 94:14
95:17 96:11,15 99:7
103:11,12 105:23
109:23 110:3
111:13 116:18
118:5 121:10,23
125:17 126:2,12
128:22 129:4,9
133:16,17 134:22
136:10,12,15 137:8
137:14,15,17 138:7
**exhibiting** 17:17
  72:23 132:24
**exhibits** 3:4 129:6
**exist** 124:19
**existed** 130:12
**expect** 87:14,18
**expected** 42:7
**experience** 5:11
  21:18,23 77:18
  112:8 134:3
**Expires** 144:23
**explain** 17:13 35:11
  40:7 62:7,10,19
  64:10
**explore** 107:13 125:5
**express** 85:20
**EXPRESSLY** 4:3
**extensive** 16:6
**extent** 28:12
**extremely** 123:7
**eye** 109:3
**E-R-R** 90:13

---

### F

**facilitate** 135:17
**facility** 51:13
**fact** 54:12 72:9 80:14
  80:18 93:14 104:18
  105:12 113:16
  120:11,12 121:22
  128:10,12 132:3
**facts** 92:17 93:17
**fair** 16:15 20:1 66:24
  101:3 102:13 120:5
**fall** 11:7 12:7

**fallopian** 79:21
**false** 6:10
**familiar** 126:9 139:1
**family** 23:21,23 24:8
  139:15
**far** 33:3 60:8 67:3
  93:5 129:20
**fashion** 139:20
**fat** 68:8
**fault** 61:22 113:11
**fax** 40:15
**Federal** 4:9,9
**feel** 43:14 105:15
  109:11 113:21
  125:21
**feeling** 46:4
**felt** 70:12,16,20
**female** 42:7,11
**field** 22:12
**figure** 51:19
**file** 58:22,23,24 59:2
  59:3,5,7 92:8,13
**filed** 88:18
**fill** 57:12
**filled** 38:1,4 96:23
  110:10
**filling** 53:15,16,18
**final** 114:15
**find** 43:8,10,22,24
  48:9 79:7
**fine** 23:12 68:24
  100:22 101:5
**finish** 8:9 132:18
**first** 5:3 34:11,22
  40:2 51:12 58:17
  59:12 64:14 70:22
  101:9 116:4 142:12
  144:5
**fishing** 28:13
**fits** 95:8
**fixated** 41:11
**flag** 74:15 104:12,21
  105:6
**flagged** 39:21
**flags** 133:13
**flooding** 76:19

**floor** 87:19 125:2,6
**flow** 66:20
**flush** 87:6,11
**flushed** 73:11,11
  87:12 123:6
**focussed** 23:11
**folder** 59:3,3,5
**folks** 121:9,13,17,22
**follow** 6:2,19 31:13
  75:16 90:12
**following** 106:6 144:6
**follows** 5:3
**food** 29:16 62:24 63:5
  67:22 68:11 74:17
  75:1,6 87:13
**force** 106:16,17
**Ford** 144:2,4
**forgot** 7:15
**form** 15:4 17:4 21:21
  23:2 29:13 31:10,20
  32:22 34:2 39:6,11
  39:22 45:18 47:21
  53:1,12,14,18 54:20
  55:11,24 56:8,9,23
  58:4,8,12,16,17,19
  58:21 59:12,13,14
  59:16 60:1,3,7,16
  60:22 61:2,9,17
  63:11,18 65:21 66:2
  66:9 67:13,23 71:23
  72:17 73:2 74:3,19
  75:3,13 78:13 81:6
  81:19 82:22 83:21
  84:2,4,6,13,18,22
  85:3,15 86:1 87:16
  88:1 89:7,23 90:17
  91:24 93:24 94:9,21
  94:24 95:17 96:7,17
  96:22 97:1,22 99:15
  101:23 103:3,15
  104:5,14 105:10
  106:3,8,12,22 107:7
  107:9 108:8 110:9
  110:13,20 111:4
  112:10,17 113:4,13
  114:11 116:19

117:13 126:4
133:21 142:18
**formal** 56:21
**forms** 59:1,3,4,6
100:7
**formula** 75:16
**forth** 16:8 40:11
131:10
**forthcoming** 36:21
40:13 55:21 93:20
113:20
**found** 136:6 139:19
**foundation** 15:11
16:14,19 17:20
18:13,17,22 22:2
23:3 29:14 31:10
45:19 55:12 59:17
60:4 65:22 67:24
69:6 72:18 73:3
74:4,20 75:4,14
78:13 81:7,20 82:22
84:19 85:4,16 87:17
88:2 89:8 90:17
91:24 94:1,10 96:8
97:2,23 99:16
101:24 103:4,16
104:6,15 106:23
107:8 110:21 111:5
112:11,18 113:5,14
116:20
**fountains** 76:7
**four** 33:15 42:23 74:9
**fourth** 126:17
**frame** 120:7 132:7
**Fran** 20:13 22:23
25:4,23 26:19 27:12
74:8 91:4
**frankly** 33:3
**Freeman** 2:13
**Friday** 70:1,4
**friend** 23:22 139:15
**front** 7:3 51:7 76:13
120:15
**Fruehling** 2:8 3:2
5:12 6:3,6 12:11
15:4 17:4,10,21

18:9 20:21 21:4,8
21:15,21 23:2 25:21
26:9,15,23 27:6
28:5,10,20 29:1,13
30:8,13 31:9 33:2
35:24 37:6,8 39:6
39:22 42:16,19
45:18 46:6 47:20
49:23 52:7,11,14
53:1,12 54:20 55:11
55:14 57:6,8 58:8
58:19 59:16 60:3,17
61:11,15,19 62:3
63:11,18 65:21 66:9
66:23 67:13,23
68:24 69:6 71:8,23
72:17 73:2 74:3,19
75:3,13 77:2 78:5,9
78:12 80:7,11,17,23
81:6,19,24 82:21
83:4 84:18 85:3,15
86:1 87:16 88:1,7
88:22 89:7,23 90:2
90:14,16 91:23
93:24 94:9 96:7
97:1,15,22 99:15,22
100:4 101:2,23
103:3,15,18 104:5
104:14,23 105:10
106:3,8,12,22 107:7
108:10 110:20
111:4 112:4,10,17
113:4,13 114:4
116:9,13,19 117:13
118:7,21,24 119:2
127:3 129:20 134:9
134:14,18,21
136:23 137:2,3,6
140:2,5,19,22 143:4
**Fruehling's** 141:20
**fruit** 63:7
**fruity** 73:12 123:5
141:12
**frustrated** 89:17
**full** 82:18
**full-time** 27:9

**functioned** 139:20
**funky** 52:10
**further** 4:13 144:12

**G**
**geared** 65:4
**general** 14:22 29:4
142:24 143:1
**generally** 98:22 116:7
119:13 127:16
**George** 86:10
**getting** 15:22 55:8
61:6 73:11
**give** 19:6 111:2
139:11 141:24
**given** 22:12 35:1,3
38:11,15 47:17,23
48:6 65:11 71:16
77:11 82:19 105:24
107:4 113:15,16,17
113:22 121:3,12
125:22 132:13
135:2 141:22
144:10
**giving** 33:4 48:8 63:1
86:24 117:2 131:13
**go** 10:5 15:22,23
21:21 41:12 45:5,8
45:13 47:4,21,24
48:2 56:6 58:20
59:6,24 60:5 61:19
62:23 66:15,19
67:11 71:2 72:12
81:24 83:2 86:2,23
88:4 90:3 97:20,24
98:7,9,11 101:1
119:5 131:6 134:7
136:1 138:6 143:6
**goes** 51:10 64:9,10
93:6
**going** 6:9 16:6 30:17
41:1 48:3 53:15
71:22 72:6,15,23
73:9 75:17 78:16
104:13 111:16,21
115:13 119:3,5
124:23 134:5,6,7,12

135:9 136:8
**good** 33:3 68:22
109:12 112:21,24
120:16,20 121:2
**governing** 4:10
**gown** 76:20 137:11
138:2
**gown/drug** 96:1,5
**graduated** 10:9,11
**green** 76:6 96:1,5
137:11 138:2,17,21
**Greg** 22:21 91:4
**grow** 79:21
**grows** 79:19,20
**guess** 7:4
**guidelines** 29:17
**guys** 134:8

**H**
**Haeme** 1:20 144:3,19
144:22
**Hahn** 1:3,5 9:3 32:19
33:21 39:13,16,20
40:20 41:3 43:10
44:20 45:24 46:3
48:8 49:3,22 52:3
54:7,19 60:16,22
64:18 65:19 66:5
69:20 70:6 73:8
76:12 77:20,22 78:4
78:23 79:4,8 80:4
84:10 85:1,13,22
86:5,9 88:5,14,18
89:21 91:13,14,22
92:11,19 93:1 95:16
95:23 96:2,6,17,23
97:14,19 99:2
101:22 102:10,17
102:21 103:1,9
104:11 105:17
108:1,9,15 109:8,11
109:15,20 110:10
110:11,14 113:7
116:1 117:5 120:6
121:8 124:7 125:21
126:19 129:17,21
129:23 131:7,20,20

132:5,6,14 135:6
140:13 141:22
142:7,21
**Hahn's** 38:22 47:14
50:3,5 76:17 101:12
116:16 122:10,13
141:15
**Hahn[sic** 134:2
**half** 36:13 51:17 57:3
126:18
**hand** 133:16 144:15
**handed** 46:14 50:16
83:14 94:17 96:14
110:2
**handing** 33:11 37:14
90:24
**hands** 93:5
**handwriting** 34:13
34:15,16,17,18,18
34:19 40:5 50:24
51:3
**handwritten** 40:4
**hanging** 99:2 101:11
137:22,24
**hangs** 97:10,11 138:7
**happen** 75:8 107:9
**happening** 99:23
**happy** 7:14,16 41:12
41:13
**harm** 39:16 136:9
**head** 6:21,21
**health** 10:7 15:7
17:17 20:6 22:4,13
22:16,17 41:19
74:11 84:1,6,9,24
85:19 110:5,10
121:9,13,17,22
127:15,22 128:1,17
137:14
**healthcare** 19:3,21
20:2 23:8
**healthy** 139:18
**Health/Medical**
94:20
**heard** 17:11 71:3
87:11

