10209-S1279
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PATRICK HAHN and ERIK REDWOOD Administrator of the Estate of JANET LOUISE HAHN, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL WALSH, DEPUTY MATTHEW MCCALLISTER, JENNA THODE, KAREE VOGES, JEFFREY SHUMATE, ARNOLD MATHEWS, CARL BROWN, HEALTH PROFESSIONALS LTD., an Illinois Corporation, NURSE SUSAN SWAIN, COUNTY OF CHAMPAIGN, ILLINOIS, SYLVIA MORGAN, MATTHEW BAIN, ANGELA MENOCCI, CITY OF URBANA, ILLINOIS, a Municipal Corporation, <br><br> Defendants. | No.: 09-2145 |

### DECLARATION OF SUSAN SWAIN

Now comes the Declarant, Susan Swain, pursuant to 28 U.S.C. § 1746, and states the following:

1. I am over 18 years of age, and I am under no legal disability. If called upon to testify, I am competent to do so.

2. The facts contained in this Declaration are within my personal knowledge or based are upon a review of the business records of the Illinois State Police's interview of me on Tuesday, June 19, 2007, and/or the Champaign County Sheriff's Office, and/or Health Professionals, Ltd., an Illinois Corporation.

3. I am a licensed nurse and have been so licensed since May of 2005.

1

**EXHIBIT 14**

4. In June of 2007, I was employed as a nurse with Health Professionals, Ltd, an Illinois Corporation, providing medical healthcare at the Champaign County Correctional Centers.

5. On Sunday, June 17, 2007, I worked as a nurse at the Champaign County Correctional Center, Satellite Jail through my employment with Health Professionals, Ltd, an Illinois Corporation.

6. On Sunday, June 17, 2007, shortly after arriving at the Champaign County Correctional Center, Satellite Jail, I checked on inmate Janet Hahn. At that time, I informed Janet Hahn that she needed to have her blood sugar checked and that to not do so was jeopardizing her health. Janet Hahn told me she was not going to have her blood sugar checked.

7. At approximately 11:00 a.m. on June 17, 2007, Correctional Officer George Castor informed me that Janet Hahn had reported vomiting in her cell.

8. At that time, I again went to Janet Hahn's cell. There, among other things, I offered to take Janet Hahn's vitals, but she refused.

9. At approximately 3:00 p.m. on June 17, 2007, I again went to Janet Hahn's cell to check on her. At this time, Hahn spoke coherently. Her interaction with me was consistent with my prior interactions with her. I explained to Janet Hahn that it was very important for her to have her blood sugar checked. Again, Janet Hahn was refusing to have her blood sugar checked. She also refused to have her blood pressure taken.

10. On June 17, 2007, I did not observe any signs or symptoms of physical or mental distress that caused me to conclude that diabetic ketoacidosis, high blood sugar levels or any other obvious medical problems were being exhibited by Janet Hahn.

11. In June of 2007, for the Champaign County Correctional Center, medical doctor(s) for Health Professionals, Ltd., an Illinois Corporation had established a protocol for diabetic patients whose medical history was unknown. This protocol was for blood sugars to be checked twice daily, insulin to be administered per sliding scale, a copy of which is attached hereto as Exhibit A, and an evening snack.

FURTHER THE DECLARANT SAYETH NOT...

s/ Susan Swain

I declare under penalty of perjury that the foregoing is true and correct.
Executed on February 10, 2012.

s/ Susan Swain

18181121_1



07-14854 CP
C-1

↑ Higher than 201 but lower than 250 = 5 units of regular insulin

↑ Higher than 251 but lower than 300 = 8 units of regular insulin

↑ Higher than 301 but lower than 350 = 11 units of regular insulin

↑ Higher than 351 but lower than 400 = 15 units of regular insulin

↑ Higher than 401 but lower than 450 = 20 units of regular insulin

EXHIBIT 3 JK 9-15-11

-94-