E-FILED
Monday, 13 February, 2012 06:58:51 PM
Clerk, U.S. District Court, ILCD

CARL BROWN

1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF ILLINOIS
2                  STATE OF ILLINOIS

3

PATRICK HAHN and ERIK       )
4   REDWOOD, Administrator of  )
the Estate of JANET         )
5   LOUISE HAHN,                )
                            )
6      Plaintiffs,          )  No. 09-2145
                            )
7           vs.             )
                            )
8   DANIEL WALSH, et al.,      )
                            )
9      Defendants.          )
----------------------------

10

11

12

13

14              DEPOSITION OF CARL BROWN
                  September 21, 2011
15                   9:00 a.m.

16

17

18

19

20      June Haeme:  RMR, CRR, CSR # 084-003038

21    Area Wide Reporting and Video Conferencing
                301 West White Street
22          Champaign, Illinois  61820
                  800.747.6789

23

24                        **EXHIBIT 15**

CARL BROWN

2

1                          INDEX

2

  APPEARANCES:

3

  For the Plaintiff:
4          Jude Redwood
           Attorney at Law
5          Redwood Law Office
           P.O. Box 864
6          St. Joseph, IL  61873
           217.469.9194
7

  For the Defendant:
8          Brian Smith
           Attorney at Law
9          Heyl, Royster, Voelker & Allen
           102 East Main Street, Suite 300
10         Urbana, IL  61801
           217.344.0060
11

  For the Defendant:
12         Howard Small
           Attorney at Law
13         Law Office of Small & Freeman
           41 East University Avenue, Suite 3D
14         Champaign, IL  61820
           217.954.0635

15

16

17

18

19

20

21

22

23

24

CARL BROWN

3

1   EXAMINATION BY:

2           Ms. Redwood..............  4, 59
            Mr. Smith............... 56

3

4

    EXHIBITS:

5

            Brown No. 1.............. 15
6           Brown No. 2.............. 18
            Brown No. 3.............. 21
7           Brown No. 4.............. 30
            Brown No. 5.............. 38
8           Brown No. 6.............. 40
            Brown No. 7.............. 43
9           Brown No. 8.............. 47
            Brown No. 9.............. 54

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CARL BROWN

4

1                      STIPULATION

2

3          IT IS HEREBY EXPRESSLY STIPULATED AND

4    AGREED by and between the parties that the

5    deposition of CARL BROWN may be taken on

6    September 21, 2011, at the law offices of Heyl,

7    Royster, Voelker & Allen, 102 East Main Street,

8    Urbana, Illinois, pursuant to the Rules of the

9    Federal Court and the Rules of Federal Procedure

10   governing said depositions.

11

12

13          IT IS FURTHER STIPULATED that the

14   necessity for calling the Court Reporter for

15   impeachment purposes is waived.

16

17

18

19

20

21

22

23

24

5

1              (Commencing at 9:03 a.m.)

2                   CARL BROWN,

3  having first been duly sworn, testified as follows:

4         EXAMINATION BY

5         MS. REDWOOD:

6     Q.   Mr. Brown, my name is Jude Redwood.  I

7  represent the plaintiffs in this case.  I'll be

8  asking you a series of questions that you're to

9  answer under oath.  If I ask you a question and you

10  don't understand what I'm asking, please ask me to

11  rephrase it or tell me you don't understand, I'll be

12  happy to rephrase it.  If I ask two questions in one

13  or carry on too long and it gets confusing, just let

14  me know and I'll break it down.  I want to make sure

15  when I ask a question you understand what I'm

16  asking.  If you answer a question, I'll assume that

17  you understood the question I was asking and that

18  you're answering the question that I asked.

19              If you need to take a break at any time,

20  just feel free to let your counsel know.  We can

21  take a break at any time for any reason.  You can

22  talk about anything in the world during the break

23  except you can't talk about your deposition

24  testimony that we're here for today.

CARL BROWN

6

1          When you answer the questions, if you want
2   to say no, say no out loud; if you want to say yes,
3   say yes out loud, but the court reporter can't take
4   down if we shake our head or we say uh-huh or uh-uh,
5   so you do have to answer verbally.
6          I forgot the last -- I forgot the last
7   warning.  There was another one.  Oh, now I remember
8   it.  You have to make sure you wait for me to finish
9   my question before you start your answer because the
10  reporter can only take down one person at a time.
11         Do you have any questions right now for
12  me?
13     A.    No.
14     Q.    What's your name?
15     A.    Carl Brown.
16     Q.    What's your age?
17     A.    38.
18     Q.    Are you a diabetic?
19     A.    No.
20     Q.    Do you have a family member or close
21  friend who's a diabetic?
22     A.    My in-laws.
23     Q.    Both your mother-in-law and father-in-law?
24     A.    Yes.

CARL BROWN

7

1     Q.    And have you ever been a regular caretaker

2 for either your mother-in-law or father-in-law in

3 regards to their diabetes?

4     A.    No.

5     Q.    And is your mother-in-law a type 1 or a

6 type 2 diabetic?

7     A.    Type 2.

8     Q.    Is your father-in-law a type 1 or a type

9 2?

10    A.    Type 1.

11    Q.    Did you read over any notes, reports,

12 statements or anything else to prepare for this

13 deposition today?

14    A.    Yes.

15    Q.    And what did you read over?

16    A.    Arnold Matthew's deposition.

17    Q.    Did you have a talk or a consultation or

18 discussion with anyone in preparation for this

19 deposition?

20    A.    Yes.

21    Q.    Who was that?

22    A.    Mr. Fruehling, my attorney.

23    Q.    And anyone besides an attorney?

24    A.    No.

8

1      Q.    Did you make any personal notes or write

2  in a diary or notations anywhere about the events of

3  June 15th throughout 18th, 2007, regarding Janet

4  Hahn that were not turned over to the attorneys?

5      A.    No.

6      Q.    Where are you employed?

7      A.    Champaign County Sheriff's Office and

8  Correctional Division.

9      Q.    How long have you been so employed?

10      A.    Just started my 16th year.

11      Q.    And do you remember the month and date

12  that you began that employment?

13      A.    September 6, 2006 -- 1996.

14      Q.    What positions have you held at the

15  sheriff's department?

16      A.    Correctional officer.

17      Q.    What's your badge number?  I'm looking for

18  the three numbers that you use in-house.

19      A.    328.

20      Q.    Were you employed before your employment

21  at the Champaign County sheriff's office?

22      A.    Yes.

23      Q.    Where were you employed?

24      A.    Stevenson Construction.

CARL BROWN

9

1      Q.    And in connection with Stevenson
2  Construction, did you have any medical training?
3      A.    No.
4      Q.    Were you employed before Stevenson
5  Construction in any capacity where you received
6  medical training?
7      A.    No.
8      Q.    Have you been in the military?
9      A.    No.
10     Q.    Did you receive training for your
11  employment as a correctional officer?
12     A.    Yes.
13     Q.    What training did you receive?
14     A.    I went to the St. Clair County Belleville
15  PTI for corrections.
16     Q.    And when was that?
17     A.    I don't remember the exact date.  I was
18  there about four months and I went to PTI about
19  approximately four months after I was there.
20     Q.    In that training at the PTI, did you
21  receive any training in medical issues?
22     A.    Yes.
23     Q.    What kind of training did you have
24  regarding medical issues?

10

1    A.   I don't recall the specifics of what it

2   was since it was 16 years ago, but I mean they --

3   whatever about having to put somebody's arm up in a

4   sling.  I believe they talked about diabetes.  I

5   mean I don't recall their specifics.

6    Q.   Okay.  Have you received any follow-up

7   medical training at the Champaign County sheriff's

8   office?

9    A.   Yes.

10    Q.   And how often is the follow-up medical

11   training at the Champaign County sheriff's office?

12    A.   Once a year.

13    Q.   When was the last time you received

14   medical training at the Champaign County sheriff's

15   office?

16    A.   8 to 12 months ago.

17    Q.   Do you have some medical training coming

18   up soon?

19    A.   Alls I know, there's lots of training

20   coming up soon.

21    Q.   Okay.  Did the -- I'm calling your

22   attention to your medical training before June of

23   2007 and that's the medical training I want to talk

24   about.  Did the follow-up medical training you

11

1  received at Champaign County sheriff's office

2  include training about diabetic inmates?

3      A.   Yes.

4      Q.   From your training at the Champaign County

5  sheriff's office, please describe the signs and

6  symptoms of hypoglycemia in a type 1 diabetic.

7      A.   They get headaches, dizziness, they can

8  feel faint.

9      Q.   And from your training at Champaign County

10 sheriff's office, please describe the signs and

11 symptoms of hyperglycemia in a type 1 diabetic.

12     A.   They have to go to the bathroom a lot,

13 they're thirsty, their breath smells fruity, and

14 they can pass out or where they need to have sugar.

15     Q.   What are the differences between a type 1

16 diabetic and a type 2 diabetic?

17     A.   To my knowledge, type 1 needs insulin and

18 type 2 will be diet or need to take a pill.

19     Q.   And when you say that a type 1 needs

20 insulin, how is that different from what you know

21 about a type 2 diabetic?

22          MR. SMITH:  Asked and answered.  Go ahead.

23     A.   Type 1 needs -- I believe it's their

24 pancreas doesn't work, so they need to have it so

12

1  the insulin will break down the sugars in their

2  body.

3      Q.   Okay.  From your training at Champaign

4  County sheriff's office, do you know what

5  ketoacidosis is?

6      A.   No.

7      Q.   From your training at Champaign County

8  sheriff's office, can you describe the warning signs

9  of the onset of ketoacidosis?

10     A.   No.

11     Q.   Did you learn at Champaign County

12  sheriff's office medical training what ketones are?

13     A.   If I did, I don't recall that specific

14  word.

15     Q.   From your training at Champaign County

16  sheriff's office, describe what a type 1 diabetic

17  needs on a daily basis.

18         MR. SMITH:  Objection to foundation,

19  assumes facts not in evidence, but go ahead.

20     A.   Needs their insulin, needs food and water.

21     Q.   Did you receive any training at Champaign

22  County sheriff's office about how you as a

23  correction officer can recognize a diabetic

24  emergency such as ketoacidosis?

CARL BROWN

13

1      A.    Can you repeat the question again?

2      Q.    Yes.  From your training at Champaign

3  County sheriff's office in medical, can you describe

4  how you were trained when you as a correctional

5  officer can recognize a diabetic emergency such as

6  ketoacidosis?

7      A.    I don't recall.

8      Q.    From your training at Champaign County

9  sheriff's office, when is it that you are supposed

10  to call 911 for a type 1 diabetic?

11      A.    Can you rephrase that?

12      Q.    Is there -- did you get any training that

13  told you if this happens to a type 1 diabetic, you

14  better call 911?

15      A.    I'm sure we got some kind of training on

16  it, but I don't recall.

17      Q.    From your training at the Champaign County

18  sheriff's office, describe what could happen to a

19  type 1 diabetic who refuses to eat their meals.

20      A.    No.

21      Q.    And when you say no, you -- do you mean

22  that you didn't get that training?

23      A.    No, I just don't know the answer to that.

24  I mean I --

CARL BROWN

14

1       Q.   Okay.

2       A.   They talk generally about all that, but

3    they don't tell me what to do for somebody that

4    hasn't eaten.

5       Q.   Okay.  From your training at Champaign

6    County sheriff's office, describe what could happen

7    to a type 1 diabetic who fails to have his or her

8    blood sugar checked with the Accu-Chek regularly.

9       A.   I don't recall if they told me specifics

10   on what would happen.

11      Q.   From your training at Champaign County

12   sheriff's office, how many times does a type 1

13   diabetic need insulin injections per day?

14      A.   Twice.

15      Q.   And as a correctional officer, what's the

16   jail's procedure for you to follow when a type 1

17   diabetic fails or refuses to have his or her blood

18   sugar checked with the Accu-Chek machine?

19         MR. SMITH:  I'm sorry, can you repeat that

20   question?

21         MS. REDWOOD:  Want to read it back?

22         (Requested portion of the deposition was

23   read by the court reporter.)

24      A.   When they refuse, I write it on the log we

CARL BROWN

15

1 have when they take their diabetes that they refused

2 to do it.  I don't understand what you mean by

3 failed.

4      Q.   If they don't do it or they refuse to do

5 it.

6      A.   Then I mark it down on the log sheet where

7 we put down if they take insulin or I write on there

8 they refused.

9           MS. REDWOOD:  Mark that as No. 1.

10           (Brown Exhibit No. 1 was marked by the

11 court reporter.)

