E-FILED
Monday, 13 February, 2012  06:58:51 PM
Clerk, U.S. District Court, ILCD

10209-S1279
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| PATRICK HAHN and ERIK REDWOOD Administrator of the Estate of JANET LOUISE HAHN, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Law No.:    09-2145 |
| DANIEL WALSH, DEPUTY MATTHEW MCCALLISTER, JENNA THODE, KAREE VOGES, JEFFREY SHUMATE, ARNOLD MATHEWS, CARL BROWN, HEALTH PROFESSIONALS LTD., an Illinois Corporation, NURSE SUSAN SWAIN, COUNTY OF CHAMPAIGN, ILLINOIS, SYLVIA MORGAN, MATTHEW BAIN, ANGELA MENOCCI, CITY OF URBANA, ILLINOIS, a Municipal Corporation, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF JOSEPH E. PARIS, PhD, MD, CCHP-A

Now comes the Declarant, Joseph E. Paris, Ph.D., M.D., CCHP-A, pursuant to 28 U.S.C. §

1746, and states the following;

.1.     I am over 18 years of age, and I am under no legal disability.

2.     The facts contained in this Declaration are within my personal knowledge. If

called upon to testify, I could and would competently testify to the facts contained in this

Declaration based on such personal knowledge.

**Exhibit 23**

3.  I hold a medical degree and Ph.D. in biochemistry, and have been retained by Defendants Daniel Walsh, Health Professionals, Ltd., and County of Champaign, to provide my opinions as to certain issues in the above-captioned case.

4.  The attached report, attached hereto, incorporated by reference herein, and marked as Exhibit A, is a true and correct copy of the report which I prepared and provided to Daniel Walsh, Health Professionals, Ltd., and County of Champaign relating to my opinions as to certain issues in the above-captioned case.

5.  The findings and opinions expressed in my report were based upon a review of records and were based upon a reasonable degree of medical certainty for a physician with my education, training, qualifications and experience. I still hold the opinions previously rendered in my report. If called upon to testify, I could and would competently testify consistently with the findings and opinions as set forth in my report.

6.  The attached *curriculum vitae*, attached hereto, incorporated by reference herein, and marked as Exhibit B, is a true and correct copy of the *curriculum vitae* which I provided to Daniel Walsh, Health Professionals, Ltd., and County of Champaign. My *curriculum vitae* details my qualifications, experience and background.

FURTHER THE DECLARANT SAYETH NOT.

s/ Joseph E. Paris, Ph.D., M.D., CCHP-A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 10,        , 2012.

s/ Joseph E. Paris, Ph.D., M.D., CCHP-A

Notary

**Todd J. Zerbenski**
**Notary Public**
Cobb County, Georgia
Expires 03/02/2013

**Joseph E. Paris, PhD, MD, CCHP-A**
**Consultant in Correctional Health Care**

Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Urbana, Illinois 61801

Marietta, April 10, 2011

Re: Estate of Janet Louise Hahn, deceased, v. Health Professionals LTD, City of Urbana, et al, in the USDC for the Central District of Illinois, Urbana Division, Case No. 09-2145

Dear Counsel:

Thank you for requesting my opinions as an expert witness for the Hahn v. HPL case. I am a physician licensed to practice in the States of Florida and Georgia specializing in the field of internal medicine and correctional health care. I am familiar with the degree of care and skill required of medical professionals dealing with the medical care of inmates and detainees in correctional facilities such as those of the Champaign County Correctional Center.

In order to disclose my qualifications and list of all publications authored by me within the preceding ten years, I have attached to this report a CV. It contains a detailed listing of my correctional medical experience, my participation in national and local correctional organizations, and my correctional presentations and publications. The CV also includes a listing of correctional health care cases I have participated in as an expert witness for either the Plaintiff or the Defense. In most cases an oral or, sometimes, a written expert report was produced. In a few, I testified as an expert at a deposition or at trial.

My compensation for study and testimony is $300 per hour for consultation time in person or on the phone, reviewing records, or writing reports; $2,000 per day for Greater Atlanta depositions/testimony, $3,000 per day for out-of-town depositions/testimony, and $3,000 per day for trial testimony time, plus reasonable expenses.

**Data and information considered in forming my opinions** - I reviewed the following documents:

Second amended complaint
Answer to the second amended complaint
Urbana Police Department incident reports regarding Janet Hahn's arrest
Computerized summaries of ARMS Field Interviews of Janet Hahn numerous episodes
Janet Hahn's Classification Listings
Correctional Officer Rounds Logs regarding Janet Hahn
Janet Hahn's medical charts at Champaign's County Correctional Center
Janet Hahn's medical charts at the ER of the Carle Foundation Hospital in Urbana, IL



EXHIBIT
A

Incident Report of the Illinois DOC regarding Janet Hahn
Various e-mails on Hahn's mental health by Alyson Morris
E-mail regarding Hahn's death by Fran Workman
Unsigned report on the death events by Susan Swain, RN
Investigative summaries by Agent K. A. Cessna regarding a number of witnesses
Hahn's Autopsy by Bryan Mitchell, MD
Report of death by Chief Deputy Coroner Bill Fabian
Toxicology Report by AJT Laboratories
Clinical Protocols by HPL, effective 9-1-07
Sworn testimony by John Hawn
Deposition of John Hawn
Affidavit of inmate Donald MacFarlane
Deposition of Donald MacFarlane
Plaintiff's expert report by Fred Ovsiew, MD
Deposition of Fred Ovsiew, MD
Plaintiff's expert report by Lisa A. Adams, RN
Deposition of Lisa Adams, RN
Two plaintiff's expert reports by Louis H. Phillipson, MD
First Deposition of Louis Phillipson, MD
Second Deposition of Louis Phillipson, MD
Deposition of Jared Carpenter
Plaintiff's expert report by Daniel R. Hoffman, MD
Deposition of Daniel R. Hoffman, MD
CD with training presentation: Treating Diabetic Emergencies
Champaign County Sheriff's Office Medical Training 2006
Champaign County Sheriff's Office Medical Policies and procedures
Diabetic training materials from the American Diabetic Association and other sources
Contemporary news releases regarding diabetic care at the Jail

**Statement of all opinions, basis and reasons**

<u>Chronology of relevant medical events</u>

6-15-07 – Janet Hahn was 33 years of age when she was arrested. There had been a disturbance at her home and she had attacked her husband with a kitchen knife. Mr. Hahn sustained non-life threatening injuries. The Urbana Police Department was called. Initially Medic one was called (Deposition of John Hawn, page 54). A firefighter obtained a blood sugar, which measured 96 units (within normal limits). The patient was determined to be OK. Hahn was transported to the Champaign County Jail where intake screening was performed by a Correctional Officer. Hahn was uncooperative but the staff was able to ascertain that she was a diabetic on insulin and that she had a certain amount of developmental retardation. She refused to sign any consents or releases, therefore enjoining the staff from trying to contact her previous physician or her home. No inquiries could be made to establish the exact doses of medications she was on. Her initial blood sugar was 160. A Sgt. Johnson wrote an e-mail to nurses Fran Workman, Kendra Adams and Susan Swain. The Sgt. asked that both Medical and Mental Health staff see the patient. Hahn had an old cut and stitches on her right hand and had made statements about self harm. She was

2

described as "a psych patient and very unpredictable". She had flooded the booking area by placing her gown and blanket in the toilet. She then remained naked for some time and until Correctional Officers convinced her to stay dressed. Approximately ten days later, Nurse Susan Swain prepared an unsigned declaration as prompted by the Illinois State Police Investigator, K. A. Cessna. In her declaration, Nurse Swain stated that Hahn had refused to sign any consent for disclosure of health records aimed to obtain a more complete medical history from her private physician. Nurse Swain also asked Hahn the number of units of insulin she took at home. Hahn responded that "she did not know". Nurse Swain applied triple antibiotic to the area of previous suturing but was unable to obtain vital signs due to Hahn refusing. These events may have occurred on 6-15-07 and or 6-16-07.

6-16-07 - Nurse Susan Swain responded by e-mail stating that she had assessed Hahn in the morning and found that she was, indeed, very difficult. Hahn had refused to cooperate with any health questions. However, Hahn was placed in the diabetic protocol which included an insulin sliding scale and finger sticks for blood sugar testing twice a day. At 9:59 AM, a mental health counselor, Alyson Morris, wrote an e-mail stating that she had examined Hahn. She was uncooperative and quite angry. Mental Health had a file on her and "she had been in green before" (meaning Hahn had been under suicidal precautions at the Jail before). Ms. Morris stated that she would evaluate the patient again before leaving the facility and that Hahn should remain "in green" (under suicidal precautions) for at least 72 hours. Alyson Morris sent another e-mail at 2:09 PM the same day (a Saturday). She stated that Hahn was mentally retarded and a poor historian. Apparently, at home she was taking some medication for sleep. Morris estimated that Hahn had poor judgment and no insight into her situation at the Jail. It was anticipated that she would remain "emotionally unstable" for a while. At about 16:30 hours, Correctional Officer Thode brought Hahn to the infirmary area for blood sugar testing. At first Hahn refused, stating that she did not like the Jail's blood sugar machine. Eventually Hahn accepted the test, which resulted in a blood sugar reading of 107, which is within the normal limits. Hahn insisted that she needed 40 units of insulin but Nurse Swain abided by the sliding scale and did not administer any insulin to Hahn. Hahn stated that she did not want to be at the Jail after which she was returned to her cell. When the finger stick results were charted, they were made unreadable by repeatedly crossing it over and a new number was entered, reading 107. The significance of this change is not known.

6-17-07 – Nurse Swain noticed that there had been no finger stick blood sugar reading up to 10:00 AM. Nurse Swain advised Hahn of the need to perform a blood sugar level but Hahn refused and went back to her cell. At about 11:00 AM Nurse Swain saw Hahn again. The inmate said that she had vomited into the toilet. The Nurse was unable to see any vomitus. The Nurse wanted to take vital signs but Hahn refused. Nurse Swain checked Hahn again at 15:00 hours. Hahn was coherent and again describing how upset she was to be at the Jail.

6-18-07 – At about 6:20 AM, cell checks were performed at the booking area where Hahn was housed. One Correctional Officer noticed that Hahn's color did not look right and her chest was not moving. CPR and AED were tried. The AED advised "no shock". EMS was called and arrived shortly thereafter. Hahn was transported to the Carle Hospital in Urbana, Illinois with CPR in progress. At the Hospital, blood testing showed a blood sugar of over 700 and a pH of 6.602 (acidosis). A diagnosis of diabetic ketoacidosis was made. Her pupils were fixed and

3

dilated. A ten-drug panel for toxic drugs was performed; they were all negative. Initially Hahn regained a pulse and a blood pressure. She was transferred to the Carle Foundation Hospital's ICU while on mechanical ventilation. Prognosis for survival was poor. Blood sugar and electrolytes were abnormal despite staff attempts to aggressively treat her. After consultation with her husband, life support was withdrawn and she was pronounced at 17:41 hours.

6-20-07 - An autopsy was performed by Brian Mitchell, MD, Forensic Pathologist. He opined that Hahn had died of diabetic ketoacidosis. Vitreous fluid analysis showed a glucose level of 406 and an acetone level of 0.039, consistent with the diagnosis. Potassium was 12.8, a high value.

<u>Analysis of correctional health care delivered to Janet Hahn</u> *(Reviewer comments in italics)*

6-15-07 - Intake screening at Champaign County Jail was performed by a Correctional Officer. Hahn was uncooperative but the staff was able to ascertain that she was a diabetic on insulin and that she had a certain amount of developmental retardation. She refused to sign any consents or releases, therefore enjoining the staff from trying to contact her previous physician or her home. No inquiries could be made to establish the exact doses of medications she was on. Her initial blood sugar was 160. *At this time, Correctional Officers had no reason to be alarmed. It would be unsound to transfer to an emergency room or to a hospital newly arrived, seemingly stable inmates just because they refuse to consent to contacting a private physician for the purpose of history taking.*

6-16-07 - Early morning, Hahn's sugar tested 396 and she received 20 units of regular insulin. *Strictly speaking, the sliding scale in use called for 15 units of insulin for blood sugars between 301 and 350, and 20 units for sugars between 401 and 450. Hahn's sugar was 396, which is far closer to the 401 through 450 bracket than the 301 through 350 bracket. As it turned out, the dose given proved to be appropriate, since the next blood sugar was charted at 107.* At 9:59 AM, a mental health counselor, Alyson Morris, wrote an e-mail stating that she had examined Hahn. She was uncooperative and quite angry. Mental Health had a file on her and "she had been in green before" (meaning Hahn had been under suicidal precautions at the Jail before). Ms. Morris stated that she would evaluate the patient again before leaving the facility and that Hahn should remain "in green" (under suicidal precautions) for at least 72 hours. Alyson Morris sent another e-mail at 2:09 PM the same day (a Saturday). She stated that Hahn was mentally retarded and a poor historian. Apparently, at home she was taking some medication for sleep. Morris estimated that Hahn had poor judgment and no insight into her situation at the Jail. It was anticipated that she would remain "emotionally unstable" for a while. *Despite the fact that the events in question occurred on a Saturday, Mental Health worker Morris took it upon herself to visit and evaluate Hahn twice. Morris did not find Hahn incompetent to make decisions on her care.* In her declaration, Nurse Swain stated that Hahn had refused to sign any consent for disclosure of health records aimed to obtain a more complete medical history from her private physician. *It is unclear whether Nurse Swain knew that Hahn was a type I or type II diabetic. While Hahn had been at that Jail before, Correctional officers and medical staff typically see hundreds if not thousands of new arrivals a year and cannot reasonably be expected to remember all their diagnoses. Paper records were in use at the Champaign County Jail in 2007. This was not unusual, as only a minority of jails were provided with electronic health records in*

4

*2007. When using paper records, it is my observation that only a minority of US Jails would retrieve immediately a health record pertaining to a previous intake. At best there would be a delay of several days until previous health records would join the present record.* Nurse Swain asked Hahn the number of units of insulin she took at home. Hahn responded that "she did not know". *Nurse Swan had no options as to how to obtain further information from Hahn.* Nurse Swain was unable to obtain vital signs due to Hahn refusing. These events may have occurred on 6-15-07 and or 6-16-07. *Vital signs or blood sugars cannot be performed by use of force except during an extreme emergency, such as sudden appearance of acute distress, alcohol or drug withdrawal, and the like. Hahn did not exhibit acute distress until the final few minutes of her stay at the Champaign County Jail. At that point, emergent efforts to resuscitate her were made.* Hahn was placed in the diabetic protocol which included an insulin sliding scale and finger sticks for blood sugar testing twice a day. *This type of management for a diabetic patient on insulin is appropriate. Upon entrance to a jail, diabetic patients as a rule exercise much less, thus decreasing metabolic needs, potentially increasing blood sugar levels and requiring more insulin. On the other hand, upon jail intake, some diabetic patients, like Hahn, eat poorly or not at all for a while. Decreases in calorie intake may decrease blood sugar levels, thus requiring less insulin than before. These two opposite trends may make predictions of required insulin levels chancy. Overdosing insulin may result in hypoglycemia and coma. Underdosing insulin may result in high blood sugar levels and the possibility of developing diabetic ketoacidosis. A sliding scale provides temporarily a safe way to proceed, as all insulin injections follow an established blood sugar level. In this manner, over or under-administration of insulin are avoided.* At about 16:30 hours, Correctional Officer Thode brought Hahn to the infirmary area for blood sugar testing. At first Hahn refused, stating that she did not like the Jail's blood sugar machine. Eventually Hahn accepted the test, which resulted in a blood sugar reading of 107, which is within the normal limits. Hahn insisted that she needed 40 units of insulin but Nurse Swain abided by the sliding scale and did not administer any insulin to Hahn.

*It was prudent for Nurse Swain to defer insulin administration for a patient with a normal blood sugar. It appears to the undersigned that correctional staff made every attempt to deliver all the care that Hahn needed.*

6-17-07 – Nurse Swain noticed that there had been no finger stick blood sugar reading up to 10:00 AM. Nurse Swain advised Hahn of the need to perform a blood sugar level but Hahn refused and went back to her cell. At about 11:00 AM Nurse Swain saw Hahn again. She said that she had vomited into the toilet. The Nurse was unable to see any vomitus. The Nurse wanted to take vital signs but Hahn refused. Nurse Swain checked Hahn again at 15:00 hours. Hahn was coherent and again describing how upset she was to be at the Jail. *Nurse Swain tried numerous times to perform health care ministrations but Hahn refused most of these.*

6-18-07 – At about 6:20 AM, cell checks were performed at the booking area where Hahn was housed. One Correctional Officer noticed that Hahn's color did not look right and her chest was not moving. CPR and AED were tried. The AED advised "no shock". EMS was called and arrived shortly thereafter. Hahn was transported to the Carle Hospital in Urbana, Illinois with CPR in progress. At the Hospital, blood testing showed a blood sugar of over 700 and a pH of 6.602 (acidosis). A diagnosis of diabetic ketoacidosis was made. Her pupils were fixed and dilated. A ten panel for toxic drugs was performed; they were all negative. Initially Hahn regained a pulse and a blood pressure. She was transferred to the Hospital's ICU while on

5

mechanical ventilation. Prognosis for survival was poor. After consultation with her husband, support was withdrawn and she was pronounced at 17:41 hours. *Hahn's refusal of blood sugar checks and vital signs was a major factor in her unexpected diabetic decompensation. Because she had been at the Jail several times, Hahn was familiar with the sliding scale routine and knew that patients on a sliding scale may not receive insulin unless the test can be performed. Hahn knew that refusal of finger stick testing was tantamount to refusing insulin. Medical staff tried to educate Hahn and also tried to make her accept medical care but was unsuccessful. In corrections, finger stick testing and insulin injections should not be performed by force in an alert patient who is not in distress and appears competent to refuse.*

6-20-07 - An autopsy was performed by Brian Mitchell, MD, Forensic Pathologist. He opined that Hahn had died of diabetic ketoacidosis. Vitreous fluid analysis showed a glucose level of 406 and an acetone level of 0.039, consistent with the diagnosis. Potassium in vitreous fluid was 12.8. *The undersigned is not a pathologist and will not comment on the highly technical issue of correlation of post-mortem vitreous fluid potassium levels to serum potassium values in the living patient. It appears that the high potassium level did play a role. While still alive at the Carle Foundation Hospital, Janet Hahn had a serum potassium level of 7.0, high enough to cause severe cardiac problems and perhaps cardiac arrest. It is of interest that Hahn's post mortem vitreous fluid analysis showed a glucose level of only 406. This may be due to lag time differences between serum and vitreous fluid levels or to other factors.*

### Summary

Certain fundamental questions regarding the care of the incarcerated should be probed:

Did the defendant(s), its agents and employees, grant the plaintiff(s) unimpeded access to medical care? Did they deliver all the care that was ordered by physicians? Did the defendant(s), its agents and employees afford the plaintiff(s) a right to a professional opinion?

*In the case of Janet Hahn, the undersigned found no instances where access to health care was impeded. All the care that had been ordered under protocol was delivered to Janet Hahn unless she refused to accept it. Janet Hahn was provided with the professional opinions of nurses and mental health staff while receiving care commensurate with the extent of her medical needs as perceived by these nurses and mental health staff. Medical and Mental Health staff did not knowingly disregard Janet Hahn's serious medical needs. Respectfully submitted:*

s/Joseph E. Paris, M.D.

6

# CURRICULUM VITAE

Updated 9-19-10

For:    Joseph Edward Paris, Ph.D., M.D., CCHP-A
Fellow of the Society of Correctional Physicians

Date of Birth: ·          , 1940.

Place of Birth: Argentina

Nationality: U.S.

Marital Status: Married to Mary Rose Collins Paris, R.N. P.

Three adult children, ages 25 through 31.

Address:

Phone:                Fax: Available; please telephone first

·Mobile :            e-mail:

## DEGREES:

B. Sc.   St. Martin School for Superior Studies, Rosario, Argentina, 1956.

M. Sc. ( Pharmacology ). School of Pharmacy, Rosario, Argentina, 1960.

Ph.D. ( Biochemistry ). School of Biochemistry, Rosario, Argentina, 1969.
Doctoral dissertation work was performed at the Department of Pathology, Johns Hopkins School of Medicine, Baltimore, Maryland, 1967 to 1969.

