# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| PATRICK HAHN and ERIC REDWOOD, Administrator of the Estate of JANET LOUISE HAHN, Deceased<br><br>vs.<br><br>DANIEL WALSH, DEPUTY MATTHEW MCCALLISTER, JENNA THODE, KAREE VOGES, JEFFREY SHUMATE, ARNOLD MATHEWS, CARL BROWN, HEALTH PROFESSIONALS LTD., an Illinois Corporation, NURSE SUSAN SWAIN, COUNTY OF CHAMPAIGN, ILLINOIS, SYLVIA MORGAN, MATTHEW BAIN, ANGELA MENOCCI, CITY OF URBANA, ILLINOIS, a Municipal Corporation | Case Number: **09-2145** |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Matthew McCallister, Jenna Thode, Karee Voges, Jeffrey Shumate, Arnold Mathews, Carl Brown and Susan Swain are terminated as parties pursuant to the opinion entered 3/14/2013 by U.S. District Judge Michael P. McCuskey.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants, Daniel Walsh, Health Professionals Ltd, County of Champaign, Illinois, Sylvia Morgan, Matthew Bain, Angela Menocci and City of Urbana, Illinois and against Plaintiffs.

**Dated:**  March 14, 2013

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court