**hearing** 17:6
**heaves** 87:22
**held** 41:14
**help** 44:10,14 72:10
75:19 93:18 110:18
**helpful** 112:14
**helping** 93:5 135:17
**hereunto** 144:14
**heroic** 33:4
**hey** 19:18
**Heyl** 2:9 4:6 144:7
**high** 10:23 11:17
73:14 139:17
**highlighted** 118:8
**hired** 26:18 29:15
**history** 32:6 40:12,13
55:4 93:19
**hold** 12:19 112:1
140:19
**home** 19:3,21 20:2
21:5 23:8 36:22
41:12,13 45:5,12,13
86:23 103:7 109:19
**Honestly** 19:11
**hopefully** 98:11
**hospital** 15:11,16,23
16:2,14,19 17:20
18:14,17,22 22:2
71:16 72:9 88:4
124:8,20 125:4,16
**hour** 21:16 36:13
64:9 74:9,18
**hours** 35:14 36:9
49:17,19 81:5 82:17
100:18 103:14
104:20 105:4
**Howard** 2:12 33:5
80:20 118:21
134:14,19
**HPL** 9:24 15:9 18:2,3
18:6,23 19:22 20:8
20:12,16 21:17 22:9
22:23 23:16 24:23
25:19 26:2,7,13,21
27:4,11,15,17,20
31:12,18 37:21 49:2

55:7 59:14 65:9
69:3,15,23 70:7,11
73:22 74:14 75:20
75:24 77:9 83:21
84:7 87:23 92:6
110:17,24 113:23
130:12,20 133:21
**HPL's** 90:11
**HS** 62:19 63:2,9,17
64:2,17 65:19 66:6
67:7,19 102:18,22
102:22 103:1 134:2
**human** 66:11
**hung** 114:12
**hurts** 131:18
**husband** 13:2 49:7
**hydration** 77:8
**hyperglycemic** 16:23
**hypoglycemic** 16:22
68:17
**hypothetical** 58:20
59:17 60:5 72:18
80:14 81:8
**hypothetically** 58:13

## I

**ID** 51:12
**idea** 88:16
**identified** 40:5 90:7,7
91:21
**identify** 89:20 140:13
141:17
**IL** 2:6,10,14
**ill** 23:18
**Illinois** 1:1,2,22 4:8
9:21 10:7,17 11:24
12:6,10,16 14:9,24
88:13,17 117:3,7
118:3 144:1,4,8,22
**illness** 26:17
**illnesses** 16:11 22:1
**immediate** 18:16
70:20
**immediately** 70:18
86:17 131:6
**impeachment** 4:15
**implemented** 54:2

**importance** 77:6
**important** 6:22 68:3
68:10,18
**improper** 58:20
59:17 60:4 72:18
81:7
**inadvertently** 136:8
**incarcerated** 113:9
**incarceration** 116:17
**incarcerations** 78:15
78:17 79:5
**include** 16:22 61:2
67:18,21
**included** 9:4 14:21
57:15 68:1
**includes** 29:5 52:6
**including** 74:10
120:10
**incomplete** 81:8
**inconsistent** 107:10
**incorrect** 117:22
**increase** 18:10
**independent** 13:2
20:15
**independently** 67:6
**INDEX** 2:1
**indicate** 86:24 87:22
130:19 138:18
**indicated** 104:24
119:7 120:16
121:10 122:9,15
129:3 130:11,24
131:11 132:12
134:1
**indicates** 47:22 51:13
52:23 53:4 63:3
115:3
**indicating** 62:13
111:24 142:4
**indication** 42:4
102:16,20,24 124:5
**indications** 42:24
**indicators** 135:8
**individual** 78:17
114:19,19 128:5
**infirmary** 45:7 47:1,5

153

LISA SWAIN

56:6 57:2 98:4,6,7,8
98:21 142:14
**inform** 109:10,14
**information** 32:2
36:21 38:13 40:13
40:15 41:20 52:6
66:4 73:24 74:10,11
84:10,24 92:5,10
93:13,18,20 112:9
113:20 121:1,17,18
121:23 126:3,24
127:8,18 128:7
129:1 130:14 131:6
**informational** 25:9
111:2
**informed** 68:3,7 85:6
109:7
**informing** 39:18
**initial** 33:20 54:17,23
110:5 142:11
**initially** 56:4,5
**initials** 38:7,16 83:23
99:11
**injecting** 47:6
**injection** 48:18
**injections** 104:20
105:13
**inmate** 29:18 31:14
31:19 32:19 34:5
36:16 47:5 51:12
53:19 55:8,24 57:16
57:22 58:2,5,6,14
58:16,23 59:9,10,11
63:10,16 69:4 70:12
70:17 89:4 97:5,7
104:21 114:20
115:13 124:11
**inmates** 13:16,19
14:5,16 15:2 22:10
23:18 29:11 49:15
76:2 86:12 95:6
112:16 138:3
**inner** 79:23
**input** 95:22 96:4
126:22 127:8
**inside** 83:5 139:24

**instance** 59:8 67:9
**instances** 125:15
**instituted** 74:8
**institution** 10:23
11:17
**instructed** 22:16
**instruction** 126:13
144:9
**insulin** 35:3,6,7,12,13
35:13,16,20,20 36:4
36:9,12,15,17,18,20
36:24 37:20,23 38:8
38:15 45:7 46:16,21
47:7,14 48:9,18
55:10,19 56:4,13,15
61:6 62:10,17 63:1
64:1 65:14 66:5,17
66:21,22 67:10 68:5
68:12,13,16 72:11
74:18 75:2,6,17
79:12 81:5 82:5,8
82:12,14,17,20 83:2
83:10 85:10 92:22
97:20 98:2,3,9
103:10,13 104:20
105:13,21,22
106:15 108:5 109:2
122:15 133:18
135:1,2 141:22
**insulin-dependent**
68:11 79:11 92:21
139:16
**intake** 31:14,20 32:22
34:2
**intellectual** 14:6 15:2
89:5
**intended** 64:12
**interaction** 125:20
**intercede** 23:6
**interested** 144:13
**interview** 117:3,12
118:1
**invariably** 5:16,22
**investigation** 117:5
**involuntarily** 80:4
**involved** 14:14 15:21

**irrelevant** 28:5
**Island** 10:7
**issues** 15:7 22:4
129:23

**J**

**jacket** 95:1
**Jacksonville** 12:2,3
12:13,24 13:8
**jail** 19:22 29:16 30:3
34:7,9 35:8,23
36:17 41:12 46:23
49:14 66:7 69:16,21
69:24 75:21 77:10
77:14 78:4 79:1,14
83:8 98:18,23
100:16,19 101:9,21
102:7 103:8 105:5
109:19 111:3 113:3
113:10,24 114:2,3
140:10 141:14
**jails** 24:18
**jail/correctional**
119:8
**Janet** 1:4 9:3 32:19
33:21 38:22 39:13
39:15,20 40:20 41:2
41:11,11 42:6 43:10
44:20 45:24 46:3
47:14 48:8 49:3,22
50:3,5 52:3 54:7,19
60:15,22 64:18
65:19 66:5 69:20
70:6 73:8 76:11,17
77:20,22 78:3,23
79:4,8 80:3 84:10
85:1,13,22 86:5,9
88:5,14,18 89:21
91:13,14,21 92:11
92:18 93:1 95:16,23
96:2,5,16,23 97:14
97:19 99:2 101:11
101:22 102:10,17
102:21 103:1,9
104:11 105:17
108:1,9,14,20 109:8
109:11,15,20

110:10,11,14 113:7
116:1,16 117:5
120:6 121:8 122:13
126:19 135:6
140:12 141:15,22
142:7,21
**Janet's** 108:19
**January** 20:9
**Jenna** 108:14 128:12
141:9
**Jennifer** 84:3 91:4
**JN** 83:23 84:2
**job** 17:22,24 20:14
63:9 103:8 104:3
111:10 139:20
**jobs** 12:13
**Joseph** 2:6
**Jude** 2:4 6:16 30:9
**judgment** 54:1
**June** 1:20 12:20 32:9
32:10,15 33:22 34:4
38:21 39:10,15 41:5
41:6 43:11 44:21
46:3 47:14 48:15,24
49:1,2,15,21 50:6
51:14 53:5,16 54:6
54:13,19 55:7,23
57:15,24 60:21,24
61:5 64:19 65:6,8
65:18 66:4 69:10,14
69:21 70:5,11 74:23
76:11,15 77:20,21
78:22,22 79:3 80:3
84:9,23 85:12,21
86:4 88:4,14,18,21
89:2,20 92:9,15,17
93:21 94:2,6 95:22
96:4 97:13,18 98:4
98:18 99:1 100:14
101:10,14,15,18,20
102:9,18,22 103:2
103:23,24 104:9
105:24 107:3,16,18
108:2,9,13 110:9,13
113:10 116:1,17
117:4 122:11 124:5

LISA SWAIN

127:4,7 130:5 131:1
131:1 132:10,10
133:22 134:3,12,22
140:10 141:2,13,13
144:3,19,22