12 BY MS. REDWOOD:

13      Q.   I'm handing you what's been labeled

14 Exhibit No. 1 which purports to be a blood sugar and

15 insulin tracking sheet for a patient named Janet

16 Hahn and it's Bates marked number 58.  Do you

17 recognize this form?

18      A.   Yes.

19      Q.   Is this the form that you just referenced

20 in your testimony when you said you were to mark it

21 down if someone refused their --

22      A.   Yes.

23      Q.   -- blood sugar check?  Okay.  And do you

24 remember seeing this form before?

16

1      A.    Yes.

2      Q.    Are your initials or your badge number on

3  that form anywhere?

4      A.    Yes.

5      Q.    And where is that?

6      A.    On the middle line between -- where it

7  says 6/16 of '07.

8      Q.    Okay.  And what's the time that's marked

9  there?

10     A.    9:57 a.m.

11     Q.    Is that your handwriting on that entire

12  line, that middle line that's marked?

13     A.    I don't believe so.

14     Q.    Would you please state which of the

15  entries are your handwriting?

16     A.    The date 6/16/07, the time 9:57, the blood

17  sugar 396, officer's initials CB, officer badge

18  number 32800.

19     Q.    Do you recall the instance where you

20  filled out this form like this?

21     A.    I don't recall that day of me filling it

22  out, no.

23     Q.    Okay.  Do you recall interacting with a

24  patient named Janet Hahn on June 16th of 2007?

17

1      A.   Yes.

2      Q.   On that date, what shift were you working?

3      A.   Day shift.

4      Q.   And what hours are day shift?

5      A.   7:45 to 16:15 hours.

6      Q.   And do you recall if you did actually come

7   on shift at 7:45 a.m.?

8      A.   I always come on before by 10 or 12

9   minutes.

10      Q.   Okay.  What, if anything, happened at

11   about 7:45 in the morning?

12      A.   Went to briefing.

13      Q.   Do you remember anything that was passed

14   on in the briefing about Janet Hahn?

15      A.   No, I don't.

16      Q.   Had you ever met Janet Hahn before that

17   day?

18      A.   Yes.

19      Q.   And when had you met Janet Hahn before

20   that day?

21      A.   When she was in custody before.

22      Q.   Do you remember when that was?

23      A.   No.

24      Q.   Do you remember if it was that same year?

18

1      A.    No.

2      Q.    What do you remember about Janet Hahn from

3  when she was in custody before?

4      A.    That she was a little slower at talking.

5  She didn't always like talking to everyone.

6      Q.    Did you remember that she was a diabetic

7  when you saw her on June 16th?

8      A.    I don't know if I remembered or if someone

9  told me.

10     Q.    Okay.  When you -- when you had met Janet

11  Hahn before when she was in custody, what area of

12  the jail was that in?

13     A.    I don't recall.

14     Q.    Besides that she was a little slower at

15  talking and that she didn't really like talking to

16  just anyone at the jail, do you remember anything

17  else about Janet Hahn's previous incarceration at

18  the jail?

19     A.    No.

20          MS. REDWOOD:  No. 2 please.

21          (Brown Exhibit No. 2 was marked by the

22  court reporter.)

23  BY MS. REDWOOD:

24     Q.    You've been handed what's been marked

CARL BROWN

19

1   Exhibit No. 2 which purports to be an email from
2   Susan Swain and it's Bates marked 002448.  Would you
3   take a few moments to read that please?
4        A.   I read it.
5        Q.   Do you see where it says on the top that
6   it's addressed to corrections?
7        A.   Yes.
8        Q.   As a correction officer, then, is this an
9   email that would have been addressed to your email?
10       A.   Yes.
11       Q.   Do you remember ever having read this
12  email before you just read it now today?
13       A.   No.
14       Q.   Do you believe that you read this in May
15  of 2007?
16       A.   Yes.
17       Q.   When you saw Janet Hahn on June 16th,
18  2007, was this email something that you had
19  information about?
20            MR. SMITH:  Objection to the form of the
21  question.
22       A.   Not to my knowledge.
23       Q.   As you sit here today, do you remember if
24  on June 16th you remembered anything about this

20

1  email from May of '07?

2      A.   I don't recall.

3      Q.   On June 16th, 2007, what, if anything, do

4  you remember about any conversations that you had

5  with Janet Hahn?

6      A.   I talked to her about taking her blood

7  sugar earlier in the morning, and later in the day

8  she asked me for some toilet paper.

9      Q.   Is 9:57 in the morning the normal time

10 that the blood sugar reading by Accu-Chek is taken

11 on diabetics at the Champaign County jail?

12     A.   No.

13     Q.   What's the normal time that blood sugar

14 readings are done there?

15     A.   Around 6:00 to 6:30 in the morning and

16 between 4:15 to 4:45 in the afternoon.

17     Q.   Would that be the same in 2007?

18     A.   Yes.

19     Q.   So would it be true, then, on your shift

20 you were working from 7:45 to 16:15 military time

21 you weren't really required to take somebody's blood

22 sugar normally?

23     A.   Normally, no.

24     Q.   Okay.

21

1              (Brown Exhibit No. 3 was marked by the

2    court reporter.)

3    BY MS. REDWOOD:

4        Q.    You've been handed what's been marked

5    Exhibit No. 3 which purports to be an Illinois State

6    Police investigative report, this is Bates marked

7    34, 35, 36 and 37, that's the numbers in the lower

8    right-hand corner, which purports to document an

9    interview of Carl Brown on June 29th, 2007.

10             Do you recall being at an interview on

11   June 29th of 2007 with Trooper Kim Cessna?

12       A.    Yes.

13       Q.    And do you recall that interview having

14   been tape recorded with your consent?

15       A.    Yes.

16       Q.    Were the statements that you made to

17   Trooper Cessna true and correct?

18       A.    Yes.

19       Q.    Have you read over this report?

20       A.    Yes.

21       Q.    And is there anything in this report that

22   you feel now would be incorrect?

23       A.    No.

24       Q.    Why wasn't Janet Hahn's blood sugar taken

CARL BROWN

22

1   before breakfast on June 16th?

2          MR. SMITH:  Objection to foundation.

3   Calls for speculation.

4      A.   I can only guess why.  I don't know why, I

5   wasn't there.

6      Q.   Okay.  You don't know why, that's all.

7   When you come in on shift and when you came in on

8   shift on June 16, 2007, was there a pass-on log?

9      A.   Yes.

10     Q.   And was there a briefing where information

11  about the previous shift could be passed on to you?

12         MR. SMITH:  Asked and answered.

13     A.   Yes.

14     Q.   Do you remember anything being passed on

15  about why Janet Hahn's blood sugar wasn't taken on

16  June 16th before breakfast?

17         MR. SMITH:  Asked and answered.

18     A.   I don't recall.

19     Q.   What, if anything, do you recall being

20  passed on about Janet Hahn, and if you need to refer

21  to the statement --

22     A.   Something had to have been passed on to me

23  stating that she had not taken her blood sugar.

24     Q.   Okay.  And was anything else passed on to

23

1  you that you recall or that your recollection is

2  refreshed from reading through the report?

3       A.   My report says someone told me she had

4  flooded her cell the night before or put her green

5  gown into the cell -- in the toilet in the cell.

6       Q.   When you came on shift on June 16th, 2007,

7  was the water to Janet Hahn's cell on or off?

8       A.   I don't recall.

9       Q.   On June 16, 2007, did you turn off the

10  water to Janet Hahn's cell?

11      A.   I don't recall.

12      Q.   On June 16, 2007, did you turn the water

13  to Janet Hahn's cell on?

14      A.   I don't recall.

15      Q.   On June 16, 2007, was Janet Hahn

16  cooperative with your efforts to get her blood sugar

17  checked?

18      A.   Yes.

19      Q.   And what did you do to get her blood sugar

20  checked?

21           MR. SMITH:  Objection to the form of the

22  question.

23      A.   Got the meter and brought it up to the

24  booking area and sat it in front of her so she could

24

1    test herself.

2        Q.    I'm calling your attention to the second

3    page of Exhibit No. 3 which is Bates marked 35.   In

4    the bottom of the second paragraph, it states on

5    there "Brown told me that he had to help Hahn take

6    her blood sugar because she wasn't sure how to use

7    the Accu-Chek machine."  Do you remember telling

8    Trooper Cessna that?

9        A.    After reading the report I do.

10       Q.    Okay.  And do you recall what it was that

11   you observed about Janet Hahn that indicated to you

12   she wasn't sure how to use the Accu-Chek machine?

13       A.    The test strip that you put into the

14   Accu-Chek machine, most people if they've never used

15   that exact one doesn't know which end of it goes

16   into the machine and which end you put the blood on

17   because they look almost the same.  I don't know how

18   to -- what the -- I don't know what the strip is

19   called and I don't know what to call it, but it's

20   just like if you take out the cell phone, you have a

21   bunch of little things with ends on it that look

22   alike, but one end goes into the machine, one end

23   you put the blood on and it sucks the blood up onto

24   it.

CARL BROWN

25

1      Q.    Okay.  After you helped Janet Hahn take
2  her blood sugar, what was the measurement of the
3  blood sugar?
4      A.    396.
5      Q.    And did you then -- what did you do next?
6      A.    Called the nurse.
7      Q.    Do you know which nurse it was?
8      A.    Sue Swain.
9      Q.    And did she come down there?
10     A.    I don't recall if she came down there or I
11  just told her over the telephone.
12     Q.    Okay.  And calling your attention back to
13  Exhibit No. 1 where it says -- where you wrote in
14  the time 9:57.
15     A.    Yes.
16     Q.    Is 9:57 the time that the blood sugar
17  reading was taken --
18     A.    Yes.
19     Q.    -- or the -- or was that when the nurse
20  gave the 20 units?
21     A.    That's when the blood sugar reading was
22  taken.
23     Q.    Okay.  And do you know when the 20 units
24  was given?

CARL BROWN

26

1    A.   No.

2    Q.   Is there anything in Trooper Cessna's

3  report here that indicates to you about how long

4  after the blood sugar reading was taken that Nurse

5  Swain gave the 20 units?

6         MR. SMITH:  Objection to the form of the

7  question.  Cessna's report can speak for itself.

8    A.   No.

9    Q.   Did Janet Hahn eat any breakfast on June

10  16th, 2007?

11         MR. SMITH:  Objection to foundation.

12    A.   Don't recall.

13    Q.   And would it be true that you were not on

14  duty during breakfast?

15    A.   Correct.

16    Q.   But Janet Hahn told you that she had not

17  eaten breakfast, right?

18    A.   I'd have to read the report again to see

19  if it says in there, but other than that, I don't

20  recall.

21    Q.   Okay.  But if it says in the report or if

22  your tape says that Janet Hahn told you she hadn't

23  eaten breakfast and you reported that to Trooper

24  Cessna, once again that would be correct, right?

27

1      A.    Yes.

2            MR. SMITH:   Objection to form and

3   foundation.

4      Q.    June 16, 2007, was a Saturday.   Do inmates

5   who were booked in on the preceding Friday evening

6   or night get taken to some kind of court on

7   Saturday?

8      A.    Some do.

9            MR. SMITH:   Objection to form.

10     Q.    Okay.   Do you recall that you took Janet

11  to court on Saturday?

12     A.    No.

13     Q.    In June 2007 when inmates were taken to

14  bond court on a Saturday, would they actually be

15  physically transported to the courthouse and

16  physically present in a courtroom?

17     A.    No.

18     Q.    And how is it that in June of 2007 inmates

19  taken to bond court would appear in bond court?

20     A.    On the video monitor.

21     Q.    Where is the room that the video monitor

22  is located at the satellite jail?

23            MR. SMITH:   Objection to relevance.

24     A.    Off of the booking area.   I believe it's

28

1    on the west side.  No, it would not be west side.

2    North side.

3        Q.    Okay.  So if -- if an officer said that

4    they took Janet Hahn to bond court on Saturday,

5    would it be true, then, that the officer would have

6    taken Janet Hahn to the video area to attend bond

7    court by video transmission?

8            MR. SMITH:  Objection to foundation.

9    Calls for speculation.

10        A.    Yes.

11        Q.    When you came on duty on June 16th, 2007,

12    what was Janet Hahn wearing?

13        A.    I believe a green suicide outfit.

14        Q.    Did the green suicide outfit indicate to

15    you as a correction officer that she had been

16    determined to be a suicide risk and she was on watch

17    for suicide?