M.D. Boston University School of Medicine, 1975.

## PRESENT AFFILIATIONS:

Member of the American Medical Association, the Medical Association of Georgia, the American Correctional Association, the American Correctional Health Services Association, the Academy of Corrections, the Society of Correctional Physicians and the American Association of HIV Medicine



# MEDICAL APPOINTMENTS, AWARDS AND DIPLOMAS

1967 - 1969  Research Fellow, Section of Radiobiology, Division of Radiation Therapy, Department of Radiology, University of Maryland School of Medicine, Baltimore, Maryland.

1969 - 1972  Biochemist, Special and Scientific Staff, New England Medical Center Hospital, Boston, Mass.

1969 - 1972  Research Associate, Department of Biochemistry, Tufts University School of Medicine, Boston, Mass.

1969 - 1970  Instructor, Department of Therapeutic Radiology, Tufts University School of Medicine, Boston, Mass.

1970 - 1972  Assistant Professor, Department of Therapeutic Radiology, Tufts University School of Medicine, Boston, Mass.

1972 - 1975  Assistant Professor, Department of Biochemistry, Boston University School of Medicine, Boston, Mass.

1975 - 1976  Intern, Department of Medicine, Boston City Hospitals, Boston, Mass.

Dec 16, 1976  Massachusetts License Number 40345 ( presently inactive ).

1976 - 1977  Junior Resident, Department of Medicine, Boston City Hospitals, Boston, Mass.

1977 - 1978  Senior Resident, Department of Medicine, Boston City Hospitals, Boston, Mass.

1978 - 1979  Chief Medical Resident, Saint Vincent Hospital, Worcester, Mass.

Sep 12, 1979  Diplomate of the American Board of Internal Medicine.

1979 - 1983  Instructor, Department of Medicine, University of Massachusetts Medical Center, Worcester, Mass.

1979 - 1983  Internist in private practice, Auburn, Mass.

1982  A.M.A. Physician Recognition Award.

June 6, 1983  Florida License Number 42327

1983 - 1985  Internist in private practice, Jacksonville, Florida.

1985  A.M.A. Physician Recognition Award.

1985 - 1986  Chief, Section of Internal Medicine, Memorial Medical Center Hospital, Jacksonville, Florida.

1985 - 1988  Senior Physician, Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.

1986 - 1988  Chairman, Outpatient Department, Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.

1988  A.M.A. Physician Recognition Award.

2

**MEDICAL APPOINTMENTS, AWARDS, DIPLOMAS ( cont. )**

1988 - 1991  Medical Executive Director, Union Correctional Institution, Department of Corrections, Raiford, Florida.

1989 - 1995  President, Florida Chapter of the American Correctional Health Services Association.

1991 - 1995  Medical Executive Director, North Florida Reception and Medical Center Hospital, Department of Corrections, Lake Butler, Florida.

1991 - present  Certified Correctional Health Care Provider (Advanced since 2006) of the National Commission on Correctional Health Care.

1992  A.M.A. Physician Recognition Award.

1992  Founding member of the Society of Correctional Physicians, Chicago, Illinois.

Nov 30, 1993  - Davis Productivity Award, plaque and commemorative certificate by the Florida Tax Watch, for saving Florida taxpayers and estimated $ 1.1 million in the prison hospital yearly budget.

Feb 14 - 18, 1994 - One of three members of the Peer Review Committee charged by the Missouri Department of Corrections with the performance of a survey on the delivery of inmate health care services provided statewide by the Correctional Medical Systems, Inc.

May 16 - 17, 1994 One of two members charged by the National Commission on Correctional Health Care with the performance of an accreditation review of the Riverbend Maximum Security Institution in Nashville, Tennessee.

November 1994. Appointed independent reviewer of mortality files for the Missouri Department of Corrections.

September 8 - 10, 1994. Organized with Jerry Elisworth the Fall Conference 1994 of the Florida Chapter of the American Correctional Health Services Association in Daytona Beach, Florida.

February 22, 1995. Moderator of the Pre-Conference Workshop "Computers in Correctional Health Care", coordinated by Gerald P. Ellsworth, MPH. Part of the program for the 1995 Multidisciplinary Training Conference of the American Correctional Health Services Association in Portland, Oregon.

August 3, 1995 Georgia License Number 40509

1995 - 1996  Deputy Director for Clinical Services, Georgia Department of Corrections, Atlanta, Georgia.

1996 - 2007  East Coast Director of the Society of Correctional Physicians.

1996 - 2005  Medical Director, Georgia Department of Corrections, Atlanta, Georgia.

1996 - 2001  Member of the Medical Association of Georgia Prison Health Committee.

1997 -- 1999  Editor of the newsletter of the Society of Correctional Physicians

1999 - 2001  President of the Society of Correctional Physicians.

1999  Organized and chaired the 1999 American Correctional Health Services Conference in

|      | Atlanta, Georgia: The Coming of Age of Correctional Health Care: A Quest for Excellence. March 11-12, 1999. |
|------|------|
| 1999 | Appointed founding member of the Editorial Committee of the Thrive Magazine, an HIV treatment magazine published by the AIDS Healthcare Foundation. |
| 1999 - | Fellow of the Society of Correctional Physicians |
| 2001 - 2003 | Immediate Past President and Board Member, Society of Correctional Physicians |
| 2001 | One of seven distinguished correctional physicians contributing to the first set of official clinical guidelines for health care in corrections adopted by the National Commission on Correctional Health Care. Published in the Journal of the National Commission on Correctional Health Care, Volume 8, Issue 2, Fall, 2001, pp. 97-156. |
| 2001 | Dr. Paris served as a member of the Expert Panel on Chronic Diseases for The Health Status of Soon-to-be-Released Inmates – A Report to Congress. This national, 3-year-long study was the largest and most comprehensive of its kind ever undertaken. With funding from Congress through the National Institute of Justice, and with substantial support from the Centers for Disease Control and Prevention, the National Commission on Correctional Health Care convened expert panels that included the nation's most respected researchers, practitioners and scholars in the fields of public and correctional health care. The final report was delivered to Congress by the National Institute of Justice in May 2002Member of the American Society of HIV Medicine and its liaison with the Society of Correctional Physicians |
| 2002 | Recipient of the Armond Start Award of the Society of Correctional Physicians |
| 2003 | Member of the Planning Committee which organized the Meeting: Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 25 and 26, 2003. |
| 2003 - present | Board Member, Correctional Medical Institute |
| 2004 – 2009 | Trustee (Board Member) of the Certified Correctional Health Professional Board of Trustees of the National Commission on Correctional Health Care |
| 2004 - | Charter Board Member of the Correctional Medical Directors Association |
| 2006 - present | Part time Physician, DeKalb County Public Health Department, HIV Clinic |
| 2007 - 2008 | Co-editor of CorrDocs, the official newsletter of the Society of Correctional Physicians |
| 2008 – present | Part-time Physician, DeKalb County Jail in Atlanta, Georgia, in charge of the Chronic Care Clinic and the HIV and Infectious Diseases Clinic |
| 2009 - present | Member of the Board of Directors of the National Commission on Correctional Health Care, representing the Society of Correctional Physicians |

4

# NON-CORRECTIONAL PUBLICATIONS

Paris, J. E.  Acid Phosphomonoesterase of the Spontaneous Mammary Carcinoma of the C3H/HeJ Mouse. Doctoral Dissertation. Submitted to the University of Rosario School of Medicine, March 1969. Based on experimental work performed from 1967 to 1969 at the Johns Hopkins University School of Medicine, Dept. of Pathology.

Paris, J. E. An Inexpensive, High Capacity Gradient - Forming Device for Zonal Ultracentrifugation. Biochimica et Biophysica Acta, 165: 286 - 287, 1968.

Paris, J. E., Brandes, D., and Anton, E.  Distribution and Properties of Lysosomal Enzymes in Untreated and in Irradiated Mouse Mammary-gland Carcinomas.  J. Nat. Cancer Inst. 42: 383 - 398, 1969.

Paris, J. E., and Brandes, D.  Effect of X-Irradiation on the Lysosomal Enzymes of Spontaneous Mammary-Gland Carcinomas of the C3H Mouse. Abs. III Internat. Biophys. Congress I.U.P.A.B. 138, September, 1969.

Paris, J. E.  Assembly and Operation of a Simple, Multipurpose Zonal Ultracentrifugation System. Rev. Sci. Instrum. 41: 90 - 96, 1970.

Brandes, D., Anton, E., Paris, J. E., and Barnard, S.  Correlation between Growth Patterns and Acid Hydrolytic Activities in Mice Mammary Carcinomas. Fed. Proc.  29  (2): Abs., 1970.

Paris, J. E.  Preparation of Large Volumes of Linear Gradient Solutions for Zonal Ultracentrifugation. Experientia 26: 325, 1970.

Paris, J. E., and Brandes, D.  Effect of X-irradiation on the Functional Status of the Lysosomal Enzymes of Mouse Mammary-Gland Carcinomas. Cancer Research, 31: 392 - 401, 1971.

Paris, J. E.  Effect of Whole Body Irradiation and Puromycin on Hydrolytic Enzyme Activation in Regenerating Rat Liver.  Rad. Research 50: 592 - 599, 1972.

Paris, J. E., and Brandes, D.  The Effect of Castration on Histochemistry and Biochemistry of Acid Hydrolases of Rat Prostatic Gland. J. Nat. Cancer Inst. 49: 1685 - 1696, 1972.

Junowicz, E., and Paris, J. E.  Affinity Chromatography by Enzyme-Substrate Interaction. Purification of Some Rat Liver Glycosidases. Biochim. Biophys. Acta 321:234-245, 1973.

Paris, J. E., and Wang, L.  Effect of Immunological Inhibition of Lysosome Function on Radiation Survival of Rat Sarcoma Cells in Culture.  Internat. J. Rad. Biol. 25: 95 - 98, 1974.

Paris, J. E., and Brandes, D.  Biochemistry and Histochemistry of Lysosomal Enzymes in Male Sex Accessory Glands. In:  The Biochemistry and structure of Male Sex Accessory Glands. D. Brandes, Ed. Academic Press, N.Y. 1975.

Paris, J. E.  Nutrition Education During Internship and Residency Training: Medicine.  Am. J. Clin. Nutr. 30: 819 - 821, 1977.

Paris, J. E.  Use your Persuasion to Counter PPO Power. Private Practice, 16 (6): p. 81. June 1984.

Paris, J. E.  So Much for the E.R. as a Practice Builder. Medical Economics, August 5, 1985. pp 91 - 100.

5

Paris, J. E.  Moral Acrobatics. Private Practice, 18 (2): 40 - 48, February 1986.

Paris, J. E.  My Office Pharmacy is Practical and Profitable. Medical Economics, May 12, 1986. pp 147 - 152.

Paris, J. E.  Current System will not solve the Malpractice Crisis. American Medical News, January 8, 1988. p.54.

Paris, J. E.  TV Shows should Carry Warnings, as do Cigarets. American Medical News, April 8, 1988.

Paris, J. E.  Comments on the Case of Susan J. Bendor. Medical Malpractice Prevention. 6 ( 7 ): p. 8. July, 1991.

Paris, J. E.  Deming vs Medicine's Regulators: The Battle lines are Drawn. In: Dynamics of Health Care. The Journal of Management and Economics. 3 (3): p.15. May of 1992.


# CORRECTIONAL PUBLICATIONS

Paris, J. E.  I Found Happiness - Behind Bars. Medical Economics. Feb. 16,1987,157-164.

Paris, J. E.  Jailhouse Blues.  J.A.M.A. 259 (24): 3615, June 24, 1988.

Paris, J. E.  MD Makes an Unexpected Switch to Prison Medicine. American Medical News. October 27, 1989, pp 31 - 32.

Paris, J. E.  The Quest for Quality Management Measurements in the Correctional Setting: Outpatient Health Care Review. Journal of Prison & Jail Health. 9 (2): 135 - 154, 1990.

Paris, J. E.  Ethics Cases Pose Complex Questions. Corrections Today.  pp. 12 - 14. December, 1992.

Paris, J. E.  Inmate Overutilization of Health Care Services. Is There a Way Out?  Journal of Correctional Health Care of the NCCHC Vol. 1. Fall 1994, pp 73 - 90.

Hipkens, James H., LaMarre, M., Paris, J. E., and Shansky, R.  How To. a Manual of Essential Elements for a CQI-driven Correctional Health Care Program. Published by the Georgia Department of Corrections in March of 1996.

Paris, J. E. Monitoring Tools Ease Transition to Health Care Vendors. In: The Corrections Professional. LRP Publications, West Palm Beach, Florida, Volume 2, Issue 10, February 7, 1997.

Paris, J. E. Changing Roles for Correctional Physicians: The Era of Managed Care. Desmoteric News of the Society of Correctional Physicians. Volume 2, Issue 1, January 1997, p. 7.

Paris, J. E. A New Wave of Privatization: Turnkey Prison Contracts and Their Implications. Desmoteric News of the Society of Correctional Physicians. Vol. 2, Issue 2, October 1997, p. 1-2.

Paris, J. E. Care of the Impaired and disabled. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc.  St. Louis, Mo 1998.

Paris, J. E. Medical Triage: The value of standardized nursing protocols. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc. St. Louis, Mo. 1998.

Paris, J. E. Infirmary care. Chapter in the book: Clinical Practice in Correctional Medicine. Edited by Michael Puisis, D. O. Mosby-New Year Book, Inc. St. Louis, Mo. 1998.

Paris, J. E. The Costs of Inmate HIV Therapy Keep on rising. Is there a way to control them? Desmoteric News of the Society of Correctional Physicians. Vol. 3, Issue 1, February 1998, p. 2-6.

Paris, J. E. Hazards of Mercury Vapor Illumination for Inmate Gyms. Desmoteric News of the Society of Correctional Physicians. Vol. 3, Issue 1, February 1998, p. 7-10.

Nicodemus, Marthali, and Paris, Joseph E. Bridging the Communicable Disease Gap: Identifying, Treating, and Counseling High Risk Inmates. HEPP News ( HIV & Hepatitis Education Prison Project ), Aug./Sep. 2001, Vol. 4, Issues 8 & 9.

Tripoli, L. C., Paris, J. E., and Koretz, R. Hepatitis C Virus and its Relevance to Corrections. Chapter 6 in the textbook: Management and Administration of Correctional Health Care, J. Moore, Editor. Civic Research Institute, Kingston, N.J., 2003. pp 6-1 – 6-37.

Paris, J. E., MedicaLogic's Encounter EMR Pulls the Plug. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 6, Issue 4, Fall of 2002, p. 4.

Paris, J. E. A Success Story: Utilization Management in the Corrections Setting. Correctional Health Care Report, volume 3, No. 2, January/February 2002 pp. 21-29

Paris, J. E., Thoughts on the Armond Start Award. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 6, Issue 4, Fall of 2002, p. 7.

Paris, J. E., The Future of Correctional Medicine – Gazing Through the Crystal Ball… Darkly. CorHealth: The Newsletter of the American Correctional Health Services Association, page 8, Winter / Preconference 2003.

Paris, J. E.,  MRSA – An Ugly Visitor. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 7, Issue 1, Winter of 2003, p. 1.

Paris, J. E. The Correctional Physician as an Expert Witness. Two part article in CorrectCare, the official publications of the National Commission on Correctional Health Care.  Appeared in the Winter 2003 (p. 11) and the Spring 2003 (p. 12) issues.

Paris, J. E. Overcoming Barriers to Correctional Physician Productivity. Corrections Today, the Official Organ of the American Correctional Association. Vol. 65, No. 6, pp. 72-83, October, 2003.

Tripoli, L. C., Paris, J. E., and Koretz, R. L.:  Hepatitis c Virus and its Relevance to Corrections. Chapter in the book Management and Administration of Correctional Health Care. Jacqueline Moore, Ph. D., RN, Editor. Published by the Civic Research Institute, Kingston, NJ, 2003.

Paris, J. E. Spotlight : Keys to Successful HIV Management in Corrections – Knowing the Patient and the Prison/Jail Environment. HEPP Report on Infectious Diseases in Corrections. April 2004.

Pearlman, B., and Paris, J. E. Hot Topics in Hepatitis C. HEPP Report on Infectious Diseases in Corrections. June  2004.

Paris, J. E., Pradhan, Monica S., Allen, Scott A., and Cassidy, William M., Cost of Hepatitis C Treatment in the Correctional Setting. Journal of Correctional Health Care, 11:2, 2005, pp 199-212.

Paris, J. E. Georgia DOC Implements Computerized Lab Data Management System. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 8, Issue 1, Winter of 2005, p. 8.

Paris, J. E. Lab Data Mining ; A New Tool for Quality Improvement. CorrectCare, the official publications of the National Commission on Correctional Health Care. Appeared in the Spring 2005 issue, No. 19:2.

Paris, J. E. New Thinking on "Appropriate" Approaches to HIV Care. CorrectCare, the official publication of the National Commission on Correctional Health Care. Appeared in the Summer 2005 issue, No. 19:3.

Paris, J. E. New Thinking on "Appropriate" Approaches to HIV Care. CorrDocs: The Newsletter of the Society of Correctional Physicians. Vol. 8, Issue 2, Summer of 2005, p. 5.

Paris, J. E. Correctional Peer Review Loses Privilege. Correctional Health Care Report, Volume 7, No.2, January-February 2006, pp. 17-32.

Paris, J. E. What are the implications of the results of the study conducted in the Georgia Department of Corrections for HIV prevention in prisons? Infectious Diseases in Corrections Report, May 2006 Issue.

Paris, J. E. Impact of Recent Developments in Correctional Peer Review Litigation. Correctional Health Care Report, Volume 7, No.4, May/June 2006, pp. 49-64.

Paris, J. E. What are the implications of the results of the study conducted in the Georgia DOC for HIV prevention in prisons? Editorial in the Infectious Diseases in Corrections Report, Vol. 9, Issue 5, May of 2006, p. 5.

Paris, J. E. The History of the Society of Correctional Physicians. Published in July, 2007 in the webpage of the Society of Correctional Physicians, www.corrdocs.org. Also appeared in the Fall 2007 Volume 10, Issue 1, of CorrDocs, the newsletter of the Society of Correctional Physicians, pages 9-10.

Paris, J. E. Potential Legal Pitfalls of HCV Management in Corrections and How to Avoid Them. Infectious Diseases in Corrections Report, September 2007 Issue.

Paris, J. E. Tripping Doctors in the Witness Stand: A Sampling of Tough Questions. CorrectCare, the official publication of the National Commission on Correctional Health Care. Appeared in the Winter 2008 issue, No. 22:1, page 9.

Paris, J. E. Why did the Inmate Sue Us? A Multiple Case Review. Journal of Correctional Health Care. Vol. 14 No. 3, July 2008, pp. 209-221

Paris, J. E. The Role of the Legal Nurse Consultant in Correctional Health Care Litigation. Journal of Legal Nurse Consulting, Fall 2008, Vol. 19, No. 4, pp 15-19.

Paris, J. E. Jail Intake Screening: Understanding the Physician's Role. Appeared in the Fall 2008 Volume 11, Issue 4, of CorrDocs, the newsletter of the Society of Correctional Physicians, page 7.

Paris, J. E. Going to Court with an EHR. CorrectCare, the official publication of the National Commission on Correctional Health Care. Appeared in the Summer 2009 issue, No. 23:3, pp 16-17.

Paris, J. E. Three cases of correctional litigation: Learning from the Root Causes. Journal of Correctional Health Care. Vol. 16 No. 1, January 2010, pp. 39-47

Electronic Health Records in Correctional Health Care: A skeptical View. Correctional Health Care Report, Volume11, No.1, November/December 2009, pp. 3-8.

Paris, J. E. The Litmus Test of Electronic Health Record Performance. CorrectCare, the official publication of the National Commission on Correctional Health Care. Appeared in the Fall 2009 issue, No. 23:4, pp 14-15

# CORRECTIONAL PRESENTATIONS

Paris, J. E. A Systematic Approach to Outpatient Care Evaluation at a Large Reception and Medical Center. Role of Physician Daily Self Assessment in Quality Care Improvement. Presented at the 12th Annual Multidisciplinary Conference on Quality Correctional Health Care. April 3rd, 1987. Philadelphia, Penn.