**K**

**keep** 37:4 109:3
114:8
**Keith** 2:8 9:13
117:18 134:5
**Kendra** 26:1,16,18
91:4
**kept** 46:22,24 58:18
59:1 61:13 63:22
**ketoacidosis** 72:1
74:24 75:5 104:17
**ketones** 77:12,14,16
**kill** 45:16
**killer** 17:3,14 139:2
**Kim** 117:3
**kind** 5:23 10:12,22
13:7,11 16:1,4
20:11 24:21 25:8
28:18 35:6 41:8,15
56:12 57:11 63:5
70:5 73:24 74:14
75:10,11,20,24
87:14 92:10 104:2
131:15 141:15
**kinds** 35:7
**kitchen** 65:24 66:2
134:3
**knew** 23:10 79:10
88:3 121:1
**know** 7:11,16,23
16:21 19:20 22:5
25:13 30:5,19 31:5
33:1 34:8 36:5
39:20 43:13 48:12
48:14 51:5,18,21,22
54:4 62:3 63:2,5
68:19 69:22 73:6
74:21 75:7,16 76:3
76:9,21,24 78:6
80:1 81:22,22 84:17
84:23 87:8,10 92:4

92:8 93:1 95:13
97:9 98:10 99:17
100:18 102:6
107:22 108:22
110:22 112:19
115:23 116:2 121:4
124:24 126:8
127:11 128:17
129:19 130:22
135:12 136:18
137:9,10
**knowing** 131:20
**knowledge** 30:23
31:2,6 37:2 40:10
41:24 59:18 60:2,6
65:12 69:13 70:3,8
90:18 113:17 117:9
118:19 127:21
128:6
**known** 39:17 124:3
**knows** 30:10 135:8

**L**

**labeled** 33:12 37:14
90:24 94:18 110:3
**Land** 11:2
**language** 44:16 57:11
**lasted** 16:8
**lasts** 36:10
**Latin** 63:3
**law** 2:4,5,9,13,13 4:6
144:7
**laying** 87:15 125:1,5
**leading** 94:1
**learn** 17:1
**learned** 123:19,20
**leave** 93:2
**leaving** 12:8 17:19
93:1
**lectures** 111:2
**left** 12:12 98:22
100:24 102:14
105:5 109:3,6
140:10 141:14
**legal** 113:14
**letting** 44:5
**let's** 20:20,22 34:14

41:5 66:12 125:5
**level** 15:20 73:18
95:19,23 123:9
126:19,23 136:20
138:8 141:10
**library** 13:1
**license** 10:18 11:1
**licensed** 10:15 15:13
**lieutenants** 25:7
**life** 71:15
**limit** 30:17 47:24
**limited** 113:18
**Lincoln** 11:2
**line** 38:4 51:10,14,23
88:23
**lining** 79:19,23
**list** 12:14 70:9 114:9
114:12,15,16
123:10,11 141:15
**listed** 31:14,19 32:22
38:1
**listing** 33:21 54:18
**litigation** 5:11
**little** 38:5 64:8 65:10
93:22 101:8 125:8
**live** 85:2
**located** 56:24
**log** 96:16,20 97:4,6
98:15 99:2,7 101:11
101:21 102:10,17
102:21 103:1,11
**logs** 104:1
**long** 5:13 7:14 11:8
12:5,19 22:24 76:21
98:17
**longer** 6:13 35:13,14
36:9,10 73:19 98:20
**look** 33:13 34:15
61:20,21 66:19,21
74:1 81:10,12 82:23
82:24 87:4 110:7
111:22 112:2,20
118:13 126:7,12
134:22 136:10
137:16,21 138:6,8
138:13 140:12,16

141:9,17
**looked** 42:3 138:14
**looking** 9:19 54:16
73:8,10 90:5 92:10
92:14 118:10,16
123:1 133:6,14
**looks** 38:6 64:9
**loss** 125:10
**lot** 16:11 67:3 76:8
93:12
**loud** 6:20
**Louise** 1:5 33:21
**low** 31:1,1 68:8
**lower** 33:17
**LPNs** 27:8
**lunch** 99:3 101:15,22

**M**

**machine** 52:10
130:15
**machines** 45:11
**Main** 2:10 4:7 144:7
**maintain** 68:8
**making** 5:13 41:8
68:7 78:1
**male** 49:11,12
**manifest** 133:3
**manner** 42:2,2
**MAR** 50:22 51:1,5,16
52:2,6,16,22 53:3,6
53:10,16,18,21 62:7
62:20 63:14,17,20
64:1,7,23 65:3
**marginal** 48:2
**marital** 8:16
**mark** 32:24 50:12
64:20 96:10 109:22
**marked** 33:8 37:11
37:15 42:12,22
45:24 46:11,14
50:13,16,19 83:11
83:14 90:21 94:14
94:18 96:11,14
109:23 111:13
118:4
**marking** 118:5
**marks** 65:10

**materials** 110:16
**matter** 8:3 124:11
  139:8
**ma'am** 8:6 9:1,5,9
  10:2 11:4 13:10,14
  13:17 14:7,11,18
  15:10,14 16:3,17
  17:12 18:15 19:24
  20:4,7,10 22:4
  23:14 24:5,13 25:12
  26:12 27:3,21 28:6
  31:11 32:12,14,17
  32:20 33:24 39:2
  40:22 41:4,7 44:12
  44:15,17,22 46:2,10
  46:18 47:9,15 50:20
  51:4 57:19,23 59:5
  61:12,14 64:6 74:13
  79:2,6 80:6 83:18
  83:22 86:15 87:3,5
  88:6,15,20 91:6,9
  91:12,15 92:1 94:8
  94:11,22 95:15,24
  96:3,9,18,21 97:8
  97:17 99:20 100:17
  101:13,17 102:12
  102:23 108:16
  113:6 117:6,9
  118:15 140:14
  141:19
**meal** 28:19 29:3,21
  30:11
**meals** 30:22 31:2
  67:22 103:13
  104:19
**mean** 17:15 25:2 37:6
  40:7 43:6 54:21
  66:10 71:7,12 72:2
  72:12 73:16 93:6
  101:24 102:1 125:2
  131:15 132:22
  136:2
**meaning** 36:23 92:24
**means** 17:13 34:24
  62:8,9,11,12,20
  71:24

**meant** 93:9 136:2,5
**mechanic** 13:4
**mechanic's** 13:3
**med** 95:20,23 101:9
  126:19 127:9 128:3
  128:4,4,4
**medical** 13:7,11,23
  13:24 14:8,13,22,22
  14:23 23:19 24:12
  24:19 31:8 34:2
  45:17 55:8 59:7
  74:10 79:4,8 84:4
  84:22 85:9,14 88:13
  89:6 92:13 93:7,16
  110:14 113:8,12,18
  113:18 120:7 121:8
  127:6,16 135:17
**medication** 15:21
  50:18,23 64:12 65:5
**medications** 53:20,21
  63:22 72:10
**meds** 34:11 101:6
**meeting** 25:11,14
  95:14
**meetings** 95:10
**member** 23:21,23
  24:8
**memorized** 33:7
**memory** 7:2
**menstruating** 132:6
**menstruation** 132:2,4
**mental** 14:6 15:2,7
  22:1,3,13,15,17
  41:9,19,21 74:10
  84:1,6,9,24 85:19
  89:4,22,22 90:8,9
  94:20 110:5,10
  121:9,13,17,22
  127:15,21 128:1,17
  137:14
**mentally** 21:18 22:9
  22:10 23:18 41:16
  42:5
**mentioned** 30:16,16
  141:7
**menu** 29:10

**met** 9:13 120:12
**metabolism** 68:15
  77:8
**metabolize** 75:19
**milk** 63:8
**mind** 39:7 119:6
**mine** 34:17,18,19
**minimum** 119:11
**minutes** 110:7 112:1
**mischaracterizes**
  97:23
**missing** 51:23
**mistake** 118:18
**moaning** 109:15
**moans** 109:16
**moment** 91:16
**Monday** 70:1,4
**monitor** 105:8
**monitored** 105:7,15
  122:16,20
**month** 64:14,15,15
  93:22
**months** 15:10 16:9
  83:9
**Morgan** 12:17,22
  13:13,19 14:4
**morning** 43:7 49:4
  60:24 66:15 67:12
  85:23 142:13
**Morris** 74:9 84:2
  85:6
**Morrison** 74:8
**mouth** 67:3
**move** 6:12

─────────────
**N**
**N** 35:9,12,13,19 36:8
  36:19
**name** 6:16 8:12 19:10
  23:7 36:5 51:8,9,11
  51:12,12 73:20 95:1
  95:4
**named** 32:19
**names** 95:5,7
**nature** 10:13 44:2
  50:8 107:12
**near** 97:7 141:15

**necessarily** 43:7
  121:2
**necessity** 4:14 75:6
**need** 6:13 7:22,24
  33:13 71:15 72:8,12
  75:11 76:5 81:14,17
  85:9 91:16 109:3
  114:9 129:8
**needed** 15:19 70:13
  70:17 104:21 105:6
  119:22 122:16,19
**needs** 36:17 45:17
  54:4 82:6,8,12,19
  105:15 109:4
  115:20
**nephew** 24:1,3
**never** 39:7 60:16
  61:18 119:16
**new** 22:14 137:4
**Nicholas** 84:3 91:5
**night** 43:3 62:23,24
  103:6 109:15
**nine** 62:22
**nod** 6:21
**noncompliancy**
  139:18
**noncompliant** 55:5
  139:16,21
**noncooperation**
  93:23
**nonhealth** 72:24
**nonprofessional**
  71:18 73:6
**nonprofessional's**
  73:4
**nonsuggestively** 6:4
**normal** 42:10 54:10
  57:9 135:7 139:20
**normally** 102:6
**notarial** 144:15
**Notary** 144:3,19,22
**notation** 38:9 40:4
  63:24
**notations** 63:24 64:3
**note** 100:10 114:22
  115:1 116:22