18        A.    Yes.

19        Q.    And was there anything else that would

20    have been posted or available to you as a correction

21    officer in June of 2007 that would indicate to you

22    that a certain inmate was on suicide watch?

23        A.    Did you say June 20 --

24        Q.    June of 2007, would there be anything else

29

1   in the booking area there that would indicate to you

2   that a certain inmate was on suicide watch?

3       A.   Yes.

4       Q.   What other thing or things?

5       A.   Our check sheet.

6       Q.   Okay.  Anything else?

7       A.   We'll put a green tag on their card or

8   picture on the booking board.

9       Q.   And anything else?

10      A.   On their seg sheet, we'll write on there

11  Level 2.

12      Q.   Do you remember how you determined on June

13  16th of 2007 that Janet Hahn was diabetic?

14           MR. SMITH:  Asked and answered.

15      A.   Don't recall.

16      Q.   Is there a place on the booking board that

17  that would -- that the fact that any particular

18  inmate was diabetic would be noted?

19           MR. SMITH:  Objection to foundation.

20      A.   It can be, yes.

21      Q.   Is it required to be?

22      A.   No.

23      Q.   In June 2007, was it required to be noted

24  somewhere on the booking board that a particular

CARL BROWN

30

1  inmate was diabetic?

2          MR. SMITH:  Objection to form.

3      A.   Of June 20, I have no recollection of that

4  day.

5      Q.   June 2007, just the month, in the month of

6  June of 2007.

7      A.   Was there -- could you repeat the question

8  please?

9          MS. REDWOOD:  Would you read the question

10  back please?

11          (Requested portion of the deposition was

12  read by the court reporter.)

13      A.   No.

14          MS. REDWOOD:  Please mark that as No. 4.

15          (Brown Exhibit No. 4 was marked by the

16  court reporter.)

17  BY MS. REDWOOD:

18      Q.   You've been handed a document that's been

19  marked Exhibit No. 4 that purports to be the

20  Champaign County Correctional Center segregation log

21  for a prisoner named Janet Hahn and this is Bates

22  marked 57.  Do you recognize this form?

23      A.   Yes.

24      Q.   And does that -- what is that?

31

1       A.    Segregation log.

2       Q.    Is that a form that was used in booking in

3  June of 2007?

4       A.    Yes.

5       Q.    Do you see your initials or badge number

6  or handwriting anywhere on that form?

7       A.    Yes.

8       Q.    Where do you see your information?

9       A.    Under comments on the second line where it

10  says refused lunch.

11       Q.    Okay.  And does -- and over to the left

12  under L where it says refused, is that your

13  handwriting and your badge number?

14       A.    I don't believe so.

15       Q.    Do you recognize whose badge number that

16  might be -- I'm sorry, whose badge number that is?

17       A.    I can't read it.

18       Q.    Okay.  Did you talk with Allison Morris on

19  June 16, 2007, about Janet Hahn?

20       A.    I don't recall.

21       Q.    Is there anything on this segregation log

22  which is marked as Exhibit No. 4 that indicates to

23  you who it was that started the segregation log?

24       A.    Yes.

32

1      Q.    What is that?

2      A.    Down there where it says authorization

3   345.

4      Q.    And what does that indicate?

5      A.    He's the one authorized to start this.

6      Q.    Do you know whose badge number 345 is?

7      A.    Yes.

8      Q.    Who's that?

9      A.    Michael Johnson.

10      Q.    Do you recall when you came on duty on

11   June 16, 2007, whether this segregation log was

12   already posted on the wall near Janet Hahn's cell?

13      A.    Yes.

14      Q.    Okay.  Was it up there?

15      A.    To my knowledge, yes.

16      Q.    Okay.  And where you indicated that that's

17   your handwriting that says refused lunch the first

18   -- actually the first comment on the comment

19   section, did you write that at or around the time

20   that Janet Hahn refused lunch?

21      A.    Yes.

22      Q.    You testified earlier that you remembered

23   Janet Hahn from when she was in custody before

24   because she was slower at talking and maybe she

33

1    wouldn't talk to everybody.  Do you remember that

2    testimony?

3         A.   Yes.

4         Q.   Do you remember making any kind of a

5    determination in your mind that she might have

6    mental disabilities or intellectual problems?

7         A.   No.

8         Q.   Did you think that she was mentally

9    retarded?

10        A.   No.

11        Q.   From your training at Champaign County

12   sheriff's office, did you have any training about

13   how you were supposed to get an inmate who had some

14   kind of a mental or intellectual disability to

15   cooperate in their own medical treatment?

16             MR. SMITH:  Objection to form.

17        A.   Yes.

18        Q.   What kind of training did you get about

19   that?

20        A.   Mental health training.

21        Q.   What options were you given to help deal

22   with an inmate who was maybe mentally disabled who

23   wouldn't cooperate in their own medical care?

24             MR. SMITH:  Objection to the form.

34

1    A.    I don't recall the options.

2    Q.    As a correction officer, what was the

3 jail's procedure in 2007 for you to follow when a

4 type 1 diabetic fails or refuses to eat his or her

5 meals?

6    A.    To notify the supervisor and the nurse.

7    Q.    On June 16, 2007, when Janet Hahn refused

8 lunch and you wrote it down on the seg log there,

9 did you verbally notify the nurse that she had

10 refused lunch?

11    A.    I don't recall.

12    Q.    Did you send the nurse an email telling

13 the nurse that Janet Hahn had refused lunch?

14    A.    I don't recall.

15    Q.    Did you type anything onto the pass-on log

16 stating that Janet Hahn had refused lunch?

17    A.    I don't recall.

18    Q.    Did you notify your supervisor that Janet

19 Hahn had refused lunch?

20    A.    I don't recall.

21    Q.    As a correction officer, what was the

22 jail's procedure for you to follow in 2007 when a

23 type 1 diabetic has no drinking water to his or her

24 cell?

CARL BROWN

35

1      A.    Procedure is I can get her a cup of water

2   when she needs one or I can move her to another

3   cell, if the facet is not working to a cell, where

4   there is a working faucet.

5      Q.    Do you recall whether on June 16th, 2007,

6   Janet Hahn ever asked you for water and you brought

7   her water?

8      A.    I don't recall.

9      Q.    Besides any of the things that you've

10  already testified about here today, what other

11  conversations or interactions do you remember having

12  with Janet Hahn on June 16, 2007?

13     A.    I don't recall any others.

14     Q.    Do you remember if you did any of the 15

15  minute cell checks on June 16, 2007?

16     A.    Yes.

17     Q.    And what, if anything, do you remember

18  seeing about Janet Hahn on that date?

19     A.    That she stood in the door staring at us

20  or lay on the floor covered up with a blanket trying

21  to -- what I believe, trying to sleep.

22     Q.    Do you remember Janet Hahn calling for her

23  doctor on June 16, 2007?

24     A.    No.

36

1    Q.   As a correction officer, what was the

2  jail's procedure for you to follow in 2007 if the

3  Accu-Chek used on a type 1 diabetic reads error or

4  err, E-R-R, or just E?

5         MR. SMITH:  Objection, incomplete

6  hypothetical.

7    A.   To retry testing it one or two more times,

8  and if not, then notifying the supervisor and

9  letting the nurse know that it did not work.

10    Q.   And in 2007, if the Accu-Chek machine

11  didn't work or read error, were you as a correction

12  officer required to make some kind of a notation

13  about that reading on the blood sugar and insulin

14  tracking sheet which is marked as Exhibit No. 1?

15    A.   Can you repeat the beginning of that

16  question?

17    Q.   Right.  In June of 2007, was it the jail's

18  policy for you to write down on this blood sugar

19  tracking sheet if the Accu-Chek machine read error

20  or it didn't work for some reason?

21    A.   I don't recall.

22         MR. SMITH:  Objection to form.

23    A.   I don't recall if it was policy.

24    Q.   In June of 2007, if you checked -- if you

CARL BROWN

37

1  took a diabetic to have their blood sugar checked

2  and the machine seemed to you not to work or to read

3  error, what would you have done?

4      A.   Well --

5           MR. SMITH:  Objection to the form of the

6  question.

7      A.   -- told the nurse.

8           MR. SMITH:  Go ahead.

9      A.   Told the nurse.

10     Q.   In 2007, what was the jail's procedure for

11 you to be able to call the HPL doctor directly if

12 you thought that an inmate needed a doctor?

13     A.   The procedure for me to call the doctor

14 was to go through my supervisor.

15     Q.   Before June 2007, did you have any kind of

16 medical training that told you that a type 1

17 diabetic could die in a couple of days without a

18 proper diabetic regimen of food, water and insulin?

19          MR. SMITH:  Objection to the form of that

20 question.

21     A.   Yes.

22     Q.   From your training there, how many days

23 did you learn that a diabetic could go without a

24 proper regimen before they actually could die?

CARL BROWN

38

1          MR. SMITH:  Objection, foundation, form.

2     A.   I don't recall that.

3     Q.   On June 16th, 2007, did you have any

4    indication from any source at all that Janet Hahn

5    was somehow mentally deficient?

6          MR. SMITH:  Objection, asked and answered.

7     A.   I don't recall.

8          MS. REDWOOD:  Mark that please as No. 5.

9          (Brown Exhibit No. 5 was marked by the

10   court reporter.)

11   BY MS. REDWOOD:

12    Q.   You've been handed what's been marked as

13   Exhibit No. 5 which purports to be a Champaign

14   County Sheriff and JDC Aegis Public Safety System

15   Questionnaire Listing which is Bates marked No. 52.

16   Do you recognize this form?

17    A.   Yes.

18    Q.   And this is a form for Janet Louise Hahn

19   dated June 15th, 2007.  Do you recall whether you

20   actually looked at this form on June 16, 2007?

21    A.   No.

22    Q.   Is this a form that would have been

23   available to you as a correction officer in the

24   booking area on June 16, 2007?

39

1          A.   Not this form, but on the computer I could

2     look it up.

3          Q.   Okay.  On the computer, would the -- would

4     that same information that's listed as 1 through 28

5     with the answers be on there in, say, maybe a

6     different format, is that what you're saying?

7          A.   Not a different format, no.

8          Q.   Okay.  What would be available to you in

9     regards to these 28 questions?

10         A.   The exact same questions, the exact same

11    answers, just not on paper.

12         Q.   Okay.  So it would be just on a computer

13    screen?

14         A.   Yes.

15         Q.   Okay.  And you see where on this form

16    Question No. 8 asks:  Is detainee mentally

17    deficient?  And the answer is yes.

18         A.   Yes.

19         Q.   So if you had looked at the computer about

20    this inmate on June 16th, 2007, you would have had

21    that information, correct?

22         A.   Yes.

23         Q.   Is there any requirement that you as a

24    correction officer review these questionnaires about

CARL BROWN

40

1   inmates when you come on shift?

2       A.    No.

3       Q.    And was there any policy in 2007 to review

4   these inmate classification screens?

5       A.    No.

6       Q.    On June 16, 2007, when you came on shift,

7   besides whatever we've already -- you've already

8   testified about, was there any other file or

9   computerized file or place that you could access

10  that would give you information about Janet Hahn's

11  mental and medical conditions?

12          MR. SMITH:  Objection, form of that

13  question.

14      A.    No.

15          MS. REDWOOD:  No. 6 please.

16          (Brown Exhibit No. 6 was marked by the

17  court reporter.)

18  BY MS. REDWOOD:

19      Q.    You've been handed a document that is

20  labeled Exhibit No. 6 which purports to be a

21  medication administration log record and is Bates

22  stamped No. 90.  Do you recognize this form?

23      A.    Yes.

24      Q.    And that's called a MAR?

CARL BROWN

41

1      A.    MAR.

2      Q.    MAR.   Is that something that would be

3   available to you as a correction officer in the

4   booking area about any particular inmate who had one

5   of these made out?

6            MR. SMITH:   Objection --

7      A.    Yes.

8            MR. SMITH:   -- to foundation.

9      A.    Yes.

10     Q.    In 2007, then, where would this have been

11  located at the booking area or something like this

12  for any particular inmate?

13     A.    On the booking desk on the north side.

14     Q.    Are these MARs just kept there in a stack?

15     A.    They're in a folder or binder or 3-ring

16  binder.

17     Q.    And see on this one where it says

18  Accu-Cheks b.i.d.?

19     A.    Yes.

20     Q.    What does that mean to you?

21     A.    Accu-Cheks means she checks her blood

22  sugar.

23     Q.    Okay.   And does it say here how often or

24  how many times a day?