Paris, J. E. Systematic Approach to Tuberculin Test Evaluation at a Large Reception and Medical Center. Importance of Coordination of County and State Resources in the Improvement in the Management of Tuberculin Skin Reactors. Presented at the 11th National Conference on Correctional Health Care. November 5 - 7, 1987. Chicago, Ill.

Paris, J. E. Quality Management for Outpatient Department Activities in a Correctional Setting. Presented at the 13th A.C.H.S.A. Multidisciplinary Conference. April 14, 1988. St. Louis, Mo.

Paris, J. E. Quality Management for Outpatient Department Activities in a Correctional Setting. Presented at the 12th National Conference on Correctional Health Care. October 31, 1988. Orlando, Florida.

Paris, J. E. Permits, Passes, and Perks. Medical Personnel in the Middle at a Large State Correctional Institution. Presented at the 14th A.C.H.S.A. Multidisciplinary Conference in March, 1989 in Charleston, South Carolina.

Paris, J. E. Daily Self Declared Emergencies. Endless Sick Call Hours, Massive Charts: New Complexity of Health Care Delivery to Confined Inmates in Florida in the Post-Consent Decree Era. Presented at the 13th National Conference on Correctional Health Care. November 10, 1989. Chicago, Ill.

Paris, J. E. Conducting Medical Intake Screening. Presented at the 15th A.C.H.S.A. Multidisciplinary Conference. March 23, 1990. San Francisco, California.

Paris, J. E. The Makings of a Successful Suicide Prevention Program. Presented at the 5th Annual Gulf Coast Correctional Health Care Conference. Sponsored by the University of Texas Medical Branch and the Texas Department of Criminal Justice. June 14, 1990. Galveston, Texas.

Paris, J. E. Inmate Gripes and the Medical Profession: The Complexities of Health Care Delivery to Florida Inmates in the 90's. Presented at the 14th National Conference on Correctional Health Care. September 17, 1990. New Orleans, Louisiana.

Paris, J. E. Why and AIDS Unit? Presented at the 1990 Winter Conference of the American Correctional Association. Louisville, Kentucky. January 14, 1991.

Paris, J. E. Chronic Illness Clinics. Managing Large Chronically Ill Populations. Presented at the 15th National Conference on Correctional Health Care. September 23, 1991. San Antonio, Texas.

Paris, J. E.  Prison Health Care System. An Outline of the Florida's Department of Corrections. Presented at the 19th Annual Medical Examiners Educational Conference. November 22, 1991. Gainesville, Florida.

Paris, J. E.  To Hold or not to Hold: Managing Intake Processing of Inmates at a Large Reception Center. Presented at the 16th National Conference on Correctional Health Care. September 24-26, 1992. Chicago, Ill.

Paris, J. E.  The Reception Process: Medical Implications. Presented at the 1992 Health Services Workshop of the Florida Department of Corrections. November 16 - 18, 1992. St. Petersburg, Florida.

Paris, J. E.  To Hold or not to Hold: Dealing with Sexually Transmitted Diseases During  New Arrival Processing. Presented at the 1993 Multidisciplinary Training Conference of the A.C.H.S.A. March 11 - 14, 1993. Atlanta, Georgia.

Paris, J. E.  Institutional Strategies for TB Elimination. Presented at the Correctional, State, University, Nursing Home and Hospital Panel of the 1993 Meeting of the American Lung Association "Tuberculosis in the 90's". June 3 - 4, 1993. Orlando, Florida.

Paris, J. E.  Inmate Overutilization of Health Care Services. Is There a Way Out? Presented at the 17th National Conference on Correctional Health Care. September 20 - 22, 1993. Orlando, Florida.

Paris, J. E.  Inpatients Behind Bars: The Unique Complexities of Operating a Prison Hospital. Presented at the 18th National Conference on Correctional Health Care in San Diego, California, September 26 - 28, 1994.

Paris, J. E., Davis, D. E., and Ellsworth, G. P.  Medical Classification of Inmates: The Key for Successful Managed Health Care in Corrections. Presented at the 18th National Conference on Correctional Health Care in San Diego, California, September 26 - 28, 1994.

Paris, J. E.  From disorientation to orientation: training new physicians in the correctional medical environment. Presented at the 1995 multidisciplinary training conference of the A.C.H.S.A.  held in Portland, Oregon, February 23 - 26, 1995.

Paris, J. E.  Mortality Review: Learning from inmate death to improve health care in corrections. Presented at the 19th National Conference on Correctional Health Care in Washington, DC, November 13-15, 1995. Presented also at the Correctional Health Care Conference of the Ohio Department of rehabilitation and Correction in Columbus, Ohio, May 15, 1996.

Paris, J. E. Managed Care at the GDC: Utilization Management of Consultation Requests. Clinical and Procedural Considerations. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. Changes in the Medical Classification of Offenders: Health Profiling. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996. Presented also at the Correctional Health Care Conference of the Ohio Department of  Rehabilitation and Correction in Columbus, Ohio, May 15, 1996.

Paris, J. E. Procedure, Interpretation, and Recent Experiences with the Clinical Audit Tool at Various Facilities of the GDC. Presented at the Correctional Health Care Symposium of the Medical Association of Georgia and Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. Maalox, Motrin, or Myocardium: The Dilemmas of Triaging Chest Pain Complaints in Correctional Health Care. Presented at the Correctional Health Care Symposium of the Medical

Association of Georgia and the Georgia Department of Corrections at St. Simons Island, Georgia, March 28 - 29, 1996.

Paris, J. E. The Makings of a Successful Suicide Prevention Program. Presented at the 1966 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference in Los Angeles, California, May 4-5, 1996.

Paris, J. E. Managed Care: Creating a Correctional Utilization Management System: the Georgia Department of Corrections Experience. Presented at the 1996 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference. Los Angeles, California, May 4-5, 1996.

Paris, J. E. Permits, Profiles, Passes, and Perks: Complex Medicolegal Issues Affecting Medical and Correctional Personnel. Presented at the 1996 Los Angeles County Sheriff's Department Annual Correctional Health Care Conference in Los Angeles, California, May 4-5, 1996.

Paris, J. E. Medical Information Transfer from Jail to State prison: State of the Art. Presented at the Georgia Jail Training Conference, Columbus, GA, September 12, 1996.

Paris, J. E. Clinical Contract Monitoring for Correctional Managed Care. Presented at the 20th National Conference on Correctional Health Care in Nashville, Tennessee, October 30, 1996.

Ellsworth, G.P., and Paris, J. E. An Examination of Male and Female Health Utilization Rates. Presented at the 20th National Conference on Correctional Health Care in Nashville, Tennessee, October 30, 1996.

Paris, J. E. Creating a Statewide Program of Monitoring Compliance to Clinical Practices in Corrections. Presented at the L. A. County Sheriff's Department Annual Correctional Health Care Conference IV. November 8, 1997.

Paris, J. E. Implementing a Statewide Program of Protease Inhibitors Therapy and Viral Load Testing. Presented at the L. A. County Sheriff's Department Annual Correctional Health Care Conference IV. November 8, 1997.

Paris, J.E. Establishing a Medical Copay System for Accessing Health Care in Correctional Settings. Presented at the Ohio Department of Rehabilitation and Correction Correctional Health Care Conference, October 14-16, 1997.

Paris, J. E. Establishing Triaging Systems to Effectively Manage Sick Call: The Georgia Experience with Nursing Sick Call Protocols. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Ellsworth, G. P., and Paris, J.E. Vive la difference: Comparison of Male and Female Inmate Medical Care in two State Correctional Delivery Systems. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Paris, J. E. Doing More with Less: Implementing Protease Inhibitor Therapy for HIV Patients in a Correctional Health Care System. Presented at the 21st National Conference on Correctional Health Care in San Antonio, Texas, November 9 - 12, 1997.

Paris, J. E. The Changing Face of HIV in Corrections: The Georgia Department of Corrections Model. Presented at the Conference: The Changing Face of HIV in Corrections. Presented at the Correctional HIV Consortium Summer '98 Educational Update. Emory University, Atlanta, GA, June 11, 1998.

Paris, J. E. HIV Treatment Update for Clinicians: Workshop. Presented at the Conference: HIV & Corrections: 1998 Symposium for Medical and Social Service Providers. Allenton, PA. June 24, 1998.

11

Paris, J. E. HIV Diagnosis and Therapy in Correctional Settings: Adherence and Care Upon Discharge. Presented at the Conference: HIV & Corrections: 1998 Symposium for Medical and Social Service Providers. Allenton, PA. June 24, 1998.

Paris, J. E. Evaluating Provider Productivity: Are they Really Working that Hard?  Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

LaMarre, M., Kissel, B, Paris, J. E., and Barrell, C. T.  Profiling Special Needs Patients in the Correctional Setting: A Case Study of Process. Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Paris, J. E.  The Efficacy of Protease Inhibitor Therapy in a Correctional Population.  Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2-4, 1998.

Ellsworth, J., and Paris, J. E.  Viva la Difference: A Comparison of Male and Female Demographics, Health Care Needs, and Costs in Four Correctional Systems.  Presented at the 22nd National Conference on Correctional Health Care in Long Beach, California, November 2 - 4, 1998.

Paris, J. E. Morbidity and Mortality Reduction of Georgia DOC Inmates Achieved with HIV Triple Therapy. Presented at the American Correctional Health Services Conference, March 11-14 1999, Atlanta, GA.

Paris, J. E. Care of the Special Needs and Disabled Inmate. Presented at the 7th Annual Correctional Health Care Conference of the Los Angeles County Sheriff's Department. May 1-2, 1999 in LA, Calif.

Paris, J. E. The making of a rational Correctional Utilization Management System. Presented at the 23rd National Conference on Correctional Health Care in Fort Lauderdale, Florida, November 8-10, 1999.

Paris, J. E.  Managed Correctional Healthcare - What it Really Means. Presented at the combined American Correctional Health Services Association and American Correctional Association Conference in Phoenix, Arizona, January 10-12, 2000.

Paris, J. E.  Is There Life after Protease Inhibitors?  Presented at the combined American Correctional Health Services Association and American Correctional Association Conference in Phoenix, Arizona, January 10-12, 2000.

Paris, J. E. Out of Prison, Out of Pills.  Ensuring Continuity of HIV Therapy After Release for a Correctional Population. Presented at the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri.

Paris, J. E. Served as Moderator for the Colloquium: HIV / AIDS Behind Bars 2000, sponsored by the HIV Education Prison Project as part of Pre Conference activities of the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri, and presented the paper: Monitoring HIV from the Distance in a Large Correctional System.

Paris, J. E. Served as Panelist for various lectures of the Research Track: Emerging Research Topics and Issues in Correctional Health Care during the 24th National Conference on Correctional Health Care, September 12, 2000, in St. Louis, Missouri. Copanelists:  Jay Anno, Ph D., and Steve Spencer.

Paris, J. E. An Introduction to the Techniques for HIV Evaluation and Care of the Georgia Department of Corrections. Presented at the Laureate Forum of the Puerto Rico Department of Corrections in San Juan, Puerto Rico, October 19, 2000.

Paris, Joseph E.  Overcoming Barriers to Correctional Physician Productivity (Are They Really Working That Hard?) - Developing tools to fine tune MD, PA, and NP staffing ratios. Presented at a Workshop of

the American Correctional Association Winter Conference in Nashville, Tennessee, January 20, 2001, and at the Spring Meeting of the Society of Correctional Physicians, March 18, 2001, Atlanta, GA.

Paris, Joseph E., Lau, Daryl, and Spaulding, Ann. The Cost of Hepatitis Treatment. Is HCV Care going to Break the Bank?  Presented at the American Correctional Health Services Conference, March 15-18 2001, Atlanta, GA.

Paris, Joseph E. Correctional Clinical Guidelines of the NCCHC on High Blood Cholesterol. Presented at the Clinical updates in Correctional Health Care of the NCCHC, May 5-8, 2001, in Las Vegas, Nevada.

Paris, J. E. Hepatitis B in the Georgia Department of Corrections. Presented at the Pre-NCCHC Colloquium sponsored by the HIV and Hepatitis Education Prison Project ( HEPP ) in Albuquerque, New Mexico, November 10, 2001.

Paris, J. E., and Arrow, Berel.  Impact of Hepatitis C on Health Care and Budgets: A Multistate Perspective. Presented at the 25th National Conference on Correctional Health Care, November 13, 2001, in Albuquerque, New Mexico.

Paris, J. E. Is the Prison Doctor Working Hard? Presented at the 25th National Conference on Correctional Health Care, November 14, 2001, in Albuquerque, New Mexico.

Paris, J.E. Managing Hepatitis B and C in Corrections. Presented at the 2002 American Correctional Association Winter Conference in San Antonio, Texas, January 12, 2002.

Paris, J. E. A Success Story: Utilization Management in the Corrections Setting. Correctional Health Care Report. Volume 3, No. 2, January-February 2002, pp 21-29.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2002 Clinical Updates in Correctional Health Care, April 13-16, 2002, in Fort Lauderdale, Florida.

Paris, J.E. It is not Just The Pills. Ensuring Access, Uniformity, and Quality of HIV Therapy for a Correctional Population. Presented at the Annual Meeting of the North Carolina Chapter of the American Correctional Health Services Association in Salemburg, North Carolina, May 22, 2002.

Paris, J. E.: Emerging Issues in Correctional Health Care. Presented at the 26th National Conference on Correctional Health Care, October 21, 2002, in Nashville, Tennessee.

Paris, J. E. Centers of Excellence: An Efficient Approach Towards Comprehensive Inmate Hepatitis C Treatment. Presented at the 26th National Conference on Correctional Health Care, October 22, 2002, in Nashville, Tennessee.

Paris, J. E., and Thomas, D.: Therapy of HCV in Southeastern Prisons. Presented at the Meeting: Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 26, 2003.

Paris, J. E.: Moderated the Administrative Track and gave the plenary summary for Program Implementation: Identifying Resources for Hepatitis C Management. Presented at the Meeting:

Management of Hepatitis C in Prisons, sponsored by the CDC, DHSS, NIH, SCP, and UTMB in San Antonio, Texas, January 26, 2003.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2003 Clinical Updates in Correctional Health Care, April 12-15, 2003, in Anaheim, California.

Paris, J. E. The Economic Impact of Case Finding, Treatment, Liver Biopsy, and Other Strategies ( in Hepatitis C ). Presented at the Correctional Medical Institute Spring Scientific Meeting of the NCCHC. April 13, 2003, in Anaheim, California.

Koretz, R., and Paris, J. E. The Ethics of Treating or Not Treating Hepatitis C in Corrections… Why Now, Why Us – A Point-Counterpoint Discussion. Presented at the Correctional Medical Institute Spring Scientific Meeting of the NCCHC. April 13, 2003, in Anaheim, California.

Paris, J. E. Discharge Planning – When do my Obligations End? Presented at the NCCHC Meeting: legal Issues in Correctional Health Care. June 27-28, 2003, in Chicago, Illinois.

Paris, J.E. Spaulding, A. W., Cassidy, W., and Kendig, N. E. – HCV Diagnosis and Treatment in Corrections. Presented at the 3rd Intensive Review in Correctional Medicine, September 5, 2003, in Baltimore, Maryland.

Paris, J. E. Doing More with Less: A Cost effective Approach to Hepatitis C Therapy in the Georgia Department of Corrections. Two part presentation at the 27th National Conference on Correctional Health Care, October 7, 2003, in Austin, Texas.

Paris, J. E., Allen, S. A., and Tripoli, L. C. Hepatitis C in Corrections. Presented at the 2004 American Correctional Health Services Association Multidisciplinary Training Conference, March 27, 2004, in Houston, Texas.

Paris, J.E. Anatomia del Encuentro Medico Correccional. Presented at the 2004 Annual Meeting of the Sociedad Profesionales de Salud Correccional de Puerto Rico, May 22, 2004, in San Juan Puerto Rico.

Paris, J.E. Coinfeccion de Hepatitis C y VIH en el Ambito Correccional. Presented at the 2004 Annual Meeting of the Sociedad Profesionales de Salud Correccional de Puerto Rico, May 22, 2004, in San Juan Puerto Rico.

Paris, J. E., and Shelton, Steven. Risk Management in the Correctional Environment. Presented at the 2004 Clinical Updates in Correctional Health Care, May 22-25, 2004, in Chicago, Illinois.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 2004 Clinical Updates in Correctional Health Care, May 22-25, 2004, in Chicago, Illinois.

Paris, J. E. The challenge of Hepatitis C in Corrections: Treating the Most without Breaking the Bank. Presentation at the 28th National Conference on Correctional Health Care, November 16, 2004, in New Orleans, Louisiana.

Paris, J. E. Anatomy of the Correctional Health Care Encounter. Presented at the 28th National Conference on Correctional Health Care, November 16, 2004, in New Orleans, Louisiana.

Paris, J. E., and Shelton, Steven. Risk Management in the Correctional Environment. Presented at the 2005 Clinical Updates in Correctional Health Care, April 9-12, 2005, in Las Vegas, Nevada.

Paris, J. E. Laboratory Data Mining: A New Tool to Continuous Improvement in Clinical Care Quality in Corrections. Presented at the 2005 Clinical Updates in Correctional Health Care, April 9-12, 2005, in Las Vegas, Nevada.

Paris, J. E. Coinfeccion VIH-VHC; Diagnosis y Tratamiento en el Ambiente Correccional. Presented in Spanish at the Meeting of the Puerto Rican Society of Corrctional Services, 4-23-2005 in Ponce, Puerto Rico.

14

Paris, J. E. Mortality Reviews: The Ultimate Risk Management Tool. Presented at the 2005 Annual Meeting of the Society of Correctional Physicians, October 9, 2005 in Denver. Colorado.

Paris, J. E.  Risk Management in the Correctional Environment. Presented at the 2005 National Conference on Correctional Health Care, October 9, 2005, in Denver, Colorado.

Paris, J. E. A Correctional Physician's Dilemma: Using ALT to Determine HCV Treatment Eligibility. Presented at the 2005 National Conference on Correctional Health Care, October 10, 2005, in Denver, Colorado.

Paris, J. E. The Correctional Physician in the Witness Stand. Presented at the 2005 National Conference on Correctional Health Care, October 11, 2005, in Denver, Colorado.

Gottula, R., and Paris, J. E. Medical Malpractice in the Correctional Setting. Presented at the 2006 National Conference of the American Association of Legal Nurse Consultants, March 22, 2006 in Atlanta, Georgia.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2006 Clinical Updates in Correctional Health Care, April 8-11, 2006, in Las Vegas, Nevada.

Paris, J. E.  Measuring Physician Performance, Putting the Results to Work.  Presented at the 2006 Clinical Updates in Correctional Health Care, April 8-11, 2006, in Las Vegas, Nevada.

Paris, J. E. Leadership in Correctional Health Care. Opening address to the 2006 Annual Meeting of the Correctional Medical Institute, September 15, 2006, in Baltimore, Maryland.

Paris, J. E. Documentation, Guidelines, and Other Tricks of the Trade. Presentated during the Risk Management in Correctional Health Care at the 2006 Annual Meeting of the Correctional Medical Institute, September 15, 2006, in Baltimore, Maryland.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2006 National Conference on Correctional Health Care, October 28-November 1, 2006, in Atlanta, Georgia.

Paris, J. E.  Correctional Peer Review. Where do we stand? Presented at the 2006 National Conference on Correctional Health Care, October 28-November 1, 2006, in Atlanta, Georgia.

Paris, J. E., and Rold, W. Risk Management in the Correctional Environment. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

Paris, J. E. Why did the Inmate Sue Us? Two-hour session. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

Paris, J. E. The Challenge of Hepatitis C in Corrections: Treating the Most Without Breaking the Bank... or Getting Sued. Presented at the 2007 Clinical Updates in Correctional Health Care, May 5-8, 2007, in Orlando, Florida

Paris, J. E. Preventing Malpractice Claims in the Correctional Environment. Presented at the 2007 Annual Meeting of the Correctional Medical Institute, September 8, 2007, in Saint Louis, Missouri.