130:20 141:15
**notebook** 63:20
**noted** 116:23 118:17
**notes** 8:18 9:2,6,6,7
114:22 144:9
**notice** 42:23 45:24
104:4
**noticed** 42:1 102:4
117:20
**notified** 107:17
**notify** 70:21 74:16
**noting** 115:11,12,12
115:16,24
**Novak** 26:17,20
**number** 12:14 38:8
38:14,18,19,20
39:24 47:16 51:13
64:9 78:14 81:22
83:16 99:11 103:9
118:4,10 119:11
120:3 122:12 142:1
**numbered** 33:16
**numbers** 118:6
**nurse** 10:4,14,16 15:8
17:7,23 20:14 22:2
22:24 24:15,23 27:7
31:13,19 34:3 53:18
57:17 58:14,15 59:9
66:14 68:18 70:12
70:16 73:7 89:3
95:10 99:8,12 100:3
110:17 112:8
**nurses** 25:19 26:2,2,7
26:13,21 27:4,17,20
65:4
**nursing** 10:5,6,21
11:20,23 17:2 27:11
27:14

---

**O**

**object** 30:13 99:22
**objected** 6:7 120:1
**objection** 5:17,20
12:11 15:4 17:4,10
17:21 18:9 20:21
21:4,8,15,21 23:2
25:21 26:9,15,23

27:6 28:5,10,20
29:1,13,14 30:8,13
31:9 39:6,22 45:18
47:20,20 49:23 53:1
53:12 54:20 55:11
57:6 58:8,19 59:16
60:3,17 61:11,15
63:11,18 65:21 66:9
67:13,23 69:6 71:8
72:17 73:2 74:3,19
75:3,13 77:2 78:5,9
78:13 81:6,19 82:21
84:18 85:3,15 86:1
87:16 88:1,23 89:7
89:8,23 90:14,16
91:23,23,24 93:24
94:9 96:7 97:1,15
97:22 99:15,22
100:4 101:23 103:3
103:15 104:5,14,23
105:10 106:3,8,12
106:22 107:7,12
108:10 110:20
111:4 112:10,17
113:4,13 114:4
116:19 117:13
134:15
**objections** 5:7,8,13
6:3
**objective** 115:4
**observations** 73:8
113:16
**obtain** 40:12,17
93:13,18
**obtained** 11:2 40:9
65:24 110:17
**occasion** 78:15 130:7
**offer** 18:1 30:24
55:19,19,22 89:15
108:1
**offered** 17:22,24 18:5
30:6 56:3,7 58:5
59:19 60:22 98:6,8
107:5,11,14 108:20
**offering** 108:23
**office** 2:5,13 12:23

13:13,20 14:4 23:16
24:16 25:20 26:3,8
26:14,22 27:5,11,15
27:18 28:18 29:12
29:22 46:23 57:1
65:10 73:24 94:19
95:11 110:5 111:1
**officer** 11:24 12:6,9
12:16,17,22 13:12
14:10 15:1 21:24
38:13 47:4 73:23
74:16 86:10 90:12
108:14,18,22 109:2
109:7,10,14,18
120:19,24 128:8,9
131:3 140:12,17
**officers** 39:17 56:18
57:21 58:1 63:13,16
64:5,22 65:2,23
74:22 112:15
120:11 123:1 129:2
130:20 134:2
137:14 141:17
**officer's** 38:7
**offices** 4:6 93:12
144:7
**OFFICIAL** 144:21
**officially** 56:17
**oh** 5:20 8:7 23:9 39:6
44:12 66:15 87:5
127:14 140:23
**okay** 8:11 9:18,23
16:18 17:19,24 18:5
18:21 19:15,19 20:1
22:19 23:9 25:4,8
25:13 27:22 29:9,20
30:2 31:4 32:15
33:14 34:8,13 35:11
35:22 36:8 37:1
38:19 39:10,19
40:20 41:22 42:1,12
43:10,13,17,22 44:7
45:15,21 47:3,10
48:7,17 49:13 50:3
50:11 51:9,16,24
53:5,9 54:12 55:23

57:11 58:13 59:2,8
59:21 60:8,13,15
61:5,8 62:4 63:5,24
65:6,13 67:18 69:20
71:3,17 72:4 74:7
75:10 76:11 78:16
78:18,22 80:11,23
82:16 83:21 84:5,9
84:12 89:13 91:19
92:2 93:4 95:9,13
95:16 97:13,18 98:3
98:14 99:6,19
100:14,23 102:4,16
103:17 110:8
111:11,23 112:6,22
113:1 115:7,12
117:2,17,19 118:1
118:12,21,24
119:24 122:3,7,9
123:18 125:7,7
126:22 127:6,14
130:24 132:3,12
133:2,17 134:9,11
134:14 136:10,13
136:16 139:10
140:7 141:5 143:8
**once** 6:2 7:13 48:4
60:10 69:17 90:15
97:4
**ones** 54:22 123:15,16
**ongoing** 35:1
**on-the-job** 22:23,24
23:15 24:14
**opens** 68:14
**opinion** 17:15 52:2
72:19 73:5 81:9
112:7,12,19,23
113:15
**opportunity** 117:10
118:13
**opposed** 24:22 80:14
**order** 6:1 29:5 50:9
75:12 141:23
**ordered** 105:17 107:2
107:6
**orders** 48:20,22

49:18 106:10
107:10,11,15 135:3
141:23
**orientation** 142:22
**oriented** 42:22 45:23
46:1 142:7
**outside** 15:23 79:19
79:20,21 99:3
101:11 137:24
138:4
**outward** 72:23
**ovaries** 79:22
**overnight** 43:4
**o'clock** 62:22 101:1
102:5

**P**

**page** 33:15,19 34:14
34:20 38:10,12
39:24 40:3 42:18
118:2 126:18
136:14,14 137:8
**pages** 118:11
**paid** 20:18 21:2,11
**pain** 131:23
**painful** 109:15
**paper** 51:20 57:4,9
61:3 114:9,12 142:4
**papers** 114:10
**paperwork** 116:15
**part** 40:9,11 85:4
92:13 111:9 118:1
123:11 142:24
143:5
**participant** 22:3
**participate** 11:5
**participated** 24:2
29:10
**participating** 44:4
136:7
**particles** 87:20
**particular** 23:17
53:19 55:3 63:16
64:17 69:18 77:13
84:13 121:9 127:13
**particularly** 54:17
126:9 142:12

**parties** 4:4
**party** 144:14
**part-time** 20:3 27:9
**pass** 101:6
**passed** 34:10 77:24
**passes** 65:5 101:9
**passing** 72:15
**patently** 6:10
**patient** 47:3 51:5,24
55:19 56:11,12 66:3
68:2,19,20 70:16,17
70:24 74:1 93:7
103:12 104:12,18
105:6,17 107:17
114:20 124:1 128:5
**patients** 14:1 15:17
15:18,24 16:7 21:24
22:7,14,18 47:1
53:23 63:21 76:5
83:8 89:10,15 100:9
114:7
**patient's** 107:22
**PATRICK** 1:3
**pattern** 93:23
**pause** 91:18
**paused** 98:10
**pay** 18:8,10
**peak** 36:14
**peaks** 35:14 36:9,12
36:12
**pending** 140:6
**people** 15:19 22:3
25:17 73:13 83:1
125:15
**people's** 138:1
**perceive** 72:6
**percent** 35:19,20
**perceptions** 73:4
**period** 74:18 122:13
139:6
**peritoneum** 79:24
**person** 25:17 30:20
30:20 43:4 53:22
54:4 57:12 82:7,18
87:13 115:23 121:3
124:19,22 125:1,3,6

126:7,23 127:6,16
135:8 138:15 139:4
139:14 144:12
**personal** 9:2,22
**personally** 43:17,23
49:20 60:22 108:1
140:11
**person's** 17:17 71:15
**perspiration** 86:20
**phone** 35:21
**phrase** 139:2
**physical** 87:15 133:9
133:12
**physically** 56:24 69:7
69:11,15,23 100:19
**physician** 40:15
**pick** 53:18
**piece** 57:3,9 63:7
**Pittsfield** 12:3
**place** 42:22 45:23
46:1 50:3,5 52:16
52:20 56:14,17
58:11 61:13 63:15
66:18 67:18 73:20
135:7 142:8,20,22
**placed** 63:20 64:3,3
**plain** 47:8
**Plaintiff** 2:3 144:7
**plaintiffs** 1:6 6:17
**Plan** 115:5
**please** 6:3 7:9,23 8:12
33:1,18 34:15,22
35:11 40:6 49:1
50:12 52:6 62:7,10
62:19 65:7 90:20
91:17 94:13 96:10
106:19 109:22
116:10 129:6
133:16
**pods** 34:11 101:7
**point** 5:15 7:13 55:3
**points** 48:1,1
**police** 8:22,24 9:4,21
80:5 116:22 117:3,8
118:3
**policies** 77:9

**policy** 31:12,18,21,23
37:22 53:6,8,9,17
55:7,23 57:15,20,24
58:3 59:15 65:9
69:3,10 70:11 75:20
75:23 76:1,3 87:23
90:18 130:12,13
**portion** 46:8 55:16
80:9 88:9 103:21
106:20 116:11
**position** 14:24 18:5
**positively** 141:21
**possible** 77:15 127:7
**possibly** 41:21 84:1
**post** 10:23 11:17
141:14
**posted** 63:15 112:14
**poster** 111:16,19,22
112:2,9,13 120:14
121:2 123:16 129:5
**potential** 81:11 92:1
132:17,22 133:3
**practice** 54:1,10
64:22 65:2 76:4
84:21 89:14 130:19
**predeposition** 9:14
**premade** 65:24
**preparation** 9:11
10:1 118:14
**prepare** 8:19 128:22
**prepared** 51:6 52:1,3
115:13
**prescriptions** 93:13
**presence** 135:6,11
**present** 42:11 43:9
69:23 100:19
122:12 129:24
132:14 133:8
**presentation** 125:22
**presented** 85:1
129:23
**presenting** 124:23
**presently** 20:24 27:7
28:21,24 29:2 78:10
78:21 93:11 100:5,6
100:7 111:6,7,8,12