42

1     A.   No.

2     Q.   Do you know what the b.i.d. means?

3     A.   No.

4     Q.   And see where it says insulin according to

5   sliding scale protocol?

6     A.   Yes.

7     Q.   And what does that mean to you as a

8   correction officer?

9     A.   It means whatever her blood sugar is, you

10  go to the sliding scale that's in the book in the

11  infirmary, and that's how much insulin you'd put

12  into the needle and give to her.

13    Q.   In 2007, was it your job as a correction

14  officer to put the insulin into the needle for an

15  insulin-dependent diabetic?

16    A.   No.

17    Q.   And whose job was that?

18    A.   Themselves.

19    Q.   And see where it says HS snack?

20    A.   Yes.

21    Q.   What does that mean to you?

22    A.   A snack at nighttime.

23    Q.   Do you know what time the snack at

24  nighttime was offered to a diabetic in 2007?

CARL BROWN

43

1      A.    I know approximately.

2      Q.    Approximately what time?

3      A.    Ten o'clock.

4      Q.    Do you recall on June 16, 2007, ever

5  seeing this MAR which is Exhibit No. 6 for the

6  patient or inmate Janet Hahn?

7      A.    No.

8            (Brown Exhibit No. 7 was marked by the

9  court reporter.)

10 BY MS. REDWOOD:

11     Q.    You've been handed a two page document

12 which is labeled Exhibit No. 7, Bates marked 002709

13 and 002710.  Do you recognize this from your work at

14 Champaign County sheriff's office?

15     A.    Yes.

16     Q.    I'm calling your attention to the second

17 page there and where it says Janet Hahn was in block

18 H-5.  Do you see that?

19     A.    Yes.

20     Q.    When you dealt with Janet Hahn, was she

21 ever in H-5?

22     A.    Not that I recall.

23     Q.    And if you follow that line over towards

24 the right where it says June 16th, 2007, sent IDOC,

CARL BROWN

44

1  do you see where it says that?

2       A.    Yes.

3       Q.    And do you know what that means?

4       A.    Sentenced to DOC.

5       Q.    And DOC meaning Department of Corrections?

6       A.    Yes.

7       Q.    Do you know why that was entered on that

8  page?

9       A.    No.

10      Q.    And if you turn to the first page of the

11 exhibit, see where it says Hahn, Janet Louise?

12      A.    Yes.

13      Q.    And it says block and cell F-1?

14      A.    Yes.

15      Q.    Is that where Janet Hahn was housed when

16 you saw her on June 16, 2007?

17      A.    Yes.

18      Q.    Did you enter any of the information that

19 is on this -- either one of these two forms on

20 Exhibit 7?

21      A.    I don't believe so.

22      Q.    Were you the officer that took Janet

23 Hahn's photograph and fingerprints on June 16, 2007?

24      A.    Don't recall.

45

1      Q.   Would that have been one of your duties in

2  the booking area?

3      A.   It could be, yes.

4      Q.   What, if anything, did you notice about

5  Janet Hahn's physical appearance and her physical

6  health on June 16, 2007?

7      A.   That she was wearing the green outfit.

8      Q.   What, if anything, did you notice about

9  Janet Hahn's -- her coloring, the coloring of her

10  skin?

11      A.   I don't recall.

12      Q.   And on June 16, 2007, besides anything

13  you've already testified to today, did you have any

14  other concerns for Janet Hahn's physical well-being?

15      A.   No.

16           MR. SMITH:   Objection, characterization of

17  the question.

18      A.   No.

19      Q.   Did you work on the 7:45 to 16:15 shift

20  the next day which was June 17th, 2007?

21      A.   Can I refer to my report?

22      Q.   Sure, yes.

23      A.   No.

24      Q.   Besides what you've already testified to,

46

1  did you call the nurse about Janet Hahn at any time

2  during your shift on June 16, 2007?

3          MR. SMITH:  Objection to form.

4      A.  Well, I believe I testified to I did call

5  her, but other than that, no.

6      Q.  Okay, yeah, and that's what I was asking

7  you, if there was any other reason you called the

8  nurse besides things you've already testified to.

9      A.  Not to my knowledge, no.

10     Q.  Okay.  When I say Quentin Larry, do you

11 know who I'm talking about?

12     A.  Yes.

13     Q.  And --

14         MR. SMITH:  Objection to relevance.

15     Q.  Do you remember that Quentin Larry died

16 after collapsing at the Champaign County jail?

17         MR. SMITH:  Same objection.

18     A.  Yes.

19     Q.  What, if anything, was changed in regards

20 to correction officers' ability to call 911 directly

21 for a jail inmate after Quentin Larry died?

22         MR. SMITH:  Objection, relevance.

23     A.  Nothing that I know of.

24     Q.  And what policies or procedures were

47

1  implemented or changed at the Champaign County

2  sheriff's office in regard to inmate emergencies

3  after Quentin Larry died?

4         MR. SMITH:  Objection to form and

5  relevance.

6      A.   None that I know of.

7      Q.   What HPL policies or procedures were

8  implemented at Champaign County sheriff's office for

9  you as a correction officer to follow after Quentin

10 Larry's death?

11        MR. SMITH:  Objection to relevance, form,

12 and calls for speculation.

13     A.   None that I know of.

14     Q.   In June 2007, were there any differences

15 in how you as a correction officer cared for and

16 monitored a type 1 diabetic as opposed to how you

17 cared for and monitored a type 2 diabetic?

18        MR. SMITH:  Objection -- no, I withdraw my

19 objection.

20     A.   No.

21        MS. REDWOOD:  Mark this.

22        (Brown Exhibit No. 8 was marked by the

23 court reporter.)

24 BY MS. REDWOOD:

CARL BROWN

48

1      Q.    You've been handed a document which is

2  labeled Exhibit No. 8 which purports to be Champaign

3  County Sheriff's Office Mental Health/Medical

4  Special Watch Sheet Booking and it's Bates marked

5  number 148.  Do you recognize this form?

6      A.    Yes.

7      Q.    And do you see in the second column where

8  it says name Janet Hahn?

9      A.    Yes.

10      Q.    And see where it says under reason, Level

11  2, Med 2?

12      A.    Yes.

13      Q.    Now, Med 2 is a drug withdrawal, right?

14      A.    Yes.

15      Q.    Do you know why it says Med 2 in that

16  reason sheet?

17      A.    An officer put it on there.

18      Q.    Do you know what officer put it on there?

19      A.    No.

20      Q.    Did you have any input into putting Med 2

21  on this sheet?

22      A.    Not to my knowledge.

23      Q.    Do you know why it doesn't say Med 3

24  diabetic on there?

CARL BROWN

49

1    A.    No.

2    Q.    Did you at any time on June 16th, 2007,

3  give any information to any person or write down on

4  the special watch sheet that Janet Hahn was Med 3 or

5  diabetic?

6           MR. SMITH:  Objection, compound question.

7    A.    To answer one of the questions, which is

8  the second part of that question, is no, I did not

9  write anything down on this.

10    Q.    Okay.

11    A.    And to answer the first part of that

12  question, I believe, yes, later in the day I told

13  Officer Ruff that she did not eat and she had been

14  -- and she was a diabetic.

15    Q.    Okay.  Do you know if Officer Ruff had any

16  input into putting the information on this special

17  watch sheet?

18           MR. SMITH:  Objection, asked and answered.

19    A.    I would say no since he came in after me.

20    Q.    When you came in on June 16, 2007, do you

21  recall seeing a special watch sheet for booking

22  where Janet Hahn's name was on there?

23    A.    I don't recall that time.

24    Q.    Okay.  And where is it in booking that

CARL BROWN

50

1   this special watch sheet would be either posted or

2   available for you to look at?

3       A.   Southwest corner of the booking desk.

4            MR. SMITH:  Objection to form, this

5   booking sheet, but the answer can stand.

6       Q.   And when I say this booking sheet, I'm

7   talking about the format because obviously this

8   particular one is dated June 18th.

9       A.   Correct.

10      Q.   So you wouldn't have seen this particular

11  one.

12           MR. SMITH:  Thank you.

13      Q.   Okay.  On June 16th, 2007, did you put

14  your initials and badge number down on a special

15  watch booking sheet like this but with a different

16  date?

17      A.   Yes.

18      Q.   And what would the initials and the badge

19  number then indicate on that special watch booking

20  sheet?

21      A.   CB 328.

22      Q.   And what would that mean that you did or

23  observed?

24      A.   That I did a walk and I observed inmates

CARL BROWN

51

1   in the cell blocks.

2        Q.    And when you did the walk, is that also

3   called a Morse Watchman check?

4        A.    At that time, yes.

5        Q.    Would you please explain what is involved

6   in doing the Morse Watchman check?

7        A.    What's involved is where you take the

8   Watchman that fits in your hand, it's only about two

9   inches by one inch, you go up and hit a start

10  station at the beginning.  Right underneath the

11  start station is a check just like this, check

12  sheet, then I punched in my badge number to the

13  Morse Watchman and then I go to each cell.  There's

14  a station, something else I press it on to hear

15  if -- it's normally a beeping sound.  I look in the

16  cell and I hit it, say I was at that cell, and I do

17  that at each cell as I walk around through the

18  booking area at each cell block.

19       Q.    When you're in the booking area and

20  looking in each cell, what is it that you're looking

21  for if an inmate is designated as suicide watch?

22       A.    Making sure they're not hurting

23  themselves, that their chest is rising and lowering.

24       Q.    Well, is there some kind of a policy or

52

1  procedure for you to follow as a correction officer

2  during this Morse Watchman check about when you

3  should actually open the door to a cell to find out

4  more information?

5         MR. SMITH:  Objection, form of the

6  question.

7     A.   Not that I recall.

8     Q.   In June 2007, would you be allowed to open

9  the door to any particular cell if you were doing

10  the Morse Watchman and you thought you should?

11    A.   Yes.

12    Q.   Is the Morse Watchman system still used

13  currently at the booking area?

14         MR. SMITH:  Objection to relevance.

15    A.   No.

16    Q.   What kind of system is currently used for

17  that function?

18    A.   It's called a pipe.

19    Q.   And how is that different?

20         MR. SMITH:  Objection to relevance.

21    A.   I don't have to punch my badge number in

22  and I think to -- on my key chain there's a little

23  thing that gives my badge number other than me

24  typing the badge number in.  Other than that, it

CARL BROWN

53

1   does the same thing and it's... it just does the

2   same thing after that.  That's the only difference.

3      Q.   Okay.  Have you received any training or

4   education from materials that were obtained from the

5   American Diabetes Association at the Champaign

6   County sheriff's office?

7      A.   I believe so.

8      Q.   Would that be through your regular yearly

9   medical training?

10     A.   Yes.

11     Q.   Has anybody from the American Diabetes

12  Association come to Champaign County sheriff's

13  office to give lectures or information regarding

14  treatment of diabetics in jail?

15     A.   No.

16     Q.   Have you seen a video that was made by the

17  American Diabetics Association which discussed the

18  care of diabetics in arrest and jail situations?

19     A.   I may have.  I've watched a lot of videos

20  for training over the years.

21     Q.   Okay.  I'm going to show you a poster.

22  I'm marking as Exhibit No. 9 a small copy of the

23  poster I'm showing you, but it's not an exact copy

24  because some of words over on the left-hand side on

CARL BROWN

54

1    the copy don't come out where they do on the poster.

2          (Brown Exhibit No. 9 was marked by the

3    court reporter.)

4    BY MS. REDWOOD:

5          Q.    Would you please take a few moments to

6    read that poster?

7          A.    (Reading poster.)

8          Q.    Is this poster up in the booking area at

9    the Champaign County satellite jail?

10         A.    No.

11         Q.    Have you seen this poster before?

12         A.    No.

13         Q.    Do you believe that if this poster was up

14   at the booking area this would be helpful to you as

15   a correction officer in dealing with diabetics?

16         MR. SMITH:  Objection to form and

17   relevance, calls for speculation.

18         A.    Yes, it could.

19         Q.    In June 2007, were the people that were

20   housed in the booking area taken for exercise

21   somewhere, to an exercise yard?

22         A.    Not to my knowledge.

23         Q.    Is there an exercise yard at the satellite

24   jail?

55

1      A.    Yes.

2      Q.    Was there an exercise yard at the

3 satellite jail in June 2007?

4      A.    Yes.

5      Q.    Were people from the booking area who were

6 on suicide watch taken out to the exercise yard once

7 a day?