Paris, J. E. W. Risk Management in the Correctional Environment. Presented at the 2007 National Conference on Correctional Health Care, October 13-17, 2007, in Nashville, Tennessee.

Paris, J. E. Managing Difficult Situations in Correctional Health Care. Presented at the Society of Correctional Physicians 2007 Annual Meeting in Nashville, Tennessee, October 14, 2007

Paris, J. E. Why did the Inmate Sue Us? Two-hour session. Presented at the 2007 National Conference on Correctional Health Care, October 13-17, 2007, in Nashville, Tennessee.

Paris, J. E. The Role of the Legal Nurse Consultant in Correctional Health Care Litigation. Presented at the 2008 National Conference of the American Association of Legal Nurse Consultants, April 11, 2008 in Tampa, Florida.

Paris, J. E. W. Risk Management in the Correctional Environment. Presented at the 2008 Clinical Updates in Correctional Health Care, May 17-20, 2008, in San Antonio, Texas.

Paris, J. E. Why did the Inmate Sue Us? Two-hour session. Presented at the 2008 Clinical Updates in Correctional Health Care, May 17-20, 2008, in San Antonio, Texas.

Paris, J. E. Preventing Malpractice Claims in the Correctional Environment. Presented at the 2008 Annual Meeting of the Correctional Medical Institute, August 17, 2008, in Baltimore, Maryland.

Paris, J. E. Clinical Dilemmas in Corrections: Problematic Cases. Presented at the Society of Correctional Physicians 2008 Annual Meeting in Chicago Illinois, October 19, 2008

Paris, J. E. Risk Management in the Correctional Environment. Presented at the 2008 National Conference on Correctional Health Care, October 18-22, 2008, in Chicago, Illinois

Paris, J. E. Roundtable Discussions of the NCCHC: Risk Management. Presented at the 2008 National Conference on Correctional Health Care, October 18-22, 2008, in Chicago, Illinois

Paris, J. E. and Vogt, Robert Ten Years of the Seventh Circuit Federal Court Decisions in Correctional Litigation.  2-hour session presented at the 2008 National Conference on Correctional Health Care, October 18-22, 2008, in Chicago, Illinois

Paris, J. E. Clinical Performance Compliance Monitoring. Is it Necessary? Who Should do it? Presented at the 2008 National Conference on Correctional Health Care, October 18-22, 2008, in Chicago, Illinois

Paris, J. E. Risk Management in the Correctional Environment. Presented at the 2009 Clinical Updates in Correctional Health Care, April 5, 2009, in Las Vegas, Nevada

Paris, J. E. Implementing the NCCHC Standards on Jail Intake Screening. Presented at the 2009 Clinical Updates in Correctional Health Care, April 6, 2009, in Las Vegas, Nevada

Paris, J. E. Clinical Performance Compliance Monitoring. Is it Necessary? Who Should Do It? Presented at the 2009 Clinical Updates in Correctional Health Care, April 7, 2009, in Las Vegas, Nevada

Paris, J. E. Corrections  Forum: Administrative Dilemmas. Presented at the Society of Correctional Physicians 2009 Annual Meeting in Orlando, Florida, October 18, 2009.

Paris, J. E. Risk Management in the Correctional Environment. Presented at the 2009 National Conference on Correctional Health Care, November 17 -21, 2008, in Orlando, Florida

Paris, J. E. Implementing the NCCHC Standards on Jail Intake Screening. Presented at the 2009 National Conference on Correctional Health Care, November 17 -21, 2008, in Orlando, Florida.

Paris, J. E., and Wilcox, Todd. Correctional Medicine: Establishing a Specialty Practice. Presented at the 2009 National Conference on Correctional Health Care, November 17 -21, 2008, in Orlando, Florida.

Paris, J. E. Clinical Performance Compliance Monitoring. Is it Necessary? Who Should Do It? Presented at the 2009 National Conference on Correctional Health Care, November 17 -21, 2008, in Orlando, Florida

Paris, J. E. Off the Record: Medical Entries and the Impact on Litigation. Presented at the 2009 Clinical Updates in Correctional Health Care, April 26, 2010, in Nashville, Tennessee

Vogt, R. P. and Paris, J. E. Ten Years of 7th Circuit Federal Court Decisions on Correctional Litigation. Plenary Session at the 16th Annual Jail Health Care Conference at the Chula Vista Resort in Wisconsin Dells, WI, May 14, 2010.

Vogt, R. P. and Paris, J. E. Risk Management in the Correctional Health Care Environment. Concurrent Session at the 16th Annual Jail Health Care Conference at the Chula Vista Resort in Wisconsin Dells, WI, May 14, 2010.


# LEGAL WORK

## CASES WHERE DR. PARIS WAS NAMED AS CO-DEFENDANT

1997 Tracey Anthony Miller v. Wayne Garner, et al. In the USDC for the Northern District of Georgia, Civil Action No. 1-97-CV-2593 JOF. Federal Court case alleging lack of handicapped facilities at GSP. Pending.

1998 Craig Newsome v. Thomas, Collins, and Paris, in the USDC for the Southern District of Georgia, States boro Division, Civil Action No. CV697-099.  Federal Court case alleging denial of wheelchair. Dismissed.

1998 Gregory Milanovich v. Wayne Garner, et al. In the USDC for the Southern District of Georgia, Statesboro Division Civil Action file No. CV-697-039. Federal Court case alleging deliberate indifference to serious medical needs in 1996. Dr. Paris was excluded as a defendant later on.

1999 Carlos Delgadillo v. Joseph Paris, in the USDC for the Northern District of Florida, Pensacola Division, Civil Action file No. 3:97cv249/RV/MD Federal Court case filed in error, alleging that a 19-day delay in emergency surgery  performed on 8-30-95 for fractured left orbit was caused by Defendant.. Dismissed after finding that Paris last day of work in Florida was 7-13-95.

1999 Marcus W. Luke v. Doctors Joseph Paris, and Caleb Ajibadi, et al., in the USDC of the Middle District of Georgia, Civil Action File No. 5:99-CV-182-1(HL). Federal Court case alleging mental distress when told that his Interferon treatment for MS may safely be given a holiday, and also alleging that Metamucil cannot be used for bran fiber in his diet for diverticulitis. Dismissed.

1999 Tracy Anthony Miller v. Wayne Garner, et al. In the USDC for the Southern District of Georgia, Civil Action No. CV699-083. Federal Court case alleging confiscation of leg braces following use of braces as weapons and lack of handicapped facilities. Deposed 2-18-10 -- Dr. Paris severed from suit July 2010

1999 Billy Joe Pack v. Joseph Paris, et al. USDC, Middle District of Georgia, Macon Division. Civil Action File No. 5:99-CV-230-1(DF). Federal Court case alleging denial of hiatus hernia repair. Dismissed.

2001 Joel William Pitts V. Jim Wetherington, et al. in the USDC for the Northern District of Georgia, Atlanta Division, Civil Action No. 1-01-cv-0430-CC. Federal Court case alleging denial of Interferon for HCV for a multiple self mutilator with depression. Dismissed.

2001 Larry W. Moses v. Wendy Thompson, et al. in the USDC for the Middle District of Georgia, Albany Division, CV 1:00-CV-71-3(WLS). Federal Court case alleging deficient treatment for dyslexia and being housed in the Autry SP infirmary while in a wheelchair. Dismissed.

2002 Bernard Lee Raines v. James Wetherington, et al. in the USDC for the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:99-CV 2389WBH. Federal Court case alleging delay in transfer to receive eye surgery, resulting in pain and loss of vision. Dismissed.

2003 Billy Joe Pack v. Joseph Paris, et al. USDC, Middle District of Georgia, Macon Division. Civil Action File No. 5-03-CV-142-2(HL). Federal Court case alleging lack of HCV treatment. Dismissed.

2003 Darrell Branham v. Victor Walker, et al. USDC, Middle District of Georgia, Macon Division, Civil Action File No. 5:02-CV-472-3 (DF).  Federal Court case alleging slowness of Utilization Management decisions. Dismissed.

2003 Anthony Balius v. Jim Wetherington, et al. USDC, North District of Georgia, Atlanta Division,Civil Action File No. 1:02-CV-1924-MHS.  Federal Court case alleging complications of AVM excision by Neurosurgeon. Dismissed.

2003 Marcia Wall vs. Joe Ferrero, Commissioner, et al. USDC, North District of GA, Atlanta Division, Civil Action File No. 1:03-CV-2463.  Federal Court case alleging spider bites, inadequacy of treatment, and reverse discrimination by black correctional officers. Dismissed.

2003 Charles Trip v. Dr. Fitz-Henley, et al. USDC, District Court, Middle District, Valdosta Division. Civil Action No. 7:03-CV-04(CAR). Federal Court case alleging deliberate indifference to serious medical needs. Dismissed.

2003 Raul Serbin vs. Jim Wetherington, Commissioner, et al. USDC, North District of Georgia, Atlanta Division, Civil Action File No. 1:03-CV-1044. Federal Court case alleging incorrect treatment for inflammatory bowel disease. Dismissed.

2003 John Williams Collins v. Max Abellana, MD, Joseph Paris, MD, John Coakley, Judieth Brown, MD, Alton Garrison, MD, and Chris Smith, PA. USDC, Middle District of Georgia, Macon Division, Civil Action File No. 5:03-cv-0333-1. Federal Court case alleging delay in orthopedic surgery for hip replacement. Settled with attorney costs only.

2004 Richard A. Dunsmore v. John Jeanes, Joseph Paris, MD, James Doctor, Jimmy Sikes, Robert McNair and Deryl Canady. USDC Middle District of Georgia, Macon Division, Civil Action File No. 5:03-CV-0065-2 (WDO). Federal Court case alleging failure to provide Coenzyme Q for Parkinson's disease. Dismissed.

2004 Alonzo Hawkins v. Jim Wetherington, William P. Kissel, Joseph Paris, MD, J. L. Gowan, MD, and Peter Ankoh, M. D. USDC Savannah Division, Civil Action File No. 503-121. Federal Court case alleging delay in disc surgery. Dismissed.

2004 James Wilkes v. Lisa Johnson, et al. in de US DC for the Southern District of Georgia, Statesboro Division, Civil Action File No. 603-139.  Federal Court case alleging denial of Hepatitis C treatment with Interferon. Dismissed.

2004 Christopher Bolton v. Joseph Paris. In the United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:04-CV-0675-MHS.  Federal Court case alleging denial of Hepatitis C treatment with Interferon. Dismissed.

2005 <u>Charles Bradley v. Drs. Karunaker Sripathi and Joseph Paris. In the United States District Court for the Northern District of Georgia. Civil Action File No.1:05-CV-775-RWS</u> Federal Court Case alleging denial of Hepatitis C treatment. Dismissed.

2005 <u>Timothy Weeks v. William P. Kissel, Joseph Paris, and others. In the United States District Court for the Northern District of Georgia. Civil Action File No.1:03-CV-1485-CC</u> Federal Court Case alleging denial of Hepatitis C treatment. Withdrawn by Plaintiff Attorney.

2005 <u>Winston Keith Goforth v. Joseph Paris, and others. In the United States District Court for the Middle District of Georgia, Macon Division. Civil Action File No. 1:05-CV-0094.</u> Federal Court Case alleging delay of Hepatitis C treatment. **Deposed 7-30-05 and 7-20-06.** Settled.

2006 <u>Rooks Allen Boatwright v. Joseph Paris, and others. In the United States District Court for the Northern District of Georgia, Atlanta Division.</u> Civil Action File No. 1:05-CV-2815 Federal Court Case filed pro se alleging delay of Hepatitis C treatment. Dismissed.

2006 <u>Charles Bradley v. Joseph Paris, and others. In the United States District Court for the Northern District of Georgia, Atlanta Division,</u> Civil Action File No. 1:05-CV-00775. Federal Court Case filed pro se alleging delay of Hepatitis C treatment. Dismissed.

2006 <u>Jay Wallace v. Joseph Paris, and others. In the United States District Court for the Middle District of Georgia, Macon Division. Civil Action File No. 5:06-CV-00268.</u> Federal Court Case filed pro se alleging side effects of Alphagan eye drops prescribed by prison doctor with visual loss. Dismissed.

2007 <u>David Clarence Davis v. Governor Sonny Perdue and Joseph Paris, In the United States District Court for the Northern District of Georgia, Atlanta Division. Civil Action File No. 1:06-CV-2276-CAM.</u> Federal Court Case filed pro se alleging deliberate indifference to medical needs. Dismissed.

2007 <u>Steven Denmon v. Drs. Dalrymple, Hall, Battle, Paris, et al., in the United States District Court for the Middle District of Georgia, Macon Division, Civil Action File No. 5:07-CV-304,</u> Federal Court Case alleging delayed treatment for hepatitis C. Dr. Paris served in error, as the Defendant was meant to be James Parrish. Dr. Paris was dismissed from the suit.

## CASES WHERE ATTORNEYS REQUESTED DR. PARIS OPINIONS

1994. Expert medical witness for the Florida DC in the case <u>William Lee v. Harry K. Singletary, Jr., TCA 93-40176-MMP</u> under Federal Magistrate Judge William C. Sherrill. The case was whether the plastic "black box" which secures handcuffs in a fixed position constitutes cruel and unusual punishment, with risk of harm to prisoners.

1995. Expert medical witness for the Florida DC in the case <u>Price, David Michael, v.Tung, M.D., and the Fla. DOC</u> . Case heard before a Federal Magistrate, Judge William C. Sherrill. The case dealt with the issue of causation of foot pain secondary to previous infections and toe amputations and fitness to work at food services.

1995 – Advised Defendant Dr. Robert Townsend in the case: <u>Eugene Kreutzman v. Robert Townsend, MD, Cobb County Kennestone Hospital and Emergency Center, et al, In the US State Court of Cobb County, State of Georgia, Civil Action File No. 91A756-4</u> State Court case alleging that, following a MVA, an alcohol-intoxicated patient with ankylosing spondylitis received insufficient workup and spine stabilization at the ER prior to transfer to the Cobb County Detention Center, resulting in paralysis. Settled.

1997. Expert witness in Federal Court hearings regarding constitutionality of medical care at Pinellas County Jail in Tampa, Florida.

1998. Performed audits of the clinical quality and compliance to Court Decrees at the Estelle Unit in Huntsville, Texas, 9-23-98 through 9-25-98, in reference to the case: Ruiz et al. v. Scott, et al. The other team members were Bernard Harrison, Esq., and Marshall Bischoff, MD.

1999 Advised Defendant Pinellas County Sheriff on the litigation:  Estate of Melanie Bird v. Pinellas County Sheriff, case No. 98-1543-CIV-T-25C. Federal Case with multiple complainants alleging deliberate indifference to serious medical needs. Settled.

2000 Advised Devon Orland, Esq., of the Georgia Attorney General's Office, in the case: Paul Jerome Tyner v. A. J. Sabree, et al., in the USDC, Northern District of Georgia, Atlanta Division, Civil Action No. 1:99-CV-375-ODE. Federal Court case alleging lung damage due to second hand smoke exposure. Dismissed.

2000 Advised Defendant Correctional Medical Services on the litigation: Alan Palermo et al v. CMS , Florida Department of Corrections, Everglades Correctional Institution, and others, Case No. 99-0537-CIV- ( Moreno/Brown ). Federal Case with multiple complainants alleging deliberate indifference to serious medical needs. Settled.

2001 Advised Defendant Correctional Medical Services on the litigation: Michael J. Campbell v. Warden S.K. Young, et al, Walens Ridge State Prison, Virginia DOC, Civil Action No. 7:00-cv-00046, CMG File No. C-10004820-99. Federal case alleging lack of treatment for Hepatitis C for patient with normal LFTs.

2001 Advised Defendant Wisconsin Department of Corrections on the Federal Litigation regarding Wisconsin's Supermax facility confinement conditions. Case 00-C-421-C Jones 'El and Johnson, et al. V. Litscher. Federal case; multiple inmates alleging deliberate indifference to serious medical needs.

2002 Advised Defendant Ohio Department of rehabilitation and Correction on Federal Litigation regarding prison health care at the ODRC in the case: Richard Archer v. Lawrence Mack, et al. Case No. C2-01-0438.  Federal Court case alleging deliberate indifference to serious medical needs. Dismissed.

2002 Advised Defendants at the Richmond County Sheriff's Department on Federal Litigation regarding jail health care in the case of Lewis E. Covar, Jr., v. Prison Health Services, Siroos Ighani, MD, et al. , Case No. CV102-025 in the US District Court for the Southern District of Georgia, Augusta Division. Federal Court case alleging inadequate prevention of decubitus ulcers for wheelchair-bound inmate. Settled.

2002 Advised Defendant Wisconsin Department of Corrections regarding Federal Litigation on the conditions in segregation at the GB Correctional Institution, case Estate of Kelvin Jackson, et al. V. Bertrand, et al. US Dist. Ct. Civil Action No. 98-2890 (WGB). Federal Case with multiple complainants alleging deliberate indifference to serious medical needs.

2002 Advised Defendant Hall County Detention Center in the Federal Litigation Steven McDade v. Hall County Detention Center, et al., Civil Action File No. 2:01-CV-171-WCO.  Federal Case alleging deliberate indifference to serious medical needs.

2002 Advised Defendant Dr. Marc Wall in the federal Litigation Jerry Scott v. Sheriff Tommy Rick man and Dr. Marc Wall, US District Court, Northern District of Georgia, Case No. 4:01-CV-195-HLM regarding health care conditions at Floyd County Jail in Rome, Georgia. Dismissed.

2002 Advised Defendant CMS et al in the Federal Litigation William L. Peyton v.Raymond C. Snyder, et al. US District Court, Southern District of Ohio, Western Division, Case No. C-1-01-081.  Federal Court case alleging inadequate treatment for claimed broken pacemaker wire at the Clermont County Jail. Dismissed.

2002 Advised Defendant Dr. Marc Wall in the Federal Litigation Tira Spears v. Marc Wall, MD, et al., Civil Action File No. 4:01-CV-233-RLV. Federal Court case alleging that inadequate treatment for mental health condition resulted in an exacerbation of said mental health condition. Dismissed.

2003 Advised Defendant Dr. Dhanraj Padhiar of the Lowndes County Jail on the litigation: Adrian B. Williams v. Azalea Medical Services, Inc., and Dhanraj Padhiar, MD Civil Action File No. 2001CV 2706 of the US Superior Court, Lowndes County, Georgia. Federal Court case alleging inappropriate treatment for respiratory infection resulting in ischemic myelopathy or sepsis and neurological sequelae. Settled.

2003 Advised Defendant Bloomberg et als. Of the State of South Dakota Department of Corrections on the litigation in US Court Estate of Anthony King v. Jeff Bloomberg et als. Case CIV. 02-4125.  Federal Court case alleging lack of Glucagon at the Jail resulted in hypoglycemic episode, death. Dismissed.

2003 Advised Defendant Prison Health Services, Lisa Pollock, Stacy Holley, and Kevin Moussared of the Gwinnett County Jail in the State of Georgia in the case: Debra Mastrilli et al v. Prison Health Services, Inc., Lisa Pollock, Stacy Holley, and Kevin Moussared, in the State Court of Gwinnett County,State of Georgia, Civil Action File No. 02-C-7075-4   Malpractice case alleging jail staff responsible for suicide of drug using inmate alleged to be in mild heroin withdrawal. Settled.

2004 Advised Defendant Carroll County in the State of Georgia on the litigation Robert Sanders v. Doctors and Nurses of the Carroll County Jail and CMS, in the United States District Court for the Northern District of Georgia Civil Action File No. 1 03 CV 1631. Federal Court case alleging lack of treatment for a broken patella. Pending.

2004 Advised Defendant Georgia Correctional Health in the litigation Carol Kimbell v. Georgia Correctional Health, LLC. Case litigants gave advance notice but formal litigation was not filed.

2004 Advised Defendant Delaware County Jail in the State of Ohio and several of its employees in the litigation Jacqueline Roush v. Delaware County Sheriff 's Office and others, in the Court of Common Please of Delaware County, Ohio, Civil Action File No. 03-CVA-06-413. Malpractice Court case alleging lack of access to medications and care resulting in total colectomy and disability. Pending.