**pretty** 93:5
**previous** 41:19,23
  43:3 48:4 77:17
  79:4,8,11
**previously** 78:24
  79:13,14 80:5 84:7
  122:22
**prior** 12:15 15:9 48:8
  110:11 130:6
**prison** 12:4
**private** 9:7
**probably** 10:24 19:7
  33:6 52:11,12 116:5
  118:7
**problem** 6:10 23:19
  90:8 132:18
**problems** 23:17
  89:21 90:2,4 91:21
  92:3 131:13,16
**procedural** 25:3
**procedure** 4:9 31:13
  31:18 90:12
**procedures** 25:2
**produce** 61:20,21
  82:5,8
**produced** 111:17
**profession** 10:3
**professional** 10:14
  72:24
**program** 11:3,6,8
  16:6
**progress** 114:8
**projected** 139:17
**projecting** 72:7
**proper** 6:1 32:7 75:1
**properly** 6:7
**protocol** 32:7 36:23
  50:10 53:23,24
  62:11,15 64:2 70:12
  74:15,21 105:19
  106:7 107:15 114:6
  130:23
**protocols** 54:2
**Provena** 40:16
**provide** 29:16 63:9
  73:22 76:1 84:22

106:17 128:7
**provided** 84:14,21,24
  102:18 106:14
  118:2 120:6
**providing** 127:8
**provision** 65:19
**psychiatric** 80:5
**Public** 88:13,17,24
  144:3,19,22
**pull** 129:5
**purports** 33:20 50:17
  83:15 91:1 94:19
  96:15 110:4
**purpose** 47:6
**purposes** 4:8 80:19
  111:18 118:3
**pursuant** 4:8 6:4
  135:3 141:22
**put** 51:7 58:21,24
  61:1 64:20 77:1
  97:6 99:11 100:10
  115:5 120:15 127:9
  129:5
**putting** 126:3
**p.m** 101:3 143:9
**P.O** 2:5

### Q

**qualify** 72:4
**question** 5:17,18,20
  6:19 7:8,9,10,12,14
  7:17,18,20,20 8:9
  17:5 19:16 31:4
  39:23 47:21 48:7
  53:2,13 54:21 55:12
  55:15 58:9,20 63:12
  63:19 66:10 67:14
  67:24 69:10 71:11
  71:23 72:18 73:3
  80:8,15,19 86:2
  89:8,24 91:24 94:10
  96:8 97:2,23 101:24
  103:19 104:6,9
  105:11 106:4,9,13
  106:19,23 116:10
  117:14 119:24
  120:4,17 121:6

126:11 127:24
  128:2 129:13
  132:20 136:4,11,17
  137:4,5,7 140:5
  141:1,3,21
**questioned** 142:15
**questioning** 5:5
  134:1
**questions** 6:10,11 7:1
  7:13 8:5 40:4 45:22
  49:18 88:24 118:20
  118:22 119:5,6
  120:15 122:10
  126:2 129:10
  132:13 134:13,13
  134:19 135:24
  140:3 142:9,17,21
  142:23 143:3,5
**quick** 42:8
**quicker** 36:13,15
**quickly** 55:15
**quite** 43:1
**quote** 93:4,6

### R

**R** 34:22 35:3,4,6,9,20
  36:11,12,19,22,23
  36:23 38:8,11 46:20
  63:1
**raise** 74:15 104:20
**ran** 54:23
**rattled** 120:3 122:11
  137:11
**react** 81:14
**read** 8:18,22 34:23
  39:10,14 42:24 43:1
  46:6,9 55:14,17
  80:10 88:10 91:16
  103:8,18,22 106:18
  106:21 112:2
  116:10,12 117:10
  117:15,20 120:19
  120:21,24
**readily** 121:11
**reading** 38:23 39:5
  102:17 104:1 105:3
**reads** 90:13

**ready** 15:22
**real** 55:15
**realize** 103:12
**reason** 12:8 17:19
  78:20 85:2 95:2,19
  105:14 118:18
  126:18 138:9
**reasons** 83:9 89:16
**recall** 14:19 16:20
  17:6,8,9 22:11
  25:15 32:21,23 45:9
  48:20,22,23 67:6
  76:11 77:20 102:8
  108:13,16,17 117:1
  117:2
**recalled** 39:9 54:6
**recant** 84:3
**receive** 10:11 13:7,11
  13:15,18 14:3,8
  15:1 16:1,4 20:11
  22:8 24:16 66:5
  89:13 93:12 113:8
**received** 34:4,6,12
  64:19 77:24 81:4
  82:17 103:1,6
  113:11
**receiving** 40:17
**receptionist** 13:5
**Recess** 69:1
**recognize** 33:22
  34:16 37:16 46:16
  50:19,24 73:1 83:19
  83:23 91:5 94:21,23
  95:9 96:17
**recognizes** 95:4
**recollection** 15:6 45:4
  50:1 54:9 56:3 78:1
  79:15 94:3 130:5
  142:3,5,16
**record** 5:6,10,24 6:7
  8:10 35:1 36:1,2
  37:8,10 50:4,5,18
  50:23 51:12 66:13
  66:13,23 80:12
  81:24 82:2 83:5
  101:3 112:4,5 143:6

143:7 144:10
**recorded** 50:4
**recording** 130:14
**records** 40:18 54:16
 79:4,9 103:9 104:3
 104:10
**red** 39:20 73:11,12
 74:15 104:12,21
 105:6 133:13
**reduced** 144:9
**Redwood** 1:4 2:4,5
 3:2 5:4 6:15,16
 30:12 32:24 33:6,10
 36:3 37:13 42:17
 46:13 50:12,15 52:5
 52:9,13,15 61:16
 62:2,4,5 67:2 68:22
 69:2 80:12,16,21
 81:2 82:3 83:13
 88:11 90:20,23
 94:13,16 95:5 96:10
 96:13 101:5 106:18
 107:1 109:22 110:1
 111:15 116:14
 118:20 119:6 120:1
 120:15 121:6
 122:10 123:12
 124:6 126:1 127:1
 129:4,9,19 132:13
 135:15 136:3,22,24
 137:7 138:24 140:9
 140:21 143:2
**Redwood[sic** 129:15
 136:19
**REEXAMINATION**
 140:8
**refer** 64:5
**reference** 33:18 64:23
 67:11 77:22 118:9
 119:4 130:3
**referencing** 66:24
 121:10
**referral** 114:11,12,18
 114:19 115:8,21,24
**referrals** 114:13,23
**referred** 96:20

115:13
**referring** 114:10
**refers** 63:17
**reflect** 66:23
**refusal** 56:2,7,8,9,16
 56:21,23 57:18 58:4
 58:12,16 59:12,13
 59:13,23 60:10,11
 60:16,22 61:2,3,9
 61:17 107:22 108:8
 113:19 122:13,14
 122:14
**refusals** 58:1 59:4
 60:9
**refuse** 56:12 58:14
 67:17 79:12 89:15
**refused** 40:20 55:9
 56:1,4,5,5,18,20
 57:16 61:1 74:17
 79:12 89:5 98:7
 99:3,4 101:15,15,22
 102:10,22 103:13
 104:18,19 105:24
 107:5,18 108:6
 113:16
**refuses** 40:6 58:5,6
 59:11 93:7
**refusing** 44:3 55:5
 56:1 72:10 89:11
**regard** 22:9 49:3
**regarding** 29:10
 39:12 91:13 111:2
 121:8,18 122:10,16
 129:14
**regards** 9:3 13:19
 14:5,15 16:20 24:3
 24:17,19 34:5 37:22
 49:21 53:9 116:16
 117:4
**regime** 37:3,5
**regimen** 37:6,7 55:22
 67:21 75:1,12
**registered** 10:4,14,16
 15:8 112:8
**regular** 32:5 35:5
 36:4,5,11,23 47:23

48:8,18 97:20
**regularly** 82:6 85:10
**regulate** 29:6
**regulating** 90:19
**reinforce** 85:8
**related** 88:5 89:21
 90:8
**relative** 144:13
**release** 40:14 56:3,7
 61:2 93:16
**released** 78:20
**releases** 40:6,21 44:4
 44:8 61:1 93:8
 113:19
**relevance** 12:11
 17:10,21 18:9 20:21
 21:4,9,15 25:21
 26:9,15,23 27:6
 28:20 30:8,14 31:9
 60:4 61:11 78:5
 88:23 99:23 100:4
 111:5 112:11,18
 113:5 114:4
**relevant** 54:4 132:4
**remember** 5:15,16,22
 7:4,5,6,7 14:7 19:12
 19:13,17,17 22:5
 23:4,20 36:7 40:23
 41:8 45:2,20 60:21
 61:23,24 70:8 75:23
 76:3 92:7,12,14,16
 92:17 93:3 96:22
 97:3 107:19 109:9
 121:13 124:9 126:4
 130:15 141:3,4,11
**remembered** 19:18
 92:20
**remembering** 23:5
**remembers** 5:21
**removed** 66:2
**repeat** 80:8 86:3
**repeated** 45:14 85:22
**repeatedly** 89:14
**repeating** 45:5
**rephrase** 7:9,17 49:1
 50:4 69:9 129:21

136:1 141:2
**replace** 26:18
**replied** 86:23
**report** 8:21,22,23,24
 9:4,14,15,20,21,22
 67:5 86:9 90:19
 116:22,24 117:11
 117:20 118:14
 130:15
**reported** 35:2 38:22
 85:22 86:6,12 109:8
**reporter** 4:14 6:20
 8:7 33:9 37:12 46:9
 46:12 50:14 55:17
 80:10 83:12 88:10
 90:22 94:15 96:12
 103:22 106:21
 109:24 111:14
 116:12
**Reporting** 1:21
**reports** 8:18 104:11
**represent** 6:17 17:16
**request** 29:19 30:1
 61:20,20 70:6
**requested** 9:14 46:8
 55:16 80:9 88:9
 103:21 106:20
 116:11
**required** 47:16 55:18
 59:14 60:1 69:4,11
 99:10
**reread** 8:21
**respect** 120:14
 126:13,16 130:14
 137:8
**respiratory** 125:12
**response** 62:16
**responsibility** 126:3
 128:20
**rest** 15:23
**restate** 30:9 31:16
 71:11 141:2
**restore** 62:24
**retains** 39:8
**retardation** 89:22
 90:9