8      A.    No.

9      Q.    And what kind of exercise did the people

10 in the booking area get on a daily basis?

11           MR. SMITH:  Objection to foundation.

12      A.    They go to the open area we have and can

13 walk around in the box.

14      Q.    What's walk around in the box mean?

15      A.    Walk back and forth or walk in a circle.

16      Q.    And what's the box?

17      A.    The yellow box we have on the floor.

18      Q.    All right, I see.  There's a -- so the

19 booking area has a big room and there's a yellow box

20 painted on the floor?

21      A.    Yeah.

22      Q.    Gotcha.  I haven't been in the booking

23 area.

24      A.    I understand.

56

1      Q.   Don't want to go there either.  Did you

2   take Janet Hahn out and let her walk around in the

3   box on June 16, 2007?

4      A.   I don't recall.

5      Q.   Was there any kind of a policy that

6   stopped guards from letting people who were on

7   mental -- on suicide watch coming out and walking

8   around in the box?

9      A.   No.

10     Q.   Do you know how big the cell was that

11  Janet Hahn was in which was F-1?

12     A.   No.

13          MS. REDWOOD:  I have no other questions.

14          MR. SMITH:  Okay.  I just have a couple of

15  clarifying questions.

16          EXAMINATION BY

17          MR. SMITH:

18     Q.   You were previously asked about your

19  training with respect to what to do in a diabetic

20  emergency.  Do you recall those questions?

21     A.   Yes.

22     Q.   And I believe that you later testified

23  that in case of medical emergency or when you see

24  signs of medical distress, that you are to notify

CARL BROWN

57

1  your supervisor and the nurse; is that correct?

2      A.   Yes.

3      Q.   And that has been a part of your training

4  either on the job or through formal classes?

5      A.   Yes.

6      Q.   Is that also true of when you feel that

7  911 needs to be called, that you can notify the

8  supervisor, the nurse or, if you feel it imperative,

9  that you can call yourself?

10      A.   Yes.

11      Q.   And likewise I believe you were asked

12  questions about your training with regard to someone

13  who refuses to eat, and then later in your testimony

14  you stated that the procedure for handling someone

15  who is refusing to eat their meals is to notify the

16  supervisor and the nurse, correct?

17      A.   Yes.

18      Q.   And you learned that through either

19  on-the-job training or through formal training?

20      A.   Both.

21      Q.   Okay.  Likewise, if someone is not having

22  their blood sugar checked for whatever reason,

23  you've been trained to notify the supervisor and the

24  nurse; is that correct?

58

1     A.    Yes.

2     Q.    You were asked a few questions about

3 Exhibit No. 6 which was a medical administration

4 record.  Do you recall that?

5     A.    Yes.

6     Q.    None of the handwriting that appears on

7 Exhibit 6 is yours, correct?

8     A.    Correct.

9     Q.    And you did not have any role in creating

10 this medical administration record, correct?

11    A.    Correct.

12    Q.    That's something that the medical staff

13 does?

14    A.    Yes.

15    Q.    You don't prescribe medications for

16 inmates?

17    A.    Correct.

18    Q.    That's, again, what the medical staff

19 does.

20    A.    Yes.

21    Q.    Now, I believe Ms. Redwood asked you

22 whether you recalled passing along any information

23 about Hahn refusing to eat lunch or about her blood

24 sugar, and at that time you said you did not recall.

59

1   Later in your testimony you stated that you passed

2   along to Officer Ruff that Hahn did not eat lunch

3   and that she had checked her blood sugar in the

4   morning and it was high.  Do you recall that?

5       A.   Yes.

6       Q.   And do you recall whether the second part

7   of your testimony there that you had passed this

8   information along to Ruff was, in fact, what did

9   happen?

10      A.   Yes.

11           MR. SMITH:  I have nothing else.

12           MR. SMALL:  I don't have any questions.

13           MS. REDWOOD:  How did you --

14           MR. SMITH:  I'm sorry, Howard.

15           MR. SMALL:  That's okay.

16           REEXAMINATION BY

17           MS. REDWOOD:

18      Q.   How did you know that Janet's blood sugar

19   was high at 396?

20      A.   Because I was there with her when she took

21   it.

22      Q.   And how did you know that the number 396

23   was high?

24      A.   That's what I learned in training.

CARL BROWN

60

1          MS. REDWOOD:  No other questions.

2          MR. SMITH:  We can go off the record for a

3    second.

4          (Discussion off the record.)

5     A.   I waive it.

6          (Adjourned at 10:23 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CARL BROWN

61

```
 1  STATE OF ILLINOIS     )
                          )SS
 2  COUNTY OF FORD        )

 3
            I, June Haeme, a Notary Public in and for
 4  the County of Ford, State of Illinois, do hereby
    certify that CARL BROWN, the deponent herein, was by
 5  me first duly sworn to tell the truth, the whole
    truth and nothing but the truth, in the
 6  aforementioned cause of action.
            That the following deposition was taken on
 7  behalf of the Plaintiff at the law offices of Heyl,
    Royster, Volker & Allen, 102 East Main Street,
 8  Urbana, Illinois, on September 21, 2011.
            That the said deposition was taken down in
 9  stenograph notes and afterwards reduced to
    typewriting under my instruction; that the
10  deposition is a true record of the testimony given
    by the deponent; and that it was agreed by and
11  between the witness and attorneys that said
    signature on said deposition would be waived.
12          I do further certify that I am a
    disinterested person in this cause of action; that I
13  am not a relative, or otherwise interested in the
    event of this action, and am not in the employ of
14  the attorneys for either party.
            IN WITNESS WHEREOF, I have hereunto set my
15  hand and affixed my notarial seal this 22nd day of
    September, 2011.

16

17

18

19                  s/JUNE HAEME, CSR, RMR, CRR
                        NOTARY PUBLIC
20

21
    "OFFICIAL SEAL"
22  June Haeme
    Notary Public, State of Illinois
23  My Commission Expires:
    September 27, 2012
24
```

**A**

**ability** 46:20
**able** 37:11
**access** 40:9
**Accu-Chek** 14:8,18
  20:10 24:7,12,14
  36:3,10,19
**Accu-Cheks** 41:18,21
**action** 61:6,12,13
**addressed** 19:6,9
**Adjourned** 60:6
**administration** 40:21
  58:3,10
**Administrator** 1:4
**Aegis** 38:14
**affixed** 61:15
**aforementioned** 61:6
**afternoon** 20:16
**age** 6:16
**ago** 10:2,16
**agreed** 4:4 61:10
**ahead** 11:22 12:19
  37:8
**al** 1:8
**alike** 24:22
**Allen** 2:9 4:7 61:7
**Allison** 31:18
**allowed** 52:8
**Alls** 10:19
**American** 53:5,11,17
**answer** 5:9,16 6:1,5,9
  13:23 39:17 49:7,11
  50:5
**answered** 11:22
  22:12,17 29:14 38:6
  49:18
**answering** 5:18
**answers** 39:5,11
**anybody** 53:11
**appear** 27:19
**appearance** 45:5
**APPEARANCES** 2:2
**appears** 58:6
**approximately** 9:19
  43:1,2
**area** 1:21 18:11 23:24

27:24 28:6 29:1
  38:24 41:4,11 45:2
  51:18,19 52:13 54:8
  54:14,20 55:5,10,12
  55:19,23
**arm** 10:3
**Arnold** 7:16
**arrest** 53:18
**asked** 5:18 11:22
  20:8 22:12,17 29:14
  35:6 38:6 49:18
  56:18 57:11 58:2,21
**asking** 5:8,10,16,17
  46:6
**asks** 39:16
**Association** 53:5,12
  53:17
**assume** 5:16
**assumes** 12:19
**attend** 28:6
**attention** 10:22 24:2
  25:12 43:16
**attorney** 2:4,8,12
  7:22,23
**attorneys** 8:4 61:11
  61:14
**authorization** 32:2
**authorized** 32:5
**available** 28:20 38:23
  39:8 41:3 50:2
**Avenue** 2:13
**a.m** 1:15 5:1 16:10
  17:7 60:6

**B**

**back** 14:21 25:12
  30:10 55:15
**badge** 8:17 16:2,17
  31:5,13,15,16 32:6
  50:14,18 51:12
  52:21,23,24
**basis** 12:17 55:10
**Bates** 15:16 19:2 21:6
  24:3 30:21 38:15
  40:21 43:12 48:4
**bathroom** 11:12
**beeping** 51:15

**began** 8:12
**beginning** 36:15
  51:10
**behalf** 61:7
**believe** 10:4 11:23
  16:13 19:14 27:24
  28:13 31:14 35:21
  44:21 46:4 49:12
  53:7 54:13 56:22
  57:11 58:21
**Belleville** 9:14
**better** 13:14
**big** 55:19 56:10
**binder** 41:15,16
**blanket** 35:20
**block** 43:17 44:13
  51:18
**blocks** 51:1
**blood** 14:8,17 15:14
  15:23 16:16 20:6,10
  20:13,21 21:24
  22:15,23 23:16,19
  24:6,16,23,23 25:2
  25:3,16,21 26:4
  36:13,18 37:1 41:21
  42:9 57:22 58:23
  59:3,18
**board** 29:8,16,24
**body** 12:2
**bond** 27:14,19,19
  28:4,6
**book** 42:10
**booked** 27:5
**booking** 23:24 27:24
  29:1,8,16,24 31:2
  38:24 41:4,11,13
  45:2 48:4 49:21,24
  50:3,5,6,15,19
  51:18,19 52:13 54:8
  54:14,20 55:5,10,19
  55:22
**bottom** 24:4
**box** 2:5 55:13,14,16
  55:17,19 56:3,8
**break** 5:14,19,21,22
  12:1

**breakfast** 22:1,16
  26:9,14,17,23
**breath** 11:13
**Brian** 2:8
**briefing** 17:12,14
  22:10
**brought** 23:23 35:6
**Brown** 1:14 3:5,6,6,7
  3:7,8,8,9,9 4:5 5:2,6
  6:15 15:10 18:21
  21:1,9 24:5 30:15
  38:9 40:16 43:8
  47:22 54:2 61:4
**bunch** 24:21
**b.i.d** 41:18 42:2

**C**

**call** 13:10,14 24:19
  37:11,13 46:1,4,20
  57:9
**called** 24:19 25:6
  40:24 46:7 51:3
  52:18 57:7
**calling** 4:14 10:21
  24:2 25:12 35:22
  43:16
**calls** 22:3 28:9 47:12
  54:17
**capacity** 9:5
**card** 29:7
**care** 33:23 53:18
**cared** 47:15,17
**caretaker** 7:1
**Carl** 1:14 4:5 5:2
  6:15 21:9 61:4
**carry** 5:13
**case** 5:7 56:23
**cause** 61:6,12
**CB** 16:17 50:21
**cell** 23:4,5,5,7,10,13
  24:20 32:12 34:24
  35:3,3,15 44:13
  51:1,13,16,16,17,18
  51:20 52:3,9 56:10
**Center** 30:20
**CENTRAL** 1:1
**certain** 28:22 29:2

**certify** 61:4,12
**Cessna** 21:11,17 24:8
  26:24
**Cessna's** 26:2,7
**chain** 52:22
**Champaign** 1:22
  2:14 8:7,21 10:7,11
  10:14 11:1,4,9 12:3
  12:7,11,15,22 13:2
  13:8,17 14:5,11
  20:11 30:20 33:11
  38:13 43:14 46:16
  47:1,8 48:2 53:5,12
  54:9
**changed** 46:19 47:1
**characterization**
  45:16
**check** 15:23 29:5
  51:3,6,11,11 52:2
**checked** 14:8,18
  23:17,20 36:24 37:1
  57:22 59:3
**checks** 35:15 41:21
**chest** 51:23
**circle** 55:15
**Clair** 9:14
**clarifying** 56:15
**classes** 57:4
**classification** 40:4
**close** 6:20
**collapsing** 46:16
**coloring** 45:9,9
**column** 48:7
**come** 17:6,8 22:7
  25:9 40:1 53:12
  54:1
**coming** 10:17,20 56:7
**Commencing** 5:1
**comment** 32:18,18
**comments** 31:9
**Commission** 61:23
**compound** 49:6
**computer** 39:1,3,12
  39:19
**computerized** 40:9
**concerns** 45:14