2004 Advised Defendants George Vaillant, PA-C of Harris County Jail in Georgia on the litigation: Carig Gates v. Nettye Mahone, Mattie Lucas, and George Vaillant, PA-C, in theUS Distric Court for the Middle District of Georgia, Columbus Division, Civil Action File No. 4:04-CV 51 3 (CDL). Federal Court case alleging improper change of pain medication. Pending.

2004 Advised Defendant Charles Foti, et al., of the Orleans Parish Jail, on the litigation: Laymon Adams v. Charles Foti, etc al, in the United States District Court, Eastern District of Louisiana, Civil Action No. 02-1059 "A" (1). Federal Court case alleging negligent treatment of orthopedic leg wound resulting in amputation later on. Settled.

2005 Advised Ware County Jail, Waycross, Georgia, on the litigation: Estate of Rufus Robert Rhodes v. Ware County, Georgia in the US District Court for the Southern District of Georgia, Waycross Division Civil Action Number 04-334-CA Federal Court case alleging death in restraints. Pending.

2005 Advised Cari G. Bernstein, Assistant Attorney General, Law Enforcement Defense Division, on the litigation: Arnulfo Moreno Gasca v. Ben Raimer, MD, et al., in the US District Court for the Southern District of Texas, Galveston Division, County of Walker, Civil Action Case Number G-04-437. Federal Court case alleging failure to treat hepatitis C with Interferon. Summary Judgment granted.

2005 Advised Defendant Hall County Jail, Georgia, on the litigation: Coley v. Dorsey, Ellis, Cronic, Zoller, and Hall County in the Georgia Superior Court of Hall County, Civil Action File No 04-CV-3413C.

Federal Court case alleging failure to diagnose infectious endocarditis. Settled. No fault assigned to Dr. Zoller.

2005 Advised Defendant LCS Corrections Services at the South Louisiana Correctional Center in Basile, Louisiana, on the litigation: <u>Mae Thompson v. LCS Corrections Services, Inc., et al., in the United States District Court, Western District of Louisiana Opelousas-Lafayette Division, Civial Action No. CV03-1548.</u> Federal Court case alleging lack of care resulting in death five days after transfer to another prison.

2005 Advised Defendants Southern Health Partners on the litigation: <u>Lyndell W. Gilbert, et al., v. Southern Health Partners, in the Circuit Court of Etowah county, Alabama, Case Number CV-2004-829-WHR.</u> Litigation alleging wrongful death in jail following chest pain. Settled.

2005 Advised Defendant Dr. Neil Fisher in the litigation: <u>Michael Gassaway v. Neil Fisher of Stuart, Florida, and Wexford Health Services.</u> Advance notice given but case not filed by Plaintiff.

2005 Advised Defendants Emergency Medicine Physicians of Carteret County, North Carolina, and others, in the litigation: <u>Bobby Fields v. Michael D. Murphy, MD, et al., in the General Court of Justice, Superior Court Division, North Carolina County of Carteret, Civil Action No. 04-CvS-239.</u> Malpractice case alleging residual neurological damage as a result of improper treatment of a herniated disc. Settled

2005 Advised Defendant Pinellas County Sheriff's Office in the litigation: <u>Estate of Larry Germonprez v. Pinellas County Sheriff's Office, in the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida,</u> State Court case alleging lack of treatment for alcohol withdrawal. Settled.

2005 Advised Defendant Pinellas County Sheriff's Office in the litigation: <u>Estate of Marie Khatri v. Pinellas County Sheriff's Office, in the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, Florida,</u> State Court case alleging failure to perform MRI after a fall. Settled.

2005 Advised Plaintiff Virginia Terry et al. in the litigation: <u>Virginia Terry et al. V. Correctional Medical Services et al., in the United States District Court, Western District of Missouri, Central Division, Case No. 04-4283.</u> Federal and malpractice case alleging death as a result of an untreated intracranial aneurysm. Settled.

2005 Advised Defendant Prison Health Services in the litigation: <u>Emily Murphy v. Prison Health Services, Inc. Case No. 02-C-05-106754 PM, in the Anne Arundel County of Maryland.</u> Malpractice litigation alleging lack of anticoagulants for later stroke. Settled.

2005 Advised Defendant Martin County sheriff's Office in the litigation: <u>Estate of Kenneth Holton v. Wexford Health Resources, Inc, Judith Price, Elizabeth Telfer, Martin County Sheriff's Office, and Nursefinders, Inc. In the Circuit Court in the 17th Judicial Circuit in and for Broward County, Florida. Case No. 0509971 (05).</u> Malpractice case alleging improper dosage of antidepressants resulting in Effexor withdrawal and cardiac arrest. Settled.

2005 Advised Special Assistant Attorney General for Georgia Jesse W. Owen in the litigation: <u>Mark Vereen v. John Terwilliger, et al. In the USDC Southern District of Georgia, Civil Action File No. CV605-021.</u> Federal Court case alleging denial of Hep. C treatment due to short sentence. Pending.

2006 Advised Defendant CMS in the litigation: <u>Estate of Phillip Hurst v. CMS, Inc. et al. In the USDC Eastern District of Kentucky, Lexington Division, Case No. 05-214-JBC.</u> Federal Court case alleging deficient health services provision resulting in death from methadone ingestion. In Court, the Jury granted a verdict for the Defense on 3-8-07.

2006 Advised Plaintiff Thomas A. Shade in the litigation: <u>Thomas (Shannon) v. Kaiser, et al, in the Common Pleas Court of Montgomery County, Ohio, Civil Division. Case No. 2005-CV-08366</u>

Malpractice case alleging delay in sending to ER a jail prisoner with abnormal vital signs, nausea, vomiting and neurological findings, resulting in delay in treating West Nile virus and consequent brain damage. Pending.

2006 Advised Defendants Z. Tewelde, MD, T. H. Sober, MD and Prison Health Services on the litigation: Calvin Washington v. Tewelde, Sober, and PHS, in the U S District Court for the District of Maryland, Civil Action File No.: 4-cv-1970 AW Federal Court case alleging improper referral for eye complaints resulting in delay in diagnosis and treatment of glaucoma and partial loss of vision in left eye. Settled

2006 Advised Defendant Santa Fe County Sheriff's Office in the litigation: Romero v. Santa Fe County Sheriff's Office, in the State of New Mexico, County of Santa Fe, First Judicial District.  No. D-0101-CV-2005-01440, State Court case alleging delay in diagnosis of malignancy as a cause of back pain. Settled

2006 Advised Plaintiff Derrill Wilkes on the litigation: Derrill Wilkes v. Clayton County, et al – Case No. 1:05-CV-3074 in the United States District Court for the Northern District of Georgia, Atlanta Division. Federal Court case alleging poor treatment of elbow fracture resulting in pain and suffering.  The Judge dismissed the case.

2006 Advised Defendant Bucks County Correctional Facility in the litigation: Inmates of Bucks County Correctional Facility v. County of Bucks, et al, in the US District Court for the Eastern District of Pennsylvania, Civil Action No. 02-CV-7377.  Federal Court class action suit alleging delays in care to various inmates at the Bucks County Correctional Facility. Pending

2006 Advised Plaintiff Allen A. Johnson in the litigation: Allen A. Johnson, et al. v. Wayne L. Jones, Et al In the 40th Judicial District, Parish of St. John the Baptist, State of Louisiana, Docket No. 42040, Division B. Malpractice suit alleging deliberate indifference to impending shock resulting in inmate death. Settled.

2006 Advised Defendant Antoine Katini, MD, in the litigation: Nipps v.PrimeCare Medical of WV, Inc., et al. Civil Action No.04-C-1272, in the Circuit Court of Kanawha County, West Virginia. Malpractice Court case alleging failure to properly diagnose and treat inmate for withdrawal symptoms. Settled

2006 Advised Plaintiff Jacqueline Bolin in the litigation: Bolin v. FBOP et al., in the State Court of Fulton County, State of Georgia, Civil Action File No. 05VS081641-C. Malpractice Court case alleging failure to monitor coumadinization prior to colonoscopy, thus resulting in mitral valve clotting and death. Settled.

2006 Advised Defendant Prison Health Services, Inc., et al. on the litigation: Ramon Pineda Salgado v. Prison Health Services, Inc., et al., in the U S District Court for the Eastern District of Pennsylvania, Civil Action File No.: 4-CV-5500 Negligence and civil rights claims involving allegations of lack of treatment for chronic Hepatitis C. Pending.

2006 Advised Defendant LA County Sheriff's Office on the litigation: Gavira v. County of Los Angeles, Los Angeles County Sheriff's Department, et al. In the Superior Court of the State of California for the County of Los Angeles, Central District, Case No. BC295053. State Court case alleging poor treatment of alcohol withdrawal and lack of monitoring leading to jail suicide. Pending.

2006 Advised Defendant PHS and the Sussex Correctional Institution in Delaware in the litigation: Clyde Moody v. Stanley W. Taylor, Prison Health Services, Inc., et al. in the US District Court for the District of Delaware, Civil Action File No. 01-374-SLR. Federal Court case alleging deliberate indifference to exposure to heat for inmate on psychotropics, resulting in health deterioration. Settled.

2006 Advised Defendant Pasco County Detention Center on the litigation: James Chaney v. Pasco County, FL, John A. Tedesco, MD, et al, in the United States District Court for the Middle District of

_____Federal Court case alleging death during alcohol withdrawal syndrome. Pending.

2006 Advised Defendant Gwinnett County Jail on the litigation: Lewis/Austin v. PHS, Gwinnett County Jail Sheriff, et al. In the United States District Court, Northern District of Georgia, Atlanta Division, Civil Action File No. 1:05-cv-02434-TWT, Federal Court case alleging improper use of taser device and lack of medical care after its use, resulting in death, Pending

2006 Advised Plaintiff Brenda Williams on the litigation: Brenda Williams v. American Service Group and Prison Health Services, et al. In the Court of Common Pleas, Philadelphia County, November Term, 2004, Case Number 619. State Court case alleging failure to diagnose and treat heavy vaginal bleeding and abdominal pain, resulting in delay in the care of cervical cancer. Settled.

2006 Advised Plaintiff Brown on the litigation: Estate of Lakeisha Brown v. Cornell Interventions, Inc. In the United States District Court for the Eastern District of Arkansas, Case No. 5:06cv00150GH Federal Court case alleging failure to diagnose and treat timely resulting in death from DVT and pulmonary embolization. Settled with substantial payment to the decedent's family.

2006 Advised Defendants on the litigation: Foster v. PHS and Alachua County, Fl. et al. In the United States District Court Northern District of Florida, Gainesville Division, Case No.: 1:105-CV-108 MPAK Federal Court case alleging failure to deliver Clonidine blood pressure pills continuously, resulting in blood pressure rebound and disabling stroke. Settled.

2006 Advised Defendant PHS on the litigation: Davis v. PHS, Sumter County Jail Sheriff, et al. In the United States District Court, Middle District of Georgia, Albany Division. Civil Action File No. 1:06-cv-67 WLS  Federal Court case alleging failure to properly manage asthma resulting in death from asthmatic complications. Settled.

2006 Advised Defendant La County on the litigation:  Juan Porras and Donald Grigsby v. County of Los Angeles, Los Angeles County Sheriff's Department, Inclusive, In the United States District Court, Central District of California, Class Action Complaint, Case No. CV04-1229 ABC (RNBx) Federal  Court Class Action suit alleging substandard medical care at the LA County Jail in LA, California. Dismissed.

2006 Advised Defendant PrimeCare Medical on the litigation: George Boggs v. Prime Care Medical, in the US District Court for the Eastern District of Pennsylvania, Civil Action No. 05-2379 (TJS)  Federal Court case alleging lack of attention to eczema and chronic back pain. Settled.

2006 Advised Defendants on the litigation: Gayton v. McCoy, Advanced Correctional HealthCare, Inc., et al, in the USDC Central District of Illinois, Peoria Division, Case No. 1:04-cv-01354-BGC, Federal Court case alleging lack of medications and improper monitoring of heroin withdrawal, resulting in inmate death. Pending

2006 Advised Defendant PrimeCare Medical on the litigation: James Michael Margo v. Prime Care Medical, in the US District Court for the Western District of Pennsylvania, Civil Action No. 04-1473 Federal Court case alleging negligent treatment of prolonged nausea and vomiting and possible heroin withdrawal, resulting in inmate death. Settled.

2006 Advised Plaintiff Michael Villagran on the litigation: Villagran v. E. Aguinaldo, MD, Wexford Health Resources, Inc., et al, In the United States District Court, Northern District of Illinois, Eastern Division, Case No. 04 C 3421, filed 2-23-06. Federal Court case alleging improper treatment or no treatment of bacterial cellulites of the leg. Villagran was deported.

2006 Advised Defendant UMass Correctional Health on the litigation: Lloyd F. Audette v. UMass Correctional Health Program, Dr. Augustine Enaw, et al, In the USDC for the District of Massachusetts, Civil Action No. 05-10403-DPW. Federal Court case alleging negligent administration of ddI (Videx) and

Ribavirin when treating co-infection with HIV and HCV, negligence when treating weight loss and lactic acidosis, and negligence when providing with pain management for peripheral neuropathy. Settled.

2006 Advised Defendant Skagit County, Washington, on the litigation: Antoinette Mersereau v. Skagit County, Dr. Howard Leibrand, et al, in the USDC for the Western District of Washington, at Seattle. Federal Court case alleging insufficient and delayed treatment for asthma and pneumonia, resulting in inmate death from respiratory failure. Settled.

2006 Advised Defendant PrimeCare Medical on the litigation: Jaqueline Hoyte and Estate of Basil Cuffy v. Prime Care Medical, in the US District Court for the Eastern District of Pennsylvania, Civil Action No. 05-CV-4437 Federal Court case alleging failure to provide a vegetarian diet resulting in premature death from cirrhosis of the liver and liver failure. Pending.

2006 Advised Counsel for Dr. John Patrick May on a complaint submitted by inmate/patient Eddie Brown to the Florida Department of Health Physicians Professional Board. Complaint dismissed.

2007 Advised Plaintiff Linda Ross on the litigation: Linda Ross v. Prison Health Services, Inc., James A. Thomas, MD, and Michelle Fuller, in the Court of Common Please, Philadelphia County, February Term, 2005, No. 001374 County Court case alleging improper treatment of diabetes and ankle fracture, resulting in permanent lower extremity disability. Pending.

2007 Advised Defendant Prison Health Services on the litigation: Governor Hall v. Prison Health Services, in the Circuit Court for the City of Baltimore, State of Maryland; routed to the Health Claims Alternative Dispute Resolution Office. Malpractice action alleging improper suturing and delay in referral and treatment of cut tendon resulting in partial loss of hand motion. Settled.

2007 Advised Plaintiff Estate of John Duberry on possible litigation against Armor Correctional Health Services, Prison Health Services and Hillsboro County Sheriff's Office. Potential action related to inmate death in custody as a result of mental illness and evolving peritonitis.

2007 Advised Defendant Hardin County Jail in the litigation: Martel Chapman, seven additional inmates and Others Similarly Situated v. Jailer Louis B. Lawson of the Hardin County Jail of Elizabethtown, Kentucky, in the USDC Western District of Kentucky at Louisville, No. 3-05CV-00433-S Federal Court case alleging failure to properly treat and/or isolate inmates infected with MRSA, thus failing to prevent the spread of MRSA to other inmates. Pending.

2007 Advised Plaintiff Johnny Johnson in the litigation Johnny Johnson v. Correctional Medical Services, Inc. in the Circuit Court of the Tenth Judicial Circuit of Florida, in and for the Polk County, case No. 53-2005-CA-0026609, Division 04. Malpractice action stemming from Johnny Johnson's treatment of crushed foot injury at the Polk County Jail in Polk County, Fl., resulting in osteomyelitis. Settled.

2007 Advised Defendant Dr. Jones on the litigation: Freeman v. Camden County, Dr. Marvin P. Jones, et al, in the USDC for the Southern District of Georgia, Brunswick Division, Civil Action File No. CV207-005. Federal Court case alleging improper care of Methadone and Xanax withdrawal resulting in inmate death. Settled for a modest sum from several payers.

2007 Advised Plaintiff Estate of Teodulo Ortiz on the litigation: Estate of Tedulo Ortiz v. the Geo Group, Correctional Services Corporation et al. in the USDC Western District of Texas, San Antonio Division, Civil Action Case No. SA07CA0645 XR Federal case stemming from the death of Teodulo Ortiz in the custody of the Frio Detention Center in Pearsall, Texas, following a seizure and possible alcohol withdrawal. Settled via mediation.

2007 Advised Assistant County Attorney Susan M. Dunaway, Esq., of the Office of Multnomah County, Oregon, Attorney in the litigation: Loennig v. Multnomah County, et al, in the Multnomah County Circuit

Court, case No. 0412-12464. Malpractice action alleging death of inmate due to lack of medical attention for enterocolitis and large bowel ischemia and infarction plus probable sepsis, untreated due to inmate refusal despite multiple medical staff attempts to make her reverse her refusal. Settled.

2007 Advised Defendants in the litigation: Jamie Koss v. Augusta-Richmond County, Ronald Strength, Sheriff, Correctional Medical Services, et. al, in the Superior Court of Richmond County, State of Georgia, Civil Action No. 2006RCCV828 State Court case alleging lack of medical attention after altercation at the Jail resulting in subdural hematoma that needed evacuation, with sequelae. Pending.

2007 Advised Plaintiff Catherine Harvey Harrison in the litigation: Harrison v. Jefferson County, Texas, et al. In the United States District Court Eastern District of Texas, Beaumont Division, Case No. 1:07-CV-0112. Federal Court case alleging inadequate attention of inmate Gary Lee Harvey in his cell and at the jail infirmary resulting in declining health and ultimately in death of diabetic ketoacidosis. Pending.

2007 Advised Defendant Khalid Mohamed, MD, of the Correctional Medical Services/U.Mass, in the litigation: Estate of Kelly Jo Griffen v. Nicholas J. Rencricca, MD, Khalid Mohamed, MD, and Magdalena Grodzki, RNP, in the Commonwealth of Massachusetts Suffolk Superior Court, Civil Action No. 06-02836. Malpractice action alleging lack of care and monitoring during heroin and alcohol withdrawal, leading to death through heart failure and dehydration. Pending.

2007 Advised Defendant Khalid Mohamed, MD, of the Correctional Medical Services/U.Mass, in the litigation: Willie Hairston v. Khalid Mohamed, MD, Lynne Foster, Ellen Lambert, Maria Kounlabouth and Amy Dunbar, in the Commonwealth of Massachusetts Middlesex Superior Court Dept. Civil Action No. 05-3276C. Malpractice action alleging lack of monitoring and treatment after the inmate stopped eating, leading to multi-organ failure, a blood sugar of 1,600, and death. Settled without MD fault.

2007 Advised plaintiff John Coggin in the litigation: John Coggin v. United States of America, in the USDC for the Middle District of Alabama, Northern Division. Federal Court case alleging a two week delay in definitive care of peptic ulcer and hematemesis while in the custody of the FBOP, resulting in the need for extensive surgeries and transfusions. Settled.

2007 Advised Plaintiff Estate of Jeffrey Waddell in the litigation: Estate of Jeffrey Waddell v. York County Detention Center, Bruce Bryant as Sheriff, in the Court of Common Pleas of the State of South Carolina, County of York, Civil Action No: 07-CP-46-2000. Malpractice case alleging death in restraints while the inmate was having epileptic seizures. Pending.

2007 Advised Defendants Julie Centner, RN, and Ann Herman, RN in the litigation Estate of Mary Green v. multiple defendants at the Campbell County Detention Center in Gillette, Wyoming, in the District Court of the Sixth Judicial District, County of Campbell, State of Wyoming, Civil No. 27581. Malpractice case alleging death of inmate several days after being exposed to a trailer fire. Settled.

2007 Advised Defendant Dr. Garen Vong in the litigation Samra Duren, et al v. Dr. Garen Vong, in the Superior Court of California, County of Marin, Case No. CV 062344. State Court case alleging that inmate with high fever, hypotension and cough was not admitted to the infirmary and not sent to the hospital for one day, thus causing his death of pneumonia after hospitalization. Settled.