**review** 95:14 104:10
**right** 11:22 21:1
  25:10 30:19 35:22
  49:7 51:10,11 52:12
  55:1 57:18 59:23
  72:3 78:10,11 79:17
  82:13 87:2 94:6
  97:10,10,11,11
  100:6 102:2 115:17
  115:18,18 122:5
  126:6 128:4,10,15
  129:11 130:1,2,9,22
  131:19 134:16,17
**right-hand** 33:17
**Rinehart** 18:18,20
**RMR** 1:20 144:19
**RN** 18:21,23,24
**Rock** 10:7
**room** 18:13 76:7 94:7
**row** 74:17
**Royster** 2:9 4:7 144:7
**Rule** 5:6 6:4,7
**rules** 4:8,9 6:2,18
**running** 13:2

**S**

**salary** 20:18 21:2,3,7
  21:9,11
**sandwich** 63:8
**satellite** 12:3 34:7,9
  46:23 98:17 100:16
  100:19 101:7,21
  102:7 114:2,6
  140:10 141:14
**save** 39:4
**saved** 39:3,4
**saw** 43:11 44:1,20
  98:1 142:13
**saying** 43:5 84:12
  140:20
**says** 30:20,20 34:21
  34:22 38:11 40:6
  45:22 64:9 83:20
  92:24 95:1,1,1,2,2
  95:16,19 96:1 99:8
  99:12 100:3 126:18
  135:1

**scale** 36:23 46:20
  47:11,12,13,22
  55:21 62:11,15 64:2
  66:6 142:2
**Schleinz** 9:16
**school** 10:5,6,21,23
  11:17,20,23 12:24
  13:9 17:2 139:17
**Sciences** 10:7
**screening** 110:6
**seal** 144:15,21
**sealed** 93:10,14
**second** 37:9 38:4 40:3
  42:12,20 45:22
  59:13,13,24 60:1,7
  64:15 82:1 134:6
  140:19
**secretary** 9:16,17
  13:5
**section** 100:12 128:3
**see** 33:16 34:14 38:23
  39:1 43:7 47:8
  49:15 64:5 66:8,16
  69:5,7 70:13,17
  73:9 81:17 87:18
  95:16,19 96:1 97:14
  97:14,21 98:14 99:2
  99:3,6 101:10,14,20
  102:9 104:16,21
  105:1 114:7,9
  115:22 125:17
  126:14 128:3
  134:20 138:10
  139:23
**seeing** 61:23 72:5
  97:3 139:4
**seeks** 61:21 93:16
**seen** 56:18 70:6 83:17
  96:22 110:9 113:1
  114:16 115:20
**seg** 67:16 96:20
  137:16,21 138:3
**segregated** 100:9
**segregation** 96:16
  97:4,6 98:15 99:2,7
  101:11,21 102:10

  102:17,21 103:1,11
**self-abusive** 44:8,9
  135:15,19,21,22
  136:3,7
**self-harming** 138:20
**semester** 11:10
**seminar** 13:23
**send** 70:19,24,24
  94:6
**sent** 91:7,10 124:7,20
  125:15 129:10
**separate** 78:15,16
**September** 1:14 4:6
  144:8,15,23
**series** 25:17
**serious** 23:18 24:12
  31:8 91:21
**served** 28:18 102:7
**service** 19:3,21 20:2
**serving** 30:3
**sessions** 111:2
**set** 31:18 32:7 36:22
  37:4 53:23 64:13
  70:9 75:7 124:18
  144:14
**sets** 124:21
**setting** 29:17
**severe** 79:23
**severity** 81:23
**shake** 6:21
**share** 84:10 121:17
  121:22
**sheet** 37:19,20,23
  51:17 56:15 65:15
  66:20,21 67:9,10,11
  67:15,16 80:2 94:20
  103:10 105:22
  108:5 114:18,19,22
  115:6,8,8,16,21,24
  115:24 126:7,9
  127:10,11,12,19
  128:17 133:18
  137:16,21
**sheets** 116:4 127:16
**sheriff** 116:23
**sheriff's** 9:16 12:18

  12:22 13:13,20 14:4
  23:16 24:15,17,22
  25:20 26:3,8,14,22
  27:5,11,15,18 28:18
  29:11,22 46:23 57:1
  65:9 73:24 94:19
  95:11 110:5 111:1
**shifts** 25:2
**shop** 13:3
**short** 5:7 50:23 73:12
  123:4 139:5
**shortened** 50:22
**show** 86:21,22 88:23
  99:22 111:16
  119:19
**showed** 119:13,17
**showing** 32:8 73:14
  86:20
**shown** 105:24
**shows** 52:17
**shut** 12:13 76:16,19
  76:22
**side** 100:11
**sign** 40:6,14,20 41:1
  44:7 55:24 56:6
  57:18 58:17 60:1,6
  60:23 61:1 64:13
  93:7 100:7 139:4
**signature** 61:23
  144:11
**signed** 59:6,12,20,21
  59:22,23 60:10,11
  60:16 61:18 108:8
**signing** 44:4 114:7
  135:18
**signs** 16:23 17:17
  32:8 40:10 72:5,7
  72:20,24 73:14
  81:10,12,13,16
  82:23,24 86:19
  100:8 104:16 105:1
  120:10 122:20,24
  123:18 124:1,23
  125:23 132:24
  133:7,12 139:14
  140:12 141:16

**silent** 17:3,14 139:2
**similar** 138:10
**sit** 6:12
**site** 72:10
**situation** 71:2,13,14
  71:17,22 81:4,11,15
  81:21 89:18 94:12
  121:3 124:8,15,17
  125:13,22 127:9,17
  128:7 133:1,6
  140:13 141:18
**situations** 13:24
  113:3
**six** 15:10 16:9 35:14
  36:9
**size** 57:7,9
**skin** 40:11 73:11
  86:19
**sliding** 36:23 46:20
  47:11,12,13,19,22
  55:20 62:11,15 64:2
  66:6 142:2
**small** 2:12,13 80:22
  111:19,21 118:23
  134:5,11,17
**smell** 73:12 123:5
  141:12
**Smith** 2:8 95:3
**snack** 62:19,21 63:4
  63:6,9,17 64:2,17
  64:19 65:19 66:3,6
  66:18 67:7,11,19
  102:18,22,22 103:2
  103:6 134:2
**SOAP** 114:21,22
  115:1,3,11,12,12,16
  115:24
**somebody** 35:23
  112:20 136:20
  137:10
**someplace** 20:5
**somewhat** 45:4
  114:10
**sooner** 36:12
**sorry** 23:10 30:9,9
  42:17 46:6 55:14

57:8 78:12 80:7
  81:7 85:22 86:3
  88:7,22 90:16
  101:18 103:18,20
  105:22 106:9 116:9
  121:8,12 125:10
  129:18 135:14
  140:24
**sort** 42:20 119:3
  135:19
**speak** 42:6,7 49:20
  134:8
**speakers** 16:11
**speaking** 5:13 25:6
  42:2 66:10 98:22
  108:13 111:6
  127:16
**special** 28:18 94:20
  138:18
**specific** 29:3,17,20
  30:24 37:24 48:22
  48:23 50:1 61:24
  67:15 76:1 78:14
  89:9,13 125:9
  141:23
**specifically** 5:14
  13:15 22:4,12 23:4
  23:20 32:10 53:4
  75:21 85:19 89:10
  122:4 127:24
  130:13 142:9,17,23
**specifics** 50:2
**speculation** 60:4 73:3
  75:4 81:7 84:19
  85:16 87:17 88:2
  99:16 104:6 112:18
**spent** 13:24 15:10
  22:14
**spoke** 40:8 56:5
  142:13
**spoken** 138:13
**spreads** 79:19
**Springfield** 11:2
**SS** 144:1
**St** 2:6 13:21
**staff** 17:23 22:13,16

41:19 66:1 73:23
  74:16 100:8 110:14
  110:19 133:22,22
**stamped** 46:15 83:16
  91:2 96:17 110:3
**stand** 35:4 63:2 81:1
**standard** 120:12
**standpoint** 120:7
**start** 8:9 15:12 41:6
  53:6,18,21 66:12
  132:23 137:2
**started** 97:5
**starting** 53:10,14,14
  96:24
**state** 1:2 5:5,10,24
  6:3,6 8:12,22,24 9:4
  9:21 10:15 11:13,23
  12:6,9,12,16 41:9
  71:3 93:4 116:22
  117:3,8 118:3 144:1
  144:4,22
**stated** 40:23 45:10
  55:2 85:1 122:22
**statement** 118:2
**statements** 8:19
**states** 1:1 39:24
**stating** 5:14 70:15
  130:23
**station** 47:1
**status** 8:16
**stay** 41:19
**stayed** 94:2 98:20
**stays** 79:11
**stenograph** 144:9
**stick** 22:5
**stipulate** 80:18 83:4
  101:2
**STIPULATED** 4:3
  4:13
**stipulation** 4:1 80:24
**stitches** 15:19
**stomach** 86:24
  131:12,12,18
**stood** 42:3
**stop** 115:4
**straight** 81:5

**Street** 1:21 2:10 4:7
  144:7
**strike** 65:7 106:9
  126:10 127:23
  134:4 137:4
**strong** 44:16
**struck** 26:16
**study** 11:3,6,8 16:10
**subject** 8:3 42:13,14
  42:14,21 45:23
**subjective** 115:4
**substance** 50:7 61:24
  94:24
**successful** 97:19
**suddenly** 139:19
**suffer** 22:1
**suffering** 31:14,20
**sugar** 35:2 37:20,23
  38:7,22,23 47:2,6
  47:17 54:12 56:15
  56:19,19 65:14
  66:20 67:9 68:13,14
  68:17 73:13 92:23
  103:10 105:3,22
  108:5 122:14
  133:18 135:18
**sugars** 31:1
**suggest** 6:9 88:12
  107:8 121:16
**suggested** 6:8 45:6
  120:1,17 126:8
  135:16,16
**suggestion** 28:11
  137:9
**suggestive** 5:8
**suicidal** 40:1 138:20
**suicide** 39:16,21
  83:15 84:13 85:13
  87:24 135:23
  136:20,24 137:11
  138:15
**Suite** 2:10,14
**summer** 14:13
**Sunday** 86:5 91:10
  103:6 105:5 109:15
  109:19 142:15