**conditions** 40:11
**Conferencing** 1:21
**confusing** 5:13
**connection** 9:1
**consent** 21:14
**Construction** 8:24
  9:2,5
**consultation** 7:17
**conversations** 20:4
  35:11
**cooperate** 33:15,23
**cooperative** 23:16
**copy** 53:22,23 54:1
**corner** 21:8 50:3
**correct** 21:17 26:15
  26:24 39:21 50:9
  57:1,16,24 58:7,8
  58:10,11,17
**correction** 12:23 19:8
  28:15,20 34:2,21
  36:1,11 38:23 39:24
  41:3 42:8,13 46:20
  47:9,15 52:1 54:15
**correctional** 8:8,16
  9:11 13:4 14:15
  30:20
**corrections** 9:15 19:6
  44:5
**counsel** 5:20
**County** 8:7,21 9:14
  10:7,11,14 11:1,4,9
  12:4,7,11,15,22
  13:3,8,17 14:6,11
  20:11 30:20 33:11
  38:14 43:14 46:16
  47:1,8 48:3 53:6,12
  54:9 61:2,4
**couple** 37:17 56:14
**court** 1:1 4:9,14 6:3
  14:23 15:11 18:22
  21:2 27:6,11,14,19
  27:19 28:4,7 30:12
  30:16 38:10 40:17
  43:9 47:23 54:3
**courthouse** 27:15
**courtroom** 27:16

**covered** 35:20
**creating** 58:9
**CRR** 1:20 61:19
**CSR** 1:20 61:19
**cup** 35:1
**currently** 52:13,16
**custody** 17:21 18:3
  18:11 32:23

**D**

**daily** 12:17 55:10
**DANIEL** 1:8
**date** 8:11 9:17 16:16
  17:2 35:18 50:16
**dated** 38:19 50:8
**day** 14:13 16:21 17:3
  17:4,17,20 20:7
  30:4 41:24 45:20
  49:12 55:7 61:15
**days** 37:17,22
**deal** 33:21
**dealing** 54:15
**dealt** 43:20
**death** 47:10
**Defendant** 2:7,11
**Defendants** 1:9
**deficient** 38:5 39:17
**department** 8:15
  44:5
**deponent** 61:4,10
**deposition** 1:14 4:5
  5:23 7:13,16,19
  14:22 30:11 61:6,8
  61:10,11
**depositions** 4:10
**describe** 11:5,10 12:8
  12:16 13:3,18 14:6
**designated** 51:21
**desk** 41:13 50:3
**detainee** 39:16
**determination** 33:5
**determined** 28:16
  29:12
**diabetes** 7:3 10:4
  15:1 53:5,11
**diabetic** 6:18,21 7:6
  11:2,6,11,16,16,21

12:16,23 13:5,10,13
  13:19 14:7,13,17
  18:6 29:13,18 30:1
  34:4,23 36:3 37:1
  37:17,18,23 42:15
  42:24 47:16,17
  48:24 49:5,14 56:19
**diabetics** 20:11 53:14
  53:17,18 54:15
**diary** 8:2
**die** 37:17,24
**died** 46:15,21 47:3
**diet** 11:18
**difference** 53:2
**differences** 11:15
  47:14
**different** 11:20 39:6
  39:7 50:15 52:19
**directly** 37:11 46:20
**disabilities** 33:6
**disability** 33:14
**disabled** 33:22
**discussed** 53:17
**discussion** 7:18 60:4
**disinterested** 61:12
**distress** 56:24
**DISTRICT** 1:1,1
**Division** 8:8
**dizziness** 11:7
**DOC** 44:4,5
**doctor** 35:23 37:11
  37:12,13
**document** 21:8 30:18
  40:19 43:11 48:1
**doing** 51:6 52:9
**door** 35:19 52:3,9
**drinking** 34:23
**drug** 48:13
**duly** 5:3 61:5
**duties** 45:1
**duty** 26:14 28:11
  32:10

**E**

**E** 36:4
**earlier** 20:7 32:22
**East** 2:9,13 4:7 61:7

eat 13:19 26:9 34:4
   49:13 57:13,15
   58:23 59:2
eaten 14:4 26:17,23
education 53:4
efforts 23:16
either 7:2 44:19 50:1
   56:1 57:4,18 61:14
email 19:1,9,9,12,18
   20:1 34:12
emergencies 47:2
emergency 12:24
   13:5 56:20,23
employ 61:13
employed 8:6,9,20,23
   9:4
employment 8:12,20
   9:11
ends 24:21
enter 44:18
entered 44:7
entire 16:11
entries 16:15
ERIK 1:3
err 36:4
error 36:3,11,19 37:3
Estate 1:4
et 1:8
evening 27:5
event 61:13
events 8:2
everybody 33:1
evidence 12:19
exact 9:17 24:15
   39:10,10 53:23
EXAMINATION 3:1
   5:4 56:16
exercise 54:20,21,23
   55:2,6,9
exhibit 15:10,14
   18:21 19:1 21:1,5
   24:3 25:13 30:15,19
   31:22 36:14 38:9,13
   40:16,20 43:5,8,12
   44:11,20 47:22 48:2
   53:22 54:2 58:3,7

EXHIBITS 3:4
Expires 61:23
explain 51:5
EXPRESSLY 4:3
E-R-R 36:4

**F**

facet 35:3
fact 29:17 59:8
facts 12:19
failed 15:3
fails 14:7,17 34:4
faint 11:8
family 6:20
father-in-law 6:23
   7:2,8
faucet 35:4
Federal 4:9,9
feel 5:20 11:8 21:22
   57:6,8
file 40:8,9
filled 16:20
filling 16:21
find 52:3
fingerprints 44:23
finish 6:8
first 5:3 32:17,18
   44:10 49:11 61:5
fits 51:8
flooded 23:4
floor 35:20 55:17,20
folder 41:15
follow 14:16 34:3,22
   36:2 43:23 47:9
   52:1
following 61:6
follows 5:3
follow-up 10:6,10,24
food 12:20 37:18
Ford 61:2,4
forgot 6:6,6
form 15:17,19,24
   16:3,20 19:20 23:21
   26:6 27:2,9 30:2,22
   31:2,6 33:16,24
   36:22 37:5,19 38:1
   38:16,18,20,22 39:1

   39:15 40:12,22 46:3
   47:4,11 48:5 50:4
   52:5 54:16
formal 57:4,19
format 39:6,7 50:7
forms 44:19
forth 55:15
foundation 12:18
   22:2 26:11 27:3
   28:8 29:19 38:1
   41:8 55:11
four 9:18,19
free 5:20
Freeman 2:13
Friday 27:5
friend 6:21
front 23:24
Fruehling 7:22
fruity 11:13
function 52:17
further 4:13 61:12
F-1 44:13 56:11

**G**

generally 14:2
give 40:10 42:12 49:3
   53:13
given 25:24 33:21
   61:10
gives 52:23
go 11:12,22 12:19
   37:8,14,23 42:10
   51:9,13 55:12 56:1
   60:2
goes 24:15,22
going 53:21
Gotcha 55:22
governing 4:10
gown 23:5
green 23:4 28:13,14
   29:7 45:7
guards 56:6
guess 22:4

**H**

Haeme 1:20 61:3,19
   61:22

Hahn 1:3,5 8:4 15:16
   16:24 17:14,16,19
   18:2,11 19:17 20:5
   22:20 23:15 24:5,11
   25:1 26:9,16,22
   28:4,6,12 29:13
   30:21 31:19 32:20
   32:23 34:7,13,16,19
   35:6,12,18,22 38:4
   38:18 43:6,17,20
   44:11,15 46:1 48:8
   49:4 56:2,11 58:23
   59:2
Hahn's 18:17 21:24
   22:15 23:7,10,13
   32:12 40:10 44:23
   45:5,9,14 49:22
hand 51:8 61:15
handed 18:24 21:4
   30:18 38:12 40:19
   43:11 48:1
handing 15:13
handling 57:14
handwriting 16:11
   16:15 31:6,13 32:17
   58:6
happen 13:18 14:6
   14:10 59:9
happened 17:10
happens 13:13
happy 5:12
head 6:4
headaches 11:7
health 33:20 45:6
Health/Medical 48:3
hear 51:14
held 8:14
help 24:5 33:21
helped 25:1
helpful 54:14
hereunto 61:14
Heyl 2:9 4:6 61:7
high 59:4,19,23
hit 51:9,16
hours 17:4,5
housed 44:15 54:20

**Howard** 2:12 59:14
**HPL** 37:11 47:7
**HS** 42:19
**hurting** 51:22
**hyperglycemia** 11:11
**hypoglycemia** 11:6
**hypothetical** 36:6
**H-5** 43:18,21

**I**

**IDOC** 43:24
**IL** 2:6,10,14
**Illinois** 1:1,2,22 4:8
  21:5 61:1,4,8,22
**impeachment** 4:15
**imperative** 57:8
**implemented** 47:1,8
**incarceration** 18:17
**inch** 51:9
**inches** 51:9
**include** 11:2
**incomplete** 36:5
**incorrect** 21:22
**INDEX** 2:1
**indicate** 28:14,21
  29:1 32:4 50:19
**indicated** 24:11
  32:16
**indicates** 26:3 31:22
**indication** 38:4
**infirmary** 42:11
**information** 19:19
  22:10 31:8 39:4,21
  40:10 44:18 49:3,16
  52:4 53:13 58:22
  59:8
**initials** 16:2,17 31:5
  50:14,18
**injections** 14:13
**inmate** 28:22 29:2,18
  30:1 33:13,22 37:12
  39:20 40:4 41:4,12
  43:6 46:21 47:2
  51:21
**inmates** 11:2 27:4,13
  27:18 40:1 50:24
  58:16

**input** 48:20 49:16
**instance** 16:19
**instruction** 61:9
**insulin** 11:17,20 12:1
  12:20 14:13 15:7,15
  36:13 37:18 42:4,11
  42:14
**insulin-dependent**
  42:15
**intellectual** 33:6,14
**interacting** 16:23
**interactions** 35:11
**interested** 61:13
**interview** 21:9,10,13
**investigative** 21:6
**involved** 51:5,7
**in-house** 8:18
**in-laws** 6:22
**issues** 9:21,24

**J**

**jail** 18:12,16,18 20:11
  27:22 46:16,21
  53:14,18 54:9,24
  55:3
**jail's** 14:16 34:3,22
  36:2,17 37:10
**Janet** 1:4 8:3 15:15
  16:24 17:14,16,19
  18:2,10,17 19:17
  20:5 21:24 22:15,20
  23:7,10,13,15 24:11
  25:1 26:9,16,22
  27:10 28:4,6,12
  29:13 30:21 31:19
  32:12,20,23 34:7,13
  34:16,18 35:6,12,18
  35:22 38:4,18 40:10
  43:6,17,20 44:11,15
  44:22 45:5,9,14
  46:1 48:8 49:4,22
  56:2,11
**Janet's** 59:18
**JDC** 38:14
**job** 42:13,17 57:4
**Johnson** 32:9
**Joseph** 2:6

**Jude** 2:4 5:6
**June** 1:20 8:3 10:22
  16:24 18:7 19:17,24
  20:3 21:9,11 22:1,8
  22:16 23:6,9,12,15
  26:9 27:4,13,18
  28:11,21,23,24
  29:12,23 30:3,5,6
  31:3,19 32:11 34:7
  35:5,12,15,23 36:17
  36:24 37:15 38:3,19
  38:20,24 39:20 40:6
  43:4,24 44:16,23
  45:6,12,20 46:2
  47:14 49:2,20 50:8
  50:13 52:8 54:19
  55:3 56:3 61:3,19
  61:22

**K**

**kept** 41:14
**ketoacidosis** 12:5,9
  12:24 13:6
**ketones** 12:12
**key** 52:22
**Kim** 21:11
**kind** 9:23 13:15 27:6
  33:4,14,18 36:12
  37:15 51:24 52:16
  55:9 56:5
**know** 5:14,20 10:19
  11:20 12:4 13:23
  18:8 22:4,6 24:15
  24:17,18,19 25:7,23
  32:6 36:9 42:2,23
  43:1 44:3,7 46:11
  46:23 47:6,13 48:15
  48:18,23 49:15
  56:10 59:18,22
**knowledge** 11:17
  19:22 32:15 46:9
  48:22 54:22