2007 Advised Defendant Correctional Medical Services in the litigation: Gerald Cornett v. Correctional Medical Services, Inc., et al. in the Commonwealth of Kentucky Fayette Circuit Court Division 3, Civil Action No. 06-CI-1343, and also in the USDC Eastern District of Kentucky, Lexington Division, Civil Action No. 06-129-JBC  Federal Court and Malpractice Court case alleging four-hour delay in providing the inmate with transportation to an emergency room, resulting in inmate death. Pending.

2007 Advised Defendant Williams and Jackson County Detention Center in Kansas City, Missouri, in the litigation: Frank Roby v. George Williams, Jackson County Detention Center and others, in the US DC for the Western District of Missouri, Case No. 05-0592-CV-W-ODS-P Federal Court case alleging

delay in fitting pre-existing leg prosthesis with acceptable cushion or replacing prosthesis. At trial, the jury returned a verdict for the Defense.

2007 Advised Defendant Arnold Schwartzenegger et al in the litigation: <u>Plata v. Schwartzenegger et al, Case No. C01-1351 THE.</u> Class action federal case alleging sub-par inmate medical health care. Pending.

2007 Advised Defendant Arnold Schwartzenegger et al in the litigation: <u>Coleman v. Schwartzenegger et al, case CIV S-90-02520 LKK JFMP.</u> Class action federal case alleging sub-par inmate mental health care. Pending.

2007 Advised Defendant Dr. Linwood Zoller, MD in the litigation: <u>John Trammell v. Ted Paxton, Sheriff, Linwood Zoller, MD, and others at the Forsyth County Jail in Forsyth County, Georgia, in the USDC for the Northern District of Georgia, Gainesville Division, Civil Action File No. 2:06-CVC-0193-WCO.</u> Federal Court case alleging lack of care for high blood pressure after refusal of medical care for the condition. Defense won a summary judgment.

2007 Advised Defendants PrimeCare Medical and Nurse Grace Karrer in the litigation: <u>Rodney W. Hojnowski, Jr. v PrimeCare Medical, Nurse Grace Karrer, et al, in the USDC for the Eastern District of Pennsylvania, Civil Action Law Case No. 06-1228.</u> Federal Court case alleging that he was a staph carrier and was not properly treated so that he could be cured as a staph carrier. He claimed that he got the staph infection because his boil was not properly treated and that because he was not properly treated for the staph infection, it put his future health at risk. He also claimed that PrimeCare's policies did not allow for proper treatment of his medical condition. Settled.

2007 Advised Plaintiff Theodore Fowler in the litigation: <u>Theodore Fowler v. Santos, Dutton, Lynott & Henry, PA, et al, in the Circuit Court for Hillsborough County, Florida Circuit, Civil No. 04-02347, Div. B</u> Legal malpractice litigation stemming from the failure of first team of attorneys to prevent dismissal of the case by missing deadlines. The original case was <u>Theodore Fowler v. the Florida Department of Corrections, et al., in the Circuit Court of the 14th Judicial Circuit of the State of Florida in and for Jackson County, Civil Division, Case No. 00-533CA.</u> Settled

2007 Advised Defendant Armor Correctional Services in the litigation: <u>Rafael Linares v. Armor Correctional Health Services, Inc. Case 0:06-cv-61127-WPD in the US DC, Southern District of Florida</u> Federal litigation alleging improper treatment of MRSA. Defense secured a summary judgment.

2007 Advised Defendant Asotin County, State of Washington, in the litigation: Estate of Tyler Marshall Shaw v. Dr. Dennis G. Mountjoy, Asotin County Jail, et al. <u>In the USDC for the Eastern District of Washington, No. CV-07-375-LRS.</u> The allegation was that inmate with mental health issues was not forcibly medicated to prevent violent behavior. The inmate died in a restraint chair. Settled.

2007 Advised Defendants Dr. Faisal Ahmed, Dr. Mirza Baig, Health Professionals LTD, et al, in the litigation: <u>Estate of Charles Platcher v. Health Professionals, LTD, et al, in the USDC for the Central District of Illinois, Peoria Divisioin, Case No. 2004-CV-1442.</u> Federal Court case alleging death from hypothermia for suicidal inmate in a cold suicide prevention cell. Outcome unknown.

2008 Advised Defendants Louisville Metro Government and CMS in the litigation: <u>David Bruederle v.Louisville Metro Government, Correctional Medical Services, Inc., et al. in the USDC Wesstern District of Kentucky at Louisville, Civil Action No. 3:05-CV-818-S</u> – Also in the <u>Jefferson Circuit Court Division of Kentucky, Civil Action case No. 05CII0237</u> Federal and State court litigation alleging that improper monitoring during detoxification after arrest resulted in compression fractures of the spine. Pending.

2008 Advised Plaintiff Walter Malachi in the litigation: Walter J. Malachi v. Hamilton County, Ohio, Correctional Medical Systems, Inc., et al. <u>In the USDC for the Southern District of Ohio, Western Division, Case No. 1:06CV414</u> Civil rights case alleging that medical services were withheld for one

week for inmate with hand wound, fever, tachycardia, tachypnea, nausea, vomiting, and weakness, leading to his death with liver and esophageal necrosis presumably due to septicemia. Settled.

2008 Advised Defendant Dr. Ahmed in the litigation: Estate of William Wallace v. Advanced Correctional Healthcare, Inc. In the USDC, Southern District of Indiana, Indianapolis Division – Cause No. 1:06-CV-1560-JDT-TAB – Federal Court case alleging death of inmate as a result of failure to recognized cardiac symptoms for several days. Settled.

2008 Advised Plaintiff Kevin Andre Spotts in the litigation: Kevin A. Spotts v. United States of America In the USDC for the District of Columbia, Civil Action #05613-088 Federal Court filing alleging that Prison Authorities for the US Penitentiary in Beaumont, Texas, failed to evacuate prisoners and staff before or after Hurricane Rita arrived and against mandatory orders to evacuate were issued by the City of Beaumont, the Governor of Texas, and FEMA, thus leading to cruel and unusual punishment to prisoners and at least in one case, and possible two, to wrongful death. Outcome unknown.

2008 Advised Plaintiff James Chandler in the litigation: James Chandler v. Terry W. Carl, Kenton County Jailer, et al. In the Commonwealth of Kentucky Kenton County court, Division IV, Case No. 06-CI-3311 Malpractice action alleging delay in diagnosis and therapy of ruptured appendicitis, resulting in the development of disabling sequelae. Settled.

2008 Advised Plaintiff Estate of Lakeisha Brown in the litigation: Juana Michelle Brown, Administratrix of the Estate of Lakeisha Brown's v. Arkansas Department of Health and Human Services/Division of Youth Services, Claim No. 2006-1589-CC Complaint against the Arkansas DYS for failure to conduct clinical and grievance monitoring at an Arkansas DYS facility where alleged poor vendor performance by Cornell Interventions lead a female inmate on contraceptives to die of pulmonary emboli. Settled.

2008 Advised Defendant GEO Group, Inc. in the litigation: Cassandra Morgan v. William Purner, MD, GEO Group, Inc., et al, in the USDC for the Eastern District of Pennsylvania, Civil Action No. 07-2949 Federal Case alleging failure to diagnose hypothyroidism in psychotic, inmate refusing medications who eventually died in mixedema coma. Outcome unknown.

2008 Advised Defendant Macomb County in the litigation: Estate of Charles Kevin Jones v. Macomb County, CMS, et al, in the State of Michigan Circuit Court for the County of Macomb, Case No. 06-3125 NH Malpractice action alleging lack of prompt treatment of asthma and slow transportation to the emergency room of jailed inmate with acute asthmatic attack, resulting in death. Settled.

2008 Advised Defendant HPL in the litigation: Estate of Quentin Larry v. Health Professionals LTD, County of Champaign, IL, et al, in the USDC for the Central District of Illinois, Urbana Division. Federal Court case alleging nursing failure to detect possession of cocaine by jail detainee, leading to detainee hiding cocaine bag in mouth, with fatal consequences. Settled.

2008 Advised Defendant Denver Health in the litigation: Estate of Emily Rice v. City and County of Denver, Colorado, Denver Health, et al, in the USDC for the District of Colorado, Civil Action No. 07-cv-01571-MSK-BNB Federal case alleging improper screening of intoxicated inmate leading to her death of internal bleeding due to liver laceration incurred in MVA and not detected at hospital ER which initially treated her. Denver Health settled.

2008 Advised Defendant Lamar County Jail in the litigation: Harrell v. Lamar County Sheriff's Office, et al, in the USDC Middle District of Georgia, Macon Division, Civil Action No. 5:07-CV-457(CAR) . Civil rights litigation alleging that decreasing the daily dose of Neurontin given for neuropathic pain resulted in a seizure. Pending.

2008 Advised Plaintiff Glenn Crowell in the litigation: Crowell v. May, in the USDC for the Western District of Louisiana, Monroe Division, Case No. 3:07 CV 1032 Federal Court litigation alleging death of inmate due to failure to appropriately treat and monitor alcohol withdrawal. Settled.

2008 Advised Plaintiff Lloyd Byron Martell in the litigation: Martell v. Wisneski, Memon, and CMS, In the Circuit Court for the County of Jackson, Michigan, case No. 07-315 NH. Malpractice Court case alleging UM-related,10-month delay between diagnosis of rectal cancer and oncology treatments, resulting in metastatic, stage IV adenocarcinoma of the rectum death. Pending.

2008 Advised Plaintiff Clinton McCarter in the litigation: McCarter v. State of Connecticut case, in the Superior Court, Judicial District of Hartford, at Hartford, CT, filed March 28, 2007, file No. 20753 Malpractice case alleging 4-day delay at the prison and 4-day delay at the hospital to provide fasciotomy for compartment syndrome of the left leg, with resulting need for multiple operations, loss of motor power, disfigurement, and need for a brace with significant loss of function. Pending.

2008 Advised Plaintiff Estate of Brandon Hessler in the litigation: Hessler v. HPL, case No. 08-cv-166-bbc, in the USDC for the Western District of Wisconsin Civil rights case alleging lack of medical care and monitoring for seemingly intoxicated, uncooperative inmate who was left to security staff checks in a jail without medical staff on weekends and died with acute tubular and hepatic necrosis. Settled.

2008 Advised Plaintiff Thomas E. Goney in the litigation: Thomas E. Goney, Jr., deceased v. Montgomery County Jail, Naphcare, et al, case No. 2007-CV-05889, in the Court of Common Pleas of Montgomery County, Ohio. Malpractice case alleging lack of treatment at a jail for four days with increasing symptoms and deteriorating vital signs, with only symptomatic therapies by LPN, resulting in inmate death with respiratory failure and septic shock. Pending.

2008 Advised Defendant PHS in the litigation: Estate of Thomas Matthews v. PHS, Inc., in the Jefferson Circuit Court, Division Five, Kentucky - Case No. 07 CI 002989  Malpractice litigation alleging negligent treatment at the Jail after returning from ER with a diagnosis of bronchitis plus failure to act on abnormal vital signs, resulting in death from pneumonia. Settled.

2008 Advised Plaintiff Beverly Grose (Harrington) in the litigation: Beverly Grose v. CMS, et. Al, in the USDC, Eastern District of Michigan, Southern Division, Case No. 06-cv-15175 Federal Court case alleging delay and improper treatment of bilateral knee fractures, resulting in eventual need for knee joint replacement. Pending.

2008 Advised Defendant Armor Correctional Services in the litigation: Richard Gross v. Brevard County Sheriff and Armor Correctional Services, Inc., in the USDC Middle District of Florida, Orlando Division, Case No. 6:07-CV-1667-ORL-31GJK Federal Court case alleging failure to deliver the same psychotropics the inmate was on prior to incarceration, resulting in aggravation of bipolar disorder during a 16-day jail stay. Defense won a dismissal.

2008 Advised Defendant Ky Hoang in the litigation: Russell C. Harris, Sr. vs. Joy A. Johnson, MD, PHS, CCS, Ky Hoang, MD, et al in the District Court of Wyandotte County, Kansas, Civil Court Department, Case No. 07CV 1137, Division No 6, KSA Chapter 60 Malpractice action alleging that annual screening for colon cancer was not performed, thus allowing metastatic colonic carcinoma to spread before detection and resulting in eventual bowel stoppage and sepsis. Dr Hoang was excluded as a defendant.

2008 Advised Defendant Southern Health Partners in the litigation: Gregory Ward v. Caldwell County Sheriff, Southern Health Partners, et al., in the General Court of Justice, Superior Court Division, State of North Carolina, County of Caldwell, 07-CvS-1598. Malpractice action resulting from  allegation that delayed medical attention in jail lead to MRSA sepsis, rhabdomyolysis, renal failure and other serious medical conditions which necessitated a lengthy recovery and left some residual disability. Settled.

2008 Advised Plaintiff Estate of Ryan Morton in the litigation: Estate of Ryan Morton v. CCA, Marion Adjustment Center and Warden Arvil Chapman, In the Commonwealth of Kentucky, Marion Circuit Court, Division I, Case No. 07-CI-00276  Malpractice litigation resulting from allegation that jail staff ignored complains of poor vision in left eye, sluggish left pupil and constant migraine for two weeks did

not result in immediate treatment. Following delayed medical care, the inmate was found unresponsive in the shower, with ruptured intracranial aneurysm. Settled.

2008 Advised Defendant CMS in the litigation: Japhis Lampkins v. Correctional Medical Services, Inc., State of Delaware DOC, Commissioner Stanley Taylor, et al, in the Superior Court for the State of Delaware in and for New Castle County, C. A. No. 07C-09- Malpractice action resulting from allegation that delay in diagnosis and treatment of scrotal abscess resulted in the need for surgeries and kin grafting. Settled.

2008 Advised Defendant Armor Correctional Services in the litigation: Herman Riddick v. Armor Correctional Services, Inc. Early stage of a malpractice litigation alleging 6-hour delay in referring to an Emergency Room a young male with acute testicular pain, resulting in loss of testicle due to torsion. Settled before Court proceedings.

2008 Advised Plaintiff Estate of Dorothy Palinchik in the litigation Palinchik v. Pinellas County Sheriff's Office. Case not filed in Federal Court yet alleging that failure to implement jail policies aimed at the prevention of MRSA infections and failure of early diagnosis of pneumonia resulted in inmate dying of MRSA pneumonia after transfer to a hospital. Not filed.

2008 Advised Defendant Multnomah County Corrections in the litigation: James A. Chasse, Jr., v. City of Portland, Multnomah County, et al, in the USDC for the District of Oregon, Case No. CV-07-0189-HU Federal litigation alleging failure of two nurses at the Multnomah County Jail to immediately refer new intake James A. Chasse to an Emergency Room, resulting in delay of care with eventual cardiac arrest and death due to alleged police beating. Pending.

2009 Advised Defendant Jail of Kitsap County, Washington, in the litigation: Maria Watson as guardian of William E. Trask v. Kitsap County Sheriff's Office, Kitsap County Jail, Kitsap County Chief of Corrections, Ned Newlin, Kitsap County Mental Health, et al, in the Superior Court for the State of Washington, Pierce County, Case No. 08-2-05296-1 Malpractice litigation alleging failure to properly monitor developmentally retarded mental health patient at a County Jail, resulting in dehydration, finger gangrene, leg cellulitis and other medical complications, necessitating hospital admission and eventual placement in a nursing home. Settled.

2009 Advised Plaintiff Lonnell Allen in the litigation: Lonnell Allen v. Montgomery County Correctional Facility in Montgomery County, Pennsylvania, et al, in the USDC for the Eastern District of Pennsylvania, Civil Action No. 09-1458. Malpractice litigation alleging failure to diagnose exophytic rectal carcinoma for close to one year despite patient's repeated claims of rectal bleeding, pain, and anemia. Settled with large payout to the ex-inmate.

2009 Advised Plaintiff Darrell Ray in the litigation: Darrell Ray v. Prince George County Correctional Center in Maryland, CMS, et al. Malpractice litigation alleging failure to workup severe hypertension in a 45 year old male, thus neglecting to diagnose diabetes, which manifested 6 months later as a gangrenous toe and severe hyperglycemia, necessitating toe amputation. Not filed.

2009 Advised Plaintiff Estate of Darren Magill in the litigation: Magill v. Nassau County Sheriff's Office, in the USDC, Middle District of Florida, Jacksonville Division, Case No. 3:08-cv-332-J-32TEM. Malpractice and Civil Rights action alleging lack of intake screening, evaluation, monitoring and treatment of acute intoxication resulting in inmate death in his cell a number of hours later. Pending.

2009 Advised Defendants Delaware DOC and CMS on the litigation: Stephen Bishop v. Delaware DOC, CMS, et al, in the Superior Court for the State of Delaware in and for Kent County, Case No. 07C-07-040 RBY. Malpractice action alleging delay in diagnosis and treatment of cracked ribs and other injuries incurred in scuffle after assaulting a correctional officer, resulting in chronic pain. Settled.

2009 Advised defendants PHS and Louisville Metro Corrections in the litigation: Donald E. Johnson, et al, v. Prison Health Services, Correctional Medical Services, Louisville Metro Government, et al., in the

USDC Western District of Kentucky, Louisville Division, Case No. 3:06-cv-516-H. Malpractice and Civil Rights action alleging unsanitary conditions at the Jail leading to his contracting a scrotal abscess with MRSA, in turn leading to aggravation of his hemorrhoid condition. Settled.

2009 Advised Plaintiff Jason Eugene Waggener in the litigation: Jason E. Waggener v. Macoupin County Jail et al, in the USDC Central District of Illinois, Springfield Division, Case No. 3:08-cv-3166-JES-BGC. Federal litigation alleging failure to hospitalize or otherwise restrain jail inmate with tri-malleolar fracture and delirium tremens, resulting in inmate trying to walk without splint thus aggravating closed fracture into a compound, open fracture which became infected and necessitated below the knee amputation. Pending.

2009 Advised Defendant BRG Security in the litigation: Estate of Julio A. Rivas Parada v. ICE, BRG Correctional Management, et al. In the USDC for the Western District of Texas, Del Rio Division, Civil No. DRO8CA38. Federal Court case alleging lack of medical attention to alien inmate with vague symptoms who died in a few days at the ER with cardiomyopathy. Settled.

2009 Advised Plaintiff Donald E. Woolwine in the litigation: Ronald Woolwine V. Frederick Moses, MD, Mary Chopin, CAN, Margaret Falls, LPN, Megan Friend, LPN, and Timothy Thompson, RN, in the USDC for the Western District of Virginia, Case No. 7:08-cv-00529. Federal Court case alleging four-day delay in the diagnosis of abdominal pain, leading to emergency surgery for infarcted bowel and eventual short bowel syndrome that requires TPN and may need a bowel transplant. Deposed 11-18-09 - Pending

2009 Advised Plaintiff Estate of Danny Wright in the litigation: Estate of Danny Wright v. Anderson County Jail, Detention Health Care Associates, Inc, Kenneth Beatty, MD, and Daniel J. Hartley, LPN, in the Circuit Court for Anderson County, Tennessee, Docket No. A8LA0491. Malpractice case alleging lack of medical attention to alcohol withdrawal, leading to development of rhambodmyolysis while in restraints and eventual death of electroyle imbalances and cardiac failure. Settled.

2009 Advised Plaintiff Estate of Reunon A. Fowler in the litigation:  Estate of Reunond A. Fowler v. Cook County Sheriff's Office, et al, in the Circuit Court of Cook County, Illinois County Department, Law Division Case No. 05 L 12985  Malpractice litigation alleging lack of diligent workup of atypical chest pain, resulting in sudden death. Settled.  Deposed 9-11-09

2009 Advised Plaintiff Estate of Kyle T. Mays v. Johnson County Correctional Facility, et al, in the USDC Northern District of Texas, Dallas Division, Case No. 3-08CV1207-P Federal Court litigation alleging improper deprivation of psychotropic drugs and lack of medical care and monitoring, leading to inmate unresponsiveness in his cell, with exceedingly slow transfer to medical facility and subsequent irreversible coma and death of metabolic acidosis. Pending. Deposed 4-21-10

2009 Advised Defendant GEO Group, Inc., and Moore Haven Correctional Facility in the litigation: Estate of Power Ed Meus v. The GEO Group, Moore Haven Correctional Facility and the Florida Department of Corrections, et al., in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2009 CA 013670.  Malpractice action alleging failure to provide appropriate treatment for asthma, resulting in inmate dying of complications of asthma. Pending.