**supervisor** 18:16
**supposed** 63:17 89:4
**sure** 22:2 36:14 39:8
  39:9 48:3 62:1
  68:24 128:16 136:2
**surround** 79:20
**Susan** 1:14 4:5 5:2
  8:13 91:3,7 144:4
**Swain** 1:14 4:5 5:2
  6:5,16 8:13 33:8,12
  37:11,15 38:4,16
  39:12 40:3 42:17
  45:21 46:11,15
  50:13,16 52:17
  54:17 56:14 62:6
  63:14 64:7,18 65:15
  83:11,15 90:21,24
  91:3,7 94:14,18
  95:17 96:11,15 99:7
  103:11 109:23
  110:3 111:13 144:4
**sworn** 5:3 144:5
**symptoms** 16:24
  17:18 32:8 72:5,7
  72:20,24 81:10,12
  81:13,16 82:23 83:1
  86:19 104:16 105:1
  120:10 122:20,24
  123:14,19 124:1,24
  125:23 132:24
  133:7,13 139:5,14
  140:12 141:16
**system** 62:24 113:24

**T**

**take** 6:20 7:22,24 8:7
  11:13 21:5 29:3
  33:12 36:22 45:7
  59:8 61:21 62:17,18
  75:17 76:14 92:22
  98:6,9,11 106:16
  109:1 110:6 112:1,2
  122:15 125:3
  126:12 134:5,12
**taken** 4:5 38:24 82:19
  108:6 144:6,8
**takes** 68:13

**talk** 9:10 20:20,22,22
  33:17 44:11 53:15
  78:16 86:11 93:11
  114:18 115:20
**talked** 32:1 86:18
  97:18 128:12 131:9
  133:10 138:14
  139:3
**talking** 9:20 22:15
  31:17 53:13 78:14
  80:14 83:5 127:1,3
  127:15 128:1 131:9
  132:8 139:5,10,13
**talks** 46:16
**Tammy** 9:15,16
**taped** 46:24
**telephone** 50:6 52:18
  52:23
**tell** 7:6,10 19:16
  34:15,23,24 36:10
  44:13 45:15 59:10
  73:16,17 85:17
  140:11,15,15 144:5
**telling** 141:11
**Teresa** 9:15,15
**term** 17:11 135:14,15
  135:19
**terminology** 85:20
**terms** 53:13 71:4
  139:13
**test** 11:13,13 48:5
  77:12,13,15,18
  92:23
**tested** 48:4
**testified** 5:3 11:15
  16:13 22:22 56:23
  58:9 77:19 82:23
  105:11 113:23
  126:1 131:2,19
  137:24 141:20
  142:7
**testifying** 61:9
**testimony** 8:2 27:19
  67:8 71:9,18 96:20
  105:9 119:16
  121:14,21 123:12

144:10
**tests** 16:10
**text** 62:1
**thank** 6:13 30:14
  42:19 52:4,13 62:2
  62:4 71:21 89:1
  99:24 116:13 129:7
  134:14,18 140:1
**thing** 8:8 19:15 38:9
  51:17 100:2 112:21
  112:24 117:24
  120:16,21 121:2
  122:19 135:19
  138:22 140:4
**things** 5:14 25:3 45:3
  45:14 66:8,14 73:21
  111:24 120:3 122:1
  122:12 135:12
  138:12,13 141:6,8
  141:11
**think** 11:22 25:16
  52:9,11,12 66:24
  72:20 79:15 80:24
  82:22 101:2,18
  107:12 115:4
  117:21 120:3 124:7
  128:1 129:6 130:11
  131:1 134:18
  136:11,14 137:11
  137:17
**third** 64:15
**thirst** 73:15
**thirsty** 123:7
**Thode** 108:14,22
  109:2,7,10,14
  128:12 140:17
  141:9
**thoroughly** 43:2
**thought** 42:11 71:9
  120:16 132:19
**thoughts** 40:1 42:3
**threat** 39:16
**three** 23:6 25:22 26:4
  26:5,10,11,19,24
  27:8 78:21 101:1
  102:4 115:19

118:11 141:6
**throwing** 137:3
**Thursdays** 116:8
**tied** 93:5
**time** 7:15,24 8:8
  20:19 29:24 30:6
  33:13 35:8,9 38:5
  38:13 39:4 42:22
  43:24 45:23 46:1
  48:14 50:8 58:6
  59:10,15,18,19
  60:12 68:22 69:19
  70:21,23 73:19
  76:16,19,21 77:13
  77:21 78:6,23 85:12
  87:9 92:12 95:12,13
  97:20 98:12,14 99:1
  99:10,17 101:24
  102:3,6,7 105:20
  114:1,1 117:8 119:4
  119:9,11,13,13,20
  120:7 122:14 124:3
  125:19,19 127:3,19
  127:19 128:24
  130:21,21 131:11
  132:7 133:4 135:5,7
  139:6 142:8,10,22
**times** 69:14 76:8 78:3
  78:7,8,14 117:23
  119:19 139:22
  142:8,19
**today** 8:20 61:8
  91:14 120:8,9
**Tode** 108:14
**toilet** 87:2,4,6
**told** 58:14 67:6 109:2
  117:7 122:2 141:7,8
**tomorrow** 93:1
**tone** 86:19
**top** 64:8 126:17
**totality** 124:2 132:15
**totally** 107:13
**touch** 44:5
**touching** 44:6
**tracking** 37:19,20,23
  56:15 65:14 66:21

67:10 103:10 105:22 108:5 133:18
**trained** 20:14
**training** 13:8,12,15 13:18 14:3,8,12,14 14:14,15,17,19,22 14:23 15:1 16:1,4,9 16:16,19,22 17:7 20:11 22:8,11,12,23 23:1,15 24:14,16,20 24:21,23 25:1,14 73:22 74:5,6,7,10 74:12 88:21 89:2,9 89:14 110:16,18 112:7 123:19,20
**transcript** 6:1 134:12
**transferring** 15:24
**traumas** 15:20
**treatment** 14:5,16 53:14 57:16,22 58:5 58:7 111:3 112:15 113:17
**triaged** 15:17
**tried** 57:21 59:20 79:12
**trigger** 53:17
**Trinity** 10:6,9 11:20
**Trooper** 117:3,11
**trouble** 87:1
**true** 27:10 58:4 60:15 60:19,20 65:7,8,14 82:4 93:21 94:5 97:4 117:8 121:4 122:22,23 123:12 123:22 125:23,24 128:15 138:10,11 144:10
**truly** 124:24
**truth** 144:5,5,5
**try** 6:11,18 7:4 37:3 40:17 52:7 57:17 136:1
**trying** 11:22 51:19 85:8 107:8
**tubes** 79:21

**Tuesday** 116:5
**turned** 8:24 9:8
**twice** 62:9 105:18 107:2
**two** 7:13 13:23 19:4 22:6 23:5 27:9 31:3 49:6 74:17 87:14 104:19 118:2 124:21 141:6,11
**type** 24:8,9,10,11 25:3 30:7,7,20,21 32:2 38:8,14 43:3 62:22 66:18 68:4,6 68:11 69:4,11 71:21 72:14,22 74:17,23 75:11 81:3 82:4,4,7 82:16 83:3 92:21 104:6 113:8 125:13 125:22 139:15
**types** 15:18 16:7 73:21 142:17
**typewriting** 144:9

**U**
**uh-huh** 6:22 134:24
**uh-uh** 6:22
**unable** 105:8
**unaware** 84:8 85:19
**unclear** 128:2
**unconscious** 71:1
**uncooperative** 85:7
**underneath** 129:7
**understand** 5:17,18 5:19 7:9,10,12 44:18 71:24 72:1 93:19 106:23,24 128:18
**understanding** 60:14 65:23 77:17 139:3
**understood** 7:19
**unfortunately** 83:1 106:15
**unhappy** 79:13
**UNITED** 1:1
**units** 34:22 35:3 38:8 38:11,14 47:16,22 48:1,5,8,18 97:20

135:2,2 141:21 142:1,1
**University** 2:14
**upstairs** 15:23
**Urbana** 2:10 4:8 144:8
**urgent** 71:4,5,10
**urination** 73:15 123:8
**urine** 77:18
**use** 61:10 64:23 65:3 65:4 93:11 99:18,19 111:24 118:8 131:18
**usually** 48:1 98:20
**uterus** 79:19,20,20

**V**
**varied** 16:11
**varieties** 22:17
**variety** 15:18
**various** 21:24 22:1
**verbally** 122:6
**verbiage** 142:5
**video** 1:21 113:2
**view** 47:8
**visible** 111:21
**visit** 69:11 119:8
**visited** 113:24
**visiting** 104:11
**visits** 119:12
**visual** 86:18
**vital** 40:10 44:4
**vitals** 32:6
**vivid** 15:6
**Voelker** 2:9 4:7 144:7
**vomit** 86:21,21,22,23 87:4,15
**vomited** 86:6,13
**vomiting** 85:23 109:8
**vs** 1:7