**L**

**L** 31:12
**labeled** 15:13 40:20
  43:12 48:2

**Larry** 46:10,15,21
  47:3
**Larry's** 47:10
**law** 2:4,5,8,12,13 4:6
  61:7
**lay** 35:20
**learn** 12:11 37:23
**learned** 57:18 59:24
**lectures** 53:13
**left** 31:11
**left-hand** 53:24
**letting** 36:9 56:6
**Level** 29:11 48:10
**likewise** 57:11,21
**line** 16:6,12,12 31:9
  43:23
**listed** 39:4
**Listing** 38:15
**little** 18:4,14 24:21
  52:22
**located** 27:22 41:11
**log** 14:24 15:6 22:8
  30:20 31:1,21,23
  32:11 34:8,15 40:21
**long** 5:13 8:9 26:3
**look** 24:17,21 39:2
  50:2 51:15
**looked** 38:20 39:19
**looking** 8:17 51:20,20
**lot** 11:12 53:19
**lots** 10:19
**loud** 6:2,3
**Louise** 1:5 38:18
  44:11
**lower** 21:7
**lowering** 51:23
**lunch** 31:10 32:17,20
  34:8,10,13,16,19
  58:23 59:2

**M**

**machine** 14:18 24:7
  24:12,14,16,22
  36:10,19 37:2
**Main** 2:9 4:7 61:7
**making** 33:4 51:22
**MAR** 40:24 41:1,2

43:5
**mark** 15:6,9,20 30:14
  38:8 47:21
**marked** 15:10,16
  16:8,12 18:21,24
  19:2 21:1,4,6 24:3
  30:15,19,22 31:22
  36:14 38:9,12,15
  40:16 43:8,12 47:22
  48:4 54:2
**marking** 53:22
**MARs** 41:14
**materials** 53:4
**Matthew's** 7:16
**meals** 13:19 34:5
  57:15
**mean** 10:2,5 13:21,24
  15:2 41:20 42:7,21
  50:22 55:14
**meaning** 44:5
**means** 41:21 42:2,9
  44:3
**measurement** 25:2
**Med** 48:11,13,15,20
  48:23 49:4
**medical** 9:2,6,21,24
  10:7,10,14,17,22,23
  10:24 12:12 13:3
  33:15,23 37:16
  40:11 53:9 56:23,24
  58:3,10,12,18
**medication** 40:21
**medications** 58:15
**member** 6:20
**mental** 33:6,14,20
  40:11 48:3 56:7
**mentally** 33:8,22
  38:5 39:16
**met** 17:16,19 18:10
**meter** 23:23
**Michael** 32:9
**middle** 16:6,12
**military** 9:8 20:20
**mind** 33:5
**minute** 35:15
**minutes** 17:9

**moments** 19:3 54:5
**monitor** 27:20,21
**monitored** 47:16,17
**month** 8:11 30:5,5
**months** 9:18,19 10:16
**morning** 17:11 20:7,9
  20:15 59:4
**Morris** 31:18
**Morse** 51:3,6,13 52:2
  52:10,12
**mother-in-law** 6:23
  7:2,5
**move** 35:2

**N**

**name** 5:6 6:14 48:8
  49:22
**named** 15:15 16:24
  30:21
**near** 32:12
**necessity** 4:14
**need** 5:19 11:14,18
  11:24 14:13 22:20
**needed** 37:12
**needle** 42:12,14
**needs** 11:17,19,23
  12:17,20,20 35:2
  57:7
**never** 24:14
**night** 23:4 27:6
**nighttime** 42:22,24
**normal** 20:9,13
**normally** 20:22,23
  51:15
**north** 28:2 41:13
**notarial** 61:15
**Notary** 61:3,19,22
**notation** 36:12
**notations** 8:2
**noted** 29:18,23
**notes** 7:11 8:1 61:9
**notice** 45:4,8
**notify** 34:6,9,18
  56:24 57:7,15,23
**notifying** 36:8
**number** 8:17 15:16
  16:2,18 31:5,13,15

31:16 32:6 48:5
  50:14,19 51:12
  52:21,23,24 59:22
**numbers** 8:18 21:7
**nurse** 25:6,7,19 26:4
  34:6,9,12,13 36:9
  37:7,9 46:1,8 57:1,8
  57:16,24

**O**

**oath** 5:9
**objection** 12:18
  19:20 22:2 23:21
  26:6,11 27:2,9,23
  28:8 29:19 30:2
  33:16,24 36:5,22
  37:5,19 38:1,6
  40:12 41:6 45:16
  46:3,14,17,22 47:4
  47:11,18,19 49:6,18
  50:4 52:5,14,20
  54:16 55:11
**observed** 24:11 50:23
  50:24
**obtained** 53:4
**obviously** 50:7
**offered** 42:24
**office** 2:5,13 8:7,21
  10:8,11,15 11:1,5
  11:10 12:4,8,12,16
  12:22 13:3,9,18
  14:6,12 33:12 43:14
  47:2,8 48:3 53:6,13
**officer** 8:16 9:11
  12:23 13:5 14:15
  16:17 19:8 28:3,5
  28:15,21 34:2,21
  36:1,12 38:23 39:24
  41:3 42:8,14 44:22
  47:9,15 48:17,18
  49:13,15 52:1 54:15
  59:2
**officers** 46:20
**officer's** 16:17
**offices** 4:6 61:7
**OFFICIAL** 61:21
**Oh** 6:7

**okay** 10:6,21 12:3
  14:1,5 15:23 16:8
  16:23 17:10 18:10
  20:24 22:6,24 24:10
  25:1,12,23 26:21
  27:10 28:3 29:6
  31:11,18 32:14,16
  39:3,8,12,15 41:23
  46:6,10 49:10,15,24
  50:13 53:3,21 56:14
  57:21 59:15
**once** 10:12 26:24
  55:6
**onset** 12:9
**on-the-job** 57:19
**open** 52:3,8 55:12
**opposed** 47:16
**options** 33:21 34:1
**outfit** 28:13,14 45:7
**o'clock** 43:3

**P**

**page** 24:3 43:11,17
  44:8,10
**painted** 55:20
**pancreas** 11:24
**paper** 20:8 39:11
**paragraph** 24:4
**part** 49:8,11 57:3
  59:6
**particular** 29:17,24
  41:4,12 50:8,10
  52:9
**parties** 4:4
**party** 61:14
**pass** 11:14
**passed** 17:13 22:11
  22:14,20,22,24 59:1
  59:7
**passing** 58:22
**pass-on** 22:8 34:15
**patient** 15:15 16:24
  43:6
**PATRICK** 1:3
**people** 24:14 54:19
  55:5,9 56:6
**person** 6:10 49:3

CARL BROWN

61:12
**personal** 8:1
**phone** 24:20
**photograph** 44:23
**physical** 45:5,5,14
**physically** 27:15,16
**picture** 29:8
**pill** 11:18
**pipe** 52:18
**place** 29:16 40:9
**Plaintiff** 2:3 61:7
**plaintiffs** 1:6 5:7
**please** 5:10 11:5,10
  16:14 18:20 19:3
  30:8,10,14 38:8
  40:15 51:5 54:5
**Police** 21:6
**policies** 46:24 47:7
**policy** 36:18,23 40:3
  51:24 56:5
**portion** 14:22 30:11
**positions** 8:14
**posted** 28:20 32:12
  50:1
**poster** 53:21,23 54:1
  54:6,7,8,11,13
**preceding** 27:5
**preparation** 7:18
**prepare** 7:12
**prescribe** 58:15
**present** 27:16
**press** 51:14
**previous** 18:17 22:11
**previously** 56:18
**prisoner** 30:21
**problems** 33:6
**procedure** 4:9 14:16
  34:3,22 35:1 36:2
  37:10,13 52:1 57:14
**procedures** 46:24
  47:7
**proper** 37:18,24
**protocol** 42:5
**PTI** 9:15,18,20
**Public** 38:14 61:3,19
  61:22

**punch** 52:21
**punched** 51:12
**purports** 15:14 19:1
  21:5,8 30:19 38:13
  40:20 48:2
**purposes** 4:15
**pursuant** 4:8
**put** 10:3 15:7 23:4
  24:13,16,23 29:7
  42:11,14 48:17,18
  50:13
**putting** 48:20 49:16
**P.O** 2:5

**Q**

**Quentin** 46:10,15,21
  47:3,9
**question** 5:9,15,16,17
  5:18 6:9 13:1 14:20
  19:21 23:22 26:7
  30:7,9 36:16 37:6
  37:20 39:16 40:13
  45:17 49:6,8,12
  52:6
**Questionnaire** 38:15
**questionnaires** 39:24
**questions** 5:8,12 6:1
  6:11 39:9,10 49:7
  56:13,15,20 57:12
  58:2 59:12 60:1

**R**

**read** 7:11,15 14:21
  14:23 19:3,4,11,12
  19:14 21:19 26:18
  30:9,12 31:17 36:11
  36:19 37:2 54:6
**reading** 20:10 23:2
  24:9 25:17,21 26:4
  36:13 54:7
**readings** 20:14
**reads** 36:3
**really** 18:15 20:21
**reason** 5:21 36:20
  46:7 48:10,16 57:22
**recall** 10:1,5 12:13
  13:7,16 14:9 16:19

16:21,23 17:6 18:13
  20:2 21:10,13 22:18
  22:19 23:1,8,11,14
  24:10 25:10 26:12
  26:20 27:10 29:15
  31:20 32:10 34:1,11
  34:14,17,20 35:5,8
  35:13 36:21,23 38:2
  38:7,19 43:4,22
  44:24 45:11 49:21
  49:23 52:7 56:4,20
  58:4,24 59:4,6
**recalled** 58:22
**receive** 9:10,13,21
  12:21
**received** 9:5 10:6,13
  11:1 53:3
**recognize** 12:23 13:5
  15:17 30:22 31:15
  38:16 40:22 43:13
  48:5
**recollection** 23:1 30:3
**record** 40:21 58:4,10
  60:2,4 61:10
**recorded** 21:14
**reduced** 61:9
**Redwood** 1:4 2:4,5
  3:2 5:5,6 14:21 15:9
  15:12 18:20,23 21:3
  30:9,14,17 38:8,11
  40:15,18 43:10
  47:21,24 54:4 56:13
  58:21 59:13,17 60:1
**REEXAMINATION**
  59:16
**refer** 22:20 45:21
**referenced** 15:19
**refreshed** 23:2
**refuse** 14:24 15:4
**refused** 15:1,8,21
  31:10,12 32:17,20
  34:7,10,13,16,19
**refuses** 13:19 14:17
  34:4 57:13
**refusing** 57:15 58:23
**regard** 47:2 57:12

**regarding** 8:3 9:24
  53:13
**regards** 7:3 39:9
  46:19
**regimen** 37:18,24
**regular** 7:1 53:8
**regularly** 14:8
**relative** 61:13
**relevance** 27:23
  46:14,22 47:5,11
  52:14,20 54:17
**remember** 6:7 8:11
  9:17 15:24 17:13,22
  17:24 18:2,6,16
  19:11,23 20:4 22:14
  24:7 29:12 33:1,4
  35:11,14,17,22
  46:15
**remembered** 18:8
  19:24 32:22
**repeat** 13:1 14:19
  30:7 36:15
**rephrase** 5:11,12
  13:11
**report** 21:6,19,21
  23:2,3 24:9 26:3,7
  26:18,21 45:21
**reported** 26:23
**reporter** 4:14 6:3,10
  14:23 15:11 18:22
  21:2 30:12,16 38:10
  40:17 43:9 47:23
  54:3
**Reporting** 1:21
**reports** 7:11
**represent** 5:7
**Requested** 14:22
  30:11
**required** 20:21 29:21
  29:23 36:12
**requirement** 39:23
**respect** 56:19
**retarded** 33:9
**retry** 36:7
**review** 39:24 40:3
**right** 6:11 26:17,24

36:17 43:24 48:13
51:10 55:18
**right-hand** 21:8
**rising** 51:23
**risk** 28:16
**RMR** 1:20 61:19
**role** 58:9
**room** 27:21 55:19
**Royster** 2:9 4:7 61:7
**Ruff** 49:13,15 59:2,8
**Rules** 4:8,9

**S**

**Safety** 38:14
**sat** 23:24
**satellite** 27:22 54:9
54:23 55:3
**Saturday** 27:4,7,11
27:14 28:4
**saw** 18:7 19:17 44:16
**saying** 39:6
**says** 16:7 19:5 23:3
25:13 26:19,21,22
31:10,12 32:2,17
41:17 42:4,19 43:17
43:24 44:1,11,13
48:8,10,15
**scale** 42:5,10
**screen** 39:13
**screens** 40:4
**seal** 61:15,21
**second** 24:2,4 31:9
43:16 48:7 49:8
59:6 60:3
**section** 32:19
**see** 19:5 26:18 31:5,8
39:15 41:17 42:4,19
43:18 44:1,11 48:7
48:10 55:18 56:23
**seeing** 15:24 35:18
43:5 49:21
**seen** 50:10 53:16
54:11
**seg** 29:10 34:8
**segregation** 30:20
31:1,21,23 32:11
**send** 34:12