2009 Advised Defendant Burlington County et al in the litigation: Estate of Angel Lee Powell-Costa v. County of Burlington, NJ, in the USDC for the District of New Jersey, Civil No. 07-CV-904 (JEI) Federal Court litigation alleging that female inmate was not diagnosed earlier with the PVL variant of MRSA and therefore was deprived of a chance of survival with PVL MRSA pneumonia. Pending.

2009 Advised Defendants Michigan DOC, Linda Tribley and Scott Sprader in the litigation: Donald Sullivan v. Michigan DOC, Linda Tribley, Scott Sprader, et al, in the USDC Eastern District of Michigan, Southern Division-Detroit, Civil No. 07-12218 Federal Court case alleging that two employees of the

Michigan DOC failed to prevent inmate from contracting Hepatitis C in prison as a result from assault by another prisoner. Settled for $500.00 nuisance value.

2009 Advised Defendant Dr. Maurer et al in the litigation: <u>Estate of Amon Paul Carlock, Jr., v. Joseph Maurer, MD, Sheriff of Sangamon County, et al, in the USDC for the Central District of Illinois, Springfield, Illinois, Case No. 3:08-cv-03075</u> Federal Court case alleging inappropriate medical care of diabetes upon return from hospital to jail plus mistreatment including the use of taser resulting in a decline in health and eventual death. Pending.

2009 Advised Defendant Dr. Daniel J. Paul in the litigation: <u>Estate of Gary H. Robinson v. Sullivan County, TN, Daniel J. Paul, MD, et al, in the USDC Eastern District of Tennessee at Greenville, Case No. 2:08cv-00223</u>  Federal Court case alleging improper changing or discontinuation of previous psychotropic medications by Jail physician without specialized psychiatric training and lack of aggressive medical and psychiatric management resulting in inmate death of acute renal failure, rhabdomyolysis, and cardiovascular collapse. Pending.

2010 Advised Plaintiff James Mitchell Moore in the litigation: <u>James Mitchell Moore v. Laurens County and the State of South Carolina, acting through the South Carolina Department of Corrections. In the Court of Common Pleas, Complaint 2009-CP-30-1245</u> Malpractice action alleging denial of medical care for his previously fractured right leg resulting in osteomyelitis and eventual amputation of the right leg. Pending.

2010 Advised Defendant Paul Buczynsky, MD in the litigation: <u>Estate of Tito Jones v. Regina Boswell, Paul Buczynsky, Deputy Sergeant Shaliethia Jones, Detention Officer Nina Johnson and Detention Officer Carlos Dickson, in the USDC Middle District of Georgia, Civil Action File No. 3-09-CV-72 CDL</u> Civil rights litigation alleging deliberate indifference toward an asthmatic jail inmate who was discharged twice from a local ER and died at the jail with complications of asthma. Settled.

2010 Advised Plaintiff James Earl Lindsey in the litigation: <u>James Earl Lindsey v. Scott Bowlin, DO, in the USDC for the District of Kansas, Case No. 07-3067-EFM</u> Federal Court litigation alleging lack of treatment for MRSA and Hepatitis C. Case not filed on Dr. Paris' advice.

2010 Advised Plaintiff Estate of Tommy E. Turpen in the litigation: Estate of Tommy E. Turpen, deceased, v. Douglas County Jail in Douglas County, Georgia. Federal Court litigation alleging lack of care for weight loss and bone pain with inmate dying of metastatic malignant disease. Case not filed yet.
2010 Advised Defendant Pasco County Sheriff in the litigation: <u>Dewey v. Pasco County, in the Circuit Court of the Sixth Judicial Circuit of the State of Florida, in and for Pasco County, Civil Division, Case No. 51-2009CA-4073-WS</u> State Court case alleging denial of proper footwear for feet with chronic lymphedema in a patient with type II diabetes resulting in eventual lose of two metatarsal bones due to osteomyelitis. Pending

2010 Advised Defendant GEO in the litigation: <u>Ramon Gonzalez v. The GEO Group, Erasmo Bravo and George C. Zoley, in the District Court of the 111th Judicial District, Webb County, Texas.</u> Malpractice Court litigation alleging that GEO Detention Officers deprived detainee of access to care for over a week while diabetic retinopathy caused visual losses. Pending.

2010 Advised Plaintiff Estate of Kenneth Marcum in the litigation: <u>Estate of Kenneth Marcum v. Southern Health Partners, Campbell Detention Center et al, in the USDC, East District of Kentucky, Northern Division at Covington, Civil Action No. 2:09-cv-00020.</u> Malpractice Court litigation alleging that treatment for alleged alcohol withdrawal failed to monitor inmate's condition thus allowing him to die of perforated gastric ulcer and peritonitis that were not diagnosed or cared for. Pending.

2010 Advised Defendant Linwood Zoller, III in the litigation:  <u>Juan  Alvarez Jr. V. Linwood Zoller, MD, Hall County,  et al, in the USDC for the Northern District of Georgia, Gainesville Division Civil Action File</u>

No. 2:09-CV-0004. Civil rights litigation alleging lack of attention to back pain following alleged confrontation with correctional officers. Pending.

2010 Advised Defendants Wexford Health Sources, Inc. and Dr. Faisal Ahmed in the litigation: Hilton Lloyd Keller v. Levi Kirkland, MD, Faisal Ahmad, MD and Wexford Health Resources – In the Circuit Court for the 20th Judicial Circuit, Saint Clair County, Illinois, Case No. 07L264. Malpractice action claiming unnecessary and faulty performance of neck lymph node biopsy, resulting in alleged nerve damage to the neck. Pending.

2010 Advised Plaintiff Jeff Kuhne in the litigation: Jeff Kuhne v. Florida Department of Corrections. Case alleging denial of referral to Ophthalmologist for laser surgery for diabetic retinopathy resulting in loss of vision in one eye; ex inmate disputes validity of consultation refusal. Not filed yet.

2010 Advised Defendants GEO Group, Warden John Campbell, Val Verde County Sheriff Frank Martinez et al in the litigation: Estate of German Alvarez v. The GEO Group, Warden John Campbell, Val Verde County, et al, in the United States District Court, Western District of Texas, San Antonio Division – Case No. SA 09 CA 0601 OG Federal Court action alleging delay in psychiatric and medical intervention, lack of monitoring inmate's poor oral intake, leading to dehydration and hospitalization complicated with pneumonia which resulted in death. Dr. Paris recommended to settle.

2010 Advised Plaintiff Daryl Jones in the litigation: Daryl Jones v. Leon County Jail, Fl. - Litigation alleging delay in medical attention after head injury resulting in delay in evacuation of subdural hematoma and claimed permanent brain damage. Case not filed on Dr. Paris' advice.

2010 Advised Plaintiff Gail Clark in the litigation: Gail Clark v. FBOP. Litigation alleging delay in orthopedic attention to torn ligaments and tendon in the shoulder after a fall, resulting in permanent 75% disability of the shoulder. Pending

2010 Advised Defendant Dr. Robert Tilley in the litigation: Gregory Nohremberg and Christopher Summers v. Conmed, Inc, Robert Tilley, MD, et al, in the Circuit Court for the State of Oregon for the County of Lynn, Case No. 092767 Litigation alleging jail doctor failure to continue Haldol and Doxepin as prescribed at a psychiatric hospital and failure to monitor Dilantin therapy, resulting in aggravation of psychiatric symptoms and Dilantin toxicity with alleged permanent consequences. Settled.

2010 Advised Plaintiff Johnny Gilley in the litigation: Johnny Gilley v. Florida Department of Corrections, case not filed yet. Possible malpractice and/or deliberate indifference case alleging failure to timely diagnose and treat open angle, steroid-responding glaucoma, resulting in total loss of vision. Florida DOC was dropped from the case, which may proceed against other defendants.

2010 Advised Plaintiff Gail Clark in the litigation: Clark v. Federal Bureau o Prisons, case not filed yet. Possible malpractice and/or deliberate indifference case alleging 9-month delay in performance of MRI and referral to Orthopedist for acute right shoulder injury from a fall, resulting in permanent retraction of multiple shoulder tendons and extensive labral and rotator cuff tears leading to severe limitation of motion and pain in the right shoulder. Case not filed yet.

2010 Advised Plaintiff Lucas Burgess in the litigation: Lucas Burgess, et al, v. Gene Fischer, Greene County, et al, in the USDC for the Southern District of Ohio – Western Division at Dayton, Case No. 3:10 cv 24. Malpractice litigation alleging substandard diagnosis and treatment of new jail inmate with skul, facial and nasal fractures, resulting in delay in the treatment of multiple fractures. Pending.

2010 Advised Plaintiff Estate of Tyrone Jackson in the litigation: Tyrone Jackson, deceased, v. Illinois Department of Corrections, M. B. Loftin, MD, K. Stephens, RN, and J. Does I – IV, Individually, in the USDC, Southern District of Illinois, Case No. 10 CV 287 MJR. Malpractice and civil rights action alleging inadequate or no treatment of diabetes and diabetic foot, resulting in uncontrolled diabetes, sepsis, and death. Pending.

2010 Advised Plaintiff Estate of Belinda D. Hodge, deceased, in the litigation: <u>Emma Jenkins, for the Estate of Belinda Denise Hodge, deceased, versus Dr. Owen McLean, Dr. Paul G. Matz, Jefferson County, et al., in the Circuit Court of Jefferson County, Alabama, CV-2006-7109.</u> Malpractice litigation alleging poor coordination and lack of monitoring of IV Vancomycin for the long term treatment of MRSA osteomyelitis, resulting in spread of the infection from L-1 into a systemic bacteremia with sepsis, ARDS, multi-organ failure, and death. Pending.

2010. Advised Plaintiff Estate of Andrew Crutcher, deceased, in the litigation: <u>Diana Coffey et al for Andrew Crutcher, deceased, v. McKinley County Adult Detention Center, NM, in the USDC District of New Mexico, CIV 08-00588 MV/WDS</u> District Court litigation alleging lack of medical care and denial of cardiac medications for a Native American with history of severe congestive heart failure, resulting in death from bacterial endocarditis and congestive heart failure. Pending.

2010 Advised Defendant Wexford Health Sources, Inc., et al, in the litigation: <u>Vuong Quang Tran (deceased) v. Wexford Health Sources, Inc. et al, in the USDC Western District of Washington at Tacoma, Civil Action No. 3:10-cv-05267</u> Civil rights (1983) litigation alleging improper monitoring of inmate in segregation on Prozac who was found later on dead of Prozac intoxication. Pending.

2010 Advised Plaintiff Estate of William Troy Clark in the litigation: <u>William Troy Clark v. Vigo County, et al, in the Clay County Circuit Court, State of Indiana, Case No. 11C01-0204-C106, 2002 Term.</u> Malpractice litigation alleging lack of monitoring during alcohol withdrawal leading to death in DT. Pending.

2010 Advised Defendant Dr. Arthur Keiper in the litigation: <u>Michael A. Young v. CMS, Dr. Arthur Keiper and Nurse Ann M. Slagle, in the Circuit Court of Buchanan County, Missouri – Case No. 09BU-CV02679.</u> Malpractice action alleging failure to monitor anticoagulation for prosthetic valve, resulting in hematoma near the spinal chord and paralysis from the waist down. Pending.

2010 Advised Defendant Correctional Healthcare Management, Inc., in the litigation: <u>Tommy Lee Davis v. Correctional Healthcare Management, Inc, Oklahoma County Jail, et al, in the USDC for the Western District of Oklahoma, Case No. CIV-08-0875-M.</u> Malpractice and civil rights litigation alleging delay in treatment of abdominal pain for four days, resulting in perforated bowel, peritonitis, and multiple surgical complications that necessitated three laparotomies and multiple limb amputations. Pending.

2010 Advised Plaintiff Estate of Thomas Nowlin in the litigation <u>Estate of Barnes Nowlin v. Whitfield County Detention Center in Dalton Georgia, Sheriff Scott Chitwood, Dr. George Kerr, et al, in the USDC Northern District of Georgia, Rome Division, Civil Action File No. 4:09-CV-145-HLM</u> – Civil rights litigation alleging failure to monitor and treat diabetes mellitus resulting in dehydration, elevated blood sugars and eventual death of dehydration and diabetic ketoacidosis. Pending.

2010 Advised Defendant Dr. Arthur Funk and Wexford Health Sources, Inc., in the litigation: <u>Estate of Carol Czubernat (Adm. Janet Rendon) v. Wexford Health Sources, Inc., Arthur Funk, MD, et al, in the USDC Northern District of Illinois, Eastern Division, Case No. 1:10 cv 1590.</u> Civil rights and malpractice litigation alleging improper monitoring of suicidal inmate, resulting in suicide. Pending.

## CASES WHERE DR. PARIS WAS DEPOSED (Repeated here for convenience)

2002 Advised Defendant CMS on Federal Litigation regarding prison health care in the East Jersey Prison in New Jersey. <u>Docket #Cv. 98-2890 (WGB) Jackson, et als vs. Fauver, et als</u> Federal Case with multiple complainants alleging deliberate indifference to serious medical needs. **Deposed 5-21-03.** Settled.

2004 Advised Defendant Coweta County Jail in the State of Georgia on the litigation <u>Tommy Dukes v. Coweta County and Dr. Miriam J. Burnett, et al., in the United States District Court for the Northern</u>

District of Georgia Civil Action File No. 1 03-CV 0406. Federal case alleging delayed treatment for cavitary lung and brain Cryptococcal infection. **Deposed 12-17-04.** Dismissed.

2006 Advised Defendant PHS in the litigation: Kimbrough v. City of Cocoa, Fl. Et al In the USDC Middle District of Florida, Orlando Division, Case No.: 6:05-CV-471-Orl-31KRS  Federal Court case alleging inmate death due to rhabdomyolysis when inmate died at hospital due to IVC perforation during dialysis attempt. **Deposed 6-22-06.** Settled.

2006 Advised Defendants Z. Tewelde, MD, T. H. Sober, MD and Prison Health Services on the litigation: Calvin Washington v. Tewelde, Sober, and PHS, in the U S District Court for the District of Maryland, Civil Action File No.: 4-cv-1970 AW Federal Court case alleging improper referral for eye complaints resulting in delay in diagnosis and treatment of glaucoma and partial loss of vision in left eye. **Deposed 3-6-07.** Settled

2006 Advised Plaintiff Lister/Grey on the litigation: Lister/Grey V. Prison Health Services, Inc., et al. In the United States District Court Middle District of Florida, Tampa Division, Case No. 8:04-CV-2663-T-26TGW, also filed in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 98-6042 Federal and State Courts case alleging failure to monitor pregnant female inmate medically with resulting death of 24-week/newborn infant. **Deposed 12-5-06.** Pending.

2006 Advised Plaintiff Raymond Otis Taylor on the litigation: Raymond Taylor V. Prison Health Services, Inc., et al. In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 05-010975 State Court case alleging failure to monitor and treat respiratory illness resulting death of prisoner. **Deposed 10-24-06.** Settled.

2006 Advised Plaintiff Martin Cahill on the litigation: Martin Cahill v. Billiston Clarke and Correctional Corporation of America, in the Circuit Court for the Fifth Judicial Circuit of the State of Florida, in and for Citrus County Civil Division, case No. 2004-CA-3919 Malpractice case alleging failure to promptly diagnose pneumonia, respiratory failure and sepsis, resulting in the need to perform mitral and aortica valve replacements plus aortic root and coronary artery reimplantation. **Deposed 9-21-06.** Settled.

2006 Advised Plaintiff Raymond Silva Lopez on the litigation: Raymond Silva Lopez v. Joe McGrath at Pelican Bay State Prison, in the USDC Northern District of California, San Francisco Division, case No. C 04 4782 MHP. Federal Court case alleging lack of isolation of MRSA infected prisoners thus allowing repeated MRSA dissemination to the prisoner. **Deposed 1-19-06** – Dismissed.

2006 Advised Plaintiff Derrill Wilkes on the litigation: Derrill Wilkes v. Clayton County, et al – Case No. 1:05-CV-3074 in the United States District Court for the Northern District of Georgia, Atlanta Division. Federal Court case alleging poor treatment of elbow fracture resulting in pain and suffering.  **Deposed 3-30-07.** Judge dismissed the case.

2006 Advised Plaintiff Aretha Jackson on the litigation: Aretha Jackson v. Prison Health Services, Inc., David Gee, Hillsborough County Sheriff, and John Mubang, MD, Medical Director of the Hilssborough County Jail, et al., in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Case No. 8:05-CV-2157-SDM-TBM State Court case alleging negligence in the medical care of eye condition in HIV patient resulting in blindness. **Deposed 4-13-07.** Settled.

2007 Advised Plaintiff John G. Laughon in the litigation: John G. Laughon v. Jacksonville Sheriff's Office, CMS, et al, in the USDC Middle District of Florida, Jacksonville Division, Case No. 3:06-CV-692-J-25HTS  Federal Court case alleging improper medical care after use of force, resulting in hypoxia and the development of dementia. **Deposed 7-11-07.** Settled with payout to Plaintiff.

2007 Advised plaintiff John Coggin in the litigation: John Coggin v. United States of America, in the USDC for the Middle District of Alabama, Northern Division. Federal Court case alleging a two week

delay in definitive care of peptic ulcer and hematemesis while in the custody of the FBOP, resulting in the need for extensive surgeries and transfusions. **Deposed 10-29-07. Pending**

2007 Advised Defendant Correctional Medical Services in the litigation: Gerald Cornett v. Correctional Medical Services, Inc., et al. In the Commonwealth of Kentucky Fayette Circuit Court Division 3, Civil Action No. 06-CI-1343, also in the USDC Eastern District of Kentucky, Lexington Division, Civil Action No. 06-129-JBC  Federal and Malpractice Court case alleging four-hour delay in providing the inmate with transportation to an emergency room, resulting in inmate death. Pending. **Deposed 12-7-07**

2007 Advised Defendants in the litigation: Jamie Koss v. Augusta-Richmond County, Ronald Strength, Sheriff, Correctional Medical Services, et. al, in the Superior Court of Richmond County, State of Georgia, Civil Action No. 2006RCCV828 State Court case alleging lack of medical attention after altercation at the Jail resulting in subdural hematoma that needed evacuation, with sequelae. Pending. **Deposed 12-13-07**

2006 Advised Plaintiff Thomas A. Shade in the litigation: Thomas (Shannon) v. Kaiser, et al, in the Common Pleas Court of Montgomery County, Ohio, Civil Division, Case No. 2005-CV-08366 Malpractice case alleging delay in sending to ER a jail prisoner with abnormal vital signs, nausea, vomiting and neurological findings, resulting in delay in treating West Nile virus and consequent brain damage. Pending. **Deposed 6-12-08**

2007 Advised Plaintiff Catherine Harvey Harrison in the litigation: Harrison v. Jefferson County, Texas, et al. In the United States District Court Eastern District of Texas, Beaumont Division, Case No. 1:07-CV-0112. Federal Court case alleging inadequate attention of inmate Gary Lee Harvey in his cell and at the jail infirmary resulting in declining health and ultimately in death of diabetic ketoacidosis. Pending. **Deposed 7-1-08** Settled.

2008 Advised Plaintiff Lloyd Byron Martell in the litigation: Martell v. Wisneski, Memon, and CMS, In the Circuit Court for the County of Jackson, Michigan, case No. 07-315 NH. Malpractice Court case alleging UM-related,10-month delay between diagnosis of rectal cancer and oncology treatments, resulting in metastatic, stage IV adenocarcinoma of the rectum and death. **Deposed 9-19-08** Pending.

2008 Advised Plaintiff Thomas E. Goney in the litigation: Thomas E. Goney, Jr., deceased v. Montgomery County Jail, Naphcare, et al, case No. 2007-CV-05889, in the Court of Common Pleas of Montgomery County, Ohio. Malpractice case alleging lack of treatment at a jail for four days with increasing symptoms and deteriorating vital signs, with only symptomatic therapies by LPN, resulting in inmate death with respiratory failure and septic shock. **Deposed 2-4-09** Pending.