**W**
**wage** 20:18 21:12,13 21:14
**wait** 8:8
**waive** 143:8

**waived** 4:15 144:11
**wall** 97:6,9,11 98:15 101:11
**WALSH** 1:8
**want** 5:5,24 6:22,23 7:24 31:4 41:13 45:6,8 68:7 69:9 80:12 98:20 127:24 133:17 134:7 139:12 141:2
**wanted** 19:16 45:5,13 45:16 85:13 86:23
**wanting** 21:5,6 41:12 44:10,24
**wants** 5:9 118:8
**ward** 80:5
**wasn't** 41:1 42:10 43:17 46:4 59:20 67:5 70:13 90:18 93:19 106:6,11 116:6,23 130:19 135:17 136:24
**watch** 83:16 84:13 94:20 127:15 136:21 137:1,11 138:15
**watched** 109:4
**water** 75:2 76:1,5,5 76:12,12,16,22 77:6 87:8,14
**way** 39:4,19 41:17 42:3 46:5 90:8 96:23 107:17 109:8 109:10,14 129:15 136:18,18
**ways** 77:15 137:10,12
**wearing** 138:16
**Wednesday** 116:5
**week** 69:14,17,18 70:10 114:1,8,14 116:5 119:9,11,14 119:20
**weekend** 45:10 76:10
**weeks** 23:6
**weight** 68:8
**went** 10:6 11:19,22

13:22 14:12 38:1 52:10 77:4 86:11,17 92:10 97:13 98:24 102:5,15 139:20
**weren't** 45:12 126:8
**West** 1:21
**Wexford** 20:6
**we'll** 20:22
**we're** 48:3 80:12,13 91:14 93:13 111:18 112:4
**we've** 27:18 51:20 118:5 120:7 132:7 138:13
**WHEREOF** 144:14
**Whicker** 22:21 91:4
**White** 1:21
**Wide** 1:21
**wife** 49:7
**wise** 68:7
**withdrawal** 31:7,15 31:20 32:8,21 96:2 96:5
**withdrawing** 32:3
**witness** 5:5,16,19,21 5:21 37:7 66:24 144:11,14
**word** 34:21,23 67:3 77:24 133:6
**words** 6:20 56:11 78:19 85:17 94:24 119:12 124:15 131:18 133:2 134:15 135:11
**work** 12:1 18:12 20:5 24:17 27:4,20 32:10 32:16 34:4 52:7 75:6 98:17 100:15 102:14 119:3
**worked** 12:2,24 13:1 19:3 22:6 23:8 26:21 41:20 98:19 139:21
**working** 16:15,18 17:16 20:8 21:17,18 21:24 22:9,17,22

25:19 26:3,8,14 27:7,17 139:4,13,23
**Workman** 20:13 22:24 24:15 25:5,23 26:19 27:12 74:8 91:4
**world** 8:1
**worry** 33:2,4
**wouldn't** 44:7 60:10 67:4 72:12 87:19,19 87:20 93:15,21 102:2 105:9 121:2 127:20
**write** 9:2 56:18,20 67:16
**writing** 53:21 66:10 66:12 111:20
**written** 57:12 100:2 107:20 116:21,22 130:13 138:12
**wrong** 118:18
**wrote** 8:21,23 117:11

_____

**Y**

**yeah** 19:13 51:22 52:7,9,11,12 71:12 103:20 118:7 128:19 130:4 139:12
**year** 19:4 27:5,23 31:5,17 80:5 103:24
**yearly** 74:5
**years** 19:4 24:5
**yesterday** 9:13 117:16,21
**young** 139:19
**youth** 114:3

_____

**$**

**$23** 21:16
**$55,000** 21:10

_____

**0**

**002448** 91:2
**07** 38:21 46:3 92:15 92:17
**084-003038** 1:20

**09-2145** 1:6

_____

**1**

**1** 3:5 24:8,10,11 30:7 30:20 32:24 33:8,12 38:10 39:12 40:3 42:17 45:21 54:17 62:22 64:9,14 68:4 68:11 69:4,11 71:21 72:14,22 74:17,23 75:11 81:3 82:4,7 82:16 83:3 92:21 113:8 128:4 136:12 136:15 137:8,15 139:16
**10** 3:10 111:13,18
**10:00** 49:3,21 100:23
**10:46** 69:1
**10:52** 69:1
**102** 2:10 4:7 144:7
**107** 105:3
**109** 3:9
**11** 51:17 57:3
**11:00** 142:16
**111** 3:10
**119** 3:2
**12:41** 143:9
**140** 3:2
**148** 94:18
**15** 1:14 4:6 47:22 144:8
**15th** 32:10 33:22 69:21 70:2 132:10
**16** 12:14 41:6 47:14 48:15 49:21 54:6,19 64:21 78:22 97:13 98:4 102:18,22 140:11
**16th** 32:16 34:5 38:21 39:10,15 43:11 44:21 46:3 49:2 60:24 61:5 64:19 70:2 77:20 85:7 97:18 98:18 99:1,5 101:16 103:23 105:3 132:15 134:23

**140** 20:21,23 141:13
**17** 101:10 104:10 105:24 107:3 108:2
**17th** 70:2 85:21 86:4 100:15 101:14,18 101:20 102:3,9 103:2,24 107:16,18 108:9,13 122:11 131:1,1 132:15,15 140:20,24 141:2,13
**18** 88:14,18
**18th** 69:22 70:2 88:4 132:10
**19th** 117:4
**1998** 12:20

_____

**2**

**2** 3:6 24:9 30:7,21 37:11,15 38:4,17 56:14 64:14 65:16 66:24 68:6 95:20,20 95:23,23 103:11 105:23 126:19,19 126:23 128:4 133:16,17 134:22 136:10,20
**20** 34:22 35:3 38:8,11 48:1,5,8,18 97:20 135:1,2 141:21,21 142:1
**2000** 124:6
**2001** 12:7,20 14:13
**2002** 11:7 12:7
**2003** 10:9
**2004** 101:19
**2005** 10:10,20 15:13
**2006** 20:8,9 25:19,24 27:23
**2007** 20:19,23 21:11 21:14 22:20 26:2 27:10 28:2,23 29:20 30:3,10 31:5,12,17 31:24 32:9,10,16 33:22 34:5 37:21 39:10 41:6 47:3,14 48:15,24 49:2,15,21

50:6 51:14 53:5,11
53:16 54:6,13,19
55:7,13,23 57:15,24
58:11,13 60:9,21
64:19 65:6,8,18
66:4 69:3,10,14,21
69:22 70:5,11 73:7
74:6,12,14,23 75:20
75:24 76:11,15 77:9
77:22 78:4,23 79:1
79:3 80:3 84:9,14
84:23 85:12,21 86:4
87:23 88:14,19,21
89:2,20 90:11 91:2
91:11 92:4,9 93:22
94:2,6 95:22 96:4
97:13 98:5,18 99:1
100:15 101:10,14
101:16,18,20 102:7
102:9,18,22 103:2
104:10 105:24
107:3,16 108:2,9,13
110:9,13 111:6,8
113:10,23 116:1,17
117:4 119:9 122:11
127:4,7 129:11
130:5,12 131:1,1
132:10 133:22
134:3,23 140:11
141:13,14
**2008** 19:7 26:7,16,17
28:4
**2009** 19:7,9 26:13,18
27:2 28:8
**2010** 26:21 28:15
**2011** 1:14 4:6 21:9
27:5 61:8 144:8,15
**2012** 144:23
**217.344.0060** 2:11
**217.469.9194** 2:6
**217.954.0635** 2:15
**22nd** 144:15
**24** 49:19 74:18
103:14 105:4
**24-hour** 35:16
**27** 144:23

**29** 64:10

---
**3**

**3** 3:6 46:11,15 62:14
64:15 128:4
**3D** 2:14
**30** 5:6 6:4,7 35:20
81:5 82:17 104:20
**300** 2:10
**301** 1:21
**303** 83:16
**312** 38:20
**33** 3:5
**33-year-old** 42:7,11
**34-year-old** 42:7
**37** 3:6
**396** 34:21 35:2 38:7
38:11,22 47:18
54:13 56:4

---
**4**

**4** 3:7 47:24 50:12,13
50:17 52:17 62:7
63:14 64:7,18
**4:00** 108:24
**4:15** 98:21
**4:30** 98:21 102:8
105:2 108:24
**41** 2:14
**44** 110:4
**45** 110:4
**46** 3:6 110:4

---
**5**

**5** 3:7 48:1 83:11,15
**5:00** 102:8
**50** 3:7
**51** 8:15
**57** 96:17
**579** 33:16 34:14,17
34:20 38:10,12 40:3
42:18 45:21
**58** 37:15
**580** 33:16 34:14,18
39:24 136:14 137:8
**581** 33:16 34:14,18
**582** 33:16 34:19

---
**6**

**6** 3:2,8 90:20,21 91:1
91:2,11 129:9
**6th** 129:11
**6/15/07** 96:24
**6/16/07** 38:5
**6:20** 43:2
**61801** 2:10
**61820** 1:22 2:14
**61873** 2:6

---
**7**

**7** 3:8 94:13,14,18
95:17 125:17 126:2
126:12 128:22
137:15 138:7
**70** 35:19
**70/30** 35:10,18,19
36:19

---
**8**

**8** 3:9 51:16 57:3
96:10,11,15 99:7
103:12 137:19
**800.747.6789** 1:22
**83** 3:7
**864** 2:5
**88** 12:13

---
**9**

**9** 3:9 109:22,23 110:3
121:10,23
**9:00** 1:15
**9:10** 5:1
**9:30** 34:10 100:23
**9:50** 38:6
**9:57** 134:23
**90** 3:8 50:19
**91** 118:4,11
**92** 118:4,11
**93** 118:11
**94** 3:8 46:15
**96** 3:9

-94-

∨ Higher than 201 but lower than 250 = 5 units of regular insulin

∨ Higher than 251 but lower than 300 = 8 units of regular insulin

∨ Higher than 301 but lower than 350 = 11 units of regular insulin

∨ Higher than 351 but lower than 400 = 15 units of regular insulin

∨ Higher than 401 but lower than 450 = 20 units of regular insulin

EXHIBIT

SWMN 3
9-15-11   JH

07-14854 CP
C-1