**sent** 43:24
**Sentenced** 44:4
**September** 1:14 4:6
8:13 61:8,15,23
**series** 5:8
**set** 61:14
**shake** 6:4
**sheet** 15:6,15 29:5,10
36:14,19 48:4,16,21
49:4,17,21 50:1,5,6
50:15,20 51:12
**Sheriff** 38:14
**sheriff's** 8:7,15,21
10:7,11,14 11:1,5
11:10 12:4,8,12,16
12:22 13:3,9,18
14:6,12 33:12 43:14
47:2,8 48:3 53:6,12
**shift** 17:2,3,4,7 20:19
22:7,8,11 23:6 40:1
40:6 45:19 46:2
**show** 53:21
**showing** 53:23
**side** 28:1,1,2 41:13
53:24
**signature** 61:11
**signs** 11:5,10 12:8
56:24
**sit** 19:23
**situations** 53:18
**skin** 45:10
**sleep** 35:21
**sliding** 42:5,10
**sling** 10:4
**slower** 18:4,14 32:24
**small** 2:12,13 53:22
59:12,15
**smells** 11:13
**Smith** 2:8 3:2 11:22
12:18 14:19 19:20
22:2,12,17 23:21
26:6,11 27:2,9,23
28:8 29:14,19 30:2
33:16,24 36:5,22
37:5,8,19 38:1,6
40:12 41:6,8 45:16

46:3,14,17,22 47:4
47:11,18 49:6,18
50:4,12 52:5,14,20
54:16 55:11 56:14
56:17 59:11,14 60:2
**snack** 42:19,22,23
**somebody** 14:3
**somebody's** 10:3
20:21
**soon** 10:18,20
**sorry** 14:19 31:16
59:14
**sound** 51:15
**source** 38:4
**Southwest** 50:3
**speak** 26:7
**special** 48:4 49:4,16
49:21 50:1,14,19
**specific** 12:13
**specifics** 10:1,5 14:9
**speculation** 22:3 28:9
47:12 54:17
**SS** 61:1
**St** 2:6 9:14
**stack** 41:14
**staff** 58:12,18
**stamped** 40:22
**stand** 50:5
**staring** 35:19
**start** 6:9 32:5 51:9,11
**started** 8:10 31:23
**state** 1:2 16:14 21:5
61:1,4,22
**stated** 57:14 59:1
**statement** 22:21
**statements** 7:12
21:16
**states** 1:1 24:4
**stating** 22:23 34:16
**station** 51:10,11,14
**stenograph** 61:9
**Stevenson** 8:24 9:1,4
**STIPULATED** 4:3
4:13
**STIPULATION** 4:1
**stood** 35:19

**stopped** 56:6
**Street** 1:21 2:9 4:7
61:7
**strip** 24:13,18
**sucks** 24:23
**Sue** 25:8
**sugar** 11:14 14:8,18
15:14,23 16:17 20:7
20:10,13,22 21:24
22:15,23 23:16,19
24:6 25:2,3,16,21
26:4 36:13,18 37:1
41:22 42:9 57:22
58:24 59:3,18
**sugars** 12:1
**suicide** 28:13,14,16
28:17,22 29:2 51:21
55:6 56:7
**Suite** 2:9,13
**supervisor** 34:6,18
36:8 37:14 57:1,8
57:16,23
**supposed** 13:9 33:13
**sure** 5:14 6:8 13:15
24:6,12 45:22 51:22
**Susan** 19:2
**Swain** 19:2 25:8 26:5
**sworn** 5:3 61:5
**symptoms** 11:6,11
**system** 38:14 52:12
52:16

**T**

**tag** 29:7
**take** 5:19,21 6:3,10
11:18 15:1,7 19:3
20:21 24:5,20 25:1
51:7 54:5 56:2
**taken** 4:5 20:10 21:24
22:15,23 25:17,22
26:4 27:6,13,19
28:6 54:20 55:6
61:6,8
**talk** 5:22,23 7:17
10:23 14:2 31:18
33:1
**talked** 10:4 20:6

**talking** 18:4,5,15,15
   32:24 46:11 50:7
**tape** 21:14 26:22
**telephone** 25:11
**tell** 5:11 14:3 61:5
**telling** 24:7 34:12
**Ten** 43:3
**test** 24:1,13
**testified** 5:3 32:22
   35:10 40:8 45:13,24
   46:4,8 56:22
**testimony** 5:24 15:20
   33:2 57:13 59:1,7
   61:10
**testing** 36:7
**Thank** 50:12
**thing** 29:4 52:23 53:1
   53:2
**things** 24:21 29:4
   35:9 46:8
**think** 33:8 52:22
**thirsty** 11:13
**thought** 37:12 52:10
**three** 8:18
**time** 5:19,21 6:10
   10:13 16:8,16 20:9
   20:13,20 25:14,16
   32:19 42:23 43:2
   46:1 49:2,23 51:4
   58:24
**times** 14:12 36:7
   41:24
**today** 5:24 7:13
   19:12,23 35:10
   45:13
**toilet** 20:8 23:5
**told** 13:13 14:9 18:9
   23:3 24:5 25:11
   26:16,22 37:7,9,16
   49:12
**top** 19:5
**tracking** 15:15 36:14
   36:19
**trained** 13:4 57:23
**training** 9:2,6,10,13
   9:20,21,23 10:7,11

10:14,17,19,22,23
   10:24 11:2,4,9 12:3
   12:7,12,15,21 13:2
   13:8,12,15,17,22
   14:5,11 33:11,12,18
   33:20 37:16,22 53:3
   53:9,20 56:19 57:3
   57:12,19,19 59:24
**transmission** 28:7
**transported** 27:15
**treatment** 33:15
   53:14
**Trooper** 21:11,17
   24:8 26:2,23
**true** 20:19 21:17
   26:13 28:5 57:6
   61:10
**truth** 61:5,5,5
**trying** 35:20,21
**turn** 23:9,12 44:10
**turned** 8:4
**Twice** 14:14
**two** 5:12 36:7 43:11
   44:19 51:8
**type** 7:5,6,7,8,8,10
   11:6,11,15,16,17,18
   11:19,21,23 12:16
   13:10,13,19 14:7,12
   14:16 34:4,15,23
   36:3 37:16 47:16,17
**typewriting** 61:9
**typing** 52:24

_____
### U

**uh-huh** 6:4
**uh-uh** 6:4
**underneath** 51:10
**understand** 5:10,11
   5:15 15:2 55:24
**understood** 5:17
**UNITED** 1:1
**units** 25:20,23 26:5
**University** 2:13
**Urbana** 2:10 4:8 61:8
**use** 8:18 24:6,12

_____
### V

**verbally** 6:5 34:9
**video** 1:21 27:20,21
   28:6,7 53:16
**videos** 53:19
**Voelker** 2:9 4:7
**Volker** 61:7
**vs** 1:7

_____
### W

**wait** 6:8
**waive** 60:5
**waived** 4:15 61:11
**walk** 50:24 51:2,17
   55:13,14,15,15 56:2
**walking** 56:7
**wall** 32:12
**WALSH** 1:8
**want** 5:14 6:1,2 10:23
   14:21 56:1
**warning** 6:7 12:8
**wasn't** 21:24 22:5,15
   24:6,12
**watch** 28:16,22 29:2
   48:4 49:4,17,21
   50:1,15,19 51:21
   55:6 56:7
**watched** 53:19
**Watchman** 51:3,6,8
   51:13 52:2,10,12
**water** 12:20 23:7,10
   23:12 34:23 35:1,6
   35:7 37:18
**wearing** 28:12 45:7
**well-being** 45:14
**went** 9:14,18 17:12
**weren't** 20:21
**west** 1:21 28:1,1
**we'll** 29:7,10
**we're** 5:24
**we've** 40:7
**WHEREOF** 61:14
**White** 1:21
**Wide** 1:21
**withdraw** 47:18
**withdrawal** 48:13
**witness** 61:11,14
**word** 12:14

**words** 53:24
**work** 11:24 36:9,11
   36:20 37:2 43:13
   45:19
**working** 17:2 20:20
   35:3,4
**world** 5:22
**wouldn't** 33:1,23
   50:10
**write** 8:1 14:24 15:7
   29:10 32:19 36:18
   49:3,9
**wrote** 25:13 34:8

_____
### Y

**yard** 54:21,23 55:2,6
**yeah** 46:6 55:21
**year** 8:10 10:12 17:24
**yearly** 53:8
**years** 10:2 53:20
**yellow** 55:17,19

_____
### 0

**002448** 19:2
**002709** 43:12
**002710** 43:13
**07** 16:7 20:1
**084-003038** 1:20
**09-2145** 1:6

_____
### 1

**1** 3:5 7:5,8,10 11:6,11
   11:15,17,19,23
   12:16 13:10,13,19
   14:7,12,16 15:9,10
   15:14 25:13 34:4,23
   36:3,14 37:16 39:4
   47:16
**10** 17:8
**10:23** 60:6
**102** 2:9 4:7 61:7
**12** 10:16 17:8
**148** 48:5
**15** 3:5 35:14
**15th** 8:3 38:19
**16** 10:2 22:8 23:9,12
   23:15 27:4 31:19

32:11 34:7 35:12,15
35:23 38:20,24 40:6
43:4 44:16,23 45:6
45:12 46:2 49:20
56:3
**16th** 8:10 16:24 18:7
19:17,24 20:3 22:1
22:16 23:6 26:10
28:11 29:13 35:5
38:3 39:20 43:24
49:2 50:13
**16:15** 17:5 20:20
45:19
**17th** 45:20
**18** 3:6
**18th** 8:3 50:8
**1996** 8:13

— **2** —

**2** 3:6 7:6,7,9 11:16,18
11:21 18:20,21 19:1
29:11 47:17 48:11
48:11,13,15,20
**20** 25:20,23 26:5
28:23 30:3
**2006** 8:13
**2007** 8:3 10:23 16:24
19:15,18 20:3,17
21:9,11 22:8 23:6,9
23:12,15 26:10 27:4
27:13,18 28:11,21
28:24 29:13,23 30:5
30:6 31:3,19 32:11
34:3,7,22 35:5,12
35:15,23 36:2,10,17
36:24 37:10,15 38:3
38:19,20,24 39:20
40:3,6 41:10 42:13
42:24 43:4,24 44:16
44:23 45:6,12,20
46:2 47:14 49:2,20
50:13 52:8 54:19
55:3 56:3
**2011** 1:14 4:6 61:8,15
**2012** 61:23
**21** 1:14 3:6 4:6 61:8
**217.344.0060** 2:10

**217.469.9194** 2:6
**217.954.0635** 2:14
**22nd** 61:15
**27** 61:23
**28** 39:4,9
**29th** 21:9,11

— **3** —

**3** 3:6 21:1,5 24:3
48:23 49:4
**3D** 2:13
**3-ring** 41:15
**30** 3:7
**300** 2:9
**301** 1:21
**328** 8:19 50:21
**32800** 16:18
**34** 21:7
**345** 32:3,6
**35** 21:7 24:3
**36** 21:7
**37** 21:7
**38** 3:7 6:17
**396** 16:17 25:4 59:19
59:22

— **4** —

**4** 3:2,7 30:14,15,19
31:22
**4:15** 20:16
**4:45** 20:16
**40** 3:8
**41** 2:13
**43** 3:8
**47** 3:9

— **5** —

**5** 3:7 38:8,9,13
**52** 38:15
**54** 3:9
**56** 3:2
**57** 30:22
**58** 15:16
**59** 3:2

— **6** —

**6** 3:8 8:13 40:15,16

40:20 43:5 58:3,7
**6/16** 16:7
**6/16/07** 16:16
**6:00** 20:15
**6:30** 20:15
**61801** 2:10
**61820** 1:22 2:14
**61873** 2:6

— **7** —

**7** 3:8 43:8,12 44:20
**7:45** 17:5,7,11 20:20
45:19

— **8** —

**8** 3:9 10:16 39:16
47:22 48:2
**800.747.6789** 1:22
**864** 2:5

— **9** —

**9** 3:9 53:22 54:2
**9:00** 1:15
**9:03** 5:1
**9:57** 16:10,16 20:9
25:14,16
**90** 40:22
**911** 13:10,14 46:20
57:7