2007 Advised Plaintiff Estate of Jeffrey Waddell in the litigation: Estate of Jeffrey Waddell v. York County Detention Center, Bruce Bryant as Sheriff, in the Court of Common Pleas of the State of South Carolina, County of York, Civil Action No: 07-CP-46-2000.  Malpractice case alleging death in restraints while the inmate was having epileptic seizures. **Deposed 3-25-09** - Pending.

2008 Advised Plaintiff Glenn Crowell in the litigation: Crowell v. May, in the USDC for the Western District of Louisiana, Monroe Division, Case No. 3:07 CV 1032 Federal Court litigation alleging death of inmate due to failure to appropriately treat and monitor alcohol withdrawal. **Deposed 3-24-09** Settled.

2007 Advised Plaintiff Estate of Jeffrey Waddell in the litigation: Estate of Jeffrey Waddell v. York County Detention Center, Bruce Bryant as Sheriff, in the Court of Common Pleas of the State of South Carolina, County of York, Civil Action No: 07-CP-46-2000.  Malpractice case alleging death in restraints while the inmate was having epileptic seizures. **Deposed by another defendant on 8-27-09. Pending.**

2009 Advised Plaintiff Estate of Reunond A. Fowler in the litigation: Estate of Reunond A. Fowler v. Cook County Sheriff's Office, et al, in the Circuit Court of Cook County, Illinois County Department, Law

<u>Division Case No. 05 L 12985</u>  Malpractice litigation alleging lack of diligent workup of atypical chest pain, resulting in sudden death. Settled. **Deposed 9-11-09**

2009 Advised Plaintiff Donald E. Woolwine in the litigation: <u>Ronald Woolwine V. Frederick Moses, MD, Mary Chopin, CAN, Margaret Falls, LPN, Megan Friend, LPN, and Timothy Thompson, RN, in the USDC for the Western District of Virginia, Case No. 7:08-cv-00529.</u> Federal Court case alleging four-day delay in the diagnosis of abdominal pain, leading to emergency surgery for infarcted bowel and eventual short bowel syndrome requiring TPN and may need a bowel transplant. **Deposed 11-18-09 - Pending**

1999 Dr. Paris was a Defendant in a protracted case:<u>Tracy Anthony Miller v. Wayne Garner, et al. In the USDC for the Southern District of Georgia, Civil Action No. CV699-083.</u> Federal Court case alleging confiscation of leg braces following use of braces as weapons and lack of handicapped facilities. **Deposed 2-18-10**

2009 Advised Plaintiff <u>Estate of Kyle T. Mays v. Johnson County Correctional Facility, et al, in the USDC Northern District of Texas, Dallas Division, Case No. 3-08CV1207-P</u> Federal Court litigation alleging improper deprivation of psychotropic drugs and lack of medical care and monitoring, leading to inmate unresponsiveness in his cell, with exceedingly slow transfer to medical facility and subsequent irreversible coma and death of metabolic acidosis. Pending. **Deposed 4-21-10**

## CASES WHERE DR. PARIS GAVE TESTIMONY IN COURT

2006 Advised Defendant CMS in the litigation: <u>Estate of Phillip Hurst v. CMS, Inc, et al. In the USDC Eastern District of Kentucky, Lexington Division, Case No. 05-214-JBC.</u> Federal Court case alleging deficient health services provision resulting in death from methadone ingestion. **Court Testimony given 3-7-07.** In Court, the Jury granted a verdict for the Defense on 3-8-07.

2006 Advised Plaintiff Lister/Grey on the litigation: <u>Lister/Grey V. Prison Health Services, Inc., et al. In the United States District Court Middle District of Florida, Tampa Division, Case No. 8:04-CV-2663-T-26TGW, also filed in the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division, Case No. 98-6042</u> Federal and State Courts case alleging failure to monitor pregnant female inmate medically with resulting death of 24-week/newborn infant. **Deposed 12-5-06. Court Testimony given 4-11-07.** Settled before verdict.

## ATTORNEYS WHE HAVE REQUESTED DR. PARIS ADVICE

This is a partial list of names of attorneys and firms who have utilized Dr. Paris' services in the past.

Marina Lamps Alvarez (Mersereau v. Leibrand case, 2006)
Fain, Sheldon, Anderson & VanDerhoef, PLLC
Columbia Center –

Ryan D. Barack, Esq. (Estate of Melanie Bird case, 1999)
Zinober & McCrea, PA

Steven D. Barnhart, Esq. (Bolin case, 2006)
Ford & Barnhart, LLP

Peter C. Beard, Esq. (Waggener v. Macoupin County case)
Holley, Rosen & Beard

Daniel F. Beasley, Esq. (Gilbert case, 2005)
Lanier, Ford, Shaver & Payne, PC

Cari G. Bernstein (Gasca v. TDCJ case, 2005)
Assistant Attorney General
Law Enforcement Defense Division

Orlando L. Blanco, Esq. (Jones v. CMS case)
Blanco & Wilczynski, PC

Robert E. Blau, Esq (Marcum v. Southern Health Partner case, 2010)
Blau & Kriege, LLC

Stacey A. Blankenship, Esq. (Chapman v. Hardin County case)
Denton & Keuler, Attorneys at Law

Robert Bodoin, Esq. (Mays v. Johnson County case)
Meg Guerra, Esq.
Bodoin, Agnew, Greene & Maxwell

David E. Boelzner, Esq. (Campbell case, 2001)
Wright, Robinson, Osthimer & Tatum

Kevin A. Bowman, Esq. (Shade v. Kaiser case, 2006)
Brannon & Associates
Attorneys at Law

Mark A. Bradford (Villagran v. Kane County Jail case, 2006)
Lord, Bissell & Brook, LLP

Dwight D. Brannon, Esq. (Goney v. Montgomery Co. Jail, Naphcare, et al case)
Brannon & Associates

Benjamin Brewton, Esq. (Covar case, 2002)
Tucker, Everitt, Long, Brewton & Lanier

Dana N. Brooks, Esq. (Kuhne v. Florida DOC case, 2010)
Eubanks, Barrett, Fasig & Brooks

Mark P. Buell, Esq. (Palinchik v. Pinellas County Jail case)
Buell & Elliget, PA           - - -

Peter Callahan, Esq. (Allen v. Montgomery County case)
Wusinich, Brogan & Stanzione

James D. Caldwell, Esq. (Crowell v. May case)

Joseph B. Chazen, Esq. and Gina Smith, Esq. {Murphy (2005), Hall and Washington (2006) cases}
Meyers, Rodbell & Rosenbaum, PD

Jacqueline Claxton, Paralegal (Mastrilli case, 2003)
Hall, Booth, Smith & Slover, PC

Julia I. Cochrun, Esq. (Coggin v. USA case)
Pate & Cochrun, LLP

Wade H. Coleman, Esq. (Williams case, 2003)
Coleman, Talley, Kurrie, Preston & Holland, LLP

Mary H. Collins, RN, LNC (Kimbell case, 2004)
Carlock, Copeland, Semler & Stair, LLP

Deann Conroy, Esq. (Rice v. Denver City and County case)
MSFHC, Attorneys at Law


Andrew G. Cooley, Esq. (Trask v. Kitsap County, Wash. Case)
Keating, Bucklin & McCormack, Inc.


H. L. Cromartie III, Esq. (Turpen v. Douglas Co. Case, 2010)


Renee B. Crawford (Fields case, 2005)
Crawford Law Offices


Silas G. Cross, Esq. (Jenkins v. Jefferson Co. case, 2010)
Cross, Poole & Smith, LLC


J. Craig Currie, Esq. (Ross v. PHS case)
Currie & McLafferty


Stan Davis, Esq. (Jones case)
Wisconsin Assistant Attorney General


Terry A. Dawes, Esq. (Martell v. CMS case)
McKeen & Associates, PC


Ashley Dean, Esq. (Roby v. Williams case)
TMC Prof. & Gen. Litigation Trust


Eric C. Deters, Esq. (Malachi v. CMS case, Chandler v. Kenton County case and Morton V. CCA case)


W. Penn Dawson III, Esq. {Germonprez (2005) and Khatri (2005) cases}
McFarlane, Ferguson & McMullen, Attorneys and Counselors at Law

Guy S. DiMartino, Esq. (Gassaway case, 2005)
Rissman, Weisberg, Barrett, Hunt, Donahue & McLain, PA

James Doyle, Esq. (Jones v. Greene County case, 2010)

David L. Drake, Esq. (Carlock v. Maurer case, 2009)
Pam J. Cassagnol, Paralegal
Drake, Narup & Mead, PC

James E. Drnec, Esq. (Lampkins v. CMS and Bishop v. CMS cases)
Balick & Balick, LLC

Susan M. Dunaway, Esq., Assistant County Attorney (Loennig v. Multnomah case)
Office of Multnomah County Attorney

Richard A. Epps, Jr., Esq. (Harrell v. Lamar County, GA, case)

Phillip D. Ferris (Kelvin Jackson case, 2002)
Wisconsin Assistant Attorney General

J. Victor Flanagan, Esq. (Nipps case, 2006)
Pullin, Fowler & Flanagan, PLLC

Anissa Floyd, Esq. (Lewis v. Jeffers {2006} and Davis v. PHS (2006) cases)
Hall. Booth. Smith & Slover

Don Freeman, Esq. (Daryl Jones v. Leon Co. Jail, 2010, Clark v. FBOP, 2010 Gilley v. FDOC, 2010,
Clark v. FBOP, 2010)
Eubanks, Barrett, Fasig & Brooks

Theodore Forman, Esq. (Johnny Johnson v. CMS case)
Forman Law offices, PA

41

Ryan C. Fowler, Esq. (Harris v. Johnson, PHS, CHS, et al case)
Logan, Logan & Watson, LC


Marcia Fuller, Esq. (Wilkes case, 2006)
Johnson Fuller Associates, LLC


Kari A. Furnanz, Esq.(Chasse v. City of Portland case)
Hoffman, Hart & Wagner, LLP


Peter A. Giusti, Esq. (Rhodes case, 2005)
Law offices of Brennan & Wasden, LLP


Aaron Goodman, Esq. (Davis v. CHM case, 2010)
Holden  & Carr


Kathryn A. Grace, Esq. (Riddick v. Armor case)
Wilson, Elser, Moskowitz, Edelman & Dicker


Judy Greenwood, Esq. (Brenda Williams v. PHS case, 2006)


Steven D. Groth, Esq. (Wallace v. Advanced Correctional Healthcare case)
Bose. McKinlev & Evans, LLP


Robert R. Hager, Esq. (Crutcher v. McKinley Co., NM case, 2010)
Hager & Hearne


Peter Handibode, Esq. (Hairston v. Khalid Mohamed and Griffen v. Khalid Mohamed cases)
Foster & Eldridge, LLP


David G. Henry, Esq. (Jackson v. PHS case)
Morgan and Morgan , PA

W. Davis Hewitt, Esq. (Sanders v. CMS case {2004}, Koss v. CMS case}
Goodman, McGuffey, Lindsey & Johnson. LLP


Arthur F. Hickam, Jr., Esq. (Adams case, 2004)
Adams and Reese, LLP


Melissa C. Hinton, Esq. (King case, 2003)
Davenport, Evans, Hurwitz & Smith, LLP


Stephen D. Holtzman, Esq. (Jackson case)
Greenbaum. Rowe. Smith. Ravin. Davis & Himmel, LLP


Wade C. Hoyt IV, Esq. (Scott case, 2002)


Meredith Bates Humbert, Esq. (Robinson v. Dr. Paul case, 2009)
Hunter. Smith & Davis. LLP


Richard K. Hunsaker, Esq. (Keller v. Wexford case, 2010)
Heyl. Royster. Voleker & Allen


Bruce Jacobs, Esq. (McCarter v. State of CT case)
Jacobs & Jacobs


Tracy M. Jenks, Esq. and Robert Lasater, Esq. (Romero case, 2006)
Rodey, Dickason, Sloan, Akin & Robb, PA


Peter Jennetten, Esq. (Gayton v. McCoy case, 2006)
Quinn, Johnson, Henderson, and Pretorius


Matthew R. Kachergus, Esq.(Magill v. Nassau County, FL case)
Sheppard, White, Thomas & Kachergus


Beth Kanik, Esq. (Dukes case)

Hall, Booth, Smith & Slover, PC


Brendan Kenny, Esq. (Duren v. Vong case)
Andrada & Associates


Darold W. Killmer (Emily Rice v. City and County of Denver case)
Killmer, Lane & Newman, LLP


John F. Klebba, Esq. (Jackson v. IL DOC case, 2010)


Stanford N. Klinger, Esq. (Nowlin v. Whitfield County, 2010)
Forrest B. Johnson, Esq.


Brian M. Kneafsey, Esq. (Roush case, 2004)
Reminger & Reminger Co., LPA


Ronald C. Koksal, Esq. (Danny Wright v. Anderson County Jail case)
Butler, Vines & Babb, PLLC


Timothy J. Kral, Esq. (Gavira case, 2006)
Manning & Marder, Kass, Ellrod, Ramirez LLP


Mark Kosanovich, Esq. (Gonzalez v. GEO case, 2010 and Alvarez v. GEO case, 2010)


Bryan Laine, Esq. (Harrison v. Jefferson County case)
Laine & Laine, PC


Shane Lazenby, Esq. Alvarez (2010) case
Forrester & Brim


Vincent. J. Lodico, Esq. (Peyton case, 2002)

Crabbe, Brown, and James, LLP


Daniel L. Losey, Esq. (Linares v. Armor case)
Billing, Cochran, Lyles, Mauro & Ramsey, PA


Jennifer D. Loynd, Esq. (Tran v. Wexford case, 2010)
Mullin Law Group, PLLC


S. Renee Stephens Lundy, Esq. {Kimbrough, Foster (2006) and Gross v. CMS cases}
Dean, Ringers, Morgan and Lawton, PA


Mark A. Lynch, Esq. (Young v. CMS case, 2010)
Holbrook & Osborn, PA


Deborah Massaro, Esq. (Moody case, 2006)
White and Williams, LLP


Patricia E. McEnteer, Esquire (Buck's County case)
Deasey, Mahoney & Bender, Ltd.


Michael Mc. Farland, Esq. (Shaw v. Asotin County case)
Evans, Craven & Lackie, P.I.


Gene E. McKissic, Sr., JD (Lakeisha Brown v. Cornell case, 2006 and Brown v. DHS/DYS case, 2006)
Brown & McKissic, LLP


Jonathan McQuilkin, Esq. (Terry V. CMS case, 2005)
Eng and Woods


Gregory Merritt, Esq. (Ward v. Southern Health Partners case)
Harris, Creech, Ward & Blackerby, PA


Bernadette L. Morgan, RN (Holton case, 2005)

Nurse Consultant
Billing, Cochran, Lyles, Mauro & Anderson, PA


Stephen B. Moseley, Esq. (Spears case, 2002)
Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP


Robert D. Moses, Esq. (Meus v. GEO case, 2009)
Wiederhold & Moses, PA
Brandywine Centre II, Suite 240


John Muller, Esq. (Troy Clark v. Vigo County IN case, 2010)
Miller, Muller, Mendelson & Kennedy


Murane & Bostwick. LLC (Mary Green v. Campbell County Detention Center Case)


Brian R. Neary, Esq. (Kreutzman v. Townsend case)
Webb, Carlock, Copeland, Semler & Stair


Timothy B. Niedbalski, Esq.(Platcher v. HPL case)
Sandberg, Phoenix & von Gontard, PC


John R. Ninosky, Esq. (Boggs, 2006, Margo, 2006, Hoyte, 2006 and Hojnowski cases, all against
PrimeCare)
Johnson, Duffie, Stewart and Weidner


Timothy O'Brian, Esq. (Powell-Costa v. Burlington case, 2009)
Crammer, Bishop, Marczyk & O'Brian


Megan O'Neill, Esq. (Morgan v. GEO case)
Marshall, Dennehey, Warner, Coleman,& Goggin


Jesse W. Owen, Esq. Special Assistant Attorney General (Vereen case, 2005)
Magruder and Owen, LLP

Julie A. Owens, Esq. (Quentin Larry v. County of Champaign, IL)
Williams, Venker & Sanders, LLC

John Phillips, Esq. (Waddell v. York County case)
McGowan, Hood & Felder, LLC

Cindy Pierce, RN, LNCC (Chaney case, 2006)
MacFarlane, Ferguson & McMullen

Marianne Pressman, Esq. (Archer case, 2002)
Ohio Assistant Attorney General,

J. Calhoun Pruitt Jr., Esq. (Moore v. SC DOC, 2010)

Sean Ragland, Esq. {Hurst v. CMS, (2006) Cornett v. CMS and Bruederle v. CMS cases}
Phillips, Parker, Orberson & Moore, PLC

Roberto L. Ramirez, Esq. (Teodulo Ortiz case)
The Ramirez law Firm, PLLC

David B. Ranieri, Esq. (Gates case, 2004)
Law Offices of Carlock, Copeland, Semler & Stair, LLP

Aaron v. Reedy, Esq. (Matthews v. PHS and Johnson v. PHS cases)
Hurt, Crosby & May, PLLC

Derrick H. Robinson, Esq (Raymond Silva Lopez v. Joe McGrath case)
Howard, Rice, Nemerovski, Canady, Falk, & Rabkin

Linda G. Rodrigue, Esq. (Adams case, 2004)
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP

Charles T. Roessing, Esq. (, 2006 Salgado case)

47

White and Williams, LLP

Cheryl C. Rothschild, Esq. [McDade (2002), Coley (2005) Trammell(2007) and Alvarez (2010) cases]
Forrester & Brim

Matthew M. Rundio, Esq. (Fowler v. Cook County and Cermak case)
Cavanagh Law Group

George K. Samuel (Czubernat v. Dr. Funk and Wexford case)
Donohue, Brown, Matthewson & Smyth

Joel Schneider, Esq. (brief advice on HCV treatment in the New Jersey DOC)
Archer & Greiner, PC

Robert Shannon, Esq., and Mary Dickinson, Esq. (Mastrilli case, 2003)
Hall, Booth, Smith & Slover Atlantic Center Plaza

Everett P. Shockley, Esq (Woolwine v. Moses case)
Gentry, Locke, Rakes & Moore

Micah M. Siegal, Esq. (Burgess v. Greene Co. case, 2010)
Brannon & Associates

Norman Sirak, Esq. (Spotts v. US case)

Laura Slay W. Slay (Parada v. ICE and BRG Security case)
Rymer, Moore, Jackson & Echols

Robert F. Spohrer, Esq. (Laughon v. JSO and CMS case)
Spohrer Wilner, Attorneys at Law

Abril B. Sutherland, Esq. (Johnson case, 2006)
Broussard Baloney Law Firm, APC

48

D. Keith Thomas, Esq (Fowler v. Dutton et al case)

John L. Thurber, Esq. (Sullivan v. Michigan DOC case, 2009)
Corrections Division

Ruth Todd, Esq. (Holton case, 2005)
Law offices of Billing, Cochran,
Lyles, Mauro & Anderson, PA

Michael J. Trentalange, Esq. (Lister/Grey, Taylor v. PHS and John Duberry cases)
One Harbour Place

Erin M. Tueche, Esq. (Dewey v. Pasco County Jail case, 2010)
DeBevoise & Poulton, PA
Lakeview Office Park, Suite 1010

Denise VanNess, Esq. (Cahill v. CCA case)
VanNess and VanNess, PA

Michael J. Vondenstein, Esq. ( Lee case )
Hailey, McNamara, Hall, Larmann & Papale, LLP

Lisa R. Wichter, Esq. (Audette v. UMass case, 2006)
Morrison Mahoney LLP

Andrew M. Wilkes, Esq. (Freeman v. Camden County case)
Oliver, Maner & Gray, LLP

Richard J. Whittemore, Esq. (Nohremberg v. Conmed in OR, 2010)
Bullivan, Houser & Bailey

Jay G. Yasso, Esq. (Grose v. CSM case)
Hertz Schram PC

49

Jason Zager, Esq. (Lindsey v. CCA case, 2010)
Shook, Hardy & Bacon, LLP

Barbara Zurek, Esq. (Hessler v. HPL case)
Meagher & Geer, PLLP